USDC SCAN INDEX SHEET

















BJR    11/4/05    10:34

3:05-CV-02063   QUALCOMM INC V. NOKIA CORPORATION

*1*

*CMP.*

1   Gerald L. McMahon (CSB# 36050)
    David J. Zubkoff (CSB# 149488)
2   SELTZER CAPLAN McMAHON VITEK
    2100 Symphony Towers
3   750 B Street
    San Diego, CA 92101
4   (619) 685-3003

5   Lloyd R. Day, Jr. (CSB# 090875)
    James R. Batchelder (CSB# 136347)
6   DAY CASEBEER MADRID & BATCHELDER LLP
    20300 Stevens Creek Blvd., Suite 400
7   Cupertino, CA 95014
    (408) 873-0110
8
    Louis M. Lupin (CSB# 120846)
9   Alexander H. Rogers (CSB# 131879)
    Roger Martin (CSB# 195003)
10  Byron Yafuso (CSB # 225210)
    QUALCOMM Incorporated
11  5775 Morehouse Drive
    San Diego, CA 92121
12  (858) 658-1121

13  Attorneys for Plaintiffs
    QUALCOMM Incorporated
14  and SnapTrack, Inc.

15                    UNITED STATES DISTRICT COURT

16                  SOUTHERN DISTRICT OF CALIFORNIA

17  QUALCOMM INCORPORATED          CASE NO. '05 CV 2063   WQH (BLM)
    and
18  SNAPTRACK, INC.,               **COMPLAINT FOR PATENT INFRINGEMENT**

19              Plaintiffs,        **DEMAND FOR JURY TRIAL**

20        v.

21  NOKIA CORPORATION
    and
22  NOKIA INC.                     *VIA FACSIMILE*

23              Defendants.

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

200444_6.doc

ORIGINAL

FILED

NOV - 4 2005

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1    Plaintiff QUALCOMM Incorporated ("QUALCOMM") and SnapTrack, Inc. ("SnapTrack")

2  (collectively, "Plaintiffs") for their complaint herein state:

3  **I.    PARTIES**

4    1.    Plaintiff QUALCOMM is a corporation organized and existing under the laws of the

5  state of Delaware, with its principal place of business at 5775 Morehouse Drive, San Diego,

6  California, 92121.  QUALCOMM develops, manufactures, markets, licenses and operates advanced

7  communications systems based on proprietary technology.

8    2.    Plaintiff SnapTrack, Inc. ("SnapTrack") is a corporation organized and existing under

9  the laws of the State of California, with its principal place of business at 675 Campbell Technology

10  Parkway, Suite 200, Campbell, CA  95008.  SnapTrack is a wholly-owned subsidiary of

11  QUALCOMM.

12    3.    Defendant Nokia Corporation ("Nokia Corp.") is a public limited liability company

13  incorporated under the laws of the Republic of Finland, with its principal executive office at

14  Keilalahdentie 4, P.O. Box 226, FIN-00045 Nokia Group, Espoo, Finland.  Nokia Corp. operates

15  throughout the United States, individually and through its wholly-owned indirect subsidiary, Nokia

16  Inc.

17    4.    Defendant Nokia Inc. is a Delaware corporation with its principal place of business at

18  6000 Connection Drive, Irving, Texas 75039, and is a wholly-owned indirect subsidiary of Nokia

19  Corp.

20    5.    In this Complaint, Nokia Corp. and Nokia Inc. are collectively referred to as "Nokia."

21    6.    Plaintiffs are informed and believe and thereon allege that Nokia Corp. and Nokia

22  Inc. are doing business in California and in this district.

23  **II.    JURISDICTION AND VENUE**

24    7.    Plaintiffs' claims for patent infringement arise under the patent laws of the United

25  States, Title 35 U.S.C. §§ 1 *et seq.*  This Court has subject matter jurisdiction over these claims

26  pursuant to 28 U.S.C. §§ 1331 and 1338(a).

27  ///

28  ///

COMPLAINT FOR PATENT INFRINGEMENT, SPECIFIC        1
PERFORMANCE AND BREACH OF CONTRACT

200444_6.doc

8.     Venue is proper in this district under 28 U.S.C. §§ 1391(a), (b) and/or (c), and 1400(b), as Nokia resides and/or conducts substantial business in this district and has committed, and is continuing to commit, acts of infringement in this district.

## III.   GENERAL ALLEGATIONS

9.     This action arises out of, in part, Nokia's infringement of eleven (11) patents assigned to QUALCOMM, and one (1) patent assigned to SnapTrack.

## IV.   QUALCOMM'S PATENTS

10.     On October 26, 1993, United States Patent No. 5,257,283 ("the '283 Patent"), entitled "Spread Spectrum Transmitter Power Control Method and System," was duly and legally issued to QUALCOMM as assignee of the inventors, Klein S. Gilhousen, Roberto Padovani, and Charles E. Wheatley, III.  A true and correct copy of the '283 Patent is attached hereto as Exhibit 1.

11.     On October 22, 1996, United States Patent No. 5,568,483 ("the '483 Patent"), entitled "Method and Apparatus for the Formatting of Data for Transmission," was duly and legally issued to QUALCOMM as assignee of the inventors, Roberto Padovani, Edward G. Tiedemann, Jr., Joseph P. Odenwalder, Ephraim Zehavi, and Charles E. Wheatley, III.  A true and correct copy of the '483 Patent is attached hereto as Exhibit 2.

12.     On July 7, 1998, United States Patent No. 5,778,338 ("the '338 Patent"), entitled "Variable Rate Vocoder," was duly and legally issued to QUALCOMM as assignee of the inventors, Paul E. Jacobs, William R. Gardner, Chong U. Lee, Klein S. Gilhousen, S. Katherine Lam, and Ming-Chang Tsai.  A true and correct copy of the '338 Patent is attached hereto as Exhibit 3.

13.     On December 31, 1996, United States Patent No. 5,590,408 ("the '408 Patent"), entitled *Reverse Link, Transmit Power Correction and Limitation in a Radiotelephone System,* was duly and legally issued to QUALCOMM as assignee of the inventors, Ana L. Weiland, Richard K. Kornfeld, and John E. Maloney.  A true and correct copy of the '408 Patent is attached hereto as Exhibit 4.

14.     On August 5, 1997, United States Patent No. 5,655,220 ("the '220 Patent"), entitled "Reverse Link, Transmit Power Correction and Limitation in a Radiotelephone System," was duly and legally issued to QUALCOMM as assignee of the inventors, Ana L. Weiland, Richard K.

1  Kornfeld, and John E. Maloney.  A true and correct copy of the '220 Patent is attached hereto as

2  Exhibit 5.

3       15.     On June 10, 1997, United States Patent No. 5,638,412 ("the '412 Patent"), entitled

4  "Method for Providing Service and Rate Negotiation in a Mobile Communication System," was duly

5  and legally issued to QUALCOMM as assignee of the inventors, Robert D. Blakeney, II and Edward

6  G. Tiedemann, Jr.  A true and correct copy of the '412 Patent is attached hereto as Exhibit 6.

7       16.     On December 17, 2002, United States Patent No. 6,496,543 ("the '543 Patent"),

8  entitled "Method and Apparatus for Providing High Speed Data Communications in a Cellular

9  Environment," was duly and legally issued to QUALCOMM as assignee of the inventor Ephraim

10 Zehavi.  A true and correct copy of the '543 Patent is attached hereto as Exhibit 7.

11      17.     On June 3, 2003, United States Patent No. 6,574,211 ("the '211 Patent"), entitled

12 "Method and Apparatus for High Rate Packet Data Transmission," was duly and legally issued to

13 QUALCOMM as assignee of the inventors Roberto Padovani, Paul E. Bender, Peter J. Black,

14 Matthew S. Grob, Jurg K. Hinderling, Nagabhushana T. Sindhushayana, and Charles E. Wheatley,

15 III.  A true and correct copy of the '211 Patent is attached hereto as Exhibit 8.

16      18.     On April 21, 1998, United States Patent No. 5,742,734 ("the '734 Patent"), entitled

17 "Encoding Rate Selection in a Variable Rate Vocoder," was duly and legally issued to

18 QUALCOMM as assignee of the inventors Andrew P. Dejaco and William R. Gardner.  A true and

19 correct copy of the '734 patent and an associated certificate of correction is attached hereto as

20 Exhibit 9.

21      19.     On March 15, 2005, United States Patent No. 6,868,267 ("the '267 Patent"), entitled

22 "Apparatus, Method, and Article of Manufacture Used to Invoice for Services Consumed in a

23 Communications Network," was duly and legally issued to QUALCOMM as assignee of the

24 inventors Robert D. Briggs, Jason Kenagy, Gina Lombardi, Stephen A. Sprigg, Kent D. Baker, and

25 Marc S. Phillips.  A true and accurate copy of the '267 Patent is attached hereto as Exhibit 10.

26      20.     On September 17, 2002, United States Patent No. 6,453,182 ("the '182 Patent"),

27 entitled "Wireless Telephone Airplane and Alarm Clock Modes," was duly and legally issued to

28 QUALCOMM as assignee of the inventors Stephen A. Sprigg and James A. Hutchison, IV.  A true

1   and accurate copy of the '182 Patent is attached hereto as Exhibit 11.

2   V.    SNAPTRACK'S PATENT

3        21.    On January 13, 2004, United States Patent No. 6,677,894 ("the '894 Patent"), entitled

4   "Method and Apparatus for Providing Location-Based Information Via a Computer Network," was

5   duly and legally issued to SnapTrack, Inc. as assignee of the inventors Leonid Sheynblat and

6   Norman F. Krasner. A true and correct copy of the '894 Patent is attached hereto as Exhibit 12.

7   VI.   NOKIA'S INFRINGEMENT OF THE PATENTS

8        22.    The Patents described in paragraphs 10 through 21 above, copies of which are

9   attached hereto as Exhibits 1 through 12, are referred to collectively herein as the "patents-in-suit."

10   The patents-in-suit relate generally to the transmission, reception, and processing of communication

11   signals, including radio signals and/or signals for wireless telephony.

12        23.    On information and belief, Nokia manufactures, sells and/or offers for sale in the

13   United States products that comply with the GSM family of standards and technical specifications

14   promulgated, published and/or adopted by the 3rd Generation Partnership Project ("3GPP") and/or

15   manufactures, sells and offers for sale in the United States products intended to be used with or

16   incorporated into products or systems that comply with the GSM family of standards and technical

17   specifications promulgated, published and/or adopted by the 3rd Generation Partnership Project

18   ("3GPP").

19        24.    Plaintiffs are informed and believe and thereon allege that Nokia has been and is

20   infringing, literally and/or under the doctrine of equivalents, one or more claims of each of the

21   patents-in-suit – directly and/or indirectly pursuant to 35 U.S.C. § 271(a), (b), (c) and/or (f).

22                              **FIRST CAUSE OF ACTION**

23                                  PATENT INFRINGMENT

24                              (35 U.S.C. §§ 271 et seq.)

25        25.    Plaintiffs refer to and incorporate paragraphs 1 through 24, as though fully set forth

26   herein.

27        26.    Plaintiffs are informed and believe and thereon allege that Nokia has been and is

28   infringing, literally and/or under the doctrine of equivalents, one or more claims of each of the

COMPLAINT FOR PATENT INFRINGEMENT, SPECIFIC
:00444_6.doc   PERFORMANCE AND BREACH OF CONTRACT          4

1  patents-in-suit – directly and/or indirectly pursuant to 35 U.S.C. § 271(a), (b), (c) and/or (f).

2      27.    By reason of Nokia's acts alleged herein, Plaintiffs have suffered, are suffering, and,

3  unless such acts are enjoined by the Court, will continue to suffer injury to their business and

4  property rights, for which they are entitled to damages pursuant to 35 U.S.C. § 284 in an amount to

5  be proved at trial.

6      28.    By reason of Nokia's acts alleged herein, Plaintiffs have suffered, are suffering, and,

7  unless such acts are enjoined by the Court, will continue to suffer irreparable harm for which there is

8  no adequate remedy at law, and for which Plaintiffs are entitled to permanent injunctive relief

9  pursuant to 35 U.S.C. § 283.

10      29.    Nokia's acts of infringement as alleged herein have been, and continue to be willful,

11  entitling QUALCOMM to treble damages pursuant to 35 U.S.C. § 284, and qualifying this as an

12  exceptional case under 35 U.S.C. § 285.

13  **PRAYER FOR RELIEF**

14      a)    For judgment that Nokia has infringed, directly and/or indirectly, the patents-in-suit;

15      b)    For a preliminary and/or permanent injunction prohibiting Nokia, and all persons or

16  entities acting in concert with Nokia, from infringing, directly and/or indirectly, one or more of the

17  patents-in-suit;

18      c)    For an award to Plaintiffs of all compensatory damages resulting from the direct

19  and/or indirect infringement by Nokia of the patents-in-suit, including pre-judgment and post-

20  judgment interest;

21      d)    For an award of treble damages pursuant to 35 U.S.C. § 284;

22      e)    For judgment and an order directing Nokia to pay Plaintiffs' reasonable attorneys'

23  fees, expenses and costs due to this being an "exceptional" case within the meaning of 35 U.S.C. §

24  285;

25  ///

26  ///

27  ///

28  ///

1    f)    For judgment directing Nokia to pay costs of suit; and

2    g)    For an award to Plaintiffs of such other and further relief as the court deems

3  equitable, just and proper.

4  Dated: November 3 , 2005                    DAY CASEBEER
                                               MADRID & BATCHELDER LLP
5

6

7                                              By: _____

8                                                  James R. Batchelder

9                                              Attorneys for Plaintiffs
                                               QUALCOMM Incorporated and
10                                             SnapTrack, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT, SPECIFIC
PERFORMANCE AND BREACH OF CONTRACT                          6

:00444_6.doc

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues triable of right by a jury.

Dated: November 3, 2005

DAY CASEBEER
MADRID & BATCHELDER LLP

By: _James R. Batchelder_

James R. Batchelder

Attorneys for Plaintiffs
QUALCOMM Incorporated and
SnapTrack, Inc.

COMPLAINT FOR PATENT INFRINGEMENT, SPECIFIC      1
PERFORMANCE AND BREACH OF CONTRACT

200444_6.doc

RECYCLED



US005257283A

# United States Patent [19]

## Gilhousen et al.

[11] Patent Number: **5,257,283**

[45] Date of Patent: **Oct. 26, 1993**

[54] **SPREAD SPECTRUM TRANSMITTER POWER CONTROL METHOD AND SYSTEM**

[75] Inventors: Klein S. Gilhousen; Roberto Padovani, both of San Diego; Charles E. Wheatley, III, Del Mar, all of Calif.

[73] Assignee: Qualcomm Incorporated, San Diego, Calif.

[21] Appl. No.: 749,249

[22] Filed: Aug. 23, 1991

**Related U.S. Application Data**

[63] Continuation of Ser. No. 433,031, Nov. 7, 1989, Pat. No. 5,056,109.

[51] Int. Cl.$^5$ ..................... H04L 27/30; H04J 13/00; H04B 7/204

[52] U.S. Cl. ..................................... 375/1; 370/18; 379/59; 455/33.1; 455/38.3; 455/54.1; 455/69; 380/34

[58] Field of Search ................ 455/33, 54, 56, 69, 455/33.1, 54.1, 54.2, 56.1, 69, 38.3; 370/18, 50; 379/58, 59

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,925,782 | 12/1975 | Anderl et al. | 455/69 X |
| 4,112,257 | 9/1978 | Frost | 379/60 |
| 4,123,718 | 10/1978 | Lampert et al. | 375/1 |
| 4,193,031 | 3/1980 | Cooper | 370/50 X |
| 4,222,115 | 9/1980 | Cooper et al. | 375/1 |
| 4,225,976 | 9/1980 | Osborne et al. | 455/226 |
| 4,495,648 | 1/1985 | Giger | 445/73 |
| 4,580,262 | 4/1986 | Naylor et al. | 371/5.5 |
| 4,633,990 | 9/1986 | Halpern | 455/33 |
| 4,641,322 | 2/1987 | Hasegawa | 375/1 |
| 4,672,658 | 6/1987 | Kavehrad et al. | 379/63 |
| 4,765,753 | 8/1988 | Schmidt | 379/60 |
| 4,777,653 | 10/1988 | Bonnerot et al. | 455/69 |
| 4,811,421 | 3/1989 | Havel et al. | 455/69 |
| 4,868,795 | 9/1989 | McDavid et al. | 455/69 X |
| 4,870,698 | 9/1989 | Katsuyama et al. | 455/69 X |
| 4,901,307 | 2/1990 | Gilhousen et al. | 375/1 X |

Primary Examiner—Bernarr E. Gregory
Attorney, Agent, or Firm—Russell B. Miller

[57] **ABSTRACT**

A power control system for a cellular mobile telephone system in which system users communicate information signals between one another via at least one cell site using code division multiple access spread spectrum communication signals. The power control system controls transmission signal power for each cellular mobile telephone in the cellular mobile telephone system wherein each cellular mobile telephone has an antenna, transmitter and receiver and each cell-site also has an antenna, transmitter and receiver. Cell-site transmitted signal power is measured as received at the mobile unit. Transmitter power is adjusted at the mobile unit in an opposite manner with respect to increases and decreases in received signal power. A power control feedback scheme may also be utilized. At the cell-site communicating with the mobile unit, the mobile unit transmitted power is measured as received at the cell-site. A command signal is generated at the cell-site and transmitted to the mobile unit for further adjusting mobile unit transmitter power corresponding to deviations in the cell site received signal power. The feedback scheme is used to further adjust the mobile unit transmitter power so as to arrive at the cell-site at a desired power level.

**30 Claims, 5 Drawing Sheets**



Ex. 1-1



FIG. I

Ex. 1-2



FIG. 2A

FIG. 2B



FIG. 2 C



FIG. 2 D



FIG. 3

FIG. 4



FIG. 5



FIG. 6

5,257,283

1

## SPREAD SPECTRUM TRANSMITTER POWER CONTROL METHOD AND SYSTEM

This is a continuation of application Ser. No. 07/433,031, filed Nov. 7, 1989, now

### BACKGROUND OF THE INVENTION

I. Field of the Invention

The present invention relates to cellular mobile telephone systems. More specifically, the present invention relates to a novel and improved method and apparatus for controlling transmitter power in a code division multiple access (CDMA) cellular mobile telephone system.

II. Description of the Related Art

The use of code division multiple access (CDMA) modulation techniques is one of several techniques for facilitating communications in which a large number of system users are present. Although other techniques such as time division multiple access (TDMA), frequency division multiple access (FDMA) and AM modulation schemes such as amplitude companded single sideband (ACSSB) are known, CDMA has significant advantages over these other techniques. The use of CDMA techniques in a multiple access communication system is disclosed in U.S. patent application Ser. No. 06/921,261, filed Oct. 17, 1986, entitled "SPREAD SPECTRUM MULTIPLE ACCESS COMMUNICATION SYSTEM USING SATELLITE OR TERRESTRIAL REPEATERS", now U.S. Pat. No. 4,901,307 assigned to the assignee of the present invention, the disclosure thereof incorporated by reference.

In the just mentioned patent, a multiple access technique is disclosed where a large number of mobile telephone system users each having a transceiver communicate through satellite repeaters or terrestrial base stations (also known as cell-sites stations, or for short cell-sites) using code division multiple access (CDMA) spread spectrum communication signals. In using CDMA communications, the frequency spectrum can be reused multiple times thus permitting an increase in system user capacity. The use of CDMA results in a much higher spectral efficiency than can be achieved using other multiple access techniques. In a CDMA system, increases in system capacity may be realized by controlling the transmitter power of each mobile user so as to reduce interference to other system users.

In the satellite application of the CDMA communication techniques, the mobile unit transceiver measures the power level of a signal received via a satellite repeater. Using this power measurement, along with knowledge of the satellite transponder downlink transmit power level and the sensitivity of the mobile unit receiver, the mobile unit transceiver can estimate the path loss of the channel between the mobile unit and the satellite. The mobile unit transceiver then determines the appropriate transmitter power to be used for signal transmissions between the mobile unit and the satellite, taking into account the path loss measurement, the transmitted data rate and the satellite receiver sensitivity.

The signals transmitted by the mobile unit to the satellite are relayed by the satellite to a Hub control system earth station. The Hub measures the received signal power from signals transmitted by each active mobile unit transceiver. The Hub then determines the deviation in the received power level from that which is

2

necessary to maintain the desired communications. Preferably the desired power level is a minimum power level necessary to maintain quality communications so as to result in a reduction in system interference.

The Hub then transmits a power control command signal to each mobile user so as to adjust or "fine tune" the transmit power of the mobile unit. This command signal is used by the mobile unit to change the transmit power level closer to a minimum level required to maintain the desired communications. As channel conditions change, typically due to motion of the mobile unit, both the mobile unit receiver power measurement and the power control feedback from the Hub continually readjust the transmit power level so as to maintain a proper power level. The power control feedback from the Hub is generally quite slow due to round trip delays through the satellite requiring approximately $\frac{1}{2}$ of a second of propagation time.

One important difference between satellite or terrestrial base stations systems are the relative distances separating the mobile units and the satellite or cell-site. Another important different in the satellite versus the terrestrial system is the type of fading that occurs in these channels. Thus, these differences require various refinements in the approach to system power control for the terrestrial system.

In the satellite/mobile unit channel, i.e. the satellite channel, the satellite repeaters are normally located in a geosynchronous earth orbit. As such, the mobile units are all at approximately the same distance from the satellite repeaters and therefore experience nearly the same propagation loss. Furthermore, the satellite channel has a propagation loss characteristic that follows approximately the inverse square law, i.e. the propagation loss is inversely proportional to the square of the distance between the mobile unit and the satellite repeater in use. Accordingly, in the satellite channel the variation in path loss due to distance variation is typically on the order of only 1-2 dB.

In contrast to the satellite channel, the terrestrial/mobile unit channel, i.e. the terrestrial channel, the distance between the mobile units and the cell sites can vary considerably. For example, one mobile unit may be located at a distance of five miles from the cell site while another mobile unit may be located only a few feet away. The variation in distance may exceed a factor of one hundred to one. The terrestrial channel experiences a propagation loss characteristic as did the satellite channel. However, in the terrestrial channel the propagation loss characteristic corresponds to an inverse fourth-power law, i.e. the path loss is proportional to the inverse of the path distance raised to the fourth power. Accordingly, path loss variations may be encountered which are on the order of over 80 dB in a cell having a radius of five miles.

The satellite channel typically experiences fading that is characterized as Rician. Accordingly the received signal consists of a direct component summed with a multiply reflected component having Rayleigh fading statistics. The power ratio between the direct and reflected component is typically on the order of 6-10 dB, depending upon the characteristics of the mobile unit antenna and the environment about the mobile unit.

Contrasting the satellite channel with the terrestrial channel, the terrestrial channel experiences signal fading that typically consists of the Rayleigh faded component without a direct component. Thus, the terrestrial channel presents a more severe fading environment

than the satellite channel where Rician fading is the dominant fading characteristic.

The Rayleigh fading characteristics in the terrestrial channel signal is caused by the signal being reflected from many different features of the physical environment. As a result, a signal arrives almost simultaneously at a mobile unit receiver from many directions with different transmission delays. At the UHF frequency bands usually employed for mobile radio communications, including those of cellular mobile telephone systems, significant phase differences in signals traveling on different paths may occur. The possibility for destructive summation of the signals may result, with on occasion deep fades occurring.

Terrestrial channel fading is a very strong function of the physical position of the mobile unit. A small change in position of the mobile unit changes the physical delays of all the signal propagation paths, which further results in a different phase for each path. Thus, the motion of the mobile unit through the environment can result in a quite rapid fading process. For example, in the 850 MHz cellular radio frequency band this fading can typically be as fast as one fade per second per mile per hour of vehicle speed. Fading on this order can be extremely disruptive to signals in the terrestrial channel resulting in poor communication quality. However, additional transmitter power can be used to overcome the problem of fading.

The terrestrial cellular mobile telephone system typically requires a full-duplex channel to be provided in order to allow both directions of the telephone conversation to be simultaneously active such as provided by the conventional wired telephone system. This full-duplex radio channel is normally provided by using one frequency band for the outbound link, i.e. transmissions from the cell-site transmitter to the mobile unit receivers. A different frequency band is utilized for the inbound link, i.e. transmissions from the mobile unit transmitters to the cell-site receivers. According, this frequency band separation allows a mobile unit transmitter and receiver to be active simultaneously without feedback or interference from the transmitter into the receiver.

The use of different frequency bands has significant implications in the power control of the cell-site and mobile unit transmitters. Use of different frequency bands causes the multipath fading to be independent processes for the inbound and outbound channels. A mobile unit cannot simply measure the outbound channel path loss and assume that the same path loss is present on the inbound channel.

It is therefore, an object of the present invention to provide a novel and improved method and apparatus for controlling in the terrestrial channel transmitter power so as to overcome deleterious fading without causing unnecessary system interference which can adversely affect overall system capacity.

## SUMMARY OF THE INVENTION

In a terrestrial CDMA cellular mobile telephone system, it is desirable that the transmitter power of the mobile units be controlled so as to produce at the cell site receiver a nominal received signal power from each and every mobile unit transmitter operating within the cell. Should all of the mobile unit transmitters within an area of coverage of the cell-site have transmitter power controlled accordingly the total signal power received at the cell-site would be equal to the nominal receiver power of the mobile unit transmitted signal multiplied by the number of mobile units transmitting within the cell. To this is added the noise power received at the cell-site from mobile units in adjacent cells.

The CDMA receivers of the cell-site respectively operate by converting a wideband CDMA signal from a corresponding one of the mobile unit transmitters into a narrow band digital information carrying signal. At the same time, other received CDMA signals that are not selected remain as wide band noise signals. The bit-error-rate performance of the cell-site receiver is thus determined by the ratio of the power of the desired signal to that of the undesired signals received at the cell-site, i.e., the received signal power in the desired signal transmitted by the selected mobile unit transmitter to that of the received signal power in undesired signals transmitted by the other mobile unit transmitters. The bandwidth reduction processing, a correlation process which results in what is commonly called "processing gain", increases the signal to noise interference ratio from a negative value to a positive value thus allowing operation within an acceptable bit-error-rate.

In a terrestrial CDMA cellular mobile telephone system it is extremely desirable to maximize the capacity in terms of the number of simultaneous telephone calls that may be handled in a given system bandwidth. System capacity can be maximized if the transmitter power of each mobile unit is controlled such that the transmitted signal arrives at the cell-site receiver at the minimal signal to noise interference ratio which allows acceptable data recovery. If a signal transmitted by a mobile unit arrives at the cell-site receiver at a power level that is too low, the bit-error-rate may be too high to permit high quality communications. On the other hand if the mobile unit transmitted signal is at a power level that is too high when received at the cell site receiver, communication with this particular mobile unit will be acceptable. However, this high power signal acts as interference to other mobile unit transmitted signals that are sharing the same channel, i.e. bandwidth. This interference may adversely affect communications with other mobile units unless the total number of communicating mobile units is reduced.

The path loss of signals in the UHF frequency band of the cellular mobile telephone channel can be characterized by two separate phenomena, average path loss and fading. The average path loss can be described statistically by a log-normal distribution whose mean is proportional to the inverse fourth-power of the path distance, and whose standard deviation is approximately equal to 8 dB. The second phenomena is a fading process caused by multipath propagation of the signals which is characterized by a Rayleigh distribution. The average path loss, which is a log-normal distribution, can be considered to be the same for both the inbound and outbound frequency bands, as is for the conventional cellular mobile telephone systems. However, as mentioned previously Rayleigh fading is an independent phenomena for the inbound and outbound link frequency bands. The log-normal distribution of the average path loss is a relatively slow varying function of position. In contrast, the Rayleigh distribution varies relatively fast as a function of position.

In the present invention, a CDMA approach to multiple user access in a cellular mobile telephone system is implemented. In such a system all the cell-sites in a region transmit, a "pilot" signal of the same frequency and code. The use of a pilot signal in CDMA systems is

5,257,283

<div style="column-count:2">

5

well known. In this particular application, the pilot signal is used by the mobile units for initial synchronization of the mobile unit receiver. The pilot signal is also used as phase and frequency reference and a time reference for demodulation of the digital speech signals transmitted by the cell-site.

In the present invention, each mobile unit estimates the path loss in signals transmitted from the cell-site to the mobile unit. In order to make this signal path loss estimate, the power level of the cell-site transmitted signals, as received at the mobile unit, are measured. The mobile unit thus measures the pilot signal power as received from the cell-site to which the mobile unit is communicating. The mobile unit also measures the power level sum of all cell-site transmitted signals as received at the mobile unit. The power level sum measurement as described in further detail later herein, is necessary to handle cases in which the mobile unit might temporarily obtain a better path to a more distant cell-site than to a normally preferred closest cell-site.

The outbound link path loss estimate is filtered using a non-linear filter. The purpose of the non-linearity in the estimation process is to permit a rapid response to a sudden improvement in the channel while only allowing a much slower response to a sudden degradation in the channel. The mobile unit in response to a sudden improvement in the channel thus suddenly reduces mobile unit transmitter transmit power.

Should the channel for one mobile unit suddenly improve, then the signal as received at the cell-site from this mobile unit will suddenly increase in power. This sudden increase in power causes additional interference to all signals sharing the same wide band channel. A rapid response to the sudden improvement will thus reduce system interference.

A typical example of a sudden improvement in the channel occurs when a mobile unit is moving through an area that is shadowed by a large building or other obstruction and then drives out of the shadow. The channel improvement, as a result of the vehicle movement, can take place on the order of a few tens of milliseconds. As the mobile unit drives out of the shadow, the outbound link signal as received by the mobile unit will suddenly increase in strength.

The outbound link path loss estimate at the mobile unit is used by the mobile unit to adjust the mobile unit transmitter power. Thus, the stronger the received signal, the lower the mobile unit transmitter power will be. Reception of a strong signal from the cell-site indicates that the mobile unit is either close to the cell-site or else an unusually good path to the cell-site exists. Reception of a strong signal means that a relatively smaller mobile unit transmitter power level is required in order to produce a nominal received power at the cell-site in transmissions by the mobile unit.

In the case where there is a temporary but yet sudden degradation in the channel it is desirable that a much slower increase in mobile unit transmitter power be permitted. This slow increase in mobile unit transmitter power is desired so as to prohibit an unnecessarily rapid increase in mobile unit transmit power which increases the interference to all other mobile units. Thus a temporary degradation in one mobile unit channel will be tolerated in order to reduce a degradation of all mobile unit channels.

In the case of a sudden degradation in the channel, the non-linear filter prevents the mobile transmitter power from being increased at a high rate in response to

6

the sudden decrease in signal power in signals received at the mobile unit. The rate of increase of the mobile unit transmitter transmit power must generally be limited to the rate of a closed loop power adjustment command transmitted from the cell-site, as described below, can reduce the mobile unit transmitter transmit power. Using the cell-site generated power adjustment commands, the mobile unit transmitter power will be prevented from being increased to a level significantly higher than the level required for communications, particularly when a sudden channel degradation occurs in only the outbound link path and not in the inbound link path.

It should be noted that it is undesirable to simply use a slow response on the mobile unit transmitter power control in an attempt to separate the fast Rayleigh fading from the slow fading due to distance and terrain. A slow response in the mobile unit transmitter power control is undesirable because the possibility of sudden improvements and fades that affect the inbound and outbound channels equally. If the response to a sudden improvement were to be slowed down by a filter, then there would be frequent occasions when the mobile unit transmitter power would be quite excessive and cause interference to all other mobile users. Thus the present invention uses a two time constant, non-linear approach in estimating the path loss.

In addition to measuring the received signal strength in the mobile unit, it is also desirable for the processor in the mobile unit to know the cell-site transmitter power and antenna gain (EIRP), the cell-site G/T (receive antenna gain G divided by receiver noise level T), the mobile unit antenna gain, and the number of calls active at this cell-site. This information allows the mobile unit processor to properly compute the reference power level for the local power setting function. This computation is done by calculating the cell-site to mobile link power budget, solving for the path loss. This path loss estimate is then used in the mobile cell-site link budget equation, solving for the mobile unit transmit power required to produce a desired signal level. This capability allows the system to have cell-sites with differing EIRP levels to correspond to the size of the cells. For example, a small radius cell need not transmit with as high a power level as a large radius cell. However, when the mobile unit is a certain distance from a low power cell, it would receive a weaker signal than from a high power cell. The mobile unit would respond with a higher transmit power than would be necessary for the short range. Hence, the desirability of having each cell-site transmit information as to its characteristics for power control.

The cell-site transmits information such as cell-site EIRP, G/T and number of active calls on a cell-site setup channel. The mobile unit receives this information when first obtaining system synchronization and continues to monitor this channel when idle for pages for calls originated within the public telephone switching network intended for the mobile unit. The mobile unit antenna gain is stored in a memory in the mobile unit at the time the mobile unit is installed in the vehicle.

As mentioned previously, mobile unit transmitter power is also controlled by a signal from the cell-site. Each cell-site receiver measures the strength of the signal, as received at the cell-site, from each mobile unit to which the cell-site is in communication with. The measured signal strength is compared to a desired signal strength level for that particular mobile unit. A power

</div>

5,257,283

7 8

adjustment command is generated and sent to the mobile unit in the outbound link data, or voice channel, addressed to that mobile unit. In response to the cell-site power adjustment command, the mobile unit increases or decreases the mobile unit transmitter power by a predetermined amount, nominally 1 dB.

The power adjustment command is transmitted by the cell-site transmitter at a relatively high rate, typically on the order of about one command every millisecond. The rate of transmission of the power adjustment command must be high enough to permit Rayleigh fading on the inbound link path to be tracked. It is further desirable for the outbound link path Rayleigh fading impressed on the inbound link path signal to be tracked. One command per millisecond is adequate to track the fading processes for vehicle speeds in the range of 25–50 miles per hour for 850 MHz band mobile communications. It is important that the latency in determining the power adjustment command and the transmission thereof be minimized so that channel conditions will not change significantly before the mobile unit receives and responds to the signal.

To account for the independence of the two Rayleigh fading paths, the mobile unit transmitter power is also controlled by the power adjustment command from the cell-site. Each cell-site receiver measures the received signal strength from each mobile unit. The measured signal strength is compared to the desired signal strength for that mobile unit and a power adjustment command is generated. The power adjustment command is sent to the mobile unit in the outbound data or voice channel addressed to that mobile unit. This power adjustment command is combined with the mobile unit one way estimate to obtain the final value of the mobile unit transmitter power.

The power adjustment command signal is transmitted, in an exemplary embodiment, by overwriting one or more user data bits every millisecond. The modulation system employed in CDMA systems is capable of providing error detection and correction coding for user data bits. The overwrite by the power adjustment command is treated as a channel bit error or erasure and corrected by the error correction as decoded in the mobile unit receiver. Error correction coding on the power adjustment command bits in many cases may not be desirable because of the resulting increased latency in reception and response to the power command. It is also envisioned that time division multiplexing for transmission of the power adjustment command bits may be used without overwriting user data channel symbols.

The cell-site controller or processor can be used to determine the desired signal strength, as received at the cell-site, for signals transmitted by each mobile unit. The desired signal strength level values are provided to each of the cell-site receivers. The desired signal strength value is used for comparing with a measured signal strength value for generating the power adjustment command.

A system controller is utilized to command each cell-site processor as to the value of desired signal strength to use. The nominal power level can be adjusted up or down to accommodate variations in the average conditions of the cell. For example, a cell-site positioned in an unusually noisy location or geographic region might be allowed to use a higher than normal inbound power level. However, such a higher power level for in-cell operation will result in higher levels of interference to immediate neighbors of this cell. This interference can be compensated for by allowing the neighbor cells a small increase in inbound link power. Such an increase in inbound power in neighboring cells would be smaller than that of the increase given to the mobile users communicating in the high noise environment cell. It is further understood that the cell-site processor may monitor the average bit-error-rate. This data may be used by the system controller to command the cell-site processor to set an appropriate inbound link power level to assure acceptable quality communications.

It is also desirable to provide a means for controlling the relative power used in each data signal transmitted by the cell-site in response to control information transmitted by each mobile unit. The primary reason for providing such control is to accommodate the fact that in certain locations, the outbound channel link from the cell-site to the mobile unit may be unusually disadvantaged. Unless the power being transmitted to this mobile is increased, the quality may become unacceptable. An example of such a location is a point where the path loss to one or two neighboring cells is nearly the same as the path loss to the cell-site communicating with the mobile unit. In such a location, the total interference would be increased by three times over the interference seen by the mobile unit at a point relatively close to its cell-site. In addition, the interference coming from these neighboring cell-sites will not fade in unison with the desired signal as would be the case for interference coming from the desired cell-site. This situation may required 3–4 dB additional signal power to achieve adequate performance.

In another situation, the mobile unit may be located where several strong multi-path signals arrive, resulting in larger than normal interference. In , such a situation, increasing the power of the desired signal relative to the interference may allow acceptable performance. At other times, the mobile unit may be located where the signal-to-interference ratio is unusually good. In such a case, the cell-site could transmit the desired signal using a lower than normal transmitter power, reducing interference to other signals being transmitted by the system.

To achieve the above objectives, the preferred embodiment includes a signal-to-interference measurement capability within the mobile unit receiver. This measurement is performed by comparing the power of the desired signal to the total interference and noise power. If the measured ratio is less than a predetermined value the mobile transmits a request to the cell-site for additional power in cell-site transmissions. If the ratio exceeds the predetermined value, the mobile unit transmits a request for a reduction in power.

The cell-site receives the power adjustment requests from each mobile and responds by adjusting the power allocated to the corresponding cell-site transmitted signal by a predetermined amount. The adjustment would usually be small, on the order of 0.5 dB, or 12%. The rate of power may be somewhat slower than that used for the inbound link from the mobile unit to cell-site, perhaps once per vocoder frame, or nominally once per 15 milliseconds. The dynamic range of the adjustment would also be limited to 4 dB less than nominal to about 6 dB greater than nominal.

The cell-site must also consider the power demands being made on it by all the mobiles in deciding whether to comply with the requests of any particular mobile. For example, if the cell-site is loaded to capacity, requests for additional power might be granted but only

9

by 6% or less instead of the normal 12%. In this regime, a request for a reduction in power would still be granted at the normal 12% change.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters correspond throughout and wherein:

FIG. 1 is a schematic overview of an exemplary mobile cellular telephone system;

FIGS. 2A–2D illustrate, in a series of graphs, mobile unit received signal strength and transmit power as a function of distance;

FIG. 3 is a block diagram of a cell-site with particular reference to the power control features of the present invention;

FIG. 4 is a block diagram of the mobile unit with particular reference to the power control features of the present invention;

FIG. 5 is a block diagram illustrating in further detail the power control features of the mobile unit of FIG. 4; and

FIG. 6 is a block diagram illustrating in further detail the power control features of the cell-site of FIG. 3.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An exemplary terrestrial cellular mobile telephone system in which the present invention is embodied is illustrated in FIG. 1. The system illustrated in FIG. 1 utilizes CDMA modulation techniques in communications between the system mobile user, and the cell-sites. Cellular systems in large cities may have hundreds of cell-site stations serving hundreds of thousands of mobile telephones. The use of CDMA techniques readily facilitates increases in user capacity in systems of this size as compared to conventional FM modulation cellular systems.

In FIG. 1, system controller and switch 10, typically includes appropriate interface and processing hardware for providing system control information to the cell-sites. Controller 10 controls the routing of telephone calls from the public switched telephone network (PSTN) to the appropriate mobile unit. Controller 10 also controls the routing of calls from the mobile units via at least one cell-site to the PSTN. Controller 10 may direct calls between mobile users via the appropriate cell-site stations since such mobile units do not typically communicate directly with one another.

Controller 10 may be coupled to the cell-sites by various means such as dedicated telephone lines, optical fiber links or by radio frequency communications. In FIG. 1, two exemplary mobile units 16 and 18 which include cellular telephones are illustrated. Arrows 20a–20b and 22a–22b respectively define the possible communication links between cell-site 12 and mobile units 16 and 18. Similarly, arrows 24a–24b and arrows 26a–26b respectively define the possible communication links between cell-site 14 and mobile units 18 and 16. Cell-sites 12 and 14 normally transmit using equal power.

Mobile unit 16 measures the total received power in signals transmitted by cell-sites 12 and 14 upon path 20a and 26a. Similarly, mobile unit 18 measures the total received power in signals as transmitted by cell-sites 12

10

and 14 upon paths 22a and 24a. In each of mobile units 16 and 18, signals power is measured in the receiver where the signals wide band signals. Accordingly, this power measurement is made prior to correlation of the received signals with a pseudonoise (PN) spectrum spreading signal.

When mobile unit 16 is closer to cell-site 12, the received signal power will be dominated by the signals traveling path 20a. When mobile unit 16 is nearer to cell-site 14, the received power will be dominated by the signals traveling on path 26a. Similarly, when mobile unit 18 is closer to cell-site 14, the received power will be dominated by. the signals on path 24a. When mobile unit 18 is closer to cell-site 12, the received power will be dominated by the signals traveling on path 22a.

Each of mobile units 16 and 18 uses the resultant measurement, together with knowledge of the cell-site transmitter power and the mobile unit antenna gain to estimate the path loss to the closest cell-site. The estimated path loss, together with knowledge of the mobile antenna gain and the cell-site $G/T$ is used to determine the nominal transmitter power required to obtain the desired carrier-to-noise ratio in the cell-site receiver. The knowledge by the mobile units of the cell-site parameters may be either fixed in memory or transmitted in cell-site information broadcast signals, setup channel, to indicate other than nominal conditions for a particular cell-site.

As a result of the determination of the mobile unit nominal transmit power, in the absence of Rayleigh fading and assuming perfect measurements, the mobile unit transmitted signals will arrive at the nearest cell-site precisely at the desired carrier-to-noise ratio. Thus the desired performance will be obtained with the minimum amount of mobile unit transmitter power. The minimization of the mobile unit transmitted power is important in a CDMA system because each mobile unit causes interference to every other mobile unit in the system. In minimizing the mobile unit transmitter power, system interference will be held to a minimum, thus allowing additional mobile users to share the frequency band. Accordingly, system capacity and spectral efficiency is maximized.

FIG. 2A illustrates the effect of both Rayleigh fading as a function of distance on the strength of the cell-site transmitted signal as received at a mobile unit. The average path loss, indicated by curve 30, is determined primarily by the fourth-power of the distance between the cell-site and the mobile unit, and by the shape of the terrain between them. As distance increases between the mobile unit and the cell-site, signal power decreases as received at the mobile unit for a constant power transmitted cell-site signal. The average path loss is the same for both directions of the link, and typically exhibits a log-normal distribution about the average path loss.

In addition to the slowly varying log-normal average path loss, the rapid fading up and down around the average path loss is caused by the destruction of multiple path signal propagation. The signals arrive from these multiple paths in random phase and amplitude, resulting in the characteristic Rayleigh fading. Curve 32 as illustrated in FIG. 2A represents the variation in signal path loss as a result of Rayleigh fading. The Rayleigh fading is typically independent for the two directions of the cell-site/mobile unit communication link, i.e. outbound and inbound channels. For example, when the outbound

5,257,283

11

channel is fading, the inbound channel is not necessarily fading at the same time.

FIG. 2B illustrates the mobile unit transmitter power adjusted to correspond to the link path signal strength of FIG. 2A. In FIG. 2B, curve 34 represents the desired average transmit power corresponding to the average path loss of curve 30 of FIG. 2A. similarly, curve 36 corresponds to the mobile unit transmitter power responding to the Rayleigh fading as represented by curve 32 of FIG. 2A. As the Rayleigh faded signal, curve 32 of FIG. 2A, decreases in signal strength, rapid increases in transmitter power result. These rapid upward excursions of transmitter power can result in deleterious effects in overall system performance. Therefore, the present invention envisions the use of a non-linear filter to control rapid upward excursions, or increases, in transmitter power, Furthermore, the present invention also utilizes closed loop power adjustment feedback from the cell-site to adjust mobile unit transmitter power.

FIG. 2C illustrates the mobile unit transmitter power corresponding to FIG. 2A without taking into consideration the cell-site closed loop power adjustment feedback. In FIG. 2C the desired average transmit power, as represented by curve 34', corresponds to the mobile unit received signal strength of curve 30 of FIG. 2A. Curve 38 illustrates the transmitter power utilizing the non-linear filter in power control of the present invention. The rapid upward excursions in transmitter power, as indicated by the dashed lines of FIG. 2C and correspond to the upward excursions in curve 36 of FIG. 2B, are significantly reduced. In curve 38, the upward excursions are significantly reduced by setting the rate of increase in transmit power to a fixed value. The resulting variation in transmitter power relative to the desired transmit power is both limited in dynamic range and in rate of change. This limitation allows the closed loop power adjustment feedback process to be easier to implement and to be more effective at a much lower control data rate. Transmit power, as indicated by curve 38, is permitted to decrease at a much greater rate than an increase.

As distance increases from the points marked $D_1$–$D_2$ transmitter power decreases rather quickly corresponding to a sudden improvement in the channel. Between the distance points marked $D_2$–$D_3$ the channel degrades with a corresponding increase in transmitter power. The change in degradation is not so significant such that the non-linear filter maximum rate limits the rate of increase in transmitter power.

As distance increases as from the distance points marked $D_3$–$D_4$, the channel degrades much more rapidly than the non-linear filter will permit an increase in transmitter power. During this period, transmitter power increases at the maximum rate permitted by the non-linear filter. During the distance change indicated by marks $D_4$–$D_5$, the channel begins improving. However, as the quality of the channel improves the transmitter power continues to increase at the maximum rate until transmitter power is sufficient to meet the desired level such as at mark $D_5$.

It is desirable to eliminate the upward excursions in transmitter power which may cause unnecessary system interference. Should a better path to another cell-site occur, which would result in unnecessary interference in the system, quality communications in the system may be maintained by limiting the rate of increase in transmitter power.

12

FIG. 2D is a graph illustrating the cell-site received signal power strength with respect to transmissions of the mobile unit as it travels from the cell-site. Curve 40 indicates the desired average received signal power at the cell-site for a signal transmitted from a mobile unit. It is desirable that the average received signal power be at a constant level, yet a minimum necessary to assure a quality communication link with the mobile unit corrections are made at the mobile unit to correct for Rayleigh fading in the cell-site transmitted signal.

The mobile unit transmitted signal experiences Rayleigh fading before arriving at the cell-site receiver. The signal received at the cell-site is therefore a signal of constant average received power level but still with the Rayleigh fading of the inbound channel impressed thereupon. Curve 42 represents the Rayleigh fading that occurs on the inbound signal.

Additionally, there is the possibility that the mobile unit may come to rest at a place where the outbound link is not faded but yet the inbound link is severely faded. Such a condition would disrupt communications unless an additional mechanism is employed to compensate for the inbound channel Rayleigh fading. Such a mechanism is the closed loop power adjustment command process employed at the cell-site for adjusting the mobile unit transmitter power. Such a power adjustment compensates for the Rayleigh fading on the inbound channel. In FIG. 2D, curve 44 illustrates the mobile unit transmitted signal power as received at the cell-site when compensating for average path loss and Rayleigh fading on both the inbound and outbound channels. As can be seen in FIG. 2D curve 44 follows close to curve 40 except for instances of severe fading where the fading process is minimized by the closed loop control.

In FIG. 3 antenna 52 is provided for receiving multiple mobile unit transmitted signals which are then provided to analog receiver 54 for amplification, frequency downconversion and IF processing of the received RF signal. The analog signals output from receiver 54 are provided to a plurality of receiver modules for, extraction of user directed information signals, generation of power adjustment commands, and modulation of user input information signals for transmission. One such module used in communications with a particular mobile unit, such as mobile unit N, is module 50. Thus the output of receiver 54 is provided to a plurality of these modules including module 50.

Module 50 comprises digital data receiver 56, user digital baseband circuit 58, received power measurement circuitry 60 and transmit modulator 62. Digital data receiver 56 receives the wideband spread spectrum signals for correlating and despreading the mobile unit N transmitted signal to a narrow band signal for transfer to an intended recipient communicating with mobile unit N. Digital data receiver 56 provides the narrow band digital signals to user digital baseband circuitry 58. Digital data receiver 56 also provides the narrow band signal to received power measurement circuitry 60.

Received power measurement circuitry 60 measures the power level in the received signal from mobile unit N. Received power measurement circuitry 60 in response to the measured level of power generates a power adjustment command which is input to transmit modulator 62 for transmission to mobile unit N. As previously discussed, the data bits in the power adjustment command are used by mobile unit N in adjusting mobile unit transmitter power.

5,257,283

13

When the received power measurement is greater than the preset level provided by a cell-site processor (not shown), an appropriate power adjustment command is generated. Should the received power measurement be less than the preset level, the power adjustment command data bits are generated and indicate that an increase in mobile unit transmitter power is necessary. Similarly, if the received measurement is greater than the preset level, the power adjustment command is generated such that the mobile unit transmitter power is reduced. The power adjustment command is utilized to maintain a nominal received power level at the cell-site.

The signal output from digital data receiver 56 is provided to user digital baseband circuitry 58 where it is interfaced for coupling to the intended recipient via the system controller and switch. Similarly, baseband circuitry 58 receives user information signals intended for mobile unit N and provides them to transmit modulator 62.

Transmit modulator 62 spread spectrum modulates the user addressable information signals for transmission to mobile unit N. Transmit modulator 62 also receives the power adjustment command data bits from received power measurement circuitry 60. The power adjustment command data bits are also spread spectrum modulated for transmission to mobile unit N. Transmit modulator 62 provides the spread spectrum modulated signal to summer 64 where it is combined with spread spectrum signals from other module transmit modulators also located at the cell-site.

The combined spread spectrum signals are input to summer 66 where they are combined with a pilot signal provided by pilot signal generator 68. These combined signals are then provided to circuitry (not shown) for frequency upconversion from the IF frequency band to the RF frequency band and amplified. The RF signals are then provided to antenna 52 for transmission. Although not illustrated transmit power control circuitry may be disposed between summer 66 and antenna 52. This circuitry, under control of the cell-site processor, is responsive to power adjustment command signals transmitted by the mobile unit, demodulated at the cell-site receiver and provided to the cell-site control processor for coupling to the circuitry.

In FIG. 4, the mobile unit, such as mobile unit N, includes an antenna 70 for collecting cell site transmitted signals and radiating mobile unit generated CDMA signals. Mobile unit N receives the pilot signal, setup channel signals and the mobile unit N addressed signals using antenna 70, analog receiver 72 and digital data receiver 74. Receiver 72 amplifies and frequency downconverts the received RF CDMA signals to IF, and filters the IF signals. The IF signals are output to digital data receiver 74 for digital processing. Receiver 72 also includes circuitry for performing an analog measurement of the combined power of the received signals. This power measurement is used to generate a feedback signal that is provided to transmit power control circuitry 76 for controlling transmit power.

Digital data receiver 74 is used for despreading and correlating the received signals addressed to mobile unit N. Receiver 74 also separates the digital data from the power adjustment command generated by the cell site. The power adjustment command data bits are sent to control processor 78. Processor 78 generates a transmit power control command that is provided to transmit power control circuitry 80. Processor 78 also provides a level set command to transmit power control circuitry

14

76. Further details on the interaction of receiver 72, transmit power control 76 and 80, and processor are described in further detail with reference to FIG. 5.

Receiver 74 also provides data such as digitized encoded speech to user digital baseband circuitry 82 for decoding and interface with the user. Baseband circuitry 82 includes interface hardware for coupling receiver 74 and transmit modulator 82 to the user handset (not shown).

Data to be transmitted is provided through baseband circuitry 82 where it is encoded and provided to transmit modulator 84. The data is spread spectrum modulated by transmit modulator 84 according to an assigned spreading code. The spread spectrum signals are output from transmit modulator 84 to transmit power control circuitry 80. The signal power is adjusted in accordance with the transmit power control command provided by control processor 78. This power adjusted signal is provided from transmit power control circuitry 80 to transmit power control circuitry 76 where the signal is adjusted in accordance with the analog measurement control signal. Although illustrated as two separate units for controlling the transmit power, the power level could be adjusted by a single variable gain amplifier with two input control signals combined before being applied to the variable gain amplifier. However in the illustrated exemplary embodiment the two control functions are shown as separate elements.

In the operation of the power control circuitry illustrated in FIG. 4, receiver 72 measures the combined power level of all signals received from all cell-sites. These power level measurement results are used in controlling the power level as set by transmit power control circuitry 76. Transmit power control circuitry 76 includes circuitry in which the rate of increase transmitter power is limited by a non-linear filter as previously discussed. The rate of increase is set to be no faster than the rate at which transmit power control circuitry 80 can turn the power down in response to a series of downward commands from the cell-site and processed by receiver 74 and processor 78.

FIG. 5 illustrates in further detail the power control aspect of mobile unit N discussed with reference to FIG. 4. In FIG. 5, received RF signals from the antenna are provided to frequency downconverter 90 where the received RF signals are converted to an IF frequency. The IF frequency signals are coupled to bandpass filter 92 where out of band frequency components are removed from the signals.

The filtered signals are output from filter 92 to variable gain IF amplifier 94 where the signals are amplified. The amplified signals are output from amplifier 94 to an analog to digital (A/D) converter (not shown) for digital signal processing operations on the signals. The output of amplifier 94 is also coupled to automatic gain control (AGC) detector circuit 96.

AGC detector circuit 96 generates a gain control signal which is coupled to a gain control input of amplifier 94. This gain control signal is used to control the gain of the amplifier 94 so as to maintain a constant average power level as output from amplifier 94 to the A/D converter.

AGC detector circuit 96 also provides an output to one input of comparator 98. The other input of comparator 98 is provided with a level set signal from the mobile unit processor (not shown). This level set signal is indicative of a desired transmitter reference power level. These input signals are compared by comparator

5,257,283

15                                                                                          16

98 with the comparison signal provided to a non-linear filter circuit 100. This comparison signal corresponds to a deviation in the received power measurement from a desired mobile unit transmitter power level.

Filter 100 may be configured as a simple resistor-diode-capacitor circuit. For example, the input to the circuit is a common node shared two resistors. The other end of each resistor is coupled to a respective diode. The diodes are reversed in their connection to the resistors, and the other end of each diode coupled together as a common node as an output of the filter. A capacitor is coupled between the diode common node and ground. The filter circuit is designed to limit the rate of power increase to less than 1 dB per millisecond. The rate of power decrease is typically set to be about ten times faster than the rate of power increase, i.e. 10 dB per millisecond. The output of filter 100 is provided as a power level control signal input to the gain control input of variable gain IF amplifier 102.

AGC detector circuit 96, comparator 98 and filter 100 estimate received mobile unit signal power and the power correction necessary for the mobile unit transmitter. This correction is used to maintain a desired transmitter power level in conditions of fading on the outbound channel that are common to the inbound channel.

Transmit modulator circuit 84 of FIG. 4, provides a low power, IF frequency spread spectrum signal to an input of variable gain IF amplifier 104. Amplifier 104 is gain controlled by a power level control signal from processor 78 (FIG. 4). This power level control signal is derived from the closed loop power adjustment command signal transmitted by the cell-site and processed by the mobile unit as discussed with reference to FIG. 4.

The power adjustment command signal consists of a sequence of power-up and power-down commands that are accumulated in the mobile unit processor. The mobile unit control processor starts with the gain control level set to a nominal value. Each power-up command increases the value of a gain control command corresponding to a resultant approximate 1 dB increase in amplifier gain. Each power-down command decreases the value of the gain control command, corresponding to a resultant approximate 1 dB decrease in amplifier gain. The gain control command is converted to analog form by a digital to analog (D/A) converter (not shown) before applied to amplifier 104 as the power level control signal.

The mobile unit reference power level may be stored in the memory of the control processor. In the alternative the mobile unit reference power level may be contained within a signal sent to the mobile unit. This signal command data is separated by the digital data receiver and interpreted by the control processor in setting the level. This signal as provided from the control processor is converted by a digital to analog (D/A) converter (not shown) before input to comparator 98.

The output of amplifier 104 is provided as an input to amplifier 102. Amplifier 102 as previously mentioned is also a variable gain IF amplifier with the gain determined according to the power level control signal output from filter 100. The signal for transmission is amplified in accordance with the gain set by the power level control signal from filter 100. The amplified output signal from amplifier 102 and is further amplified and frequency translated to the RF frequency for transmis-

sion. The RF signal is then fed to the antenna for transmission.

FIG. 6 illustrates in further detail the power control scheme of the cell-site as illustrated in FIG. 3. In FIG. 6 a mobile unit transmitted signal is received at the cell-site. The received signal is processed by the cell-site analog receiver and cell-site digital data receiver corresponding to mobile unit N.

In the digital data receiver, receiver 56 of FIG. 3, the received analog signal is converted from analog to digital form by A/D converter 110. The digital signal output from A/D converter is provided to pseudorandom noise (PN) correlator 112 where the signal undergoes a correlation process with a PN signal provided from PN generator 114. The output of PN correlator 112 is provided to a fast Hadamard transform digital filter 114 where the signal is filtered. The output of filter 114 is provided to a user data decoder circuit 116 which provides user data to the user digital baseband circuitry. Decoder 116 provides the largest transform filter symbols to power averager circuit 118. The power averager circuit 118 averages the largest transform outputs over a one millisecond interval using well known digital techniques.

A signal indicative of each average power level is output from power averager 118 to comparator 120. Comparator 120 also receives a power level set signal indicative of the desired received power level. This desired received power level is set by the control processor for the cell-site. Comparator 120 compares the two input signals and provides an output signal indicative of the deviation of the average power level from the desired power level. This signal is provided output to power up/down command generator 122. Generator 122 in response to the comparison generates either a power-up or a power-down command. Power command generator 122 provides the power control commands to the cell-site transmit modulator for transmission and control of the transmitter power of mobile unit N.

If the received power at the cell-site is higher than that desired of mobile unit N, then a power-down command is generated and transmitted to mobile unit N. However, if the received power level at the cell-site is too low, then a power-up command is generated and transmitted. The up/down commands are transmitted at a high rate, nominally 1,000 commands per second in the exemplary embodiment. At one bit per command, the overhead of the power command is insignificant compared to the bit rate of a high quality digital voice signal.

The power adjustment command feedback compensates for changes in the inbound channel receiver that are independent of the outbound channel. These independent inbound channel changes are not measured in the outbound channel signal upon the outbound channel. Therefore the path loss estimate based and the transmitter corresponding power adjustment do not reflect the changes in the inbound channel. Thus, the power adjustment command feedback is used to compensate for adjustments mobile unit transmitter power based on the inbound channel path losses that do not exist in the inbound channel.

In using a closed loop control process it is highly desirable for the command to arrive at the mobile unit before conditions change significantly. The present invention provides a novel and unique power control circuitry at the cell-site for minimizing delay and la-

5,257,283

17

tency of measurement and transmission. The power control circuitry at the mobile unit, analog control and digital command response, provides a vastly improved power control process in the cellular mobile telephone system.

The previous description of the preferred embodiments are provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principals defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein, but is to be accorded the widest scope consistent with the principals and novel features disclosed herein.

We claim:

1. A method for controlling transmission power of a first transceiver in communicating information signals of a first user using spread spectrum communication signals within a first frequency band to a second transceiver, and said first transceiver is further for extracting information signals of a second user communicated to said first transceiver by said second transceiver also using spread spectrum communication signals in a second frequency band, said method comprising the steps of:

determining combined signal power of all signals received by said first transceiver within said second frequency band;

controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in said determined combined signal power; and

controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in signal power of first transceiver transmitted spread spectrum communication signals as received by said second transceiver.

2. The method of claim 1 wherein said step of determining combined signal power comprises the steps of:

measuring combined signal power of all signals received by said first transceiver within said second frequency band; and

generating a corresponding measurement indication; and wherein said step of controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in said determined combined signal power comprises the steps of:

comparing said measurement indication with a predetermined power level so as to provide a corresponding comparison result; and

adjusting signal power of said first transceiver transmitted spread spectrum communication signals in response to said comparison result.

3. The method of claim 2 wherein said step of controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in signal power of first transceiver transmitted spread spectrum communication signals received by said second transceiver comprises the steps of:

measuring signal power of first transceiver transmitted spread spectrum communication signals as received by said second transceiver;

18

generating power adjustment commands in accordance with deviations in said measured signal power with respect to a desired reception power level;

inserting said power adjustment commands in said second transceiver transmitted spread spectrum communication signals to said first transceiver; and

adjusting signal power of said first transceiver transmitted spread spectrum communication signals in accordance with said power adjustment commands as received by said first transceiver.

4. The method of claim 1 wherein said step of controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in signal power of first transceiver transmitted spread spectrum communication signals as received by said second transceiver comprises the steps of:

measuring signal power of first transceiver transmitted spread spectrum communication signals received by said second transceiver;

generating power adjustment commands in accordance with deviations in said measured signal power with respect to a desired reception power level;

inserting said power adjustment commands in said second transceiver transmitted spread spectrum communication signals to said first transceiver; and

adjusting signal power of said first transceiver transmitted spread spectrum communication signals in accordance with said power adjustment commands as received by said first transceiver.

5. The method of claim 4 further comprising the step of controlling signal power of said second transceiver transmitted spread spectrum communication signals in inverse proportion to variations of a measured ratio, of signal power of second transceiver transmitted spread spectrum communication signals as received by said first transceiver to a signal power of interfering signals, with respect to a desired ratio.

6. The method of claim 5 wherein said step of controlling signal power of said second transceiver transmitted spread spectrum communication signals comprises the steps of:

measuring signal power of all signals received by said first transceiver within said second predetermined frequency band;

measuring signal power of said second transceiver transmitted spread spectrum communication signals as received by said first transceiver;

comparing said measured signal power of said second transceiver transmitted spread spectrum communication signals received by said first transceiver with said measured signal power of said all signals received by said first transceiver so as to provide a signal-to-interference ratio value;

generating power adjustment requests in accordance with deviations in said signal-to-interference ratio value with respect to a desired signal-to-interference ratio value;

inserting said power adjustment requests in said first transceiver transmitted spread spectrum communication signals; and

adjusting signal power of said second transceiver transmitted spread spectrum communication signals in correspondence with said power adjustment requests as received by said second transceiver in

5,257,283

19

said first transceiver transmitted spread spectrum communication signals.

7. In a remote station transceiver having a receiver for receiving a base station transmitted outbound spread spectrum signals wherein one of said outbound spread spectrum signals contains first user information and for demodulating said one outbound spread spectrum signal to provide said first user information to a first user, and a transmitter for transmitting to said base station an inbound spread spectrum signal containing second user information, said transceiver having a power control system for controlling at said transceiver the transmission signal power of said inbound spread spectrum signal wherein the signal power of said inbound spread spectrum signal as received at said base station is maintained about a predetermined average signal power level, and wherein said base station measures the signal power of said inbound spread spectrum signal as received at said base station, generates power adjustment commands according to variations in said measured signal power of said inbound spread spectrum signal with respect to said predetermined average signal power level and transmits said power adjustment commands in said one outbound spread spectrum signal, said power control system comprising:

control processor means coupled to said receiver for receiving from said receiver said power adjustment commands in said one outbound spread spectrum signal, accumulating values corresponding to said power adjustment commands with respect to a predetermined first power level value, and generating a corresponding first power level control signal, said control processor means further for generating a power level set signal;

automatic gain control means coupled to said receiver for measuring signal power of all of said outbound spread spectrum signals received by said receiver, and providing a corresponding power measurement signal;

comparator means for receiving and comparing said power measurement signal and said power level set signal, and providing a corresponding power level control signal; and

amplification means coupled to said transmitter for receiving said first and second power level control signals and amplifying said inbound spread spectrum signal at a gain level determined by said first and second power level control signals.

8. The transceiver of claim 7 wherein said power control system amplification means comprises:

first amplifier means for, receiving said first power level control signal and amplifying said inbound spread spectrum signal at a first gain determined by said first power level control signal; and

second amplifier means for receiving said second power level control signal and said first amplifier means amplified inbound spread spectrum signal, and amplifying said first amplifier means amplified inbound spread spectrum signal at a second gain determined by said second power level control signal.

9. In the transceiver of claim 8 wherein an increase in measured outbound spread spectrum signal power corresponds to an increase in said second power control level signal with said second amplifier means responsive thereto for decreasing said second gain, and a decrease in measured outbound spread spectrum signal power corresponds to a decrease in said second power control

20

level signal with said second amplifier means responsive thereto for increasing said second gain.

10. In the transceiver of claim 9, said receiver having an analog portion and a digital receiver portion, said automatic gain control means coupled to said analog receiver portion with said signal power of said received outbound spread spectrum signals being measured as wideband signal power, and said digital receiver portion coupled to said control processor with said digital receiver portion extracting said power adjustment commands from said one outbound spread spectrum signal, wherein each power adjustment command affects a change in said first power level control signal with said first amplifier means responsive to each change in said first power level control signal so as to provide a corresponding change in said first gain.

11. In the transceiver of claim 10 wherein each change in said first gain corresponds to a predetermined dB gain change in transmission signal power of said inbound spread spectrum signal.

12. In the transceiver of claim 7 wherein in said power control system measured increases and decreases in signal power respectively correspond to decreases and increases in said gain level.

13. In the transceiver of claim 7 wherein said base station transmits said outbound spread spectrum signals in a first predetermined frequency band and said transceiver transmits inbound spread spectrum signal in a second predetermined frequency band.

14. In the transceiver of claim 7 said receiver having an analog receiver portion and a digital receiver portion, said automatic gain control means coupled to said analog receiver portion with said signal power of said received outbound spread spectrum signals being measured as wideband signal power, and said digital receiver portion coupled to said control processor with said digital receiver portion extracting said power adjustment commands from said one outbound spread spectrum signal.

15. In the transceiver of claim 7 wherein said power control system further comprises filter means for nonlinearly limiting a rate of change in said second power level control signal so as to provide a rate of change in increases of said second power level control signal that is greater than a rate of change in decreases in said second power level control signal.

16. A system for controlling transmission power of a first transceiver in transmitting spread spectrum communication signals, to a second transceiver such that said first transceiver transmitted signals are maintained at a predetermined power level as received at said second transceiver, said second transceiver also transmitting spread spectrum communication signals to said first transceiver, said system comprising:

first power control means for determining combined signal power of second transceiver transmitted spread spectrum communication signals received by said first transceiver and controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in said determined combined signal power; and

second power control means for further controlling signal power of said first transceiver transmitted spread spectrum communication signals in inverse proportion to variations in signal power of first transceiver transmitted spread spectrum communication signals received by said second transceiver.

Ex. 1-16

5,257,283

21

17. The system of claim 16 wherein said first power control means provides increases in signal power at a rate less than decreases in signal power.

18. The system of claim 16 wherein said first power control means provides increases in signal power at a rate less than said second power control means provides decreases in signal power.

19. The system of claim 16 wherein said open loop power control means compensates for variations in channel conditions affecting signal power in a second transceiver to first transceiver communication channel.

20. The system of claim 16 wherein said second power control means compensates for variations in channel conditions affecting signal power in a first transceiver to second transceiver communication channel.

21. The system of claim 16 wherein said first power control means comprises:

means for measuring combined signal power of all second transceiver transmitted spread spectrum communication signals received by said first transceiver; and

means for adjusting signal power, of said first transceiver transmitted spread spectrum communication signals, in inverse proportion to deviations in said first transceiver measured signal power with respect to a predetermined reference power level.

22. The system of claim 21 wherein said second power control means comprises:

means for measuring signal power of first transceiver transmitted spread spectrum communication signals received by said second transceiver;

means for generating power adjustment commands in accordance with deviations in said second transceiver measured signal power with respect to a desired reception power level;

means for inserting said power adjustment commands in said second transceiver transmitted spread spectrum communication signals; and

means for further adjusting signal power of said first transceiver transmitted spread spectrum communication signals in accordance with said power adjustment commands as received by said first transceiver.

23. The system of claim 22 wherein said means for measuring combined signal power of all second transceiver transmitted spread spectrum communication signals received by said first transceiver measures wideband signal power, and said means for measuring signal power of first transceiver transmitted spread spectrum communication signals received by said second transceiver digitally measures narrowband signal power.

24. The system of claim 16 wherein said second power control means comprises:

means for measuring signal power of first transceiver transmitted spread spectrum communication signals received by said second transceiver;

means for generating power adjustment commands in accordance with deviations in said second transceiver measured signal power with respect to a desired reception power level;

means for inserting said power adjustment commands in said second transceiver transmitted spread spectrum communication signals; and

means for adjusting signal power of said first transceiver transmitted spread spectrum communication signals in accordance with said power adjustment commands as received by said first transceiver.

22

25. The system of claim 16 further comprising third power control means for controlling signal power of said second transceiver transmitted spread spectrum communication signals in inverse proportion to variations of a measured ratio, of signal power of second transceiver transmitted spread spectrum communication signals received by said first transceiver to a signal power of interfering signals, with respect to a desired ratio.

26. The system of claim 25 wherein said third power control means comprises:

means for, measuring signal power of all signals received by said first transceiver, measuring signal power of said second transceiver transmitted spread spectrum communication signals as received by said first transceiver, comparing said measured signal power of said second transceiver transmitted spread spectrum communication signals received by said first transceiver with said measured signal power of said all signals received by said first transceiver so as to provide a signal-to-interference ratio value, generating power adjustment requests in accordance with to deviations in said signal-to-interference ratio value with respect to a desired predetermined signal-to-interference ratio value, and inserting said power adjustment requests in said first transceiver transmitted spread spectrum communication signals; and

means for adjusting signal power of said second transceiver transmitted spread spectrum communication signals in correspondence with said power adjustment requests as received by said second transceiver in said first transceiver transmitted spread spectrum communication signals.

27. A system for controlling the transmission power of a first remote transceiver of a plurality of remote transceivers, wherein each remote transceiver is for transmitting a spread spectrum communication signal to a base transceiver within a first predetermined frequency band, said base transceiver also transmitting a spread spectrum communication signal to at least said first remote transceiver within a second predetermined frequency band, said system comprising:

first power control means for determining combined signal power of said base transceiver transmitted spread spectrum communication signal and other signals within said second predetermined frequency band as received at said first transceiver, detecting variations in said first power control means determined signal power with respect to a first predetermined transmit power level, and adjusting signal power of said first transceiver transmitted spread spectrum communication signal in response to said first power control means detected variations; and

second power control means for determining signal power of said first transceiver transmitted spread spectrum communication signal as received at said second transceiver, detecting variations in said second power control means determined signal power with respect to a second predetermined transmit power level, adjusting signal power of said first transceiver transmitted spread spectrum communication signal in response to said second power control means detected variations.

28. The system of claim 27 wherein said first power control means comprises:

5,257,283

23

automatic gain control means for measuring wideband signal power of said base transceiver transmitted spread spectrum communication signal and other signals within said second predetermined frequency band as received at said first remote transceiver, and providing a corresponding first power measurement signal;

comparator means for receiving and comparing said first power measurement signal with a first power level signal representative of said first predetermined transmit power level, and providing a corresponding first power level control signal; and

amplification means for receiving said first power level control signal and amplifying said first remote transceiver transmitted spread spectrum communication signal at a gain level determined by said first power level control signal.

29. The system of claim 28 wherein said second power control means comprises:

second power measurement means for measuring signal power of said first transceiver transmitted spread spectrum communication signal as received by said second transceiver, and providing a corresponding second power measurement signal;

second comparator means for receiving and comparing said second power measurement signal with a second power level signal representative of said second predetermined transmit power level, and providing a corresponding second power level control signal;

power command generator means for receiving said corresponding second power level control signal, generating power adjustment commands in response to said second power level control signal, and providing said power adjustment commands in said base transceiver transmitted spread spectrum communication signal to said first remote transceiver;

processing means responsive to said power adjustment commands extracted from said base transceiver transmitted spread spectrum communication

24

signal as received at said first remote transceiver for providing a corresponding third power level control signal; and

said amplification means further for receiving said third power level control signal and further amplifying said first remote transceiver transmitted spread spectrum communication signal at a gain level determined by said third power level control signal.

30. The system of claim 27 wherein said second power control means comprises:

first power measurement means for measuring signal power of said first remote transceiver transmitted spread spectrum communication signal as received by said base transceiver, and providing a corresponding power level control signal;

first comparator means for receiving and comparing said power measurement signal with a power level signal representative of said second predetermined transmit power level, and providing a corresponding first power control signal; and

power command generator means for receiving said corresponding first power level control signal, generating power adjustment commands in response to said first power level control signal, and providing said power adjustment signal in said base transceiver transmitted spread spectrum communication signal to said first remote transceiver;

processing means responsive to said power adjustment commands extracted from said base transceiver transmitted spread spectrum communication signal as received at said first remote transceiver for providing a corresponding second power level control signal; and

amplification means for receiving said second power level control signal and amplifying said first remote transceiver transmitted spread spectrum communication signal at a gain level determined by said second power level control signal.

* * * * *



US005568483A

# United States Patent [19]

## Padovani et al.

[11]  Patent Number:  **5,568,483**

[45]  Date of Patent:  **Oct. 22, 1996**

[54]  **METHOD AND APPARATUS FOR THE FORMATTING OF DATA FOR TRANSMISSION**

[75]  Inventors:  Roberto Padovani; Edward G. Tiedemann, Jr., both of San Diego; Joseph P. Odenwalder, Del Mar, all of Calif.; Ephraim Zehavi, Haifa, Israel; Charles E. Wheatley, III, Del Mar, Calif.

[73]  Assignee:  Qualcomm Incorporated, San Diego, Calif.

[21]  Appl. No.: 374,444

[22]  Filed:  Jan. 17, 1995

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 171,146, Dec. 21, 1993, Pat. No. 5,504,773, which is a continuation of Ser. No. 822,164, Jan. 16, 1992, abandoned, which is a continuation-in-part of Ser. No. 543,496, Jun. 25, 1990, Pat. No. 5,103,459.

[51]  Int. Cl.⁶ ............................................. H04J 3/22
[52]  U.S. Cl. ....................... 370/84; 370/111; 375/240
[58]  Field of Search ............................... 341/61; 348/384, 348/390; 370/79, 82, 84, 99, 102, 110.1, 111; 371/49.1; 381/29, 30; 395/2, 2.1, 2.38; 455/72; 375/240, 241, 249

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,310,631 | 3/1967 | Brown | 370/110.1 |
| 4,291,409 | 9/1981 | Weinberg et al. | 375/209 |
| 4,688,035 | 8/1987 | Gray et al. | 340/825.52 |
| 4,813,040 | 3/1989 | Futato | 370/111 |
| 5,003,533 | 3/1991 | Watanabe | 370/85.5 |
| 5,022,046 | 6/1991 | Morrow, Jr. | 375/206 |
| 5,068,849 | 11/1991 | Tanaka | 370/85.5 |
| 5,136,586 | 8/1992 | Greenblatt | 370/110.4 |
| 5,150,387 | 9/1992 | Yoshikawa et al. | 375/240 |
| 5,212,684 | 5/1993 | MacNamee et al. | 370/24 |
| 5,218,639 | 6/1993 | Osterwell | 375/240 |
| 5,258,983 | 11/1993 | Lane et al. | 370/118 |
| 5,455,841 | 10/1995 | Hazu | 375/240 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0412583 | 2/1991 | European Pat. Off. |
| 0418965 | 3/1991 | European Pat. Off. |
| 0444592 | 9/1991 | European Pat. Off. |
| 2022365 | 12/1979 | United Kingdom |
| 2182528 | 5/1987 | United Kingdom |
| 9107030 | 5/1991 | WIPO |

*Primary Examiner*—Benedict V. Safourek
*Attorney, Agent, or Firm*—Russell B. Miller; Sean English

[57]  **ABSTRACT**

A method and apparatus for arranging various types of data, and at various rates, into a uniquely structured format for transmission. Data for transmission formatting may be vocoder data or different types of non-vocoder data. The data organized into frames of a predetermined time duration for transmission. The data frames are organized, depending on the data, to be at one of several data rates. Vocoder data is provided at one of several data rates and is organized in the frame according to a predetermined format. Frames may be formatted with a sharing of vocoder data with non-vocoder data to be at a highest frame data rate. Different types of non-vocoder data may be organized so as to also be at the highest frame data rate. Additional control data may be provided within the data frames to support various aspects of the transmission and recovery upon reception.

**77 Claims, 22 Drawing Sheets**



**Ex. 2-1**



FIG. 1





FIG. 2F

4.8 KBPS
FRAME
FORMAT

96 BITS - 20 MS
80 BITS

| 80 | 8 | 8 |

PRIMARY TRAFFIC       F   T

FIG. 2G

2.4 KBPS
FRAME
FORMAT

48 BITS - 20 MS
40 BITS

| 40 | 8 |

PRIMARY TRAFFIC       T

FIG. 2H

1.2 KBPS
FRAME
FORMAT

24 BITS - 20 MS
16 BITS

| 16 | 8 |

PRIMARY TRAFFIC       T

U.S. Patent          Oct. 22, 1996          Sheet 4 of 22          5,568,483



**FIG. 2I**
9600 BPS DIM AND BURST WITH RATE 1/2 PRIMARY AND SECONDARY TRAFFIC

192 BITS
172 BITS

| 1 | 1 | 2 | 80 | 88 | 12 | 8 |

MM =1  TT =1  TM =00  PRIMARY TRAFFIC  SECONDARY TRAFFIC  F  T

**FIG. 2J**
9600 BPS DIM AND BURST WITH RATE 1/4 PRIMARY AND SECONDARY TRAFFIC

192 BITS
172 BITS

| 1 | 1 | 2 | 40 | 128 | 12 | 8 |

MM =1  TT =1  TM =00  PRIMARY TRAFFIC  SECONDARY TRAFFIC  F  T

**FIG. 2K**
9600 BPS DIM AND BURST WITH RATE 1/8 PRIMARY AND SECONDARY TRAFFIC

192 BITS
172 BITS

| 1 | 1 | 2 | 16 | 152 | 12 | 8 |

MM =1  TT =1  TM =00  PRIMARY TRAFFIC  SECONDARY TRAFFIC  F  T

**FIG. 2L**
9600 BPS BLANK AND BURST WITH SECONDARY TRAFFIC ONLY

192 BITS
172 BITS

| 1 | 1 | 2 | 168 | 12 | 8 |

MM =1  TT =1  TM =00  SECONDARY TRAFFIC  F  T

NOTATION
MM   MIXED MODE BIT
TT   TRAFFIC TYPE BIT
TM   TRAFFIC MODE BITS
F    FRAME QUALITY INDICATOR (CRC) BITS
T    ENCODER TAIL BITS

Ex. 2-5



FIG. 3



FIG. 4A



FIG. 4B

Case 3:05-cv-02063-JLS-LSP    Document 1    Filed 11/04/05    Page 38 of 268



FIG. 4C

| | | | | | | | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 1 | 33 | 65 | 97 | 129 | 161 | 193 | 225 | 257 | 289 | 321 | 353 | 385 | 417 | 449 | 481 | 513 | 545 |
| 2 | 34 | 66 | 98 | 130 | 162 | 194 | 226 | 258 | 290 | 322 | 354 | 386 | 418 | 450 | 482 | 514 | 546 |
| 3 | 35 | 67 | 99 | 131 | 163 | 195 | 227 | 259 | 291 | 323 | 355 | 387 | 419 | 451 | 483 | 515 | 547 |
| 4 | 36 | 68 | 100 | 132 | 164 | 196 | 228 | 260 | 292 | 324 | 356 | 388 | 420 | 452 | 484 | 516 | 548 |
| 5 | 37 | 69 | 101 | 133 | 165 | 197 | 229 | 261 | 293 | 325 | 357 | 389 | 421 | 453 | 485 | 517 | 549 |
| 6 | 38 | 70 | 102 | 134 | 166 | 198 | 230 | 262 | 294 | 326 | 358 | 390 | 422 | 454 | 486 | 518 | 550 |
| 7 | 39 | 71 | 103 | 135 | 167 | 199 | 231 | 263 | 295 | 327 | 359 | 391 | 423 | 455 | 487 | 519 | 551 |
| 8 | 40 | 72 | 104 | 136 | 168 | 200 | 232 | 264 | 296 | 328 | 360 | 392 | 424 | 456 | 488 | 520 | 552 |
| 9 | 41 | 73 | 105 | 137 | 169 | 201 | 233 | 265 | 297 | 329 | 361 | 393 | 425 | 457 | 489 | 521 | 553 |
| 10 | 42 | 74 | 106 | 138 | 170 | 202 | 234 | 266 | 298 | 330 | 362 | 394 | 426 | 458 | 490 | 522 | 554 |
| 11 | 43 | 75 | 107 | 139 | 171 | 203 | 235 | 267 | 299 | 331 | 363 | 395 | 427 | 459 | 491 | 523 | 555 |
| 12 | 44 | 76 | 108 | 140 | 172 | 204 | 236 | 268 | 300 | 332 | 364 | 396 | 428 | 460 | 492 | 524 | 556 |
| 13 | 45 | 77 | 109 | 141 | 173 | 205 | 237 | 269 | 301 | 333 | 365 | 397 | 429 | 461 | 493 | 525 | 557 |
| 14 | 46 | 78 | 110 | 142 | 174 | 206 | 238 | 270 | 302 | 334 | 366 | 398 | 430 | 462 | 494 | 526 | 558 |
| 15 | 47 | 79 | 111 | 143 | 175 | 207 | 239 | 271 | 303 | 335 | 367 | 399 | 431 | 463 | 495 | 527 | 559 |
| 16 | 48 | 80 | 112 | 144 | 176 | 208 | 240 | 272 | 304 | 336 | 368 | 400 | 432 | 464 | 496 | 528 | 560 |
| 17 | 49 | 81 | 113 | 145 | 177 | 209 | 241 | 273 | 305 | 337 | 369 | 401 | 433 | 465 | 497 | 529 | 561 |
| 18 | 50 | 82 | 114 | 146 | 178 | 210 | 242 | 274 | 306 | 338 | 370 | 402 | 434 | 466 | 498 | 530 | 562 |
| 19 | 51 | 83 | 115 | 147 | 179 | 211 | 243 | 275 | 307 | 339 | 371 | 403 | 435 | 467 | 499 | 531 | 563 |
| 20 | 52 | 84 | 116 | 148 | 180 | 212 | 244 | 276 | 308 | 340 | 372 | 404 | 436 | 468 | 500 | 532 | 564 |
| 21 | 53 | 85 | 117 | 149 | 181 | 213 | 245 | 277 | 309 | 341 | 373 | 405 | 437 | 469 | 501 | 533 | 565 |
| 22 | 54 | 86 | 118 | 150 | 182 | 214 | 246 | 278 | 310 | 342 | 374 | 406 | 438 | 470 | 502 | 534 | 566 |
| 23 | 55 | 87 | 119 | 151 | 183 | 215 | 247 | 279 | 311 | 343 | 375 | 407 | 439 | 471 | 503 | 535 | 567 |
| 24 | 56 | 88 | 120 | 152 | 184 | 216 | 248 | 280 | 312 | 344 | 376 | 408 | 440 | 472 | 504 | 536 | 568 |
| 25 | 57 | 89 | 121 | 153 | 185 | 217 | 249 | 281 | 313 | 345 | 377 | 409 | 441 | 473 | 505 | 537 | 569 |
| 26 | 58 | 90 | 122 | 154 | 186 | 218 | 250 | 282 | 314 | 346 | 378 | 410 | 442 | 474 | 506 | 538 | 570 |
| 27 | 59 | 91 | 123 | 155 | 187 | 219 | 251 | 283 | 315 | 347 | 379 | 411 | 443 | 475 | 507 | 539 | 571 |
| 28 | 60 | 92 | 124 | 156 | 188 | 220 | 252 | 284 | 316 | 348 | 380 | 412 | 444 | 476 | 508 | 540 | 572 |
| 29 | 61 | 93 | 125 | 157 | 189 | 221 | 253 | 285 | 317 | 349 | 381 | 413 | 445 | 477 | 509 | 541 | 573 |
| 30 | 62 | 94 | 126 | 158 | 190 | 222 | 254 | 286 | 318 | 350 | 382 | 414 | 446 | 478 | 510 | 542 | 574 |
| 31 | 63 | 95 | 127 | 159 | 191 | 223 | 255 | 287 | 319 | 351 | 383 | 415 | 447 | 479 | 511 | 543 | 575 |
| 32 | 64 | 96 | 128 | 160 | 192 | 224 | 256 | 288 | 320 | 352 | 384 | 416 | 448 | 480 | 512 | 544 | 576 |

FIG. 5A

U.S. Patent          Oct. 22, 1996          Sheet 10 of 22          5,568,483

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 17 | 33 | 49 | 65 | 81 | 97 | 113 | 129 | 145 | 161 | 177 | 193 | 209 | 225 | 241 | 257 | 273 |
| 1 | 17 | 33 | 49 | 65 | 81 | 97 | 113 | 129 | 145 | 161 | 177 | 193 | 209 | 225 | 241 | 257 | 273 |
| 2 | 18 | 34 | 50 | 66 | 82 | 98 | 114 | 130 | 146 | 162 | 178 | 194 | 210 | 226 | 242 | 258 | 274 |
| 2 | 18 | 34 | 50 | 66 | 82 | 98 | 114 | 130 | 146 | 162 | 178 | 194 | 210 | 226 | 242 | 258 | 274 |
| 3 | 19 | 35 | 51 | 67 | 83 | 99 | 115 | 131 | 147 | 163 | 179 | 195 | 211 | 227 | 243 | 259 | 275 |
| 3 | 19 | 35 | 51 | 67 | 83 | 99 | 115 | 131 | 147 | 163 | 179 | 195 | 211 | 227 | 243 | 259 | 275 |
| 4 | 20 | 36 | 52 | 68 | 84 | 100 | 116 | 132 | 148 | 164 | 180 | 196 | 212 | 228 | 244 | 260 | 276 |
| 4 | 20 | 36 | 52 | 68 | 84 | 100 | 116 | 132 | 148 | 164 | 180 | 196 | 212 | 228 | 244 | 260 | 276 |
| 5 | 21 | 37 | 53 | 69 | 85 | 101 | 117 | 133 | 149 | 165 | 181 | 197 | 213 | 229 | 245 | 261 | 277 |
| 5 | 21 | 37 | 53 | 69 | 85 | 101 | 117 | 133 | 149 | 165 | 181 | 197 | 213 | 229 | 245 | 261 | 277 |
| 6 | 22 | 38 | 54 | 70 | 86 | 102 | 118 | 134 | 150 | 166 | 182 | 198 | 214 | 230 | 246 | 262 | 278 |
| 6 | 22 | 38 | 54 | 70 | 86 | 102 | 118 | 134 | 150 | 166 | 182 | 198 | 214 | 230 | 246 | 262 | 278 |
| 7 | 23 | 39 | 55 | 71 | 87 | 103 | 119 | 135 | 151 | 167 | 183 | 199 | 215 | 231 | 247 | 263 | 279 |
| 7 | 23 | 39 | 55 | 71 | 87 | 103 | 119 | 135 | 151 | 167 | 183 | 199 | 215 | 231 | 247 | 263 | 279 |
| 8 | 24 | 40 | 56 | 72 | 88 | 104 | 120 | 136 | 152 | 168 | 184 | 200 | 216 | 232 | 248 | 264 | 280 |
| 8 | 24 | 40 | 56 | 72 | 88 | 104 | 120 | 136 | 152 | 168 | 184 | 200 | 216 | 232 | 248 | 264 | 280 |
| 9 | 25 | 41 | 57 | 73 | 89 | 105 | 121 | 137 | 153 | 169 | 185 | 201 | 217 | 233 | 249 | 265 | 281 |
| 9 | 25 | 41 | 57 | 73 | 89 | 105 | 121 | 137 | 153 | 169 | 185 | 201 | 217 | 233 | 249 | 265 | 281 |
| 10 | 26 | 42 | 58 | 74 | 90 | 106 | 122 | 138 | 154 | 170 | 186 | 202 | 218 | 234 | 250 | 266 | 282 |
| 10 | 26 | 42 | 58 | 74 | 90 | 106 | 122 | 138 | 154 | 170 | 186 | 202 | 218 | 234 | 250 | 266 | 282 |
| 11 | 27 | 43 | 59 | 75 | 91 | 107 | 123 | 139 | 155 | 171 | 187 | 203 | 219 | 235 | 251 | 267 | 283 |
| 11 | 27 | 43 | 59 | 75 | 91 | 107 | 123 | 139 | 155 | 171 | 187 | 203 | 219 | 235 | 251 | 267 | 283 |
| 12 | 28 | 44 | 60 | 76 | 92 | 108 | 124 | 140 | 156 | 172 | 188 | 204 | 220 | 236 | 252 | 268 | 284 |
| 12 | 28 | 44 | 60 | 76 | 92 | 108 | 124 | 140 | 156 | 172 | 188 | 204 | 220 | 236 | 252 | 268 | 284 |
| 13 | 29 | 45 | 61 | 77 | 93 | 109 | 125 | 141 | 157 | 173 | 189 | 205 | 221 | 237 | 253 | 269 | 285 |
| 13 | 29 | 45 | 61 | 77 | 93 | 109 | 125 | 141 | 157 | 173 | 189 | 205 | 221 | 237 | 253 | 269 | 285 |
| 14 | 30 | 46 | 62 | 78 | 94 | 110 | 126 | 142 | 158 | 174 | 190 | 206 | 222 | 238 | 254 | 270 | 286 |
| 14 | 30 | 46 | 62 | 78 | 94 | 110 | 126 | 142 | 158 | 174 | 190 | 206 | 222 | 238 | 254 | 270 | 286 |
| 15 | 31 | 47 | 63 | 79 | 95 | 111 | 127 | 143 | 159 | 175 | 191 | 207 | 223 | 239 | 255 | 271 | 287 |
| 15 | 31 | 47 | 63 | 79 | 95 | 111 | 127 | 143 | 159 | 175 | 191 | 207 | 223 | 239 | 255 | 271 | 287 |
| 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 | 176 | 192 | 208 | 224 | 240 | 256 | 272 | 288 |
| 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 | 176 | 192 | 208 | 224 | 240 | 256 | 272 | 288 |

FIG. 5B

| 1 | 9 | 17 | 25 | 33 | 41 | 49 | 57 | 65 | 73 | 81 | 89 | 97 | 105 | 113 | 121 | 129 | 137 |
|---|---|----|----|----|----|----|----|----|----|----|----|----|-----|-----|-----|-----|-----|
| 1 | 9 | 17 | 25 | 33 | 41 | 49 | 57 | 65 | 73 | 81 | 89 | 97 | 105 | 113 | 121 | 129 | 137 |
| 1 | 9 | 17 | 25 | 33 | 41 | 49 | 57 | 65 | 73 | 81 | 89 | 97 | 105 | 113 | 121 | 129 | 137 |
| 1 | 9 | 17 | 25 | 33 | 41 | 49 | 57 | 65 | 73 | 81 | 89 | 97 | 105 | 113 | 121 | 129 | 137 |
| 2 | 10 | 18 | 26 | 34 | 42 | 50 | 58 | 66 | 74 | 82 | 90 | 98 | 106 | 114 | 122 | 130 | 138 |
| 2 | 10 | 18 | 26 | 34 | 42 | 50 | 58 | 66 | 74 | 82 | 90 | 98 | 106 | 114 | 122 | 130 | 138 |
| 2 | 10 | 18 | 26 | 34 | 42 | 50 | 58 | 66 | 74 | 82 | 90 | 98 | 106 | 114 | 122 | 130 | 138 |
| 2 | 10 | 18 | 26 | 34 | 42 | 50 | 58 | 66 | 74 | 82 | 90 | 98 | 106 | 114 | 122 | 130 | 138 |
| 3 | 11 | 19 | 27 | 35 | 43 | 51 | 59 | 67 | 75 | 83 | 91 | 99 | 107 | 115 | 123 | 131 | 139 |
| 3 | 11 | 19 | 27 | 35 | 43 | 51 | 59 | 67 | 75 | 83 | 91 | 99 | 107 | 115 | 123 | 131 | 139 |
| 3 | 11 | 19 | 27 | 35 | 43 | 51 | 59 | 67 | 75 | 83 | 91 | 99 | 107 | 115 | 123 | 131 | 139 |
| 3 | 11 | 19 | 27 | 35 | 43 | 51 | 59 | 67 | 75 | 83 | 91 | 99 | 107 | 115 | 123 | 131 | 139 |
| 4 | 12 | 20 | 28 | 36 | 44 | 52 | 60 | 68 | 76 | 84 | 92 | 100 | 108 | 116 | 124 | 132 | 140 |
| 4 | 12 | 20 | 28 | 36 | 44 | 52 | 60 | 68 | 76 | 84 | 92 | 100 | 108 | 116 | 124 | 132 | 140 |
| 4 | 12 | 20 | 28 | 36 | 44 | 52 | 60 | 68 | 76 | 84 | 92 | 100 | 108 | 116 | 124 | 132 | 140 |
| 4 | 12 | 20 | 28 | 36 | 44 | 52 | 60 | 68 | 76 | 84 | 92 | 100 | 108 | 116 | 124 | 132 | 140 |
| 5 | 13 | 21 | 29 | 37 | 45 | 53 | 61 | 69 | 77 | 85 | 93 | 101 | 109 | 117 | 125 | 133 | 141 |
| 5 | 13 | 21 | 29 | 37 | 45 | 53 | 61 | 69 | 77 | 85 | 93 | 101 | 109 | 117 | 125 | 133 | 141 |
| 5 | 13 | 21 | 29 | 37 | 45 | 53 | 61 | 69 | 77 | 85 | 93 | 101 | 109 | 117 | 125 | 133 | 141 |
| 5 | 13 | 21 | 29 | 37 | 45 | 53 | 61 | 69 | 77 | 85 | 93 | 101 | 109 | 117 | 125 | 133 | 141 |
| 6 | 14 | 22 | 30 | 38 | 46 | 54 | 62 | 70 | 78 | 86 | 94 | 102 | 110 | 118 | 126 | 134 | 142 |
| 6 | 14 | 22 | 30 | 38 | 46 | 54 | 62 | 70 | 78 | 86 | 94 | 102 | 110 | 118 | 126 | 134 | 142 |
| 6 | 14 | 22 | 30 | 38 | 46 | 54 | 62 | 70 | 78 | 86 | 94 | 102 | 110 | 118 | 126 | 134 | 142 |
| 6 | 14 | 22 | 30 | 38 | 46 | 54 | 62 | 70 | 78 | 86 | 94 | 102 | 110 | 118 | 126 | 134 | 142 |
| 7 | 15 | 23 | 31 | 39 | 47 | 55 | 63 | 71 | 79 | 87 | 95 | 103 | 111 | 119 | 127 | 135 | 143 |
| 7 | 15 | 23 | 31 | 39 | 47 | 55 | 63 | 71 | 79 | 87 | 95 | 103 | 111 | 119 | 127 | 135 | 143 |
| 7 | 15 | 23 | 31 | 39 | 47 | 55 | 63 | 71 | 79 | 87 | 95 | 103 | 111 | 119 | 127 | 135 | 143 |
| 7 | 15 | 23 | 31 | 39 | 47 | 55 | 63 | 71 | 79 | 87 | 95 | 103 | 111 | 119 | 127 | 135 | 143 |
| 8 | 16 | 24 | 32 | 40 | 48 | 56 | 64 | 72 | 80 | 88 | 96 | 104 | 112 | 120 | 128 | 136 | 144 |
| 8 | 16 | 24 | 32 | 40 | 48 | 56 | 64 | 72 | 80 | 88 | 96 | 104 | 112 | 120 | 128 | 136 | 144 |
| 8 | 16 | 24 | 32 | 40 | 48 | 56 | 64 | 72 | 80 | 88 | 96 | 104 | 112 | 120 | 128 | 136 | 144 |
| 8 | 16 | 24 | 32 | 40 | 48 | 56 | 64 | 72 | 80 | 88 | 96 | 104 | 112 | 120 | 128 | 136 | 144 |

FIG. 5C

| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 1 | 5 | 9 | 13 | 17 | 21 | 25 | 29 | 33 | 37 | 41 | 45 | 49 | 53 | 57 | 61 | 65 | 69 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 2 | 6 | 10 | 14 | 18 | 22 | 26 | 30 | 34 | 38 | 42 | 46 | 50 | 54 | 58 | 62 | 66 | 70 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 3 | 7 | 11 | 15 | 19 | 23 | 27 | 31 | 35 | 39 | 43 | 47 | 51 | 55 | 59 | 63 | 67 | 71 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 | 56 | 60 | 64 | 68 | 72 |

**FIG. 5D**

Ex. 2-13

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 43 of 268

WALSH CHIP WITHIN SYMBOL

| WALSH SYMBOL INDEX | 0123 | 4567 | 11 8901 | 1111 2345 | 1111 6789 | 2222 0123 | 2222 4567 | 2233 8901 | 3333 2345 | 3333 6789 | 4444 0123 | 4444 4567 | 4455 8901 | 5555 2345 | 5555 6789 | 6666 0123 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 |
| 1 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 |
| 2 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 |
| 3 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 |
| 4 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 |
| 5 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 |
| 6 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 |
| 7 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 |
| 8 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 |
| 9 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 |
| 10 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 |
| 11 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 |
| 12 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 |
| 13 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 |
| 14 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 |
| 15 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 |
| 16 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 |
| 17 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 |
| 18 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 |
| 19 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 |
| 20 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 |
| 21 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 |
| 22 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 |
| 23 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 |

FIG. 6A

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 44 of 268

WALSH CHIP WITHIN SYMBOL

| WALSH SYMBOL INDEX | 0123 | 4567 | 11 8901 | 1111 2345 | 1111 6789 | 2222 0123 | 2222 4567 | 2233 8901 | 3333 2345 | 3333 6789 | 4444 0123 | 4444 4567 | 4455 8901 | 5555 2345 | 5555 6789 | 6666 0123 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 |
| 25 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 |
| 26 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 |
| 27 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 |
| 28 | 0000 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 |
| 29 | 0101 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 |
| 30 | 0011 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 |
| 31 | 0110 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 |
| 32 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 1111 |
| 33 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 1010 |
| 34 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 1100 |
| 35 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 1001 |
| 36 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 1111 | 0000 |
| 37 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 1010 | 0101 |
| 38 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 1100 | 0011 |
| 39 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 1001 | 0110 |
| 40 | 0000 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 1111 | 0000 | 0000 |
| 41 | 0101 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 1010 | 0101 | 0101 |
| 42 | 0011 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 1100 | 0011 | 0011 |
| 43 | 0110 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 1001 | 0110 | 0110 |
| 44 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 |
| 45 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 |
| 46 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 |
| 47 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 |

FIG. 6B

Ex. 2-15

WALSH CHIP WITHIN SYMBOL

| Walsh Symbol Index | 0123 | 4567 | 11 8901 | 1111 2345 | 1111 6789 | 2222 0123 | 2222 4567 | 2233 8901 | 3333 2345 | 3333 6789 | 4444 0123 | 4444 4567 | 4455 8901 | 5555 2345 | 5555 6789 | 6666 0123 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 0000 |
| 49 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 0101 |
| 50 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 0011 |
| 51 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 0110 |
| 52 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 |
| 53 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 |
| 54 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 |
| 55 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 |
| 56 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 |
| 57 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 |
| 58 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 |
| 59 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 |
| 60 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 |
| 61 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 |
| 62 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 |
| 63 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 |

WALSH SYMBOL INDEX

FIG. 6C

Ex. 2-16

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 46 of 268



FIG. 7

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 47 of 268

ACCESS CHANNEL LONG CODE MASK



FIG. 8A

PUBLIC LONG CODE MASK



FIG. 8B

PRIVATE LONG CODE MASK

| 41 | 40 39 | | 0 |
|---|---|---|---|
| HEADER | | PRIVATE LONG CODE | |

FIG. 8C

Ex. 2-18

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 48 of 268



FIG. 9A
14400 BPS
PRIMARY TRAFFIC
ONLY

FIG. 9B
14400 BPS
DIM AND BURST
WITH RATE 1/2
PRIMARY AND
SIGNALING
TRAFFIC

FIG. 9C
14400 BPS
DIM AND BURST
WITH RATE 1/4
PRIMARY AND
SIGNALING
TRAFFIC

FIG. 9D
14400 BPS
DIM AND BURST
WITH RATE 1/8
PRIMARY AND
SIGNALING
TRAFFIC

FIG. 9E
14400 BPS
BLANK AND
BURST WITH
SIGNALING
TRAFFIC ONLY

FIG. 9F
7200 BPS
PRIMARY TRAFFIC
ONLY





**FIG. 9M**
1800 BPS
PRIMARY TRAFFIC
ONLY

**FIG. 9N**
14400 BPS
DIM AND BURST
WITH RATE 1/2
PRIMARY AND
SECONDARY
TRAFFIC

**FIG. 9O**
14400 BPS
DIM AND BURST
WITH RATE 1/4
PRIMARY AND
SECONDARY
TRAFFIC

**FIG. 9P**
14400 BPS
DIM AND BURST
WITH RATE 1/8
PRIMARY AND
SECONDARY
TRAFFIC

**FIG. 9Q**
14400 BPS
BLANK AND
BURST WITH
SECONDARY
TRAFFIC ONLY

**FIG. 9R**
14400 BPS
DIM AND BURST
WITH RATE 1/8
PRIMARY,
SECONDARY, AND
SIGNALING
TRAFFIC

Ex. 2-21

U.S. Patent          Oct. 22, 1996      Sheet 21 of 22          5,568,483



FIG. 9S
7200 BPS
DIM AND BURST
WITH RATE 1/4
PRIMARY AND
SECONDARY
TRAFFIC

FIG. 9T
7200 BPS
DIM AND BURST
WITH RATE 1/8
PRIMARY AND
SECONDARY
TRAFFIC

FIG. 9U
7200 BPS
BLANK AND
BURST WITH
SECONDARY
TRAFFIC ONLY

FIG. 9V
7200 BPS
DIM AND BURST
WITH RATE 1/8
PRIMARY,
SECONDARY, AND
SIGNALING
TRAFFIC

FIG. 9W
3600 BPS
DIM AND BURST
WITH RATE 1/8
PRIMARY AND
SECONDARY
TRAFFIC ONLY

FIG. 9X
3600 BPS
BLANK AND
BURST WITH
SECONDARY
TRAFFIC ONLY

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 52 of 268



FIG. 9Y

1800 BPS
BLANK AND
BURST WITH
SECONDARY
TRAFFIC ONLY

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
| 1   | 1   | 20  | 6   | 8   |
| E   | MM =1 | SECONDARY TRAFFIC |   | F   T |

36 BITS
21 BITS

NOTATION
E     ERASURE INDICATOR BIT
R     RESERVED BIT
MM   MIXED MODE BIT
FM   FRAME MODE BITS
F     FRAME QUALITY INDICATOR (CRC) BITS
T     ENCODER TAIL BITS

Ex. 2-23

5,568,483

1

## METHOD AND APPARATUS FOR THE FORMATTING OF DATA FOR TRANSMISSION

### BACKGROUND OF THE INVENTION

#### I. Field of the Invention

The present application is a continuation-in-part application of U.S. patent application Ser. No. 08/171,146, filed Dec. 21, 1993, entitled "METHOD AND APPARATUS FOR FORMATTING DATA FOR TRANSMISSION", now U.S. Pat. No. 5,504,773, which is a continuation of U.S. patent application Ser. No. 07/822,164, filed Jan. 16, 1992, now abandoned, which is a continuation-in-part of U.S. patent application Ser. No. 07/543,496, filed Jun. 25, 1990, entitled "SYSTEM AND METHOD FOR GENERATING SIGNAL WAVEFORMS IN A CDMA CELLULAR TELEPHONE SYSTEM", now U.S. Pat. No. 5,103,459, and as such relates to the organization of data for transmission. More particularly, the present invention relates to a novel and improved method and apparatus for formatting vocoder data, non-vocoder data and signaling data for transmission.

#### II. Description of the Related Art

In the field of digital communications various arrangements of digital data for transmission are used. The data bits are organized according to commonly used formats for transfer over the communication medium.

It is therefore an object of the present invention to provide a data format which facilitates the communication of various types of data, and data of various rates, to be communicated in a structured form.

### SUMMARY OF THE INVENTION

The present invention is a novel and improved method and system for formatting digital data for communication over a transmission medium.

In communication systems it is important to utilize a data format which permits a full communication of data between users. In a communication system, such as a code division multiple access (CDMA) communication system, in which it is desirable to communicate various types of data, and at various rates, a data format must be selected which permits a maximum flexibility within a predefined structure. Furthermore to maximize resources it is desirable to permit a sharing of the format to permit different types of data to be organized together. In such situations it is necessary to structure the data in a manner in which it may be readily extracted according to the corresponding type and rate.

In accordance with the present invention a method and apparatus is provided for arranging various types of data, and at various rates into a uniquely structured format for transmission. Data is provided as vocoder data or different types of non-vocoder data. The data is organized into frames of a predetermined time duration for transmission. The data frames are organized, depending on the data, to be at one of several data rates. Vocoder data is provided at one of several data rates and is organized in the frame according to a predetermined rate. Frames may be formatted with a sharing of vocoder data with non-vocoder data to be at a highest frame rate. Non-vocoder data may be organized so as to also be at a highest frame rate. Additional control data may be provided within the data frames to support various aspects of the transmission and recovery upon reception.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

The features, objects, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 is a block diagram illustrating an exemplary embodiment for a transmitter portion of a transceiver;

FIGS. 2a–2l are a series of diagrams illustrating frame data formats for the various data rates, types and modes of rate set 1;

FIG. 3 is a diagram illustrating an exemplary circuit implementation of the CRC and Tail Bit generator of FIG. 1;

FIGS. 4a–4c is a flow chart of the formatting of frames of data;

FIGS. 5a–5d illustrate in a series of charts the ordering of code symbols in the interleaver array for transmission data rates of 9.6, 4.8, 2.4 and 1.2 kbps, respectively;

FIGS. 6a–6c is a chart illustrating the Walsh symbol corresponding to each encoder symbol group;

FIG. 7 is a block diagram illustrating the long code generator of FIG. 1;

FIGS. 8a–8c are a series of diagrams illustrating long code masks for the various channel type; and

FIGS. 9a–9y are a series of diagrams illustrating frame data formats for the various data rates, types and modes of rate set 2.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings, FIG. 1 illustrates an exemplary embodiment of a transmit portion 10 of a CDMA mobile station transceiver or PCN handset. In a CDMA cellular communication system a forward CDMA channel is used to transmit information from a cell base station to the mobile station. Conversely a reverse CDMA channel is used to transmit information from the mobile station to the cell base station. The communication of signals from the mobile station may be characterized in the form of an access channel or a traffic channel communication. The access channel is used for short signaling messages such as call originations, responses to pages, and registrations. The traffic channel is used to communicate (1) primary traffic, typically includes user speech, or (2) secondary traffic, typically user data, or (3) signaling traffic, such as command and control signals, or (4) a combination of primary traffic and secondary traffic or (5) a combination of primary traffic and signaling traffic.

Transmit portion 10 enables data to be transmitted on the reverse CDMA channel at data rates of 9.6 kbps, 4.8 kbps, 2.4 kbps or 1.2 kbps. Transmissions on the reverse traffic channel may be at any of these data rates while transmissions on the access channel are at the 4.8 kbps data rate. The transmission duty cycle on the reverse traffic channel will vary with the transmission data rate. Specifically, the transmission duty cycle for each rate is provided in Table I. As the duty cycle for transmission varies proportionately with the data rate, the actual burst transmission rate is fixed at 28,800 code symbols per second. Since six code symbols are modulated as one of 64 Walsh symbols for transmission, the Walsh symbol transmission rate shall be fixed at 4800 Walsh symbols per second which results in a fixed Walsh chip rate of 307.2 kcps.

5,568,483

3

All data that is transmitted on the reverse CDMA channel is convolutional encoded, block interleaved, modulated by 64-ary modulation, and direct-sequence PN spread prior to transmission. Table I further defines the relationships and rates for data and symbols for the various transmission rates on the reverse traffic channel. The numerology is identical for the access channel except that the transmission rate is fixed at 4.8 kbps, and the duty cycle is 100%. As described later herein each bit transmitted on the reverse CDMA channel is convolutional encoded using a rate ⅓ code. Therefore, the code symbol rate is always three times the data rate. The rate of the direct-sequence spreading functions shall be fixed at 1.2288 MHz, so that each Walsh chip is spread by precisely four PN chips.

TABLE I

| Bit Rate (kbps) | 9.6 | 4.8 | 2.4 | 1.2 |
|---|---|---|---|---|
| PN Chip Rate (Mcps) | 1.2288 | 1.2288 | 1.2288 | 1.2288 |
| Code Rate (bits/code symbol) | 1/3 | 1/3 | 1/3 | 1/3 |
| TX Duty Cycle (%) | 100.0 | 50.0 | 25.0 | 12.5 |
| Code Symbol Rate (sps) | 28,800 | 28,800 | 28,800 | 28,800 |
| Modulation (code symbol/ Walsh symbol) | 6 | 6 | 6 | 6 |
| Walsh Symbol Rate (sps) | 4800 | 4800 | 4800 | 4800 |
| Walsh Chip Rate (kcps) | 307.20 | 307.20 | 307.20 | 307.20 |
| Walsh Symbol (μs) | 208.33 | 208.33 | 208.33 | 208.33 |
| PN Chips/ Code Symbol | 42.67 | 42.67 | 42.67 | 42.67 |
| PN Chips/ Walsh Symbol | 256 | 256 | 256 | 256 |
| PN Chips/ Walsh Chip | 4 | 4 | 4 | 4 |

Transmit portion 10, when functioning in mode in which primary traffic is present, communicates acoustical signals, such as speech and/or background noise, as digital signals over the transmission medium. To facilitate the digital communication of acoustical signals, these signals are sampled and digitized by well known techniques. For example, in FIG. 1, sound is converted by microphones 12 to an analog signal which is then converted to a digital signal by codec 14. Codec 14 typically performs an analog to digital conversion process using a standard 8 bit/μlaw format. In the alternative, the analog signal may be directly converted to digital form in a uniform pulse code modulation (PCM) format. In an exemplary embodiment codec 14 uses an 8 kHz sampling and provides an output of 8 bit samples at the sampling rate so as to realize a 64 kbps data rate.

The 8-bit samples are output from codec 14 to vocoder 16 where a μlaw/uniform code conversion process is performed. In vocoder 16, the samples are organized into frames of input data wherein each frame is comprised of a predetermined number of samples. In a preferred implementation of vocoder 16 each frame is comprised of 160 samples or of 20 msec. of speech at the 8 kHz sampling rate. It should be understood that other sampling rates and frame sizes may

4

be used. Each frame of speech samples is variable rate encoded by vocoder 16 with the resultant parameter data formatted into a corresponding data packet. The vocoder data packets are then output to microprocessor 18 and associated circuitry for transmission formatting. Microprocessor 18 generically includes program instructions contained with a program instruction memory, a data memory, and appropriate interface and related circuitry as is known in the art.

A preferred implementation of vocoder 16 utilizes a form of the Code Excited Linear Predictive (CELP) coding techniques so as to provide a variable rate in coded speech data. A Linear Predictive Coder (LPC) analysis is performed upon a constant number of samples, and the pitch and codebook searches are performed on varying numbers of samples depending upon the transmission rate. A variable rate vocoder of this type is described in further detail in copending U.S. patent application Ser. No. 08/004,484, filed Jan. 14, 1993, which is a continuation of U.S. patent application Ser. No. 07/713,661 filed Jun. 11, 1991, now abandoned, and assigned to the Assignee of the present invention and of which the disclosure is incorporated by reference. Vocoder 16 may be implemented in an application specific integrated circuit (ASIC) or in a digital signal processor.

In the variable rate vocoder just mentioned, the speech analysis frames are 20 msec. in length, implying that the extracted parameters are output to microprocessor 18 in a burst 50 times per second. Furthermore the rate of data output is varied from roughly 8 kbps to 4 kbps to 2 kbps, and to 1 kbps.

At full rate, also referred to as rate 1, data transmission between the vocoder and the microprocessor is at an 8.55 kbps rate. For the full rate data the parameters are encoded for each frame and represented by 160 bits. The full rate data frame also includes a parity check of 11 bits thus resulting in a full rate frame being comprised of a total of 171 bits. In the full rate data frame, the transmission rate between the vocoder and the microprocessor absent the parity check bits would be 8 kbps.

At half rate, also referred to as rate ½, data transmission between the vocoder and the microprocessor is at a 4 kbps rate with the parameters encoded for each frame using 80 bits. At quarter rate, also referred to as rate ¼, data transmission between the vocoder and the microprocessor is at a 2 kbps rate with the parameters encoded for each frame using 40 bits. At eighth rate, also referred to as rate ⅛, data transmission between the vocoder and the microprocessor is slightly less than a 1 kbps rate with the parameters encoded for each frame using 16 bits.

In addition, no information may be sent in a frame between the vocoder and the microprocessor. This frame type, referred to as a blank frame, may be used for signaling or other non-vocoder data.

The vocoder data packets are then output to microprocessor 18 and CRC and Tail Bit generator 20 for completing the transmission formatting. Microprocessor 18 receives packets of parameter data every 20 msec. along with a rate indication for the rate the frame of speech samples was encoded. Microprocessor 18 also receives, if present, an input of secondary traffic data for output to generator 20. Microprocessor 18 also internally generates signaling data for output to generator 20. Data, whether it is primary traffic, secondary traffic or signaling traffic matter, if present, is output from microprocessor 18 to generator 20 every 20 msec. frame.

Generator 20 generates and appends at the end of all full and half rate frames a set of parity check bits, frame quality

5,568,483

5

indicator bits or cyclic redundancy check (CRC) bits which are used at the receiver as a frame quality indicator. For a full rate frame, regardless of whether the data is a full rate primary, secondary or signaling-traffic, or a combination of half rate primary and secondary traffic, or a combination of half rate primary and signaling traffic, generator 20 preferably generates a set of frame quality indicator bits according to a first polynomial. For a half rate data frame, generator 20 also generates a set of frame quality indicator bits preferably according to a second polynomial. Generator 20 further generates for all frame rates a set of encoder tail bits which follow the frame quality indicator bits, if present, or data if frame quality indicator bits are not present, at the end of the frame. Further details of the operation on microprocessor 18 and generator 20 are provided later herein with reference to FIGS. 3 and 4.

Reverse traffic channel frames provided from generator 20 at the 9.6 kbps rate are 192 bits in length and span the 20 msec. frame. These frames consist of a single mixed mode bit, auxiliary format bits if present, message bits, a 12-bit frame quality indicator, and 8 tail bits as shown in FIGS. 2a–2e and 2i–2l. The mixed mode bit shall be set to '0' during any frame in which the message bits are primary traffic information only. When the mixed mode bit is '0', the frame shall consist of the mixed mode bit, 171 primary traffic bits, 12 frame quality indicator bits, and 8 tail bits.

The mixed mode bit is set to '1' for frames containing secondary or signaling traffic. If the the mixed mode bit is set to '1' the frame is of a "blank-and-burst" or a "dim-and-burst" format. A "blank-and-burst" operation is one in which the entire frame is used for secondary or signaling traffic while a "dim-and-burst" operation is one in which the primary traffic shares the frame with either secondary or signaling traffic.

The first bit following the mixed mode bit is a traffic type bit. The traffic type bit is used to specify whether the frame contains secondary or signaling traffic. If the traffic type bit is a '0', the frame contains signaling traffic, and if a '1', the frame contains secondary traffic. FIGS. 2b–2e and 2i–2l illustrate the traffic type bit. The two bits following the traffic type bit are traffic mode bits. The two traffic mode bits specify the combination of data within the frame.

In the preferred implementation only primary traffic is transmitted in frames at the 4.8 kbps, 2.4 kbps, and 1.2 kbps rates. Mixed mode operation is generally not to be supported at rates other than the 9.6 kbps rate, although it may be readily configured to do so. The frame formats for these particular rates are shown in FIGS. 2f–2h. For the 4.8 kbps rate, the frame is 96 bits in length with the bits spaced over the 20 msec. time period of the frame as described later herein. The 4.8 kbps rate frame contains 80 primary traffic bits, an 8 frame quality indicator bits, and 8 tail bits. For the 2.4 kbps rate, the frame is 48 bits in length with the bits spaced over the 20 msec. time period of the frame as also described later herein. The 2.4 kbps rate frame contains 40 primary traffic bits and 8 tail bits. For the 1.2 kbps rate, the frame is 24 bits in length with the bits spaced over the 20 msec. time period of the frame as also described later herein. The 1.2 kbps rate frame contains 16 primary traffic bits and 8 tail bits.

In a preferred embodiment the access channel data is generated by microprocessor 18 for transmission at a rate of 4.8 kbps. As such the data is prepared in a manner identical to that of 4.8 kbps frame format data, such as encoding, interleaving as Walsh encoding. In the encoding scheme implemented for the 4.8 kbps frame, in whether reverse traffic

6

channel data or access channel data, redundant data is generated. Unlike the reverse traffic channel where the redundant data is eliminated in the transmission, in access channel all data including redundant data is transmitted. Details on the transmission aspects of frames of access channel data are provided later herein.

FIGS. 2a–2l illustrate the frame formats of frames output by generator 20 for frames of rates 9.6 kbps, 4.8 kbps, 2.4 kbps and 1.2 kbps. FIG. 2a illustrates a 9.6 kbps frame for the transmission of primary traffic only. The frame consists of one mixed mode bit, which is set to 0 to indicate that the frame contains only primary traffic data, 171 bits of primary traffic data, 12 frame quality indicator bits and 8 tail bits.

FIG. 2b illustrate a 9.6 kbps dim and burst frame for the transmission of rate ½ primary traffic and signaling traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to zero to indicate signaling data is in the frame, two traffic mode bits set to 00 to indicate that the frame contains rate ½ primary traffic and signaling traffic, 80 primary traffic bits, 88 signaling-traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2c illustrates a 9.6 kbps dim and burst frame for the transmission of rate ¼ primary traffic and signaling traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to zero to indicate signaling data is in the frame, two traffic mode bits set to 01 to indicate that the frame contains rate ¼ primary traffic and signaling traffic, 40 primary traffic bits, 128 signaling traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2d illustrate a 9.6 kbps dim and burst frame for the transmission of rate ¼ primary traffic and signaling traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to zero to indicate signaling data is in the frame, two traffic mode bits set to 10 to indicate that the frame contains rate ¼ primary traffic and signaling traffic, 16 primary traffic bits, 152 signaling traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2e illustrate a 9.6 kbps blank and burst frame for the transmission of signaling traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to zero to indicate signaling data is in the frame, two traffic mode bits set to 11 to indicate that the frame contains signaling traffic only, 168 signaling traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2f illustrates a 4.8 kbps frame for the transmission of rate ½ primary traffic only. The frame contains 80 primary traffic bits, 8 frame quality indicator bits and 8 tail bits. FIG. 2g illustrates a 2.4 kbps frame for the transmission of rate ¼ primary traffic only. The frame contains 40 primary traffic bits and 8 tail bits. FIG. 2h illustrates a 1.2 kbps frame for the transmission of rate ¼ primary traffic only. The frame contains 16 primary traffic bits and 8 tail bits.

FIG. 2i illustrate a 9.6 kbps dim and burst frame for the transmission of rate ½ primary traffic and secondary traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to 1 to indicate secondary data is in the frame, two traffic mode bits set to 00 to indicate that the frame contains rate ½ primary traffic and secondary traffic, 80 primary traffic bits, 88 secondary traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2j illustrate a 9.6 kbps dim and burst frame for the transmission of rate ¼ primary traffic and secondary traffic.

5,568,483

7

The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to 1 to indicate secondary data is in the frame, two traffic mode bits set to 01 to indicate that the frame contains rate ¼ primary traffic and secondary traffic, 40 primary traffic bits, 128 secondary traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2k illustrate a 9.6 kbps dim and burst frame for the transmission of rate ¼ primary traffic and secondary traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to 1 to indicate secondary data is in the frame, two traffic mode bits set to 10 to indicate that the frame contains rate ¼ primary traffic and secondary traffic, 16 primary traffic bits, 152 secondary traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 2l illustrate a 9.6 kbps blank and burst frame for the transmission of secondary traffic. The frame consists of one mixed mode bit, which is set to 1 to indicate the frame does not contain primary traffic only, one traffic type bit set to 1 to indicate secondary data is in the frame, two traffic mode bits set to 11 to indicate that the frame contains secondary traffic only, 168 secondary traffic bits, 12 frame quality indicator bits and 8 tail bits.

FIG. 3 illustrates an exemplary implementation of the elements for formatting the data in accordance with FIGS. 2a–2l. In FIG. 3 data is transmitted from microprocessor 18 (FIG. 1) to generator 20. Generator 20 is comprised of data buffer and control logic 60, CRC circuits 62 and 64, and tail bit circuit 66. Along with data provided from the microprocessor a rate command may optionally be provided. Data is transferred for each 20 msec frame from the microprocessor to logic 60 where temporarily stored. For each frame, logic 60 may for each frame count the number of bits transmitted from the microprocessor, or in the alternative use the rate command and a count of the clock cycles in formatting a frame of data.

Each frame of the traffic channel includes a frame quality indicator. For the 9.6 kbps and 4.8 kbps transmission rates, the frame quality indicator is the CRC. For the 2.4 kbps and 1.2 kbps transmission rates, the frame quality indicator is, implied, in that no extra frame quality bits are transmitted. The frame quality indicator supports two functions at the receiver. The first function is to determine the transmission rate of the frame, while the second function is to determine whether the frame is in error. At the receiver these determinations are made by a combination of the decoder information and the CRC checks.

For the 9.6 kbps and 4.8 kbps rates, the frame quality indicator (CRC) is calculated on all bits within the frame, except the frame quality indicator (CRC) itself and the tail bits. Logic 60 provides the 9.6 kbps and 4.8 kbps rate data respectively to CRC circuits 62 and 64. Circuits 62 and 64 are typically constructed as a sequence of shift registers, modulo-2 adders (typically exclusive-OR gates) and switches as illustrated.

The 9.6 kbps transmission rate data uses a 12-bit frame quality indicator (CRC), which is be transmitted within the 192-bit long frame as discussed with reference to FIGS. 2a–2e and 2i–2l. As illustrated in FIG. 3 for CRC circuit 62, the generator polynomial for the 9.6 kbps rate is as follows:

$$g(x) = x^{12} + x^{11} + x^{10} + x^7 + x^6 + x^5 + x^4 + x^3 + x + 1. \qquad (1)$$

The 4.8 kbps transmission rate data uses an 8-bit CRC, which is transmitted within the 96-bit long frame. As illustrated in FIG. 3 for CRC circuit 64, the generator polynomial for the 4.8 kbps rate is as follows:

8

$$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1. \qquad (2)$$

Initially, all shift register elements of circuits 62 and 64 are set to logical one ('1') by an initialization signal from logic 60. Furthermore logic 60 set the switches of circuits 62 and 64 in the up position.

For 9.6 kbps rate data, the registers of circuit 62 are then clocked 172 times for the 172 bits in the sequence of primary traffic, secondary traffic or signaling bits or a mixture thereof along with the corresponding mode/format indicator bits as input to circuit 62. After 172 bits are clocked through circuit 62, logic 60 then sets the switches of circuit 62 in the down position with the registers of circuit 62 then being clocked an additional 12 times. As a result of the 12 additional clockings of circuit 62, 12 additional output bits are generated which are the frame quality indicator bits (CRC bits). The frame quality indicator bits, in the order calculated, are appended to the end of the 172 bits as output from circuit 62. It should be noted that the 172 bits output from logic 60 which pass through circuit 62 are undisturbed by the computation of the CRC bits and are thus output from circuit 62 in the same order and at the same value at which they entered.

For 9.6 kbps rate data bits are input to circuit 64 from logic 60 in the following order. For the case of primary traffic only, the bits are input to circuit 64 from logic 60 in the order of the single mixed mode (MM) bit followed by the 171 primary traffic bits. For the case of "dim and burst" with primary and signaling traffic, the bits are input to circuit 64 from logic 60 in the order of the single MM bit, a traffic type (TT) bit, a pair of traffic mode (TM) bits, 80 primary traffic bits, and 86 signaling traffic bits. For the case of "dim and burst" with primary and secondary traffic, the bits are input to circuit 64 from logic 60 in the order of the single MM bit, the TT bit, the pair of TM bits, 80 primary traffic bits and 87 signaling traffic bits. For the case of "blank and burst" data format with signaling traffic only, the bits are input to circuit 64 from logic 60 in the order of the single MM bit, the TT bit and 168 signaling traffic bits. For the case of "blank and burst" data format with secondary traffic only, the bits are input to circuit 64 from logic 60 in the order of the single MM bit, the TT bit and 169 signaling traffic bits.

Similarly for 4.8 kbps rate data, the registers of circuit 64 are clocked 80 times for the 80 bits of primary traffic data, or for the 80 bits of access channel data, as input to circuit 64 from logic 60. After the 80 bits are clocked through circuit 64, logic 60 then sets the switches of circuit 64 in the down position with the registers of circuit 64 then being clocked an additional 8 times. As a result of the 12 additional clockings of circuit 62, 12 additional output bits are generated which are the CRC bits. The CRC bits, in the order calculated, are again appended to the end of the 80 bits as output from circuit 64. It should again be noted that the 80 bits output from logic 60 which pass through circuit 64 are undisturbed by the computation of the CRC bits and are thus output from circuit 64 in the same order and at the same value at which they entered.

The bits output from either of circuits 62 and 64 are provided to switch 66 which is under the control of logic 60. Also input to switch 66 are the 40 and 16 bits of primary traffic data output from logic 60 for 2.4 kbps and 1.2 kbps data frames. Switch 66 selects between providing an output of the input data (top position) and tail data at a logical zero ('0') value (down position). Switch 66 is normally set in the up position to permit data from logic 60, and from circuits 62 and 64 if present, to be output from generator 20 to encoder 22 (FIG. 1). For the 9.6 kbps and 4.8 kbps frame data, after the CRC bits are clocked through switch 66, logic

5,568,483

9

60 sets the switch to the down position for 8 clock cycles so as to generate 8 all zero tail bits. Thus for 9.6 kbps and 4.8 kbps data frames, the data as output to the encoder for the frame includes appended after the CRC bits, the 8 tail bits. Similarly for the 2.4 kbps and 1.2 kbps frame data, after the primary traffic bits are clocked from logic 60 through switch 66, logic 60 sets the switch to the down position for 8 clock cycles so as to again generate 8 all zero tail bits. Thus for 2.4 kbps and 1.2 kbps data frames, the data as output to the encoder for the frame includes appended after the primary traffic bits, the 8 tail bits.

FIGS. 4a–4c illustrate in a series of flow charts the operation of microprocessor 18, and generator 20 in assembling the data into the disclosed frame format. It should be noted that various schemes may be implemented for giving the various traffic types and rates priority for transmission. In an exemplary implementation, when a signaling traffic message is to be sent when there is vocoder data present a "dim and burst" format may be selected. Microprocessor 18 may generate a command to vocoder 18 for the vocoder to encode speech sample frames at the half rate, regardless of the rate at which the vocoder would normally encode the sample frame. Microprocessor 18 then assembles the half rate vocoder data with the signaling traffic into the 9.6 kbps frame. In this case, a limit may be place on the number of speech frames encoded at the half rate to avoid degradation in the speech quality. In the alternative, microprocessor 18 may wait until a half rate frame of vocoder data is received before assembling the data into the "dim and burst" format. In this case, in order to ensure timely transmission of the signaling data, a maximum limit on the number of consecutive frames at other than half rate may be imposed before a command is sent to the vocoder to encode at half rate. Secondary traffic data may be transferred in the "dim and burst" format (FIG. 2b–2d and FIGS. 2i–2k) in a similar manner.

Similar is the case for the "blank and burst" data formats as illustrated in FIGS. 2e and 2l. The vocoder may be commanded to not encode the frame of speech samples or the vocoder data is ignored by the microprocessor in constructing the data frame. Prioritizing between generating frame formats of primary traffic of various rate, "dim and burst" traffic, and "blank and burst" traffic is open to many possibilities.

Referring back to FIG. 1, 20 msec. frames of 9.6 kbps, 2.4 kbps and 1.2 kbps data are thus output from generator 20 to encoder 22. In the exemplary embodiment encoder 22 is a preferably a convolutional encoder, a type of encoder well known in the art. Encoder 22 preferably encodes the data using a rate ⅓, constraint length k=9 convolutional code. As an example encoder 22 is constructed with generator functions of $g_0$=557 (octal), $g_1$=663 (octal) and $g_2$=711 (octal). As is well known in the art, convolutional encoding involves the modulo-2 addition of selected taps of a serially time-shifted delayed data sequence. The length of the data sequence delay is equal to k–1, where k is the code constraint length. Since in the preferred embodiment a rate ⅓ code is used, three code symbols, the code symbols ($c_0$), ($c_1$) and ($c_2$), are generated for each data bit input to the encoder. The code symbols ($c_0$), ($c_1$) and ($c_2$) are respectively generated by the generator functions $g_0$, $g_1$ and $g_2$. The code symbols are output from encoder 22 to block interleaver 24. The output code symbols are provided to interleaver 24 in the order of the code symbol ($c_0$) being first, the code symbol ($c_1$) being second and the code symbol ($c_2$) being last. The state of the encoder 22, upon initialization, is the all-zero state. Furthermore the use of tail bits at the end of each frame provides a resetting of encoder 22 to an all-zero state.

10

The symbols output from encoder 22 are provided to block interleaver 24 which under the control of microprocessor 18 provides a code symbol repetition. Using a conventional random access memory (RAM) with the symbols stored therein as addressed by microprocessor 18, code symbols may be stored in a manner to achieve a code symbol repetition rate that varies with the data channel.

Code symbols are not repeated for the 9.6 kbps data rate. Each code symbol at the 4.8 kbps data rate is repeated 1 time, i.e. each symbol occurs 2 times. Each code symbol at the 2.4 kbps data rate is repeated 3 times, i.e. each symbol occurs 4 times. Each code symbol at the 1.2 kbps data rate is repeated 7 times, i.e. each symbol occurs 8 times. For all data rates (9.6, 4.8, 2.4 and 1.2 kbps), the code repetition results in a constant code symbol rate of 28,800 code symbols per second for the data as output from interleaver 24. On the reverse traffic channel the repeated code symbols are not transmitted multiple times with all but one of the code symbol repetitions deleted prior to actual transmission due to the variable transmission duty cycle as discussed in further detail below. It should be understood that the use of code symbol repetition as an expedient method for describing the operation of the interleaver and a data burst randomizer as discussed again in further detail below. It should be further understood that implementations other than those that use code symbol repetition may be readily devised that achieve the same result and remain within the teaching of the present invention.

All code symbols to be transmitted on the reverse traffic channel and the access channel are interleaved prior to modulation and transmission. Block interleaver 24, constructed as is well known in the art, provides an output of the code symbols over a time period spanning 20 msec. The interleaver structure is typically a rectangular array with 32 rows and 18 columns, i.e. 576 cells. Code symbols are written into the interleaver by columns, with repetition for data at the 9.6, 4.8, 2.4 and 1.2 kbps rate, so as to completely fill the 32×18 matrix. FIGS. 5a–5d illustrate the ordering of write operations of repeated code symbols into the interleaver array for transmission data rates of 9.6, 4.8, 2.4 and 1.2 kbps, respectively.

Reverse traffic channel code symbols are output from the interleaver by rows. Microprocessor 18 also controls the addressing of the interleaver memory for outputting the symbols in the appropriate order. The interleaver rows are preferably output in the following order:

At 9.6 kbps:

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21
22 23 24 25 26 27 28 29 30 31 32

At 4.8 kbps:

1 3 2 4 5 7 6 8 9 11 10 12 13 15 14 16 17 19 18 20 21
23 22 24 25 27 26 28 29 31 30 32

At 2.4 kbps:

1 5 2 6 3 7 4 8 9 13 10 14 11 15 12 16 17 21 18 22 19
23 20 24 25 29 26 30 27 31 28 32

At 1.2 kbps:

1 9 2 10 3 11 4 12 5 13 6 14 7 15 8 16 17 25 18 26 19
27 20 28 21 29 22 30 23 31 24 32.

Access channel code symbols are also output from interleaver 24 by rows. Microprocessor 18 again controls the addressing of the interleaver memory for outputting the symbols in the appropriate order. The interleaver rows are output in the following order at the 4.8 kbps rate for the access channel code symbols:

1 17 9 25 5 21 13 29 3 19 11 27 7 23 15 31 2 18 10 26
6 22 14 30 4 20 12 28 8 24 16 32.

5,568,483

<table>
<tr><td>11</td><td>12</td></tr>
</table>

It should be noted that other encoding rates, such as a rate ½ convolutional code used on the forward transmission channel, along with various other symbol interleaving formats may be readily devised using the basic teaching of the present invention.

Referring again to FIG. 1, the interleaved code symbols are output from interleaver 24 to modulator 26. In the preferred embodiment modulation for the Reverse CDMA Channel uses 64-ary orthogonal signaling. That is, one of 64 possible modulation symbols is transmitted for each six code symbols. The 64-ary modulation symbol is one of 64 orthogonal waveforms generated preferably using Walsh functions. These modulation symbols are given in FIGS. 6a–6c and are numbered 0 through 63. The modulation symbols are selected according to the following formula:

$$\text{Modulation symbol number} = c_0 + 2c_1 + 4c_2 + 8c_3 + 16c_4 + 32c_5 \quad (3)$$

where $c_5$ shall represent the last or most recent one of the first or oldest binary valued ('0' and '1') code symbol of each group of six code symbols that form a modulation symbol. The period of time required to transmit a single modulation symbol is referred to as a "Walsh symbol" interval and is approximately equal to 208.333 µs. The period of time associated with one-sixty-fourth of the modulation symbol is referred to as a "Walsh chip" and is approximately equal to 3.2552083333 . . . µs.

Each modulation or Walsh symbol is output from modulator 26 to one input of a modulo-2 adder, exclusive-OR gate 28. The Walsh symbols are output from modulator at a 4800 sps rate which corresponds to a Walsh chip rate of 307.2 kcps. The other input to gate 28 is provided from long code generator 30 which generates a masked pseudonoise (PN) code, referred to as the long code sequence, in cooperation with mask circuit 32. The long code sequence provided from generator 30 is at a chip rate four times the Walsh chip rate of modulator 26, i.e. a PN chip rate 1.2288 Mcps. Gate 28 combines the two input signals to provide an output of data at the chip rate of 1.2288 Mcps.

The long code sequence is a time shift of a sequence of length $2^{42}$-1 chips and is generated by a linear generator well known in the art using the following polynomial:

$$p(x) = x^{42} + x^{35} + x^{33} + x^{31} + x^{27} + x^{26} + x^{25} + x^{22} + x^{21} + x^{19} + x^{18} + x^{17} + x^{16} + x^{10} + x^7 + x^6 + x^5 + x^3 + x^2 + x + 1 \quad (4)$$

FIG. 7 illustrates generator 30 in further detail. Generator 30 is comprised of a sequence generator section 70 and a masking section 72. Section 70 is comprised of a sequence of shift registers and modulo-2 adders (typically exclusive-OR gates) coupled together to generate a 42-bit code according to equation 4. The long code is then generated by masking the 42-bit state variables output from section 70 with a 42-bit wide mask provided from mask circuit 32.

Section 72 is comprised of a series of input AND gates $74_1$–$74_{42}$ having one input for receiving a respective mask bit of the 42-bit wide mask. The other input of each AND gates $74_1$–$74_{42}$ receives the output from a corresponding shift register in section 70. The output of AND gates $74_1$–$74_{42}$ are modulo-2 added by adder 76 to form a single bit output for each 1.2288 MHz clocking of the shift registers of section 70. Adder 76 is typically constructed as a cascaded arrangement of exclusive-OR gates as is well known in the art. Therefore, the actual output PN sequence is generated by the modulo-2 addition of all 42 masked output bits of sequence generator 70 as shown in FIG. 7.

The mask used for the PN spreading shall vary depending on the channel type on which the mobile station is communicating. Referring to FIG. 1, an initialization information is provided from microprocessor 18 to generator 30 and circuit 32. Generator 30 is responsive to the initialization information for initialization of the circuitry. Mask 32 is also responsive to the initialization information, which indicates the mask type to be provided, to output a 42-bit mask. As such, mask circuit 32 may be configured as a memory which contains a mask for each communication channel type. FIGS. 8a–8c provide an exemplary definition of the masking bits for each channel type.

Specifically, when communicating on the Access Channel, the mask is defined as illustrated in FIG. 8a. In the Access Channel mask, mask bits $M_{34}$ through $M_{41}$ are set to '1'; mask bits $M_{19}$ through $M_{33}$ are set to the chosen Access Channel number; mask bits $M_{16}$ through $M_{18}$ are set to the code channel for the associated Paging Channel, i.e. the range typically being 1 through 7; mask bits $M_9$ through $M_{15}$ are set to the registration zone; for the current base station; and mask bits $M_0$ through $M_8$ are set to the pilot PN value for the current CDMA Channel.

When communicating on the Reverse Traffic Channel, the mask is defined as illustrated in FIG. 8b. The mobile station uses one of two long codes unique to that mobile station: a public long code unique to the mobile station's electronic serial number (ESN); and a private long code unique for each mobile identification number (MIN) which is typically the telephone number of the mobile station. In the public long code the mask bits $M_{32}$ through $M_{41}$ are set to '0,' and the mask bits $M_0$ through $M_{31}$ are set to the mobile station ESN value.

It is further envisioned that a private long code may be implemented as illustrated in FIG. 8c. The private long code will provide additional security in that it will only be known to the base station and the mobile station. The private long code will not be transmitted in the clear over the transmission medium. In the private long code the mask bit $M_{40}$ through $M_{41}$ are set to '0' and '1' respectively; while mask bits $M_0$ through $M_{39}$ may be set to according to a predetermined assignment scheme.

Referring back to FIG. 1 the output of gate 28 is respectively provided as one input to each one of a pair of modulo-2 adders, exclusive-OR gates 34 and 36. The other input to each of gates 34 and 36 are second and third PN sequences are I and Q Channel "short codes" respectively generated by I and Q Channel PN generators 38 and 40. The Reverse Access Channel and Reverse Traffic Channel is therefore OQPSK spread prior to actual transmission. This offset quadrature spreading on the Reverse Channel uses the same I and Q PN codes as the Forward Channel I and Q pilot PN codes. The I and Q PN codes generated by generators 38 and 40 are of length $2^{15}$ and are preferably the zero-time offset codes with respect to the Forward Channel. For purposes of further understanding, on the Forward Channel a pilot signal is generated for each base station. Each base station pilot channel signal is spread by the I and Q PN codes as just mentioned. Base station I and Q PN codes are offset from one another, by a shifting of the code sequence, so as to provide a distinction between base station transmission. The generating functions for the I and Q short PN codes shall be as follows:

$$P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1 \quad (5)$$

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1. \quad (6)$$

Generators 38 and 40 may be constructed as is well known in the art so as to provide an output sequence in accordance with equations (5) and (6).

Ex. 2-29

5,568,483

13

The I and Q waveforms are respectively output from gates 34 and 36 where respectively provided as inputs to finite impulse response (FIR) filters 42 and 44. FIR filters 42 and 44 are digital filters which bandlimit the resulting I and Q waveforms. These digital filters shape the I and Q waveforms such that the resulting spectrum is contained within a given spectral mask. Filters 42 and 44 may be constructed according to well known digital filter techniques and preferably provide a desired frequency response.

The binary '0' and '1' inputs to digital filters 42 and 44, generated by the PN spreading functions, are mapped into +1 and −1, respectively. The sampling frequency of the digital filter is 4.9152 MHz=4x1.2288 MHz. An additional binary '0' and '1' input sequence synchronous with the I and Q digital waveforms shall be provided to each of digital filters 42 and 44. This particular sequence, referred to as a masking sequence, is the output generated by a data burst randomizer. The masking sequence multiplies the I and Q binary waveforms to produce a ternary (−1, 0, and +1) input to the digital filters 42 and 44.

As discussed previously the data rate for transmission on the Reverse Traffic Channel is at one of the rates of equal 9.6, 4.8, 2.4, or 1.2 kbps and varies on a frame-by-frame basis. Since the frames are of a fixed 20 ms length for both the Access Channel and the Reverse Traffic Channel, the number of information bits per frame shall be 192, 96, 48, or 24 for transmission at data rates of 9.6, 4.8, 2.4, or 1.2 kbps, respectively. As described previously, the information is encoded using a rate ½ convolutional encoder and then the code symbols shall be repeated by a factor of 1, 2, 4, or 8 for a data rate of 9.6, 4.8, 2.4, or 1.2 kbps, respectively. The resulting repetition code symbol rate is thus fixed at 28,800 symbols per second (sps). This 28,800 sps stream is block interleaved as previously described.

Prior to transmission, the Reverse Traffic Channel interleaver output stream is gated with a time filter that allows transmission of certain interleaver output symbols and deletion of others. The duty cycle of the transmission gate thus varies with the transmit data rate. When the transmit data rate is 9.6 kbps, the transmission gate allows all interleaver output symbols to be transmitted. When the transmit data rate is 4.8 kbps, the transmission gate allows one-half of the interleaver output symbols to be transmitted, and so forth. The gating process operates by dividing the 20 msec frame into 16 equal length (i.e., 1.25 ms) periods, called power control groups. Certain power control groups are gated on (i.e., transmitted), while other groups are gated off (i.e., not transmitted).

The assignment of gated-on and gated-off groups is referred to as a data burst randomizer function. The gated-on power control groups are pseudo-randomized in their positions within the frame so that the actual traffic load on the Reverse CDMA Channel is averaged, assuming a random distribution of the frames for each duty cycle. The gated-on power control groups are such that every code symbol input to the repetition process shall be transmitted once without repetition. During the gated-off periods, the mobile station does not transmit energy, thus reducing the interference to other mobile stations operating on the same Reverse CDMA Channel. This symbol gating occurs prior to transmission filtering.

The transmission gating process is not used when the mobile station transmits on the Access Channel. When transmitting on the Access Channel, the code symbols are repeated once (each symbol occurs twice) prior to transmission.

In the implementation of the data burst randomizer function, data burst randomizer logic 46 generates a masking

14

stream of 0's and 1's that randomly mask out the redundant data generated by the code repetition. The masking stream pattern is determined by the frame data rate and by a block of 14 bits taken from the long code sequence generated by generator 30. These mask bits are synchronized with the data flow and the data is selectively masked by these bits through the operation of the digital filters 42 and 44. Within logic 46 the 1.2288 MHz long code sequence output from generator 30 is input to a 14-bit shift register, which is shifted at a 1.2288 MHz rate. The contents of this shift register are loaded into a 14-bit latch exactly one power control group (1.25 ms) before each Reverse Traffic Channel frame boundary. Logic 46 uses this data along with the rate input from microprocessor 18, to determine, according to a predetermined algorithm, the particular power control group(s) in which the data is to be allowed to pass through filters 42 and 46 for transmission. Logic 46 thus outputs for each power control group a '1' or '0' for the entire power control group depending on whether the data is to be filtered out ('0') or passed through ('1'). At the corresponding receiver, which also uses the same long code sequence and a corresponding rate determined for the frame, determines the appropriate power control group(s) in which the data is present.

The I channel data output from filter 42 is provided directly to a digital to analog (D/A) converter and anti-aliasing filter circuit 50. The Q channel data however is output from filter 44 to a delay element 48 which a one-half PN chip time delay (406.9 nsec) in the Q channel data. The Q channel data is output from delay element 48 to digital to analog (D/A) converter and anti-aliasing filter circuit 52. Circuits 50 and 52 convert the digital data to analog form and filter the analog signal. The signals output from circuits 50 and 52 are provided to Offset Quadrature Phase Shift Key (OQPSK) modulator 54 where modulated and output to RF transmitter circuit 56. Circuit 56 amplifies, filters and frequency upconverts the signal for transmission. The signal is output from circuitry 56 to antenna 58 for communication to the base station.

It should be understood that the exemplary embodiment of the present invention discusses the formatting of data for modulation and transmission with respect to a mobile station. It should be understood that the data formatting is the same for a cell base station, however the modulation may be different.

In an improved embodiment, the present invention may be designed to operate with two alternative sets of data rates. In the first exemplary embodiment, primary traffic is transmitted in frames at the 9.6 kbps, 4.8 kbps, 2.4 kbps and 1.2 kbps rates. These rates comprise a set of data rates referred to herein as rate set 1. In an improved embodiment of the present invention, primary traffic can also be transmitted in frames at the rates of 14.4 kbps, 7.2 kbps, 3.6 kbps and 1.8 kbps thus permitting higher rate vocoders and other data. These rates comprise a set of data rates referred to herein as rate set 2. Transmission of data provided at rates within rates set 1 proceeds as described previously. Transmission of rate set 2 frames of data proceeds in a similar manner with slight differences in the generation of frame quality indicator (CRC) bits, the allocation of bits in a frame, and the convolutional encoding of the frames. The differences are described in detail below.

In the exemplary embodiment of the present invention, the frames of rate set 1 are convolutionally encoded at a different rate than frames of rate set 2. Rate set 1 frames are convolutionally encoded at rate ½, while rate set 2 frames are convolutionally encoded at rate ⅓. In the exemplary embodiment two separate convolutional encoders are pro-

5,568,483

15

vided. Convolutional encoder 22 is a rate ⅓ convolutional encoder for the encoding of rate set 1 frames and convolutional encoder 23 is a rate ½ convolutional encoder for the encoding of rate set 2 frames. Switch 21 receives a RATE SET signal from microprocessor 18 and accordingly directs the frame to the correct convolutional encoder.

It should be noted that the encoded symbol rates from convolutional encoder 23 are 28.8 ksps, 14.4 ksps, 7.2 ksps and 3.6 ksps are the same rates provided from convolutional encoder 22. This allows the transmission of rate set 2 frames following the convolutional encoding of the frames to proceed identically as described previously for rate set 1 frames.

In the exemplary embodiment, the generator polynomials for the frame quality indicator used in generator 20, rate set 2 frames are as follows:

$$g(x) = x^{12} + x^{11} + x^{10} + x^8 + x^5 + x^4 + x^2 + 1, \tag{7}$$

for the 12-bit frame quality indicator;

$$g(x) = x^{10} + x^9 + x^8 + x^7 + x^6 + x^4 + x^2 + 1 \tag{8}$$

for the 10-bit frame quality indicator;

$$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1 \tag{9}$$

for the 8-bit frame quality indicator; and

$$g(x) = x^6 + x^2 + x + 1 \tag{10}$$

for the 6-bit frame quality indicator.

The design and implementation of encoders to generate frame quality indicator bits using these polynomials is the same as those described with respect to rate set 1.

A final distinction between rate set 2 frames and rate set 1 frames is the inclusion of an erasure indicator bit. An erasure indicator bit is a feedback signal from the receiving system of the communications device to a remote transmitting device to indicate that a frame erasure has occurred. In the exemplary embodiment this bit is set when the personal station is unable to decide upon the data rate of the received frame or errors are detected. This bit may be based upon other forms of received signal quality metrics such as received signal strength. In response the remote transmitting device can respond to strengthen its signal by increasing its transmission energy or by decreasing its data rate. The erasure bit may be set by either microprocessor 18 or by an additional element, erasure indicator element 19, both of which would operate in conjunction with a FRAME ERASURE SIGNAL from the receiving system of the communications device (not shown).

Table II shown below illustrates the contents of the exemplary frames of both data rate sets. As described previously, for rate set 1 frames, 9600 bps frames comprise 172 information bits, 12 frame quality indicator bits and 8 tail bits, 4800 bps frames comprise 80 information bits, 8 frame quality indicator bits and 8 tail bits, 2400 bps frames comprise 40 information bits and 8 tail bits, and 1200 bps frames comprise 16 information bits and 8 tail bits. For rate set 2 frames, 14,400 bps frames comprise 267 information bits, 1 erasure indicator bit, 12 frame quality indicator bits and 8 tail bits, 7200 bps frames comprise 125 information bits, 1 erasure indicator bit, 10 frame quality indicator bits and 8 tail bits, 3600 bps frames comprise 55 information bits, 1 erasure indicator bit, 8 frame quality indicator bits and 8 tail bits, and 1800 bps frames comprise 21 information bits, 1 erasure indicator bit, 6 frame quality indicator bits and 8 tail bits.

16

TABLE II

| Rate Set | Transmission Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Erasure Indicator | Information | Frame Quality Indicator | Encoder Tail |
| 1 | 9600 | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2400 | 48 | 0 | 40 | 0 | 8 |
| | 1200 | 24 | 0 | 16 | 0 | 8 |
| 2 | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |

FIGS. 10a–10y illustrate the frame format for frames generated within rate set 2. In FIG. 10a, a 14.4 kbps frame is illustrated for transmission of full rate primary traffic. One bit is provided for the erasure indicator bit described above and one reserved bit is provided. A mixed mode bit is set to zero to indicate that the frame consists only of primary traffic data. 265 primary traffic bits are then provided, followed by 12 frame quality indicator bits and 8 tail bits.

In FIG. 10b, a 14.4 kbps dim and burst frame is illustrated for transmission of half rate primary traffic and signaling traffic. One bit is provided for the erasure indicator bit and one reserved bit is provided. The mixed mode bit is set to 1 to indicate that the packet consists of data other than primary traffic only. Four frame mode bits are provided to indicate the types of data in the packet. The frame mode bits are set to 0000 to indicate that the data present in the packet is half rate primary traffic and signaling traffic. There are 124 bits of primary traffic and 137 bits of signaling traffic. The frame is accompanied by 12 frame quality indicator bits and 8 tail bits.

In FIG. 10c, a 14.4 kbps dim and burst frame is illustrated for transmission of quarter rate primary traffic and signaling traffic. One bit is provided for the erasure indicator bit and one reserved bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 0001 to indicate that the data present in the packet is quarter rate primary traffic and signaling traffic. There are 54 bits of primary traffic and 207 bits of signaling traffic. The frame is accompanied by 12 frame quality indicator bits and 8 tail bits.

In FIG. 10d, a 14.4 kbps dim and burst frame is illustrated for transmission of eighth rate primary traffic and signaling traffic. One bit is provided for the erasure indicator bit and one reserved bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 0010 to indicate that the data present in the packet is eighth rate primary traffic and signaling traffic. The frame has 20 bits of primary traffic and 241 bits of signaling traffic and contains 12 frame quality indicator bits and 8 tail bits.

In FIG. 10e, a 14.4 kbps blank and burst frame is illustrated for transmission of signaling traffic. One bit is provided for the erasure indicator bit and one reserved bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 0011 to indicate that the data present in the packet is signaling traffic. There are 261 bits of signaling traffic. 12 frame quality indicator bits and 8 tail bits.

In FIG. 10f, a 7.2 kbps frame is illustrated for transmission of half rate primary traffic only. An erasure indicator bit is provided. The mixed mode bit is set to 0. There are 124 bits of primary traffic provided, 10 frame quality indicator bits and 8 tail bits.

In FIG. 10g, a 7.2 kbps dim and burst frame is illustrated for transmission of quarter rate primary traffic with signaling

5,568,483

17

traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. Three frame mode bits are set to 000. There are 54 bits of primary traffic, 67 bits of signaling traffic, 10 frame quality indicator bits and 8 tail bits.

In FIG. 10h, a 7.2 kbps dim and burst frame is illustrated for transmission of eighth rate primary traffic with signaling traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. Three frame mode bits are set to 001. There are 20 bits of primary traffic, 101 bits of signaling traffic, 10 frame quality indicator bits and 8 tail bits.

In FIG. 10i, a 7.2 kbps blank and burst frame is illustrated for transmission of signaling traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. Three frame mode bits are set to 010. There are 121 bits of signaling traffic, 10 frame quality indicator bits and 8 tail bits.

In FIG. 10j, a 3.6 kbps frame is illustrated for transmission of quarter rate primary traffic only. An erasure indicator bit is provided. The mixed mode bit is set to 0. No frame mode bits are provided. There are 54 bits of primary traffic, 8 frame quality indicator bits and 8 tail bits.

In FIG. 10k, a 3.6 kbps dim and burst frame is illustrated for transmission of quarter rate primary traffic with signaling traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. Two frame mode bits are set to 00. There are 20 bits of primary traffic, 32 bits of signaling traffic, 8 frame quality indicator bits and 8 tail bits.

In FIG. 10l, a 3.6 kbps blank and burst frame is illustrated for transmission of signaling traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. Two frame mode bits are set to 01. There are 52 bits of signaling traffic, 8 frame quality indicator bits and 8 tail bits.

In FIG. 10m, a 1.8 kbps frame is illustrated for transmission of eighth rate primary traffic only. An erasure indicator bit is provided. The mixed mode bit is set to 0. No frame mode bits are provided. There are 20 bits of primary traffic, 6 frame quality indicator bits and 8 tail bits.

In FIG. 10n, a 14.4 dim and burst frame is illustrated for transmission of half rate primary traffic and secondary traffic. An erasure indicator bit is provided with a reserved bit. The mixed mode bit is set to 1. The frame mode bits are set to 0100 to indicate that the data present in the packet is half rate primary traffic and signaling traffic. There are 124 bits of primary traffic, 137 bits of secondary traffic, 12 frame quality indicator bits and 8 tail bits.

In FIG. 10o, a 14.4 kbps dim and burst frame is illustrated for transmission of quarter rate primary traffic and secondary traffic. An erasure indicator bit is provided along with a reserved bit. The mixed mode bit is set to 1. The four frame mode bits are set to 0101 to indicate that the data present in the packet is quarter rate primary traffic plus secondary traffic. There are 54 bits of primary traffic, 207 bits of secondary traffic, 12 frame quality indicator bits and 8 tail bits.

In FIG. 10p, a 14.4 kbps dim and burst frame is illustrated for transmission of a frame consisting of eighth rate primary traffic and secondary traffic. An erasure indicator bit is provided with a reserved bit. The mixed mode bit is set to 1. The frame mode bits are set to 0110 to indicate that the data present in the packet is eighth rate primary traffic plus secondary traffic. There are 20 bits of primary traffic, 241 bits of secondary traffic, 12 frame quality indicator bits and 8 tail bits.

In FIG. 10q, a 14.4 kbps blank and burst frame is illustrated for transmission of secondary traffic. An erasure indicator bit is provided along with a reserved bit. The mixed mode bit is set to 1. The four frame mode bits are set to 0111. There are 261 bits of secondary traffic, 12 frame quality indicator bits and 8 tail bits.

18

FIG. 10r illustrates a 14.4 kbps dim and burst frame for the transmission of eighth rate primary data, secondary and signaling traffic. An erasure indicator bit is provided with a reserved bit. The mixed mode bit is set to 1. The frame mode bits are set to 1000 to indicate that the data present in the packet is eighth rate primary data, secondary and signaling traffic. There are 20 bits of primary traffic, 221 bits of signaling traffic, 20 bits of secondary traffic, 12 frame quality indicator bits and 8 tail bits.

FIG. 10s illustrates a 7.2 kbps dim and burst frame with quarter rate primary and secondary traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 011. There are 54 bits of primary traffic, 67 bits of secondary traffic, 12 frame quality indicator bits and 8 tail bits.

FIG. 10t illustrates a 7.2 kbps dim and burst frame with eighth rate primary and secondary traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 100. There are 20 bits of primary traffic, 101 bits of secondary traffic, 10 frame quality indicator bits and 8 tail bits.

FIG. 10u illustrates a 7.2 kbps blank and burst frame with secondary traffic only. An erasure indicator bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 101. There are 121 bits of secondary traffic, 10 frame quality indicator bits and 8 tail bits.

FIG. 10v illustrates a 7.2 kbps dim and burst frame with eighth rate primary traffic, secondary and signaling traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 110. There are 20 bits of primary traffic, 81 bits of signaling traffic, 20 bits of secondary traffic, 10 frame quality indicator bits and 8 tail bits.

FIG. 10w illustrates a 3.6 kbps dim and burst frame with eighth rate primary traffic and secondary traffic. An erasure indicator bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 10. There are 20 bits of primary traffic, 32 bits of secondary traffic, 8 frame quality indicator bits and 8 tail bits.

FIG. 10x illustrates a 3.6 kbps blank and burst frame with secondary traffic only. An erasure indicator bit is provided. The mixed mode bit is set to 1. The frame mode bits are set to 11. There are 52 bits of secondary traffic, 8 frame quality indicator bits and 8 tail bits.

FIG. 10y illustrates a 1.8 kbps blank and burst frame with secondary traffic only. An erasure indicator bit is provided. The mixed mode bit is set to 1. There are 20 bits of secondary traffic, 6 frame quality indicator bits and 8 tail bits.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

We claim:

1. In a communication system, a method for transmitting a first data frame at a data rate included within a first predetermined data rate set of a set of rate sets, comprising the steps of:

    receiving said data frame;

    generating a set of parity check bits and tail bits in accordance with a frame rate of said first data frame;

5,568,483

**19**

encoding an augmented data frame derived from said first data frame, said parity check bits, and said tail bits, wherein an encoding rate of said encoding is determined in accordance with said first predetermined data rate set of said first data frame; and

transmitting said encoded augmented data frame.

2. The method of claim 1 further including the step of transmitting a second data frame at a selected data rate included within a second predetermined set of data rates, wherein there is a multiplicative factor between corresponding data rates of said first predetermined data rate set and said second predetermined data rate set.

3. The method of claim 2 wherein encoding rates associated with said first predetermined data rate set and said second predetermined data rate set are related by an encoding factor inversely proportional to said multiplicative factor.

4. In a communication system, a method for transmitting a first data frame at a given data rate included within a first predetermined set of data rates, comprising the steps of:

receiving said first data frame and a frame rate indication associated therewith;

generating a formatted data frame by formatting said first data frame in accordance with a predetermined format corresponding to said frame rate indication;

encoding said formatted data frame; and

transmitting said encoded formatted data frame.

5. In a communication system, a method for transmitting first and second data frames at first and second data rates, respectively, said first and second data rates being respectively included first and second predetermined sets of data rates, comprising the steps of:

receiving said first and second data frames and first and second frame rate indications respectively associated with said first and second data frames;

generating first and second formatted data frames by formatting said first and second data frames in accordance with first and second predetermined formats corresponding to said first and second frame rate indications, respectively;

encoding said first and second formatted data frames; and

transmitting said first and second encoded formatted data frames.

6. In a communication system, a method for transmitting information from a subscriber unit to a base station comprising the steps of:

providing a first data frame including traffic channel data of a first type;

generating a formatted data frame of a predetermined format using said first data frame, said formatted data frame including at least one frame quality bit;

encoding said formatted data frame at an encoding rate based upon a frame rate associated with said first data frame; and

transmitting said encoded formatted data frame.

7. The method of claim 6 further including the step of inserting at least one tail bit into said formatted data frame.

8. The method of claim 6 further including the steps of:

providing a second data frame including traffic channel data of a second type, and

generating said formatted data frame using both said first and said second data frame.

9. The method of claim 6 wherein said first type of traffic channel data corresponds to primary traffic data.

**20**

10. The method of claim 8 wherein said first type of traffic channel data corresponds to primary traffic data, and wherein said second type of traffic channel data corresponds to secondary traffic data.

11. The method of claim 8 wherein said first type of traffic channel data corresponds to primary traffic data, and wherein said second type of traffic channel data corresponds to signaling traffic data.

12. The method of claim 8 further comprising the step of including, within said formatted data frame:

at least one tail bit,

an erasure indicator bit providing an indication of frame erasure,

a mixed mode bit indicative of the inclusion of said second type of traffic channel data within said formatted data frame, and

one or more frame mode bits for identifying said first and second types of traffic channel data.

13. The method of claim 6 further comprising the step of including, within said formatted data frame:

at least one tail bit,

an erasure indicator bit providing an indication of frame erasure, and

one or more frame mode bits for identifying said first type of traffic channel data.

14. The method of claim 12 wherein said one or more frame mode bits further identify first and second frame rates respectively associated with said first and second types of traffic channel data.

15. The method of claim 13 wherein said one or more frame mode bits further identify a frame rate associated with said first type of traffic channel data.

16. In a communication system, a method for transmitting comprising the steps of:

providing a first data frame including traffic channel data of a first type;

generating a formatted data frame of a predetermined format, said formatted data frame sequentially including

an erasure indicator bit,

a mixed mode bit,

one or more frame mode bits,

a plurality of bits of said traffic channel data of said first type,

one or more frame quality indicator bits, and

one or more tail bits;

encoding said formatted data frame; and

transmitting said encoded formatted data frame.

17. The method of claim 16 further comprising the step of including, within said formatted data frame, a plurality of bits of said traffic channel data of a second type between said plurality of bits of said traffic channel data of said first type and said one or more frame quality indicator bits.

18. The method of claim 16 further comprising the step of including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

19. The method of claim 16 wherein said traffic channel data of said first type corresponds to signaling traffic.

20. The method of claim 16 wherein said traffic channel data of said first type corresponds to secondary traffic.

21. The method of claim 18 wherein said traffic channel data of said first type corresponds to signaling traffic.

22. The method of claim 18 wherein said traffic channel data of said first type corresponds to secondary traffic.

23. The method of claim 17 further comprising the step of including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

5,568,483

**21**

24. The method of claim 17 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to signaling traffic.

25. The method of claim 17 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to secondary traffic.

26. The method of claim 23 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to signaling traffic.

27. The method of claim 23 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to secondary traffic.

28. The method of claim 17 further comprising the step of including, within said formatted data frame, a plurality of bits of traffic channel data of a third type between said plurality of bits of said traffic channel data of said second type and said one or more frame quality indicator bits.

29. The method of claim 23 further comprising the step of including, within said formatted data frame, a plurality of bits of traffic channel data of a third type between said plurality of bits of said traffic channel data of said second type and said one or more frame quality indicator bits.

30. The method of claim 28 wherein said plurality of bits of traffic channel data of said first type correspond to primary traffic, said plurality of bits of traffic channel data of said second type correspond to signaling traffic, and said plurality of bits of traffic channel data of said third type correspond to secondary traffic.

31. The method of claim 29 wherein said plurality of bits of traffic channel data of said first type correspond to primary traffic, said plurality of bits of traffic channel data of said second type correspond to signaling traffic, and said plurality of bits of traffic channel data of said third type correspond to secondary traffic.

32. In a communication system, a method for transmitting comprising the steps of:

providing a first data frame including primary traffic channel data;

generating a formatted data frame of a predetermined format, said formatted data frame sequentially including

an erasure indicator bit,

a mixed mode bit,

a plurality of bits of said primary traffic channel data,

one or more frame quality indicator bits, and

one or more tail bits;

encoding said formatted data frame; and

transmitting said encoded formatted data frame.

33. The method of claim 32 further comprising the step of including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

34. A transmitter for use in a communications system, said transmitter comprising:

means for providing a first data frame including traffic channel data of a first type;

means for generating a formatted data frame of a predetermined format using said first data frame, said formatted data frame including at least one frame quality bit;

means for encoding said formatted data frame at an encoding rate based upon a frame rate associated with said first data frame; and

**22**

means for transmitting said encoded formatted data frame.

35. The transmitter of claim 34 further including means for inserting at least one tail bit into said formatted data frame.

36. The transmitter of claim 34 further including:

means for providing a second data frame including traffic channel data of a second type, and

means for generating said formatted data frame using both said first and said second data frame.

37. The transmitter of claim 34 wherein said first type of traffic channel data corresponds to primary traffic data.

38. The transmitter of claim 36 wherein said first type of traffic channel data corresponds to primary traffic data, and wherein said second type of traffic channel data corresponds to secondary traffic data.

39. The transmitter of claim 36 wherein said first type of traffic channel data corresponds to primary traffic data, and wherein said second type of traffic channel data corresponds to signaling traffic data.

40. The transmitter of claim 36 further comprising means for including, within said formatted data frame:

at least one tail bit,

an erasure indicator bit providing an indication of frame erasure,

a mixed mode bit indicative of the inclusion of said second type of traffic channel data within said formatted data frame, and

one or more frame mode bits for identifying said first and second types of traffic channel data.

41. The transmitter of claim 34 further comprising means for including, within said formatted data frame:

at least one tail bit,

an erasure indicator bit providing an indication of frame erasure, and

one or more frame mode bits for identifying said first type of traffic channel data.

42. The transmitter of claim 40 wherein said one or more frame mode bits further identify first and second frame rates respectively associated with said first and second types of traffic channel data.

43. The transmitter of claim 41 wherein said one or more frame mode bits further identify a frame rate associated with said first type of traffic channel data.

44. A transmitter for use in a communication system, said transmitter comprising:

means for providing a first data frame including traffic channel data of a first type;

means for generating a formatted data frame of a predetermined format, said formatted data frame sequentially including

an erasure indicator bit,

a mixed mode bit,

one or more frame mode bits,

a plurality of bits of said traffic channel data of said first type,

one or more frame quality indicator bits, and

one or more tail bits;

means for encoding said formatted data frame; and

means for transmitting said encoded formatted data frame.

45. The transmitter of claim 44 further comprising means for including, within said formatted data frame, a plurality of bits of said traffic channel data of a second type between said plurality of bits of said traffic channel data of said first type and said one or more frame quality indicator bits.

5,568,483

23

46. The transmitter of claim 44 further comprising means for including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

47. The transmitter of claim 44 wherein said traffic channel data of said first type corresponds to signaling traffic.

48. The transmitter of claim 44 wherein said traffic channel data of said first type corresponds to secondary traffic.

49. The transmitter of claim 46 wherein said traffic channel data of said first type corresponds to signaling traffic.

50. The transmitter of claim 46 wherein said traffic channel data of said first type corresponds to secondary traffic.

51. The transmitter of claim 45 further comprising means for including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

52. The transmitter of claim 45 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to signaling traffic.

53. The transmitter of claim 45 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to secondary traffic.

54. The transmitter of claim 51 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to signaling traffic.

55. The transmitter of claim 51 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to secondary traffic.

56. The transmitter of claim 45 further comprising means for including, within said formatted data frame, a plurality of bits of traffic channel data of a third type between said plurality of bits of said traffic channel data of said second type and said one or more frame quality indicator bits.

57. The transmitter of claim 51 further comprising means for including, within said formatted data frame, a plurality of bits of traffic channel data of a third type between said plurality of bits of said traffic channel data of said second type and said one or more frame quality indicator bits.

58. The transmitter of claim 56 wherein said plurality of bits of traffic channel data of said first type correspond to primary traffic, said plurality of bits of traffic channel data of said second type correspond to signaling traffic, and said plurality of bits of traffic channel data of said third type correspond to secondary traffic.

59. The transmitter of claim 57 wherein said plurality of bits of traffic channel data of said first type correspond to primary traffic, said plurality of bits of traffic channel data of said second type correspond to signaling traffic, and said plurality of bits of traffic channel data of said third type correspond to secondary traffic.

60. In a communication system, a transmitter for transmitting information from a subscriber unit to a base station, said transmitter comprising:

means for providing a first data frame including primary traffic channel data;

means for generating a formatted data frame of a predetermined format, said formatted data frame sequentially including

an erasure indicator bit,

24

a mixed mode bit,

a plurality of bits of said primary traffic channel data, one or more frame quality indicator bits, and one or more tail bits;

means for encoding said formatted data frame; and

means for transmitting said encoded formatted data frame.

61. The transmitter of claim 60 further comprising means for including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

62. A system for communicating using formatted data, said system comprising:

a remote unit transmitter including:

means for providing a source of a first of type of traffic bits,

means for providing a first data frame including traffic channel data of a first type,

means for generating a formatted data frame of a predetermined format using said first data frame,

means for encoding said formatted data frame at an encoding rate based upon a frame rate associated with said first data frame, means for transmitting said encoded formatted data frame; and

a base station for receiving said encoded formatted data frame transmitted by said remote unit transmitter.

63. The system of claim 62 wherein said remote unit transmitter further includes means for including, within said formatted data frame, a plurality of bits of said traffic channel data of a second type between said plurality of bits of said traffic channel data of said first type and said one or more frame quality indicator bits.

64. The system of claim 62 wherein said remote unit transmitter further comprises means for including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

65. The system of claim 62 wherein said traffic channel data of said first type corresponds to signaling traffic.

66. The system of claim 62 wherein said traffic channel data of said first type corresponds to secondary traffic.

67. The system of claim 64 wherein said traffic channel data of said first type corresponds to signaling traffic.

68. The system of claim 64 wherein said traffic channel data of said first type corresponds to secondary traffic.

69. The system of claim 63 wherein said remote unit transmitter further comprises means for including, within said formatted data frame, a reserved bit between said erasure indicator bit and said mixed mode bit.

70. The system of claim 63 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to signaling traffic.

71. The system of claim 63 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to secondary traffic.

72. The system of claim 69 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to signaling traffic.

73. The system of claim 69 wherein said traffic channel data of said first type corresponds to primary traffic and wherein said traffic channel data of said second type corresponds to secondary traffic.

74. The system of claim 63 wherein said remote unit transmitter further comprises means for including, within said formatted data frame, a plurality of bits of traffic

5,568,483

25

channel data of a third type between said plurality of bits of said traffic channel data of said second type and said one or more frame quality indicator bits.

**75.** The system of claim 69 wherein said remote unit transmitter further comprises means for including, within said formatted data frame, a plurality of bits of traffic channel data of a third type between said plurality of bits of said traffic channel data of said second type and said one or more frame quality indicator bits.

**76.** The system of claim 74 wherein said plurality of bits of traffic channel data of said first type correspond to primary traffic, said plurality of bits of traffic channel data of

26

said second type correspond to signaling traffic, and said plurality of bits of traffic channel data of said third type correspond to secondary traffic.

**77.** The system of claim 75 wherein said plurality of bits of traffic channel data of said first type correspond to primary traffic, said plurality of bits of traffic channel data of said second type correspond to signaling traffic, and said plurality of bits of traffic channel data of said third type correspond to secondary traffic.

* * * * *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,568,483                                    Page 1 of 2
DATED          : October 22, 1996
INVENTOR(S)    : Padovani et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Drawings,
Sheet 1, Fig. 1, with reference to the "CODEC", change reference number "16" to
-- 14 --; with reference to the "VOCODER", change reference number "14" to -- 16 --.

Column 2,
Line 15, change "flames" to -- frames --;

Column 3,
Line 44, after "functioning in" insert -- a --;

Column 13,
Line 53, change "flames" to -- frames --;

Column 16,
Line 16, change "10a-10y" to -- 9a-9y --;
Line 24, change "10b" to -- 9b --;
Line 36, change "10c" to -- 9c --;
Line 45, change "10d" to -- 9d --;
Line 54, change "10e" to -- 9e --;
Line 61, change "10f" to -- 9f --;
Line 66, change "10g" to -- 9g --;

Column 17,
Line 5, change "10h" to -- 9h --;
Line 10, change "10i" to -- 9i --;
Line 15, change "10j" to -- 9j --;
Line 20, change "10k" to -- 9k --;
Line 26, change "10l" to -- 9l --;
Line 31, change "10m" to -- 9m --;
Line 36, change "10n" to -- 9n --;
Line 44, change "10o" to -- 9o --;
Line 53, change "10p" to -- 9p --;
Line 62, change "10q" to -- 9q --;

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,568,483                         Page 2 of 2
DATED        : October 22, 1996
INVENTOR(S) : Padovani et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 18,</u>
Line 1, change "10r" to -- 9r --;
Line 10, change "10s" to -- 9s --;
Line 16, change "10t" to -- 9t --;
Line 22, change "10u" to -- 9u --;
Line 27, change "10v" to -- 9v --;
Line 34, change "10w" to -- 9w --;
Line 40, change "10x" to -- 9x --;
Line 45, change "10y" to -- 9y --; and

<u>Column 19,</u>
Line 32, after "included" insert -- in --.

Signed and Sealed this

Thirtieth Day of August, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*



US005778338A

# United States Patent [19]

## Jacobs et al.

| [11] | Patent Number: | 5,778,338 |
|---|---|---|
| [45] | Date of Patent: | Jul. 7, 1998 |

[54] **VARIABLE RATE VOCODER**

[75] Inventors: **Paul E. Jacobs; William R. Gardner; Chong U. Lee; Klein S. Gilhousen; S. Katherine Lau; Ming-Chang Tsai,** all of San Diego, Calif.

[73] Assignee: **QualComm Incorporated,** San Diego, Calif.

[21] Appl. No.: **788,728**

[22] Filed: **Jan. 23, 1997**

#### Related U.S. Application Data

[62] Division of Ser. No. 363,170, Dec. 23, 1994, Pat. No. 5,657,420, which is a division of Ser. No. 4,484, Jan. 14, 1993, Pat. No. 5,414,796, which is a continuation of Ser. No. 713,661, Jun. 11, 1991, abandoned.

[51] Int. Cl.⁶ .................................................... G01L 5/00
[52] U.S. Cl. ..................... 704/223; 704/221; 704/229; 704/224; 704/201
[58] Field of Search ........................... 395/2.38, 2.28, 395/2.31, 2.32

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 3,988,674 | 10/1976 | Scinlli | 370/505 |
| 4,831,624 | 5/1989 | McLaughlin et al. | 371/37.1 |
| 5,097,507 | 3/1992 | Zinser et al. | 395/2.35 |
| 5,414,796 | 5/1995 | Jacobs et al. | 395/2.3 |
| 5,495,555 | 2/1996 | Swaminathan | 395/2.16 |
| 5,537,410 | 7/1996 | Li | 370/465 |
| 5,566,206 | 10/1996 | Butler et al. | 375/225 |
| 5,596,676 | 1/1997 | Swaminathan et al. | 395/2.17 |

Primary Examiner—David R. Hudspeth
Assistant Examiner—Vijay B. Chawan
Attorney, Agent, or Firm—Russell B. Miller; Linli L. Golden

[57] **ABSTRACT**

An apparatus and method for performing speech signal compression, by variable rate coding of frames of digitized speech samples. The level of speech activity for each frame of digitized speech samples is determined and an output data packet rate is selected from a set of rates based upon the determined level of frame speech activity. A lowest rate of the set of rates corresponds to a detected minimum level of speech activity, such as background noise or pauses in speech, while a highest rate corresponds to a detected maximum level of speech activity, such as active vocalization. Each frame is then coded according to a predetermined coding format for the selected rate wherein each rate has a corresponding number of bits representative of the coded frame. A data packet is provided for each coded frame with each output data packet of a bit rate corresponding to the selected rate.

At the decoder, if a frame is lost due to a channel error, the error is masked by maintaining a fraction of the previous frame's energy and smoothly transitioning to background noise.

**8 Claims, 22 Drawing Sheets**





FIG. 4

Ex. 3-5

FIG. 6



Case 3:05-cv-02063-JLS-LSP    Document 1    Filed 11/04/05    Page 72 of 268



FIG. 7b

Ex. 3-8

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 73 of 268



FIG. 8

Ex. 3-9

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 74 of 268



FIG. 10

Ex. 3-11



FIG. 11

Ex. 3-12

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 76 of 268



FIG. 12

Ex. 3-13



FIG. 13

Ex. 3-14



FIG. 14



FIG. 15

Ex. 3-15



FIG. 16



**FIG. 17**



FIG. 18

TO DECODER AND
TRANSMISSION CHANNEL
DATA PROCESSOR

Ex. 3-18



FIG. 19

Ex. 3-19

| RECEIVED PARAMETERS FOR FULL RATE FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| $I_1, \ldots I_8$ | $I_1, I_2$ | $I_3, I_4$ | $I_5, I_6$ | $I_7, I_8$ |
| $G_1, \ldots G_8$ | $G_1, G_2$ | $G_3, G_4$ | $G_5, G_6$ | $G_7, G_8$ |
| $L_1, \ldots L_4$ | $L_1$ | $L_2$ | $L_3$ | $L_4$ |
| $b_1, \ldots b_4$ | $b_1$ | $b_2$ | $b_3$ | $b_4$ |
| $\omega_{1,f}, \ldots \omega_{10,f}$ | $\omega_i = 0.75\omega_{i,f-1} + 0.25\omega_{i,f}$ | $\omega_i = 0.5\omega_{i,f-1} + 0.5\omega_{i,f}$ | $\omega_i = 0.25\omega_{i,f-1} + 0.75\omega_i$ | $\omega_1 = \omega_{i,f}$ |

**FIG. 20a**

| RECEIVED PARAMETERS FOR HALF RATE FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| $I_1, \ldots I_4$ | $I_1, I_1\text{-}20$ | $I_2, I_2\text{-}20$ | $I_3, I_3\text{-}20$ | $I_4, I_4\text{-}20$ |
| $G_1, \ldots G_4$ | $G_1, G_1$ | $G_2, G_2$ | $G_3, G_3$ | $G_4, G_4$ |
| $L_1, L_2$ | $L_1$ | $L_1$ | $L_2$ | $L_2$ |
| $b_1, b_2$ | $b_1$ | $b_1$ | $b_2$ | $b_2$ |
| $\omega_{1,f}, \ldots \omega_{10,f}$ | $\omega_i = 0.75\omega_{i,f-1} + 0.25\omega_{i,f}$ | $\omega_i = 0.5\omega_{i,f-1} + 0.5\omega_{i,f}$ | $\omega_i = 0.25\omega_{i,f-1} + 0.75\omega_{i,f}$ | $\omega_i = \omega_{i,f}$ |

**FIG. 20b**

| RECEIVED PARAMETERS FOR QUARTER RATE FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| $I_1, I_2$ | $I_1, I_1\text{-}20$ | $I_1\text{-}40, I_1\text{-}60$ | $I_2, I_2\text{-}20$ | $I_2\text{-}40, I_2\text{-}60$ |
| $G_1, G_2$ | $G_1, G_1$ | $G_1, G_1$ | $G_2, G_2$ | $G_2, G_2$ |
| $L_1$ | $L_1$ | $L_1$ | $L_1$ | $L_1$ |
| $b_1$ | $b_1$ | $b_1$ | $b_1$ | $b_1$ |
| $\omega_{1,f}, \ldots \omega_{8,f}$ | $\omega_i = 0.625\omega_{i,f-1} + 0.375\omega_{i,f}$ | $\omega_i = 0.625\omega_{i,f-1} + 0.375\omega_{i,f}$ | $\omega_i = 0.125\omega_{i,f-1} + 0.875\omega_{i,f}$ | $\omega_i = 0.125\omega_{i,f-1} + 0.875\omega_{i,f}$ |

**FIG. 20c**

| RECEIVED PARAMETERS FOR FULL RATE FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| $I_1$ (NONE) | PN SEED | PN SEED | PN SEED | PN SEED |
| $G_1$ | $G_1, G_1$ | $G_1, G_1$ | $G_1, G_1$ | $G_1, G_1$ |
| L (NONE) | NONE | NONE | NONE | NONE |
| b (NONE) | 0 | 0 | 0 | 0 |
| $\omega_{1,f}, \ldots \omega_{5,f}$ | $\omega_i = 0.625\omega_{1,f-1} + 0.375\omega_{i,f}$ | $\omega_i = 0.625\omega_{1,f-1} + 0.375\omega_{i,f}$ | $\omega_i = 0.625\omega_{1,f-1} + 0.375\omega_{i,f}$ | $\omega_i = 0.625\omega_{1,f-1} + 0.375\omega_{i,f}$ |

**FIG. 20d**

| RECEIVED PARAMETERS FOR BLANK FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| I (NONE) | NONE | NONE | NONE | NONE |
| G (NONE) | 0 | 0 | 0 | 0 |
| L (NONE) | $L_p$ | $L_p$ | $L_p$ | $L_p$ |
| b (NONE) | $b_p$ | $b_p$ | $b_p$ | $b_p$ |
| $\omega_{i,f}$ (NONE) | $\omega_i = \omega_{i,f-1}$ | $\omega_i = \omega_{i,f-1}$ | $\omega_i = \omega_{i,f-1}$ | $\omega_i = \omega_{i,f-1}$ |

NOTE: $L_p$ AND $b_p$ ARE SET TO L AND b VALUES OF PREVIOUS DECODING SUBFRAME WHERE $b_p$ IS SET TO 1 IF $b_p > 1$.

**FIG. 21a**

| RECEIVED PARAMETERS FOR ERASURE FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| I (NONE) | $I_p+89, I_p+109$ | $I_p+129, I_p+149$ | $I_p+169, I_p+189$ | $I_p+209, I_p+169$ |
| G (NONE) | $0.7G_p, 0.7G_p$ | $0.7G_p, 0.7G_p$ | $0.7G_p, 0.7G_p$ | $0.7G_p, 0.7G_p$ |
| L (NONE) | NONE | NONE | NONE | NONE |
| b (NONE) | 0 | 0 | 0 | 0 |
| $\omega_{i,f}$ (NONE) | $\omega_i = 0.9(\omega_{i,f-1} - \omega b_i) + \omega b_i$ | $\omega_i = 0.9(\omega_{i,f-1} - \omega b_i) + \omega b_i$ | $\omega_i = 0.9(\omega_{i,f-1} - \omega b_i) + \omega b_i$ | $\omega_i = 0.9(\omega_{i,f-1} - \omega b_i) + \omega b_i$ |

NOTE: $I_p$ AND $G_p$ ARE THE TO I AND G VALUES OF PREVIOUS DECODING SUBFRAME AND $\omega b_i$ IS THE BIAS VALUE OF $\omega_i$.

**FIG. 21b**

| RECEIVED PARAMETERS FOR ERROR FRAME | DECODE SUBFRAME PARAMETERS USED | | | |
|---|---|---|---|---|
| | SUBFRAME NO. 1 | SUBFRAME NO. 2 | SUBFRAME NO. 3 | SUBFRAME NO. 4 |
| $I_1, I_8$ | $I_1, I_2$ | $I_3, I_4$ | $I_5, I_6$ | $I_7, I_8$ |
| $G_1, G_8$ | $G_1, G_2$ | $G_3, G_4$ | $G_5, G_6$ | $G_7, G_8$ |
| $L_1, L_4$ | NONE | NONE | NONE | NONE |
| $b_1, b_4$ | 0 | 0 | 0 | 0 |
| $\omega_{1,f} \ldots \omega_{8,f}$ | $\omega_i = 0.75\omega_{i,f-1} + 0.25\omega_{i,f}$ | $\omega_i = 0.5\omega_{i,f-1} + 0.5\omega_{i,f}$ | $\omega_i = 0.25\omega_{i,f-1} + 0.75\omega_{i,f}$ | $\omega_i = \omega_{i,f}$ |

**FIG. 21c**

Ex. 3-21



FIG. 22



FIG. 24

BRIGHTNESS FILTER COEFFICIENT $\kappa$

0.25

0.0

-0.25

0.24    0.26

LSP AVERAGE    $\dfrac{1}{10} \sum\limits_{i=1}^{i=10} \omega_i$

Ex. 3-22



FIG. 23

5,778,338

# 1

## VARIABLE RATE VOCODER

This is a divisional of application Ser. No. 08/363,170, filed Dec. 23, 1994, now U.S. Pat. No. 5,657,420, issued Aug. 12, 1997, which is a divisional of application Ser. No. 08/004,484, filed Jan. 14, 1993, now U.S. Pat. No. 5,414,796, issued May 9, 1995, which is a continuation of application Ser. No. 07/713,661, filed Jun. 11, 1991, now abandoned.

## BACKGROUND OF THE INVENTION

### I. Field of the Invention

The present invention relates to speech processing. Specifically, the present invention relates to a novel and improved method and system for compressing speech wherein the amount of compression dynamically varies while minimally impacting the quality of the reconstructed speech. Furthermore, since the compressed speech data is intended to be sent over a channel which may introduce errors, the method and system of the present invention also minimizes the impact of channel errors on voice quality.

### II. Description of the Related Art

Transmission of voice by digital techniques has become widespread, particularly in long distance and digital radio telephone applications. This, in turn, has created interest in determining the least amount of information which can be sent over the channel which maintains the perceived quality of the reconstructed speech. If speech is transmitted by simply sampling and digitizing, a data rate on the order of 64 kilobits per second (kbps) is required to achieve a speech quality of conventional analog telephone. However, through the use of speech analysis, followed by the appropriate coding, transmission, and resynthesis at the receiver, a significant reduction in the data rate can be achieved.

Devices which employ techniques to compress voiced speech by extracting parameters that relate to a model of human speech generation are typically called vocoders. Such devices are composed of an encoder, which analyzes the incoming speech to extract the relevant parameters, and a decoder, which resynthesizes the speech using the parameters which it receives over the transmission channel. In order to be accurate, the model must be constantly changing. Thus the speech is divided into blocks of time, or analysis frames, during which the parameters are calculated. The parameters are then updated for each new frame.

Of the various classes of speech coders the Code Excited Linear Predictive Coding (CELP), Stochastic Coding or Vector Excited Speech Coding are of one class. An example of a coding algorithm of this particular class is described in the paper "A 4.8 kbps Code Excited Linear Predictive Coder" by Thomas E. Tremain et al., *Proceedings of the Mobile Satellite Conference*, 1988.

The function of the vocoder is to compress the digitized speech signal into a low bit rate signal by removing all of the natural redundancies inherent in speech. Speech typically has short term redundancies due primarily to the filtering operation of the vocal tract, and long term redundancies due to the excitation of the vocal tract by the vocal cords. In a CELP coder, these operations are modelled by two filters, a short term formant filter and a long term pitch filter. Once these redundancies are removed, the resulting residual signal can be modelled as white gaussian noise, which also must be encoded. The basis of this technique is to compute the parameters of a filter, called the LPC filter, which performs short-term prediction of the speech waveform using a model of the human vocal tract. In addition, long-term effects, related to the pitch of the speech, are modeled by computing the parameters of a pitch filter, which essentially models the human vocal chords. Finally, these filters must be excited, and this is done by determining which one of a number of random excitation waveforms in a codebook results in the closest approximation to the original speech when the waveform excites the two filters mentioned above. Thus the transmitted parameters relate to three items (1) the LPC filter, (2) the pitch filter and (3) the codebook excitation.

Although the use of vocoding techniques further the objective in attempting to reduce the amount of information sent over the channel while maintaining quality reconstructed speech, other techniques need be employed to achieve further reduction. One technique previously used to reduce the amount of information sent is voice activity gating. In this technique no information is transmitted during pauses in speech. Although this technique achieves the desired result of data reduction, it suffers from several deficiencies.

In many cases, the quality of speech is reduced due to clipping of the initial parts of word. Another problem with gating the channel off during inactivity is that the system users perceive the lack of the background noise which normally accompanies speech and rate the quality of the channel as lower than a normal telephone call. A further problem with activity gating is that occasional sudden noises in the background may trigger the transmitter when no speech occurs, resulting in annoying bursts of noise at the receiver.

In an attempt to improve the quality of the synthesized speech in voice activity gating systems, synthesized comfort noise is added during the decoding process. Although some improvement in quality is achieved from adding comfort noise, it does not substantially improve the overall quality since the comfort noise does not model the actual background noise at the encoder.

A more preferred technique to accomplish data compression, so as to result in a reduction of information that needs to be be sent, is to perform variable rate vocoding. Since speech inherently contains periods of silence, i.e. pauses, the amount of data required to represent these periods can be reduced. Variable rate vocoding most effectively exploits this fact by reducing the data rate for these periods of silence. A reduction in the data rate, as opposed to a complete halt in data transmission, for periods of silence overcomes the problems associated with voice activity gating while facilitating a reduction in transmitted information.

It is therefore an object of the present invention to provide a novel and improved method and system for compressing speech using a variable rate vocoding technique.

## SUMMARY OF THE INVENTION

The present invention implements a vocoding algorithm of the previously mentioned class of speech coders, Code Excited Linear Predictive Coding (CELP), Stochastic Coding or Vector Excited Speech Coding. The CELP technique by itself does provide a significant reduction in the amount of data necessary to represent speech in a manner that upon resynthesis results in high quality speech. As mentioned previously the vocoder parameters are updated for each frame. The vocoder of the present invention provides a variable output data rate by changing the frequency and precision of the model parameters.

The present invention differs most markedly from the basic CELP technique by producing a variable output data rate based on speech activity. The structure is defined so that

5,778,338

| 3 | 4 |

the parameters are updated less often, or with less precision, during pauses in speech. This technique allows for an even greater decrease in the amount of information to be transmitted. The phenomenon which is exploited to reduce the data rate is the voice activity factor, which is the average percentage of time a given speaker is actually talking during a conversation. For typical two-way telephone conversations, the average data rate is reduced by a factor of 2 or more. During pauses in speech, only background noise is being coded by the vocoder. At these times, some of the parameters relating to the human vocal tract model need not be transmitted.

As mentioned previously a prior approach to limiting the amount of information transmitted during silence is called voice activity gating, a technique in which no information is transmitted during moments of silence. On the receiving side the period may be filled in with synthesized "comfort noise". In contrast, a variable rate vocoder is continuously transmitting data which in the preferred embodiment is at rates which range between approximately 8 kbps and 1 kbps. A vocoder which provides a continuous transmission of data eliminates the need for synthesized "comfort noise", with the coding of the background noise providing a more natural quality to the resynthesized speech. The present invention therefore provides a significant improvement in resynthesized speech quality over that of voice activity gating by allowing a smooth transition between speech and background.

The present invention further incorporates a novel technique for masking the occurrence of errors. Because the data is intended for transmission over a channel that may be noisy, a radio link for example, it must accommodate errors in the data. Previous techniques using channel coding to reduce the number of errors encountered can provide some success in reducing errors. However, channel coding alone does not fully provide the level of errors protection necessary to ensure high quality in the reconstructed speech. In the variable rate vocoder where vocoding is occurring continuously, an error may destroy data relating to some interesting speech event, such as the start of a word or a syllable. A typical problem with linear prediction coding (LPC) based vocoders, is that errors in the parameters relating to the vocal tract model will cause sounds which are vaguely human-like, and which may change the sound of the original word enough to confuse the listener. In the present invention, errors are masked to decrease their perceptibility to the listener. Error masking thus as implemented in the present invention provides a drastic decrease in the affect of errors on speech intelligibility.

Because the maximum amount that any parameter can change is limited to smaller ranges at low rates, errors in the parameters transmitted at these rates will affect speech quality less. Since errors in the different rates have different perceived effects on speech quality, the transmission system can be optimized to give more protection to the higher rate data. Therefore as an added feature, the present invention provides a robustness to channel errors.

The present invention in implementing a variable rate output version of the CELP algorithm results in speech compression which dynamically varies from 8:1 to 64:1 depending on the voice activity. The just mentioned compression factors are cited with reference to a μlaw input, with the compression factors higher by a factor of 2 for a linear input. Rate determination is made on a frame by frame basis so as to take full advantage of the voice activity factor. Even though less data is produced for pauses in speech, the perceived degradation of the resynthesized background

noise is minimized. Using the techniques of the present invention, near-toll quality speech can be achieved at a maximum data rate of 8 kbps and an average data rate on the order of 3.5 kbps in normal conversation.

Since the present invention enables short pauses in speech to be detected, a decrease in the effective voice activity factor is realized. Rate decisions can be made on a frame by frame basis with no hangover, so the data rate may be lowered for pauses in speech as short as the frame duration, typically 20 msec. in the preferred embodiment. Therefore pauses such as those between syllables may be captured. This technique decreases the voice activity factor beyond what has traditionally been considered, as not only long duration pauses between phrases, but also shorter pauses can be encoded at lower rates.

Since rate decisions are made on a frame basis, there is no clipping of the initial part of the word, such as in a voice activity gating system. Clipping of this nature occurs in voice activity gating system due to a delay between detection of the speech and a restart in transmission of data. Use of a rate decision based upon each frame results in speech where all transitions have a natural sound.

With the vocoder always transmitting, the speaker's ambient background noise will continually be heard on the receiving end thereby yielding a more natural sound during speech pauses. The present invention thus provides a smooth transition to background noise. What the listener hears in the background during speech will not suddenly change to a synthesized comfort noise during pauses as in a voice activity gating system.

Since background noise is continually vocoded for transmission, interesting events in the background can be sent with full clarity. In certain cases the interesting background noise may even be coded at the highest rate. Maximum rate coding may occur, for example, when there is someone talking loudly in the background, or if an ambulance drives by a user standing on a street corner. Constant or slowly varying background noise will, however, be encoded at low rates.

The use of variable rate vocoding has the promise of increasing the capacity of a Code Division Multiple Access (CDMA) based digital cellular telephone system by more than a factor of two. CDMA and variable rate vocoding are uniquely matched, since, with CDMA, the interference between channels drops automatically as the rate of data transmission over any channel decreases. In contrast, consider systems in which transmission slots are assigned, such as TDMA or FDMA. In order for such a system to take advantage of any drop in the rate of data transmission, external intervention is required to coordinate the reassignment of unused slots to other users. The inherent delay in such a scheme implies that the channel may be reassigned only during long speech pauses. Therefore, full advantage cannot be taken of the voice activity factor. However, with external coordination, variable rate vocoding is useful in systems other than CDMA because of the other mentioned reasons.

In a CDMA system speech quality can be slightly degraded at times when extra-system capacity is desired. Abstractly speaking, the vocoder can be thought of as multiple vocoders all operating at different rates with different resultant speech qualities. Therefore the speech qualities can be mixed in order to further reduce the average rate of data transmission. Initial experiments show that by mixing full and half rate vocoded speech, e.g. the maximum allowable data rate is varied on a frame by frame basis

5,778,338

5

between 8 kbps and 4 kbps, the resulting speech has a quality which is better than half rate variable, 4 kbps maximum, but not as good as full rate variable, 8 kbps maximum.

It is well known that in most telephone conversations, only one person talks at a time. As an additional function for full-duplex telephone links a rate interlock may be provided. If one direction of the link is transmitting at the highest transmission rate, then the other direction of the link is forced to transmit at the lowest rate. An interlock between the two directions of the link can guarantee no greater than 50% average utilization of each direction of the link. However, when the channel is gated off, such as the case for a rate interlock in activity gating, there is no way for a listener to interrupt the talker to take over the talker role in the conversation. The present invention readily provides the capability of a rate interlock by control signals which set the vocoding rate.

Finally, it should be noted that by using a variable rate vocoding scheme, signalling information can share the channel with speech data with a very minimal impact on speech quality. For example, a high rate frame may be split into two pieces, half for sending the lower rate voice data and the other half for the signalling data. In the vocoder of the preferred embodiment only a slight degradation in speech quality between full and half rate vocoded speech is realized. Therefore, the vocoding of speech at the lower rate for shared transmission with other data results in an almost imperceptible difference in speech quality to the user.

BRIEF DESCRIPTION OF THE DRAWINGS

The features, objects, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIGS. 1a–1e illustrates in graphical form the vocoder analysis frames and subframes for various rates;

FIGS. 2a–2d are a series of charts illustrating the vocoder output bit distribution for various rates;

FIG. 3 is a generalized block diagram of an exemplary encoder;

FIG. 4 is an encoder flow chart;

FIG. 5 is a generalized block diagram of an exemplary decoder;

FIG. 6 is a decoder flow chart;

FIG. 7 is a more detailed functional block diagram of the encoder;

FIG. 8 is a block diagram of an exemplary Hamming window and autocorrelation subsystems;

FIG. 9 is a is a block diagram of an exemplary rate determination subsystem;

FIG. 10 is a block diagram of an exemplary LPC analysis subsystem;

FIG. 11 is a block diagram of an exemplary LPC to LSP transformation subsystem;

FIG. 12 is a block diagram of an exemplary LPC quantization subsystem;

FIG. 13 is a block diagram of exemplary LSP interpolation and LSP to LPC transformation subsystems;

FIG. 14 is a block diagram of the adaptive codebook for the pitch search;

FIG. 15 is a block diagram of the encoder's decoder;

FIG. 16 is a block diagram of the pitch search subsystem;

6

FIG. 17 is a block diagram of the codebook search subsystem;

FIG. 18 is a block diagram of the data packing subsystem;

FIG. 19 is a more detailed functional block diagram of the decoder;

FIGS. 20a–20d are charts illustrating the decoder received parameters and subframe decoding data for various rates;

FIGS. 21a–21c are charts further illustrating the decoder received parameters and subframe decoding data for special conditions;

FIG. 22 is a block diagram of the LSP inverse quantization subsystem;

FIG. 23 is a block diagram in greater detail of the decoder with postfiltering and automatic gain control; and

FIG. 24 is a chart illustrating the adaptive brightness filter characteristics.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In accordance with the present invention, sounds such as speech and/or background noise are sampled and digitized using well known techniques. For example the analog signal may be converted to a digital format by the standard 8 bit/μlaw format followed by a μlaw/uniform code conversion. In the alternative, the analog signal may be directly converted to digital form in a uniform pulse code modulation (PCM) format. Each sample in the preferred embodiment is thus represented by one 16 bit word of data. The samples are organized into frames of input data wherein each frame is comprised of a predetermined number of samples. In the exemplary embodiment disclosed herein an 8 kHz sampling rate is considered. Each frame is comprised of 160 samples or of 20 msec. of speech at the 8 kHz sampling rate. It should be understood that other sampling rates and frame sizes may be used.

The field of vocoding includes many different techniques for speech coding, one of which is the CELP coding technique. A summary of the CELP coding technique is described in the previously mentioned paper "A 4.8 kbps Code Excited Linear Predictive Coder". The present invention implements a form of the CELP coding techniques so as to provide a variable rate in coded speech data wherein the LPC analysis is performed upon a constant number of samples, and the pitch and codebook searches are performed on varying numbers of samples depending upon the transmission rate. In concept the CELP coding techniques as applied to the present invention are discussed with reference to FIGS. 3 and 5.

In the preferred embodiment of the present invention, the speech analysis frames are 20 msec. in length, implying that the extracted parameters are transmitted in a burst 50 times per second. Furthermore the rate of data transmission is varied from roughly 8 kbps to 4 kbps to 2 kbps, and to 1 kbps. At full rate (also referred to as rate 1), data transmission is at an 8.55 kbps rate with the parameters encoded for each frame using 171 bits including an 11 bit internal CRC (Cyclic Redundancy Check). Absent the CRC bits the rate would be 8 kbps. At half rate (also referred to as rate ½), data transmission is at a 4 kbps rate with the parameters encoded for each frame using 80 bits. At quarter rate (also referred to as rate ¼), data transmission is at a 2 kbps rate with the parameters encoded for each frame using 40 bits. At eighth rate (also referred to as rate ⅛), data transmission is slightly less than a 1 kbps rate with the parameters encoded for each frame using 16 bits.

5,778,338

7

FIG. 1 graphically illustrates an exemplary analysis frame of speech data 10 and the relationship of a Hamming window 12 used in LPC analysis. LPC analysis frame, and pitch and codebook subframes for the different rates are illustrated in graphical form in FIGS. 2a–2d. It should be understood that the LPC analysis frame for all rates is the same size.

Referring now to the drawings, and in particular FIG. 1a, LPC analysis is accomplished using the 160 speech data samples of frame 10 which are windowed using Hamming window 12. As illustrated in FIG. 1a, the samples, s(n) are numbered 0–159 within each frame. Hamming window 12 is positioned such that it is offset within frame 10 by 60 samples. Thus Hamming window 12 starts at the 60th sample, s(59), of the current data frame 10 and continues through and inclusive of the 59th sample, s(58), of a following data frame 14. The weighted data generated for a current frame, frame 10, therefore also contains data that is based on data from the next frame, frame 14.

Depending upon the data transmission rate, searches are performed to compute the pitch filter and codebook excitation parameters multiple times on different subframes of data frame 10 as shown in FIGS. 1b–1e. It should be understood that in the preferred embodiment that only one rate is selected for frame 10 such that the pitch and codebook searches are done in various size subframes corresponding to the selected rate as described below. However for purposes of illustration, the subframe structure of the pitch and codebook searches for the various allowed rates of the preferred embodiment for frame 10 are shown in FIGS. 1b–1e.

At all rates, there is one LPC computation per frame 10 as illustrated in FIG. 1a. As illustrated in FIG. 1b, at full rate there are two codebook subframes 18 for each pitch subframe 16. At full rate there are four pitch updates, one for each of the four pitch subframes 16, each 40 samples long (5 msec.). Furthermore at full rate there are eight codebook updates, one for each of the eight codebook subframes 18, each 20 samples long (2.5 msec.).

At half rate, as illustrated in FIG. 1c, there are two codebook subframes 22 for each pitch subframe 20. Pitch is updated twice, once for each of the two pitch frames 20 while the codebook is updated four times, once for each of the four codebook subframe 22. At quarter rate, as illustrated in FIG. 1d, there are two codebook subframes 26 for the single pitch subframe 20. Pitch is updated once for pitch subframe 24 while the codebook is updated twice, once for each of the two codebook subframes 26. As illustrated in FIG. 1e, at eighth rate, pitch is not determined and the codebook is updated only once in frame 28 which corresponds to frame 10.

Additionally, although the LPC coefficients are computed only once per frame, they are linearly interpolated, in a Line Spectral Pair (LSP) representation, up to four times using the resultant LSP frequencies from the previous frame to approximate the results of LPC analysis with the Hamming window centered on each subframe. The exception is that at full rate, the LPC coefficients are not interpolated for the codebook subframes. Further details on the LSP frequency computation is described later herein.

In addition to performing the pitch and codebook searches less often at lower rates, less bits are also allocated for the transmission of the LPC coefficients. The number of bits allocated at the various rates is shown in FIGS. 2a–2d. Each one of FIGS. 2a–2d represents the number of vocoder encoded data bits allocated to each 160 sample frame of

8

speech. In FIGS. 2a–2d, the number in the respective LPC block 30a–30d is the number of bits used at the corresponding rate to encode the short term LPC coefficients. In the preferred embodiment the number of bits used to encode the LPC coefficients at full, half, quarter and eighth rates are respectively 40, 20, 10 and 10.

In order to implement variable rate coding, the LPCs are first transformed into Line Spectrum Pairs (LSP) and the resulting LSP frequencies are individually encoded using DPCM coders. The LPC order is 10, such that there are 10 LSP frequencies and 10 independent DPCM coders. The bit allocation for the DPCM coders is according to Table I.

TABLE I

| | DPCM CODER NUMBER | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| RATE 1 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| RATE ½ | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| RATE ¼ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| RATE ⅛ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Both at the encoder and the decoder the LSP frequencies are converted back to LPC filter coefficients before for use in the pitch and codebook searches.

With respect to the pitch search, at full rate as illustrated in FIG. 2a, the pitch update is computed four times, once for each quarter of the speech frame. For each pitch update at the full rate, 10 bits are used to encode the new pitch parameters. Pitch updates are done a varying numbers of times for the other rates as shown in FIGS. 2b–2d. As the rate decreases the number of pitch updates also decreases. FIGS. 2b illustrates the pitch updates for half rate which are computed twice, once for each half of the speech frame. Similarly FIG. 2c illustrates the pitch updates for quarter rate which is computed once every full speech frame. As was for full rate, 10 bits are used to encode the new pitch parameters for each half and quarter rate pitch update. However for eighth rate, as illustrated in FIG. 2d, no pitch update is computed since this rate is used to encode frames when little or no speech is present and pitch redundancies do not exist.

For each 10 bit pitch update, 7 bits represent the pitch lag and 3 bits represent the pitch gain. The pitch lag is limited to be between 17 and 143. The pitch gain is linearly quantized to between 0 and 2 for representation by the 3 bit value.

With respect to the codebook search, at full rate as illustrated in FIG. 2a, the codebook update is computed eight times, once for each eighth of the speech frame. For each codebook update at the full rate, 10 bits are used to encode the new codebook parameters. Codebook updates are done a varying number of times in the other rates as shown in FIGS. 2b–2d. However, as the rate decreases the number of codebook updates also decreases. FIGS. 2b illustrates the codebook updates for half rate which is computed four times, once for each quarter of the speech frame. FIG. 2c illustrates the codebook updates for quarter rate which is computed twice, once for each half of the speech frame. As was for full rate, 10 bits are used to encode the new codebook parameters for each half and quarter rate pitch update. Finally, FIG. 2d illustrates the codebook updates for eighth rate which is computed once every full speech frame. It should be noted that at eighth rate 6 are transmitted, 2 bits representative of the codebook gain while the other 4 bits are random bits. Further discussion on the bit allocations for the codebook updates are described in further detail below.

5,778,338

**9**

The bits allocated for the codebook updates represent the data bits needed to vector quantize the pitch prediction residual. For full, half and quarter rates, each codebook update is comprised of 7 bits of codebook index plus 3 bits of codebook gain for a total of 10 bits. The codebook gain is encoded using a differential pulse code modulation (DPCM) coder operating in the log domain. Although a similar bit arrangement can be used for eighth rate, an alternate bit scheme is preferred. At eighth rate codebook gain is represented by 2 bits while 4 randomly generated bits are used with the received data as a seed to a pseudorandom number generator which replaces the codebook.

Referring to the encoder block diagram illustrated in FIG. 3, the LPC analysis is done in an open-loop mode. From each frame of input speech samples $s(n)$ the LPC coefficients $(\alpha_1 - \alpha_{10})$ are computed, as described later, by LPC analysis/ quantization 50 for use in formant synthesis filter 60.

The computation of the pitch search, however, is done in a closed-loop mode, often referred to as an analysis-by-synthesis method. However, in the exemplary implementation a novel hybrid closed-loop/open-loop technique is used in conducting the pitch search. In the pitch search encoding is performed by selecting parameters which minimize the mean square error between the input speech and the synthesized speech. For purposes of simplification in this portion of the discussion the issue of rate is not considered. However further discussion on the effect of the selected rate on pitch and codebook searches is discussed in more detail later herein.

In the conceptual embodiment illustrated in FIG. 3, perceptual weighting filter 52 is characterized by the following equations:

$$W(z) = \frac{A(z)}{A(z/\mu)} \cdot \qquad (1)$$

where

$$A(z) = 1 - \sum_{i=1}^{10} \alpha_i z^{-i} \qquad (2)$$

is the formant prediction filter and $\mu$ is a perceptual weighting parameter, which in the exemplary embodiment $\mu=0.8$. Pitch synthesis filter 58 is characterized by the following equation:

$$\frac{1}{P(z)} = \frac{1}{1 - bz^{-L}} \cdot \qquad (3)$$

Formant synthesis filter 60, a weighted filter as discussed below, is characterized by the following equation:

$$H(z) = \left( \frac{1}{A(z)} \right) W(z) = \frac{1}{A(z/\mu)} \cdot \qquad (4)$$

The input speech samples $s(n)$ are weighted by perceptual weighting filter 52 so that the weighted speech samples $x(n)$ are provided to a sum input of adder 62. Perceptual weighting is utilized to weight the error at the frequencies where there is less signal power. It is at these low signal power frequencies that the noise is more perceptually noticeable. The synthesized speech samples $x'(n)$ are output from formant synthesis filter 60 to a difference input of adder 62 where subtracted from the $x(n)$ samples. The difference in samples output from adder 62 are input to mean square error (MSE) element 64 where they are squared and then summed. The results of MSE element 64 are provided to minimization element 66 which generates values for pitch lag $L$, pitch gain $b$, codebook index $I$ and codebook gain.

In minimization element 66 all possible values for $L$, the pitch lag parameter in $P(z)$, are input to pitch synthesis filter

**10**

58 along with the value $c(n)$ from multiplier 56. During the pitch search there is no contribution from the codebook, i.e. $c(n)=0$. The values of $L$ and $b$ that minimize the weighted error between the input speech and the synthesized speech are chosen by minimization element 66. Pitch synthesis filter 58 generates and outputs the value $p(n)$ to formant synthesis filter 60. Once the pitch lag $L$ and the pitch gain $b$ for the pitch filter are found, the codebook search is performed in a similar manner.

It should be understood that FIG. 3 is a conceptual representation of the analysis-by-synthesis approach taken in the present invention. In the exemplary implementation of the present invention, the filters are not used in the typical closed loop feedback configuration. In the present invention, the feedback connection is broken during the search and replaced with an open loop formant residual, the details of which are provided later herein.

Minimization element 66 then generates values for codebook index $I$ and codebook gain $G$. The output values from codebook 54, selected from a plurality of random gaussian vector values according to the codebook index $I$, are multiplied in multiplier 56 by the codebook gain $G$ to produce the sequence of values $c(n)$ used in pitch synthesis filter 58. The codebook index $I$ and the codebook gain $G$ that minimize the mean square error are chosen for transmission.

It should be noted that perceptual weighting $W(z)$ is applied to both the input speech by perceptual weighting filter 52 and the synthesized speech by the weighting function incorporated within formant synthesis filter 60. Formant synthesis filter 60 is therefore actually a weighted formant synthesis filter, which combines the weighting function of equation 1 with the typical formant prediction filter characteristic

$$\frac{1}{A(z)}$$

to result in the weighted formant synthesis function of equation 3.

It should be understood that in the alternative, perceptual weighting filter 52 may be placed between adder 62 and MSE element 64. In this case formant synthesis filter 60 would have the normal filter characteristic of

$$\frac{1}{A(z)} \cdot$$

FIG. 4 illustrates a flow chart of the steps involved in encoding speech with the encoder of FIG. 3. For purposes of explanation steps involving rate decision are included in the flow chart of FIG. 4. The digitized speech samples are obtained, block 80, from the sampling circuitry from which the LPC coefficients are then calculated, block 82. As part of the LPC coefficient calculation Hamming window and autocorrelation techniques are used. An initial rate decision is made, block 84, for the frame of interest based on frame energy in the preferred embodiment.

In order to efficiently code the LPC coefficients in a small number of bits, the LPC coefficients are transformed into Line Spectrum Pair (LSP) frequencies, block 86, and then quantized, block 88, for transmission. As an option an additional rate determination may be made, block 90, with an increase in the rate being made if the quantization of the LSPs for the initial rate is deemed insufficient, block 92.

For the first pitch subframe of the speech frame under analysis the LSP frequencies are interpolated and transformed to LPC coefficients, block 94, for use in conducting the pitch search. In the pitch search the codebook excitation

5,778,338

| 11 | 12 |

is set to zero. In the pitch search, blocks 96 and 98, which is an analysis by synthesis method as previously discussed, for each possible pitch lag L the synthesized speech is compared with the original speech. For each value of L, an integer value, the optimum pitch gain b is determined. Of the sets of L and b values, the optimal L and b value set provide the minimum perceptually weighted mean square error between the synthesized speech and the original speech. For the determined optimum values of L and b for that pitch subframe, the value b is quantized, block 100, for transmission along with the corresponding L value. In an alternate implementation of the pitch search, the values b and L may be quantized values as part of the pitch search with these quantized values being used in conducting the pitch search. Therefore, in this implementation the need for quantization of the selected b value after the pitch search, block 100, is eliminated.

For the first codebook subframe of the speech frame under analysis the LSP frequencies are interpolated and transformed to LPC coefficients, block 102, for use in conducting the codebook search. In the exemplary embodiment however, at full rate the LSP frequencies are interpolated only down to the pitch subframe level. This interpolation and transformation step is performed for the codebook search in addition to that of the pitch search due to a difference in pitch and codebook subframe sizes for each rate, except for rate ¼ where the issue is moot since no pitch data is computed. In the codebook search, blocks 104 and 106, the optimum pitch lag L and pitch gain b values are used in the pitch synthesis filter such that for for each possible codebook index I the synthesized speech is compared with the original speech. For each value of I, an integer value, the optimum codebook gain G is determined. Of the sets of I and G values, the optimal I and G value set provides the minimum error between the synthesized speech and the original speech. For the determined optimum values of I and G for that codebook subframe, the value G is quantized, block 108, for transmission along with the corresponding I value. Again in an alternate implementation of the codebook search, the value of G may quantized as part of the codebook search with these quantized values being used in conducting the codebook search. In this alternate implementation the need for quantization of the selected G value after the codebook search, block 108, is eliminated.

After the codebook search a decoder within the encoder is run on the optimal values of I, G, L and b. Running of the encoder's decoder reconstructs the encoder filter memories for use in future subframes.

A check is then made, block 110, to determine whether the codebook subframe upon which analysis was just completed was the last codebook subframe of the set of codebook subframes corresponding to the pitch subframe for which the pitch search was conducted. In other words a determination is made as to whether there are any more codebook subframes which correspond to the pitch subframe. In the exemplary embodiment there are only two codebook subframes per pitch subframe. If it is determined that there is another codebook subframe which corresponds to the pitch frame, steps 102–108 are repeated for that codebook subframe.

Should there be no more codebook subframes corresponding to the pitch frame, a check is made, block 112, to determine whether any other pitch subframes exist within the speech frame under analysis. If there is another pitch subframe in the current speech frame under analysis, steps 94–110 are repeated for each pitch subframe and corresponding codebook subframes. When all computations for the current speech frame under analysis are completed, values representative of the LPC coefficients for the speech frame, the pitch lag L and gain b for each pitch subframe, and the codebook index I and gain G for each codebook subframe are packed for transmission, block 114.

Referring to FIG. 5, a decoder block diagram is illustrated wherein the received values for the LPC coefficients ($\alpha_i$'s), pitch lags and gains (L & b), and codebook indices and gains (I & G) are used to synthesize the speech. Again in FIG. 5, as in FIG. 3, rate information is not considered for purposes in simplification of the discussion. Data rate information can be sent as side information and in some instances can be derived at the channel demodulation stage.

The decoder is comprised of codebook 130 which is provided with the received codebook indices, or for eighth rate the random seed. The output from codebook 130 is provided to one input of multiplier 132 while the other input of multiplier 132 receives the codebook gain G. The output of multiplier 132 is provided along with the pitch lag L and gain b to pitch synthesis filter 134. The output from pitch synthesis filter 134 is provided along with the LPC coefficients $\alpha_i$ to formant synthesis filter 136. The output from formant synthesis filter 136 is provided to adaptive postfilter 138 where filtered and output therefrom is the reconstructed speech. As discussed later herein, a version of the decoder is implemented within the encoder. This encoder's decoder does not include adaptive postfilter 138, but does include a perceptual weighting filter.

FIG. 6 is a flow chart corresponding to the operation of the decoder of FIG. 5. At the decoder, speech is reconstructed from the received parameters, block 150. In particular, the received value of the codebook index is input to the codebook which generates a codevector, or codebook output value, block 152. The multiplier receives the codevector along with the received codebook gain G and multiplies these values, block 154, with the resulting signal provided to the pitch synthesis filter. It should be noted that the codebook gain G is reconstructed by decoding and inverse quantizing the received DPCM parameters. The pitch synthesis filter is provided with the received pitch lag L and gain b values along with the multiplier output signal so as to filter the multiplier output, block 156.

The values resulting from filtering the codebook vector by the pitch synthesis filter are input to the formant synthesis filter. Also provided to the formant synthesis filter are LPC coefficients $\alpha_i$'s for use in filtering the pitch synthesis filter output signal, block 158. The LPC coefficients are reconstructed at the decoder for interpolation by decoding the received DPCM parameters into quantized LSP frequencies, inverse quantizing the LSP frequencies and transforming the LSP frequencies to LPC coefficients $\alpha_i$'s. The output from the formant synthesis filter is provided to the adaptive postfilter where quantization noise is masked, and the reconstructed speech is gain controlled, block 160. The reconstructed speech is output, block 162, for conversion to analog form.

Referring now to the block diagram illustration of FIGS. 7a and 7b, further details on the speech encoding techniques of the present invention are described. In FIG. 7a, each frame of digitized speech samples is provided to a Hamming window subsystem 200 where the input speech is windowed before computation of the autocorrelation coefficients in autocorrelation subsystem 202.

Hamming window subsystem 200 and autocorrelation subsystem 202, are illustrated in an exemplary implementation in FIG. 8. Hamming window subsystem 200 which is comprised of lookup table 250, typically an a 80×16 bit

5,778,338

13

Read Only Memory (ROM), and multiplier 252. For each rate the window of speech is centered between the 139th and the 140th sample of each analysis frame which is 160 samples long. The window for computing the autocorrelation coefficients is thus offset from the analysis frame by 60 samples.

Windowing is done using a ROM table containing 80 of the 160 $W_H(n)$ values, since the Hamming window is symmetric around the center. The offset of the Hamming window is accomplished by skewing the address pointer of the ROM by 60 positions with respect to the first sample of an analysis frame. These values are multiplied in single precision with the corresponding input speech samples by multiplier 252. Let $s(n)$ be the input speech signal in the analysis window. The windowed speech signal $s_w(n)$ is thus defined by:

$$s_w(n) = s(n + 60)W_H(n) \quad \text{for } 0 <= n <= 79 \quad (5)$$

and

$$s_w(n) = s(n + 60)W_H(159 - n) \quad \text{for } 80 <= n <= 159. \quad (6)$$

Exemplary values, in hexadecimal, of the contents of lookup table 250 are set forth in Table II. These values are interpreted as two's complement numbers having 14 fractional bits with the table being read in the order of left to right, top to bottom.

14

tions are performed. After 160 samples have been clocked in, the autocorrelation results, which are contained in circular shift register 264, are clocked into buffer 266 as the values R(0)–R(10). All shift registers are reset to zero, and the process repeats for the next frame of windowed speech samples.

Referring back to FIG. 7a, once the autocorrelation coefficients have been computed for the speech frame, a rate determination subsystem 204 and an LPC analysis subsystem 206 use this data to respectively compute a frame data rate and LPC coefficients. Since these operations are independent from one another they may be computed in any order or even simultaneously. For purposes of explanation herein, the rate determination is described first.

Rate determination subsystem 204 has two functions: (1) to determine the rate of the current frame, and (2) to compute a new estimate of the background noise level. The rate for the current analysis frame is initially determined based on the current frame's energy, the previous estimate of the background noise level, the previous rate, and the rate command from a controlling microprocessor. The new background noise level is estimated using the previous estimate of the background noise level and the current frame energy.

The present invention utilizes an adaptive thresholding technique for rate determination. As the background noise changes so do the thresholds which are used in selecting the

## TABLE II

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0x051f | 0x0525 | 0x0536 | 0x0554 | 0x057d | 0x05b1 | 0x05f2 | 0x063d |
| 0x0694 | 0x06f6 | 0x0764 | 0x07dc | 0x085e | 0x08ec | 0x0983 | 0x0a24 |
| 0x0ad0 | 0x0b84 | 0x0c42 | 0x0d09 | 0x0dd9 | 0x0eb0 | 0x0f90 | 0x1077 |
| 0x1166 | 0x125b | 0x1357 | 0x1459 | 0x1561 | 0x166d | 0x1777 | 0x1895 |
| 0x19af | 0x1acd | 0x1bee | 0x1d11 | 0x1e37 | 0x1f5e | 0x2087 | 0x21b0 |
| 0x22da | 0x2403 | 0x252d | 0x2655 | 0x277b | 0x28a0 | 0x29c2 | 0x2ae1 |
| 0x2bfd | 0x2d15 | 0x2e29 | 0x2f39 | 0x3043 | 0x3148 | 0x3247 | 0x333f |
| 0x3431 | 0x351c | 0x3600 | 0x36db | 0x37af | 0x387a | 0x393d | 0x39f6 |
| 0x3ea6 | 0x3b4e | 0x3be9 | 0x3c7b | 0x3d03 | 0x3d80 | 0x3df3 | 0x3e5b |
| 0x3eb7 | 0x3f09 | 0x3f4f | 0x3f89 | 0x3fb8 | 0x3fdb | 0x3ff3 | 0x3fff |

Autocorrelation subsystem 202 is comprised of register 254, multiplexer 256, shift register 258, multiplier 260, adder 262, circular shift register 264 and buffer 266. The windowed speech samples $s_w(n)$ are computed every 20 msec. and latched into register 254. On sample $s_w(0)$, the first sample of an LPC analysis frame, shift registers 258 and 264 are reset to 0. On each new sample $s_w(n)$, multiplexer 256 receives a new sample select signal which allows the sample to enter from register 254. The new sample $s_w(n)$ is also provided to multiplier 260 where multiplied by the sample $s_w(n-10)$, which is in the last position SR10 of shift register 258. The resultant value is added in adder 262 with the value in the last position CSR11 of circular shift register 264.

Shift registers 258 and 260 clocked once, replacing $s_w(n-1)$ by $s_w(n)$ in the first position SR1 of shift register 258 and replacing the value previously in position CSR10. Upon clocking of shift register 258 the new sample select signal is removed from input to multiplexer 256 such that the sample $s_w(n-9)$ currently in the position SR10 of shift register 260 is allowed to enter multiplexer 256. In circular shift register 264 the value previously in position CSR11 is shifted into the first position CSR1. With the new sample select signal removed from multiplexer, shift register 258 is set to provide a circular shift of the data in the shift register like that of circular shift register 264.

Shift registers 258 and 264 are both clocked 11 times in all for every sample such that 11 multiply/accumulate opera-

rate. In the exemplary embodiment, three thresholds are computed to determine a preliminary rate selection $RT_p$. The thresholds are quadratic functions of the previous background noise estimate, and are shown below:

$$T1(B) = -5.544613 (10^{-6}) B^2 + 4.047132 B + 363.1293; \quad (7)$$

$$T2(B) = -1.529733 (10^{-6}) B^2 + 8.750045 B + 1136.214; \quad (8)$$

and

$$T3(B) = -3.957050 (10^{-6}) B^2 + 18.89962 B + 3346.789 \quad (9)$$

where B is the previous background noise estimate.

The frame energy is compared to the three thresholds T1(B), T2(B) and T3(B). If the frame energy is below all three thresholds, the lowest rate of transmission (1 kbps), rate ⅛ where $RT_p$=4, is selected. If the frame energy is below two thresholds, the next rate of transmission (2 kbps), rate ¼ where $RT_p$=3, is selected. If the frame energy is below only one threshold, the third rate of transmission (4 kbps), rate ½ where $RT_p$=2, is selected. If the frame energy is above all of the thresholds, the highest rate of transmission (8 kbps), rate 1 where $RT_p$=1, is selected.

The preliminary rate $RT_p$ may then be modified based on the previous frame final rate $RT_r$. If the preliminary rate $RT_p$ is less than the previous frame final rate minus one ($RT_r$−1), an intermediate rate $RT_m$ is set where $RT_m$=($RT_r$−1). This modification process causes the rate to slowly ramp down when a transition from a high energy signal to a low energy

5,778,338

15

signal occurs. However should the initial rate selection be equal to or greater than the previous rate minus one ($RT_p-1$), the intermediate rate $RT_m$ is set to the same as the preliminary rate $RT_p$, i.e. $RT_m=RT_p$. In this situation the rate thus immediately increases when a transition from a low energy signal to a high energy signal occurs.

Finally, the intermediate rate $RT_m$ is further modified by rate bound commands from a microprocessor. If the rate $RT_m$ is greater than the highest rate allowed by the microprocessor, the initial rate $RT_I$ is set to the highest allowable value. Similarly, if the intermediate rate $RT_m$ is less than the lowest rate allowed by the microprocessor, the initial rate $RT_I$ is set to the lowest allowable value.

In certain cases it may be desirable to code all speech at a rate determined by the microprocessor. The rate bound commands can be used to set the frame rate at the desired rate by setting the maximum and minimum allowable rates to the desired rate. The rate bound commands can be used for special rate control situations such as rate interlock, and dim and burst transmission, both described later. In an alternate embodiment the LPC coefficients can be calculated prior to the rate determination. Since the calculated LPC coefficients reflect the spectral properties of the input speech frame, the coefficients can be used as an indication of speech activity. Thus, the rate determination can be done based upon the calculated LPC coefficients.

FIG. 9 provides an exemplary implementation of the rate decision algorithm. To start the computation, register 270 is preloaded with the value 1 which is provided to adder 272. Circular shift registers 274, 276 and 278 are respectively loaded with the first, second and third coefficients of the quadratic threshold equations (7)–(9). For example, the last, middle and first positions of circular shift register 274 are respectively loaded with the first coefficient of the equations from which T1, T2 and T3 are computed. Similarly, the last, middle and first positions of circular shift register 276 are respectively loaded with the second coefficient of the equations from which T1, T2 and T3 are computed. Finally, the last, middle and first positions of circular shift register 278 are respectively loaded with the constant term of the equations from which T1, T2 and T3 are computed. In each of circular shift registers 274, 276 and 278, the value is output from the last position.

In computing the first threshold T1 the previous frame background noise estimate B is squared by multiplying the value by itself in multiplier 280. The resultant $B^2$ value is multiplied by the first coefficient, $-5.544613(10^{-6})$, which is output from the last position of circular shift register 274. This resultant value is added in adder 286 with the product of the background noise B and the second coefficient, 4.047152, output from the last position of circular shift register 276, from multiplier 284. The output value from adder 286 is then added in adder 288 with the constant term, 363.1293, output from the last position of circular shift register 278. The output from adder 288 is the computed value of T1.

The computed value of T1 output from adder 290 is subtracted in adder 288 from the frame energy value $E_f$ which in the exemplary embodiment is the value R(0) in the linear domain, provided from the autocorrelation subsystem.

In an alternative implementation, frame energy $E_f$ may also be represented in the log domain in dB where it is approximated by the log of the first autocorrelation coefficient R(0) normalized by the effective window length:

16

$$E_f = 10 \log_{10} \frac{R(0)}{L_A/2} \tag{10}$$

where $L_A$ is the autocorrelation window length. It should also be understood that voice activity may also be measured from various other parameters including pitch prediction gain or formant prediction gain $G_s$:

$$G_s = 10 \log_{10} \frac{E^{(10)}}{E^{(0)}} \tag{11}$$

where $E^{(10)}$ is the prediction residual energy after the 10th iteration and $E^{(0)}$ is the initial LPC prediction residual energy, as described later with respect to LPC analysis, which is the same as R(0).

From the output of adder 290, the complement of the sign bit of the resulting two's complement difference is extracted by comparator or limiter 292 and provided to adder 272 where added with the output of register 270. Thus, if the difference between R(0) and T1 is positive, register 270 is incremented by one. If the difference is negative, register 270 remains the same.

Circular registers 274, 276 and 278 are then cycled so the coefficients of the equation for T2, equation (8) appear at the output thereof. The process of computing the threshold value T2 and comparing it with the frame energy is repeated as was discussed with respect to the process for threshold value T1. Circular registers 274, 276 and 278 are then again cycled so the coefficients of the equation for T3, equation (9) appear at the output thereof. The computation for threshold value T3 and comparison to the frame energy as was described above. After completion of all three threshold computations and comparisons, register 270 contains the initial rate estimate $RT_p$. The preliminary rate estimate $RT_p$ is provided to rate ramp down logic 294. Also provided to logic 294 is the previous frame final rate $RT_I$ from LSP frequency quantization subsystem that is stored in register 298. Logic 296 computes the value ($RT_p-1$) and provides as an output the larger of the preliminary rate estimate $RT_p$ and the value ($RT_p-1$). The value $RT_m$ is provided to rate limiter logic 296.

As mentioned previously, the microprocessor provides rate bound commands to the vocoder, particularly to logic 296. In a digital signal processor implementation, this command is received in logic 296 before the LPC analysis portion of the encoding process is completed. Logic 296 ensures that the rate does not exceed the rate bounds and modifies the value $RT_m$ should it exceed the bounds. Should the value $RT_m$ be within the range of allowable rates it is output from logic 296 as the initial rate value $RT_I$. The initial rate value $RT_I$ is output from logic 296 to LSP quantization subsystem 210 of FIG. 7a.

The background noise estimate as mentioned previously is used in computing the adaptive rate thresholds. For the current frame the previous frame background noise estimate B is used in establishing the rate thresholds for the current frame. However for each frame the background noise estimate is updated for use in determining the rate thresholds for the next frame. The new background noise estimate B' is determined in the current frame based on the previous frame background noise estimate B and the current frame energy $E_f$.

In determining the new background noise estimate B' for use during the next frame (as the previous frame background noise estimate B) two values are computed. The first value $V_1$ is simply the current frame energy $E_f$. The second value $V_2$ is the larger of B+1 and KB, where K=1.00547. To prevent the second value from growing too large, it is forced to be below a large constant M=160,000. The smaller of the two values $V_1$ or $V_2$ is chosen as the new background noise estimate B'.

Ex. 3-31

5,778,338

**17**

Mathematically,

$$V_1 = R(0) \tag{12}$$

$$V_2 = \min(160000, \max(KB, B+1)) \tag{13}$$

and the new background noise estimate $B'$ is:

$$B' = \min(V_1, V_2) \tag{14}$$

where $\min(x,y)$ is the minimum of x and y, and $\max(x,y)$ is the maximum of x and y.

FIG. 9 further shows an exemplary implementation of the background noise estimation algorithm. The first value $V_1$ is simply the current frame energy $E_f$ provided directly to one input of multiplexer 300.

The second value $V_2$ is computed from the values KB and B+1, which are first computed. In computing the values KB and B+1, the previous frame background noise estimate B stored in register 302 is output to adder 304 and multiplier 306. It should be noted that the previous frame background noise estimate B stored in register 302 for use in the current frame is the same as the new background noise estimate B' computed in the previous frame. Adder 304 is also provided with an input value of 1 for addition with the value B so as to generate the term B+1. Multiplier 304 is also provided with an input value of K for multiplication with the value B so as to generate the term KB. The terms B+1 and KB are output respectively from adder 304 and multiplier 306 to separate inputs of both multiplexer 308 and adder 310.

Adder 310 and comparator or limiter 312 are used in selecting the larger of the terms B+1 and KB. Adder 310 subtracts the term B+1 from KB and provides the resulting value to comparator or limiter 312. Limiter 312 provides a control signal to multiplexer 308 so as to select an output thereof as the larger of the terms B+1 and KB. The selected term B+1 or KB is output from multiplexer 308 to limiter 314 which is a saturation type limiter which provides either the selected term if below the constant value M, or the value M if above the value M. The output from limiter 314 is provided as the second input to multiplexer 300 and as an input to adder 316.

Adder 316 also receives at another input the frame energy value $E_f$. Adder 316 and comparator or limiter 318 are used in selecting the smaller of the value $E_f$ and the term output from limiter 314. Adder 316 subtracts the frame energy value from the value output from limiter 314 and provides the resulting value to comparator or limiter 318. Limiter 318 provides a control signal to multiplexer 300 for selecting the smaller of the $E_f$ value and the output from limiter 314. The selected value output from multiplexer 300 is provided as the new background noise estimate B' to register 302 where stored for use during the next frame as the previous frame background noise estimate B.

Referring back to FIG. 7, each of the autocorrelation coefficients R(0)–R(10) are output from autocorrelation subsystem 202 to LPC analysis subsystem 206. The LPC coefficients computed in LPC analysis subsystem 206 in both the perceptual weighting filter 52 and formant synthesis filter 60.

The LPC coefficients may be obtained by the autocorrelation method using Durbin's recursion as discussed in *Digital Processing of Speech Signals*, Rabiner & Schafer, Prentice-Hall, Inc., 1978. This technique is an efficient computational method for obtaining the LPC coefficients. The algorithm can be stated in the following equations:

**18**

$$E^{(0)} = R(0), i = 1; \tag{15}$$

$$k_i = \left\{ R(i) - \sum_{j=1}^{i-1} \alpha_j^{(i-1)} R(i-j) \right\} / E^{(i-1)}; \tag{16}$$

$$\alpha_i^{(i)} = k_i; \tag{17}$$

$$\alpha_j^{(i)} = \alpha_j^{(i-1)} - k_i \alpha_{i-j}^{(i-1)} \quad \text{for } 1 <= j <= i-1; \tag{18}$$

$$E^{(i)} = (1 - k_i^2) E^{(i-1)}; \text{ and} \tag{19}$$

$$\text{If } i < 10 \text{ then goto equation (16) with } i = i + 1. \tag{20}$$

The ten LPC coefficients are labeled $\alpha_i^{(10)}$, for $1 \leq j \leq 10$.

Prior to encoding of the LPC coefficients, the stability of the filter must be ensured. Stability of the filter is achieved by radially scaling the poles of the filter inward by a slight amount which decreases the magnitude of the peak frequency response while expanding the bandwidth of the peaks. This technique is commonly known as bandwidth expansion, and is further described in the article "Spectral Smoothing in PARCOR Speech Analysis-Synthesis" by Tohkura et.al., ASSP Transactions, December 1978. In the present case bandwidth expansion can be efficiently done by scaling each LPC coefficient. Therefore, as set forth in Table III, the resultant LPC coefficients are each multiplied by a corresponding hex value to yield the final output LPC coefficients $\alpha_1$–$\alpha_{10}$ of LPC analysis subsystem 206. It should be noted that the values presented in Table III are given in hexadecimal with 15 fractional bits in two's complement notation. In this form the value 0x8000 represents –1.0 and the value 0x7333 (or 29491) represents 0.899994=29491/32768.

**TABLE III**

| | | |
|---|---|---|
| $\alpha_1 = \alpha_1^{(10)}$ | ● | 0x7333 |
| $\alpha_2 = \alpha_2^{(10)}$ | ● | 0x67ae |
| $\alpha_3 = \alpha_3^{(10)}$ | ● | 0x5d4f |
| $\alpha_4 = \alpha_4^{(10)}$ | ● | 0x53fb |
| $\alpha_5 = \alpha_5^{(10)}$ | ● | 0x4a95 |
| $\alpha_6 = \alpha_6^{(10)}$ | ● | 0x4406 |
| $\alpha_7 = \alpha_7^{(10)}$ | ● | 0x3d38 |
| $\alpha_8 = \alpha_8^{(10)}$ | ● | 0x3719 |
| $\alpha_9 = \alpha_9^{(10)}$ | ● | 0x3196 |
| $\alpha_{10} = \alpha_{10}^{(10)}$ | ● | 0x2ca1 |

The operations are preferably performed in double precision, i.e. 32 bit divides, multiplies and additions. Double precision accuracy is preferred in order to maintain the dynamic range of the autocorrelation functions and filter coefficients.

In FIG. 10, a block diagram of an exemplary embodiment of the LPC subsystem 206 is shown which implements equations (15)–(20) above. LPC subsystem 206 is comprised of three circuit portions, a main computation circuit 330 and two buffer update circuits 332 and 334 which are used to update the registers of the main computation circuit 330. Computation is begun by first loading the values R(1)–R(10) into buffer 340. To start the calculation, register 348 is preloaded with the value R(1) via multiplexer 344. Register is initialized with R(0) via multiplexer 350, buffer 352 (which holds 10 $\alpha_j^{(i-1)}$ values) is initialized to all zeroes via multiplexer 354, buffer 356 (which holds 10 $\alpha_j^{(i)}$ values) is initialized to all zeroes via multiplexer 358, and i is set to 1 for the computational cycle. For purposes of clarity counters for i and j and other computational cycle control are not shown but the design and integration of this type of logic circuitry is well within the ability of one skilled in the art in digital logic design.

The $\alpha_j^{(i-1)}$ value is output from buffer 356 to compute the term $k_i E^{(i-1)}$ as set forth in equation (14). Each value R(i-j)

5,778,338

19

is output from buffer 340 for multiplication with the $\alpha_j^{(i-1)}$ value in multiplier 360. Each resultant value is subtracted in adder 362 from the value in register 346. The result of each subtraction is stored in register 346 from which the next term is subtracted. There are $i-1$ multiplications and accumulations in the $i^{th}$ cycle, as indicated in the summation term of equation (14). At the end of this cycle, the value in register 346 is divided in divider 364 by the value $E^{(i-1)}$ from register 348 to yield the value $k_i$.

The value $k_i$ is then used in buffer update circuit 332 to calculate the value $E^{(i)}$ as in equation (19) above, which is used as the value $E^{(i-1)}$ during the next computational cycle of $k_i$. The current cycle value $k_i$ is multiplied by itself in multiplier 366 to obtain the value $k_i^2$. The value $k_i^2$ is then subtracted from the value of 1 in adder 368. The result of this addition is multiplied in multiplier 370 with the value $E^{(i-1)}$ from register 348. The resulting value $E^{(i)}$ is input to register 348 via multiplexer 350 for storage as the value $E^{(i-1)}$ for the next cycle.

The value $k_i$ is then used to calculate the value $\alpha_j^{(i)}$ as in equation (15). In this case the value $k_i$ is input to buffer 356 via multiplexer 358. The value $k_i$ is also used in buffer update circuit 334 to calculate the value $\alpha_j^{(i)}$ from the values $\alpha_j^{(i-1)}$ as in equation (18). The values currently stored in buffer 352 are used in computing the values $\alpha_j^{(i)}$. As indicated in equation (18), there are $j-1$ calculations in the $i^{th}$ cycle. In the $i=1$ iteration no such calculations are required. For each value of $j$ for the $i^{th}$ cycle a value of $\alpha_j^{(i)}$ is computed. In computing each value of $\alpha_j^{(i)}$, each value of $\alpha_{i-j}^{(i-1)}$ is multiplied in multiplier 372 with the value $k_i$ for an output to adder 374. In adder 374 the value $k_i\alpha_{i-j}^{(i-1)}$ is subtracted from the value $\alpha_j^{(i-1)}$ also input to adder 374. The result of each multiplication and addition is provided as the value of $\alpha_j^{(i)}$ to buffer 356 via multiplexer 353.

Once the values $\alpha_j^{(i)}$ are computed for the current cycle, the values just computed and stored in buffer 356 are output to buffer 352 via multiplexer 354. The values stored in buffer 356 are stored in corresponding positions in buffer 352. Buffer 352 is thus updated for computing the value $k_i$ for the $i+1$ cycle.

It is important to note that data $\alpha_j^{(i-1)}$ generated at the end of a previous cycle is used during the current cycle to generate updates $\alpha_j^{(i)}$ for a next cycle. This previous cycle data must be retained in order to completely generate updated data for the next cycle. Thus two buffers 356 and 352 are utilized to preserve this previous cycle data until the updated data is completely generated.

The above description is written with respect to a parallel transfer of data from buffer 356 to buffer 352 upon completion of the calculation of the updated values. This implementation ensures that the old data is retained during the entire process of computing the new data, without loss of the old data before completely used as would occur in a single buffer arrangement. The described implementation is one of several implementations that are readily available for achieving the same result. For example, buffers 352 and 356 may be multiplexed such that upon calculating the value $k_i$ for a current cycle from values stored in a first buffer, the updates are stored in the second buffer for use during the next computational cycle. In this next cycle the value $k_i$ is computed from the values stored in the second buffer. The values in the second buffer and the value $k_i$ are used to generate updates for the next cycle with these updates stored in the first buffer. This alternating of buffers enables the retention of preceding computational cycle values, from which updates are generated, while storing update values without overwriting the preceding values which are needed

20

to generate the updates. Usage of this technique can minimize the delay associated with the computation of the value $k_i$ for the next cycle. Therefore the updates for the multiplications/accumulations in computing $k_i$ may be done at the same time as the next value of $\alpha_j^{(i-1)}$ is computed.

The ten LPC coefficients $\alpha_j^{(10)}$, stored in buffer 356 upon completion of the last computational cycle ($i=10$), are scaled to arrive at the corresponding final LPC coefficients $\alpha_j$. Scaling is accomplished by providing a scale select signal to multiplexers 344, 376 and 378 so that the scaling values stored in lookup table 342, hex values of Table III, are selected for output through multiplexer 344. The values stored in lookup table 342 are clocked out in sequence and input to multiplier 360. Multiplier 360 also receives via multiplexer 376 the $\alpha_j^{(10)}$ values sequentially output from register 356. The scaled values are output from multiplexer 360 via multiplexer 378 as an output to LPC to LSP transformation subsystem 206 (FIG. 7).

In order to efficiently encode each of the ten scaled LPC coefficients in a small number of bits, the coefficients are transformed into Line Spectrum Pair frequencies as described in the article "Line Spectrum Pair (LSP) and Speech Data Compression", by Soong and Juang, ICASSP '84. The computation of the LSP parameters is shown below in equations (21) and (22) along with Table IV.

The LSP frequencies are the ten roots which exist between 0 and $\pi$ of the following equations:

$$P(\omega)=\cos 5\omega+p_1 \cos 4\omega+ \ldots +p_5 \cos \omega+p_5/2; \qquad (21)$$

$$Q(\omega)=\cos 5\omega+q_1 \cos 4\omega+ \ldots +q_5 \cos \omega+q_5/2; \text{ and} \qquad (22)$$

where the $p_n$ and $q_n$ values for $n=1, 2, 3, 4$ and are defined recursively in Table IV.

### TABLE IV

| | |
|---|---|
| $P_1 = -(\alpha_1 + \alpha_{10}) - 1$ | $q_1 = -(\alpha_1 - \alpha_{10}) + 1$ |
| $P_2 = -(\alpha_2 + \alpha_9) - P_1$ | $q_2 = -(\alpha_2 - \alpha_9) + q_1$ |
| $P_3 = -(\alpha_3 + \alpha_8) - P_2$ | $q_3 = -(\alpha_3 - \alpha_8) + q_2$ |
| $P_4 = -(\alpha_4 + \alpha_7) - P_3$ | $q_4 = -(\alpha_4 - \alpha_7) + q_3$ |
| $P_5 = -(\alpha_5 + \alpha_6) - P_4$ | $q_5 = -(\alpha_5 - \alpha_6) + q_4$ |

In Table IV, the $\alpha_1, \ldots, \alpha_{10}$ values are the scaled coefficients resulting from the LPC analysis. The ten roots of equations (21) and (22) are scaled to between 0 and 0.5 for simplicity. A property of the LSP frequencies is that, if the LPC filter is stable, the roots of the two functions alternate; i.e. the lowest root, $\omega_1$, is the lowest root of $P(\omega)$, the next lowest root, $\omega_2$, is the lowest root of $Q(\omega)$, and so on. Of the ten frequencies, the odd frequencies are the roots of the $P(\omega)$, and the even frequencies are the roots of the $Q(\omega)$.

The root search is done as follows. First, the $p$ and $q$ coefficients are computed in double precision by adding the LPC coefficients as shown above. $P(\omega)$ is then evaluated every $\pi/256$ radians and these values are then evaluated for sign changes, which identify a root in that subregion. If a root is found, a linear interpolation between the two bounds of this region is then done to approximate the location of the root. One Q root is guaranteed to exist between each pair of P roots (the fifth Q root exists between the fifth P root and $\pi$) due to the ordering property of the frequencies. A binary search is done between each pair of P roots to determine the location of the Q roots. For ease in implementation, each P root is approximated by the closest $\pi/256$ value and the binary search is done between these approximations. If a root is not found, the previous unquantized values of the LSP frequencies from the last frame in which the roots were found are used.

Ex. 3-33

5,778,338

21

Referring now to FIG. 11, an exemplary implementation of the circuitry used to generate the LSP frequencies is illustrated. The above described operation requires a total of 257 possible cosine values between 0 and π, which are stored in double precision in a lookup table. cosine lookup table 400 which is addressed by mod 256 counter 402. For each value of j input to lookup table 400, an output of cos ω, cos 2ω, cos 3ω, cos 4ω and cos 5ω are provided where:

$$\omega = j\pi/256 \qquad (23)$$

where j is a count value.

The values cos ω, cos 2ω, cos 3ω and cos 4ω output from lookup table 400 are input to a respective multiplier 404. 406, 408, and 410, while the value cos 5ω is input directly to summer 412. These values are multiplied in a respective multiplier 404, 406, 408, and 410 with a respective one of the values $p_4$, $p_3$, $p_2$ and $p_1$ input thereto via multiplexers 414, 416, 418 and 420. The resultant values from this multiplication are also input to summer 412. Furthermore the value $p_5$ is provided through multiplexer 422 to multiplier 424 with the constant value 0.5, i.e. ½, also provided to multiplier 424. The resultant value output from multiplier 424 is provided as another input to summer 412. Multiplexers 414–422 select between the values $p_1$–$p_5$ or $q_1$–$q_5$ in response to a p/q coefficient select signal, so as to use the same circuitry for computation of both the P(ω) and Q(ω) values. The circuitry for generating the $p_1$–$p_5$ or $q_1$–$q_5$ values is not shown but is readily implemented using a series of adders for adding and subtracting the LPC coefficients and $p_1$–$p_5$ or $q_1$–$q_5$ values, along with registers for storing the $p_1$–$p_5$ or $q_1$–$q_5$ values.

Summer 412 sums the input values to provide the output P(ω) or Q(ω) value as the case may be. For purposes of ease in further discussion the case of the values of P(ω) will be considered with the values of Q(ω) computed in a similar fashion using the $q_1$–$q_5$ values. The current value of P(ω) is output from summer 412 where stored in register 426. The preceding value of P(ω), previously stored in register 426 is shifted to register 428. The sign bits of the current and previous values of P(ω) are exclusive OR'ed in exclusive OR gate 430 to give an indication of a zero crossing or sign change, in the form of an enable signal that is sent to linear interpolator 434. The current and previous value of P(ω) are also output from registers 426 and 428 to linear interpolator 434 which is responsive to the enable signal for interpolating the point between the two values of P(ω) at which the zero crossing occurs. This linear interpolation fractional value result, the distance from the value j−1, is provided to buffer 436 along with the value j from counter 256. Gate 430 also provides the enable signal to buffer 436 which permits the storage of the value j and the corresponding fractional value $FV_j$.

The fractional value is subtracted from the value j as output from buffer 436 in adder 438. or in the alternative may be subtracted therefrom as input to buffer 436. In the alternative a register in the j line input to buffer 436 may be used such that the value j−1 is input to buffer 436 with the fractional value input also input thereto. The fractional value may be added to the value j−1 either before storage in register 436 or upon output thereof. In any case the combined value of j+$FV_j$ or (j−1)+$FV_j$ is output to divider 440 where divided by the input constant value of 512. The division operation may be simply be performed by merely changing the binary point location in the representative binary word. This division operation provides the necessary scaling to arrive at a LSP frequency between 0 and 0.5.

Each function evaluation of P(ω) or Q(ω) requires 5 cosine lookups, 4 double precision multiplications, and 4

22

additions. The computed roots are typically only accurate to about 13 bits, and are stored in single precision. The LSP frequencies are provided to LSP quantization subsystem 210 (FIG. 7) for quantization.

Once the LSP frequencies have been computed. they must be quantized for transmission. Each of the ten LSP frequencies centers roughly around a bias value. It should be noted that the LSP frequencies approximate the bias values when the input speech has flat spectral characteristics and no short term prediction can be done. The biases are subtracted out at the encoder, and a simple DPCM quantizer is used. At the decoder, the bias is added back. The negative of the bias value, in hexadecimal, for each LSP frequency, $\omega_1$–$\omega_{10}$, as provided from the LPC to LSP transformation subsystem is set forth in Table V. Again the values given in Table V are in two's complement with 15 fractional bits. The hex value 0x8000 (or −32768) represents −1.0. Thus the first value in Table V, the value 0xfa2f (or −1489) represents −0.045441= −1489/32768.

TABLE V

| LSP frequency | Negative Bias Value |
|---|---|
| $\omega_1$ | 0xfa2f |
| $\omega_2$ | 0xf45e |
| $\omega_3$ | 0xee8c |
| $\omega_4$ | 0xe8bb |
| $\omega_5$ | 0xe2e9 |
| $\omega_6$ | 0xdd18 |
| $\omega_7$ | 0xd746 |
| $\omega_8$ | 0xd175 |
| $\omega_9$ | 0xcba3 |
| $\omega_{10}$ | 0xc5d2 |

The predictor used in the subsystem is 0.9 times the quantized LSP frequency from the previous frame stored in a buffer in the subsystem. This decay constant of 0.9 is inserted so that channel errors will eventually die off.

The quantizers used are linear, but vary in dynamic range and step size with the rate. Also, in high rate frames more bits are transmitted for each LSP frequency, therefore the number of quantization levels depends upon the rate. In Table VI, the bit allocation and the dynamic range of the quantization are shown for each frequency at each rate. For example, at rate 1, $\omega_1$ is uniformly quantized using 4 bits (that is, into 16 levels) with the highest quantization level being 0.025 and the lowest being −0.025.

TABLE VI

| RATE | Full | Half | Quarter | Eighth |
|---|---|---|---|---|
| $\omega_1$ | 4: ± .025 | 2: ± .015 | 1: ± .01 | 1: ± .01 |
| $\omega_2$ | 4: ± .04 | 2: ± .015 | 1: ± .01 | 1: ± .015 |
| $\omega_3$ | 4: ± .07 | 2: ± .03 | 1: ± .01 | 1: ± .015 |
| $\omega_4$ | 4: ± .07 | 2: ± .03 | 1: ± .01 | 1: ± .015 |
| $\omega_5$ | 4: ± .06 | 2: ± .03 | 1: ± .01 | 1: ± .015 |
| $\omega_6$ | 4: ± .06 | 2: ± .02 | 1: ± .01 | 1: ± .015 |
| $\omega_7$ | 4: ± .05 | 2: ± .02 | 1: ± .01 | 1: ± .01 |
| $\omega_8$ | 4: ± .05 | 2: ± .02 | 1: ± .01 | 1: ± .01 |
| $\omega_9$ | 4: ± .04 | 2: ± .02 | 1: ± .01 | 1: ± .01 |
| $\omega_{10}$ | 4: ± .04 | 2: ± .02 | 1: ± .01 | 1: ± .01 |
| Total | 40 bits | 20 bits | 10 bits | 10 bits |

If the quantization ranges for the rate chosen by the rate decision algorithm are not large enough or a slope overflow occurs, the rate is bumped up to the next higher rate. The rate continues to be bumped up until the dynamic range is accommodated or full rate is reached. In FIG. 12 an exem-

5,778,338

| 23 | 24 |

plary block diagram illustration of one implementation of the optional rate bump up technique is provided.

FIG. 12 illustrates in block diagram form an exemplary implementation of the LSP quantization subsystem 210 which includes the rate bump up circuitry. In FIG. 12, the current frame LSP frequencies are output from divider 440 (FIG. 11) to register 442 where they are stored for output during a rate bump up determination in the next frame. The previous frame LSP frequencies and the current frame LSP frequencies are output respectfully output from register 440 and divider 440 to rate bump up logic 442 for a current frame rate bump up determination. Rate bump up logic 442 also receives the initial rate decision, along with the rate the rate bound commands from rate determination subsystem 204. In determining whether a rate increase is necessary, logic 442 compares the previous frame LSP frequencies with the current frame LSP frequencies based on the sum of the square of the difference between the current and previous frame LSP frequencies. The resulting value is then compared with a threshold value for which if exceeded is an indication that an increase in rate is necessary to ensure high quality encoding of the speech. Upon exceeding the threshold value, logic 442 increments the initial rate by one rate level so as to provide an output of the final rate used throughout the encoder.

In FIG. 12, each LSP frequency value $\omega_1$–$\omega_{10}$ is input one at a time to adder 450 along with the corresponding bias value. The bias value is subtracted from the input LSP value and the result thereof output to adder 452. Adder 452 also receives as an input a predictor value, a previous frame corresponding LSP value multiplied by a decay constant. The predictor value is subtracted from the output of adder 450 by adder 452. The output of adder 452 is provided as an input to quantizer 454.

Quantizer 454 is comprised of limiter 456, minimum dynamic range lookup table 458, inverse step size lookup table 460, adder 462, multiplier 464 and bit mask 466. Quantization is performed in quantizer 454 by first determining whether the input value is within the dynamic range of quantizer 454. The input value is provided to limiter 456 which limits the input value to the upper and lower bounds of the dynamic range if the input exceeds the bounds provided by lookup table 458. Lookup table 458 provides the stored bounds, according to Table VI, to limiter 456 in response to the rate input and the LSP frequency index i input thereto. The value output from limiter 456 is input to adder 462 where the minimum of the dynamic range, provided by lookup table 458 is subtracted therefrom. The value output from lookup table 458 is again determined by the rate and LSP frequency index i in accordance with the minimum dynamic range values, disregarding the value sign, set forth in Table VI. For example the value in lookup table 458 for (full rate, $\omega_1$) is 0.025.

The output from adder 462 is then multiplied in multiplier 464 by a value selected from lookup table 460. Lookup table 460 contains values corresponding to the inverse of the step size for each LSP value at each rate in accordance with the values set forth in Table VI. The value output from lookup table 460 is selected by the rate and LSP frequency index i. For each rate and LSP frequency index i the value stored in lookup table 460 is the quantity ($(2^n-1)$/dynamic range), where n is the number of bits representing the quantized value. Again for example, the value in lookup table 460 for (rate 1, $\omega_1$) is (15/0.05) or 300.

The output from multiplier 464 is is a value between 0 and $2^n-1$ which is provided to bit mask 466. Bit mask 466 in response to the rate and LSP frequency index extracts from the input value the appropriate number of bits according to Table VI. The extracted bits are the n integer value bits of the input value so as to provide a bit limited output $\Delta\omega_1$. The values $\Delta\omega_1$ are the quantized unbiased differentially encoded LSP frequencies that are transmitted over the channel representative of the LPC coefficients.

The value $\Delta\omega_1$ is also fed back through a predictor comprised of inverse quantizer 468, adder 470, buffer 472 and multiplier 474. Inverse quantizer 468 is comprised of step size lookup table 476, minimum dynamic range lookup table 478, multiplier 480 and adder 482.

The value $\Delta\omega_1$ is input to multiplier 480 along with a selected value from lookup table 476. Lookup table 476 contains values corresponding to the step size for each LSP value at each rate in accordance with the values set forth in Table VI. The value output from lookup table 476 is selected by the rate and LSP frequency index i. For each rate and LSP frequency index i the value stored in lookup table 460 is the quantity (dynamic range/$2^n-1$), where n is the number of bits representing the quantized value. Multiplier 480 multiplies the input values and provides an output to adder 482.

Adder 482 receives as another input a value from lookup table 478. The value output from lookup table 478 is determined by the rate and LSP frequency index i in accordance with the minimum dynamic range values, disregarding the value sign, set forth in Table VI. Adder 482 adds the minimum dynamic range value provided by lookup table 478 with the value output from multiplier 480 with resulting value output to adder 470.

Adder 470 receives as another input the predictor value output from multiplier 474. These values are added in adder 470 and stored in ten word storage buffer 472. Each value previous frame value output from buffer 472 during the current frame is multiplied in multiplier 474 by a constant, 0.9. The predictor values as output from multiplier 474 are provided to both adders 452 and 470 as previously discussed.

In the current frame the value stored in buffer 472 is the previous frame reconstructed LSP values minus the bias value. Similarly in the current frame the value output from adder 470 is the current frame reconstructed LSP values also without bias. In the current frame the output from buffer 472 and adder 470 are respectively provided to adders 484 and 486 where the bias is added into the values. The values output from adders 484 and 486 are respectively the previous frame reconstructed LSP frequency values and the current frame reconstructed LSP frequency values. LSP smoothing is done at the lower rates according to the equation:

$$\text{Smoothed LSP} = a(\text{current LSP}) + (1-a)(\text{previous LSP}) \qquad (24)$$

where

$a=0$ for full rate;

$a=0.1$ for half rate;

$a=0.5$ for quarter rate; and

$a=0.85$ for eighth rate.

The previous frame (f–1) reconstructed LSP frequency $\omega'_{i,f-1}$ values and the current frame (f) reconstructed LSP frequency values $\omega'_{i,f}$ are output from quantization subsystem 210 to pitch subframe LSP interpolation subsystem 216 and codebook subframe LSP interpolation subsystem 226. The quantized LSP frequency values $\Delta\omega_1$ are output from LSP quantization subsystem 210 to data assembler subsystem 236 for transmission.

The LPC coefficients used in the weighting filter and the formant synthesis filter described later are appropriate for

5,778,338

25

the pitch subframe which is being encoded. For pitch subframes, the interpolation of the LPC coefficients is done once for each pitch subframe and are as follows in Table VII:

TABLE VII

Rate 1:

$\omega_i = 0.75\omega_{i,p-1} + 0.25\omega_{i,j}$ for pitch subframe 1
$\omega_i = 0.5\omega_{i,p-1} + 0.5\omega_{i,j}$ for pitch subframe 2
$\omega_i = 0.25\omega_{i,p-1} + 0.75\omega_{i,j}$ for pitch subframe 3
$\omega_i = \omega_{i,j}$ for pitch subframe 4

Rate ½:

$\omega_i = 0.625\omega_{i,p-1} + 0.375\omega_{i,j}$ for pitch subframe 1
$\omega_i = 0.125\omega_{i,p-1} + 0.875\omega_{i,j}$ for pitch subframe 2

Rate ¼:

$\omega_i = 0.625\omega_{i,p-1} + 0.375\omega_{i,j}$ for pitch subframe 1

Rate ⅛:

Pitch Search is not done.

Pitch subframe counter 224 is used to keep track of the pitch subframes for which the pitch parameters are computed, with the counter output provided to pitch subframe LSP interpolation subsystem 216 for use in the pitch subframe LSP interpolation. Pitch subframe counter 224 also provides an output indicative of a completion of the pitch subframe for the selected rate to data packing subsystem 236.

FIG. 13 illustrates an exemplary implementation of pitch subframe LSP interpolation subsystem 216 for interpolating the LSP frequencies for the relevant pitch subframe. In FIG. 13, the previous and current LSP frequencies $\omega_{i,p-1}$ and $\omega_{i,j}$ are respectively output from LSP quantization subsystem to multipliers 500 and 502 where respectively multiplied by a constant provided from memory 504. Memory 504 stores a set of constant values and is accordance with an input of the pitch subframe number from a pitch subframe counter, discussed later, provides an output of constants as set forth in Table VII for multiplication with the previous and current frame LSP values. The outputs of multipliers 500 and 502 are added in adder 506 to provide the LSP frequency values for the pitch subframe in accordance with the equations of Table VII. For each pitch subframe, once the interpolation of LSP frequencies is accomplished a reverse LSP to LPC transformation is performed to obtain the current coefficients of A(z) and the perceptual weighting filter. The interpolated LSP frequency values are thus provided to LSP to LPC transformation subsystem 218 of FIG. 7.

LSP to LPC transformation subsystem 218 converts the interpolated LSP frequencies back into LPC coefficients for use in resynthesizing the speech. Again, the previously reference article "Line Spectrum Pair (LSP) and Speech Data Compression", by Soong and Juang provides a full discussion and derivation of the algorithm implemented in the present invention in the transformation process. The computational aspects are such that P(z) and Q(z) can be expressed in terms of the LSP frequencies by the equations:

$$P(z) = (1 + z^{-1}) \prod_{i=1}^{5} (1 - 2\cos(\omega_{2i-1})z^{-1} + z^{-2}) \quad (25)$$

where $w_i$ are the roots of the P polynomial (odd frequencies), and

26

$$Q(z) = (1 - z^{-1}) \prod_{i=1}^{5} (1 - 2\cos(\omega_{2i})z^{-1} + z^{-2}) \quad (26)$$

where $w_i$ are the roots of the Q polynomial (even frequencies), and

$$A(z) = \frac{P(z) + Q(z)}{2} . \quad (27)$$

The computation is performed by first computing the values $2\cos(\omega_i)$ for all of the odd frequencies i. This computation is accomplished using a 5th order single precision Taylor Series expansion of cosine about zero (0). A Taylor expansion about the closest point in the cosine table could potentially be more accurate, but the expansion about 0 achieves sufficient accuracy and does not involve an excessive amount of computation.

Next the coefficients of the P polynomial are computed. The coefficients of a product of polynomials is the convolution of the sequences of coefficients of the individual polynomials. The convolution of the 6 sequences of z polynomial coefficients in equation (25) above, {1, -2cos ($\omega_1$), 1}, {1, -2cos($\omega_3$), 1} . . . {1, -2cos($\omega_9$), 1}, and {1, 1}, is then computed.

Once the P polynomial is computed, the same procedure is repeated for the Q polynomial where the 6 sequences of z polynomial coefficients in equation (26) above, {1, -2cos ($\omega_2$), 1}, {1, -2cos($\omega_4$), 1} . . . {1, -2cos($\omega_{10}$), 1}, and {1, -1}, and the appropriate coefficients are summed and divided by 2, i.e. shifted by 1 bit, to produce the LPC coefficients.

FIG. 13 further shows an exemplary implementation of the LSP to LPC transformation subsystem in detail. Circuit portion 508 computes the value of $-2\cos(\omega_i)$ from the input value of $\omega_i$. Circuit portion 508 is comprised of buffer 509; adders 510 and 515; multipliers 511, 512, 514, 516 and 518; and registers 513 and 515. In computing the values for $-2\cos(\omega_i)$ registers 513 and 515 are initialized to zero. Since this circuit computes $\sin(\omega_i)$, $\omega_i$ is first subtracted in adder 510 from the input constant value $\pi/2$. This value is squared by multiplier 511 and then the values $(\pi/2-\omega_i)^2$, $(\pi/2-\omega_i)^4$, $(\pi/2-\omega_i)^6$, and $(\pi/2-\omega_i)^8$ are successively computed using multiplier 512 and register 513.

The Taylor series expansion coefficients c[1]-c[4] are successively fed into multiplier 514 along with the values output from multiplier 512. The values output from multiplier 514 are input to adder 515 where along with the output of register 516 the values are summed to provide the output c[1]{(\pi/2-\omega_i)^2+c[2]{(\pi/2-\omega_i)^4+c[3]{(\pi/2-\omega_i)^6+c[4]{(\pi/2-\omega_i)^8} to multiplier 517. The input to multiplier 517 from register 516 is multiplied in multiplier 517 with the output $(\pi/2-\omega_i)$ from adder 510. The output from multiplier 517, the value $\cos(\omega_i)$, is multiplied in multiplier 518 with the constant -2 so as to provide output $-2\cos(\omega_i)$. The value $-2\cos(\omega_i)$ is provided to circuit portion 520

Circuit portion 520 is used in the computation of the coefficients of the P polynomial. Circuit portion 520 is comprised of memory 521, multiplier 522, and adder 523. The array of memory locations P(1) . . . P(11) is initialized to 0 except for P(1) which is set to 1. The old indexed $-2\cos(w_i)$ values are fed into multiplier 522 to perform the convolution of (1, -2cos($w_j$), 1) where $1 \le i \le 5$, $1 \le j \le 2i+1$, P(j)=0 for j<1. Circuit portion 520 is duplicated (not shown) for computing the coefficients of the Q polynomial. The resultant final new values of P(1)-P(11) and Q(1)-Q(11) are provided to circuit portion 524.

Circuit portion 524 is provided for completion of the computation of the pitch subframe ten LPC coefficients $\alpha_i$,

5,778,338

27

for i=1 to i=10. Circuit portion 524 is comprised of buffers 525 and 526; adders 527, 528 and 529; and divider or bit shifter 530. The final P(i) and Q(i) values are stored in buffers 525 and 526. The P(i) and P(i+1) values are summed in adder 527 while the corresponding Q(i) and Q(i+1) values are subtracted in adder 528, for $1 \leq i \leq 10$. The output of adders 527 and 528, restfully P(z) and Q(z) are input to adder 529 where summed and output as the value (P(z)+Q(z)). The output of adder is divided by two by shifting the bits by one position. Each bit shifted value of (P(z)+Q(z))/2 is an output LPC coefficient $\alpha_i$. The pitch subframe LPC coefficients are provided to pitch search subsystem 220 of FIG. 7.

The LSP frequencies are also interpolated for each codebook subframe as determined by the selected rate, except for full rate. The interpolation is computed in a manner identical to that of the pitch subframe LSP interpolations. The codebook subframe LSP interpolations are computed in codebook subframe LSP interpolation subsystem 226 and are provided to LSP to LPC transformation subsystem 228 where transformation is computed in a manner similar to that of LSP to LPC transformation subsystem 218.

As discussed with reference to FIG. 3, the pitch search is an analysis by synthesis technique, in which encoding is done by selecting parameters which minimize the error between the input speech and the speech synthesized using those parameters. In the pitch search, the speech is synthesized using the pitch synthesis filter whose response is expressed in equation (2). Each 20 msec. speech frame is subdivided into a number of pitch subframes which, as previously described, depends on the data rate chosen for the frame. Once per pitch subframe, the parameters b and L, the pitch gain and lag, respectively, are calculated. In the exemplary implementation herein the pitch lag L ranges between 17 and 143, for transmission reasons L=16 is reserved for the case when b=0.

The speech coder utilizes a perceptual noise weighting filter of the form set forth in equation (1). As mentioned previously the purpose of the perceptual weighting filter is to weight the error at frequencies of less power to reduce the impact of error related noise. The perceptual weighting filter is derived from the short term prediction filter previously found. The LPC coefficients used in the weighting filter, and the formant synthesis filter described later, are those interpolated values appropriate for the subframe which is being encoded.

In performing the analysis-by-synthesis operations, a copy of the speech decoder/synthesizer is used in the encoder. The form of the synthesis filter used in the speech encoder is given by equations (3) and (4). Equations (3) and (4) correspond to a decoder speech synthesis filter followed by the perceptual weighting filter, therefore called the weighted synthesis filter.

The pitch search is performed assuming a zero contribution from the codebook at the current frame, i.e. G=0. For each possible pitch lag, L, the speech is synthesized and compared with the original speech. The error between the input speech and the synthesized speech is weighted by the perceptual weighting filter before its mean square error (MSE) is calculated. The objective is to pick values of L and b, from all possible values of L and b, which minimize the error between the perceptually weighted speech and the perceptually weighted synthesized speech. The minimization of the error may be expressed by the following equation:

28

$$MSE = \frac{1}{L_P} \sum_{n=0}^{L_P-1} (x(n) - x'(n))^2 \qquad (28)$$

where $L_P$ is the number of samples in the pitch subframe, which in the exemplary embodiment is 40 for a full rate pitch subframe. The pitch gain, b, is the value which minimizes the MSE. These calculations are repeated for all allowed values of L, and the L and b that produce the minimum MSB are chosen for the pitch filter.

Calculating the optimal pitch lag involves the formant residual (p(n) in FIG. 3) for all time between $n=-L_{max}$ to $n=(L_P-L_{min})-1$ where $L_{max}$ is the maximum pitch lag value, $L_{min}$ is the minimum pitch lag value and $L_P$ is the pitch subframe length for the selected rate, and where n=0 is the start of the pitch subframe. In the exemplary embodiment $L_{max}=143$ and $L_{min}=17$. Using the numbering scheme provided in FIG. 14, for rate ½, n=-143 to n=142; for rate ¼, n=-143 to n=62; and for rate 1, n=-143 to n=22. For n<0, the formant residual is simply the output of the pitch filter from the previous pitch subframes, which is held in the pitch filter memory, and is referred to as the closed loop formant residual. For n≥0, the formant residual is the output of a formant analysis filter having a filter characteristic of A(z) where the input is the current analysis frame speech samples. For n≥0, the formant residual is referred to as the open loop formant residual and would be exactly p(n) if the pitch filter and codebook do a perfect prediction at this subframe. Further explanation of the computation of the optimum pitch lag from the associated formant residual values is provided with reference to FIGS. 14–17.

The pitch search is done over 143 reconstructed closed-loop formant residual samples, p(n) for n<0, plus $L_P-L_{min}$ unquantized open-loop formant residual samples, $p_o(n)$ for n≥0. The search effectively changes gradually from mostly an open-loop search where L is small and thus most of the residual samples used are n>0, to a mostly closed-loop search where L is large and thus all of the residual samples used are n<0. For example, using the numbering scheme provided in FIG. 14 at full rate, where the pitch subframe is comprised of 40 speech samples, the pitch search begins using the set of formant residual samples numbered n=-17 to n=22. In this scheme from n=-17 to n=-1, the samples are closed-loop formant residual samples while from n=0 to n=22 the samples are open-loop formant residual samples. The next set of formant residual samples used in determining the optimum pitch lag are the samples numbered n=-18 to n=21. Again, from n=-18 to n=-1, the samples are closed-loop formant residual samples while from n=0 to n=21 the samples are open-loop formant residual samples. This process continues through the sample sets until the pitch lag is computed for the last set of formant residual samples, n=-143 to n=-104.

As discussed previously with respect to equation (28), the objective is to minimize the error between x(n), the perceptually weighted speech minus the zero input response (ZIR) of the weighted formant filter, and x'(n), the perceptually weighted synthesized speech given no memory in the filters, over all possible values of L and b, given zero contribution from the stochastic codebook (G=0). Equation (28) can be rewritten with respect to b where:

$$MSE = \frac{1}{L_P} \sum_{n=0}^{L_P-1} (x(n) - by(n))^2 \qquad (29)$$

where,

Ex. 3-37

5,778,338

**29**

-continued

$$y(n) = b(n)^* p(n - L) \quad \text{for } 0 \leq n \leq L_p - 1 \tag{30}$$

where y(n) is the weighted synthesized speech with pitch lag L when b=1, and b(n) is the impulse response of the weighted formant synthesis filter having the filter characteristic according to equation (3).

This minimization process is equivalent to maximizing the value $E_L$ where:

$$E_L = \frac{(E_{xy})^2}{E_{yy}} \tag{31}$$

where,

$$E_{xy} = \sum_{n=0}^{L_p-1} x(n)y(n) \tag{32}$$

and,

$$E_{yy} = \sum_{n=0}^{L_p-1} y(n)y(n) \tag{33}$$

The optimum b for the given L is found to be:

$$b_L = \frac{E_{xy}}{E_{yy}} \tag{34}$$

This search is repeated for all allowed values of L. The optimum b is restricted to be positive, so L resulting in any negative $E_{xy}$ is ignored in the search. Finally the lag. L and the pitch gain, b, that maximize $E_L$ are chosen for transmission.

As mentioned previously, x(n) is actually the perceptually weighted difference between the input speech and the ZIR of the weighted formant filter because for the recursive convolution, set for below in equations (35)–(38), the assumption is that the filter A(z) always starts with 0 in the filter memory. However the filter starting with a 0 in the filter memory is not actually the case. In synthesis, the filter will have a state remaining from the previous subframe. In the implementation, the effects of the initial state are subtracted from the perceptually weighted speech at the start. In this way, only the response of the steady-state filter A(z). all memories initially=0, to p(n) needs to be calculated for each L, and recursive convolution can be used. This value of x(n) needs to be computed only once but y(n), the zero state response of the formant filter to the output of the pitch filter, needs to be computed for each lag L. The computation of each y(n) involves many redundant multiplications, which do not need to be computed each lag. The method of recursive convolution described below is used to minimize the computation required.

With respect to recursive convolution the value $y_L(n)$ is defined by the value y(n) where:

$$y_L(n) = h(n) * p(n - L) \quad 17 \leq L \leq 143 \tag{35}$$

or,

$$y_L(n) = \sum h(i) p(n - L - i) \quad 17 \leq L \leq 143 \tag{36}$$

From equations (32) and (33) it can be seen that:

$$y_L(0) = p(-L)h(0) \tag{37}$$

$$y_L(n) = y_{L-1}(n-1) + p(-L)h(n) \quad 1 \leq n \leq L_p, 17 < L \leq 143 \tag{38}$$

In this way once the initial convolution for $y_{17}(n)$ is done, the remaining convolutions can be done recursively, greatly decreasing the number of computations required. For the example given above for rate 1, the value $y_{17}(n)$ is computed

**30**

by equation (36) using the set of formant residual samples numbered n=−17 to n=22.

Referring to FIG. 15, the encoder includes a duplicate of the decoder of FIG. 5, decoder subsystem 235 of FIG. 7, absent the adaptive postfilter. In FIG. 15 the input to the pitch synthesis filter 550 is the product of the codebook value $c_i(n)$ and the codebook gain G. The output formant residual samples p(n) are input to formant synthesis filter 552 where filtered and output as reconstructed speech samples s'(n). The reconstructed speech s'(n) are subtracted from the corresponding input speech samples s(n) in adder 554. The difference between the samples s(n)' and s(n) are input to perceptual weighting filter 556. With respect to pitch synthesis filter 550, formant synthesis filter 552 and perceptual weighting filter 556, each filter contains a memory of the filter state where: $M_p$ is the memory in the pitch synthesis filter 550; $M_t$ is the memory in the formant synthesis filter 552 and $M_w$ is the memory in the perceptual weighting filter 556.

The filter state $M_t$ from decoder subsystem formant synthesis filter 552 is provided to pitch search subsystem 220 of FIG. 7. In FIG. 16 the filter state $M_t$ is provided to calculate the zero input response (ZIR) of filter 560 which computes the ZIR of formant synthesis filter 552. The computed ZIR value is subtracted from the input speech samples s(n) in adder 562 with the result weighted by perceptual weighting filter 564. The output from perceptual weighting filter 564. $x_n(n)$, is used as the weighted input speech in equations (28)–(34) where $x(n)=x_w(n)$.

Referring back to FIGS. 14 and 15, pitch synthesis filter 550 as illustrated in FIG. 14 provides to adaptive codebook 568 which is in essence a memory for storing the closed and open loop formant residual samples which were computed as discussed above. The closed loop formant residual is stored in memory portion 570 while the open loop formant residual is stored in memory portion 572. The samples are stored according to the exemplary numbering scheme as discussed above. The closed loop formant residual is organized as discussed above with respect to usage for each pitch lag L search. The open loop formant residual is computed from the input speech samples s(n) for each pitch subframe using the formant analysis filter 574 which uses the decoder subsystem formant synthesis filter 552 memory $M_w$ in computing the values of $p_o(n)$. The values of $p_o(n)$ for the current pitch subframe are shifted through a series of delay elements 576 for providing to memory portion 572 of adaptive codebook 568. The open loop formant residuals are stored with the first residual sample generated numbered as 0 and the last numbered 142.

Referring now to FIG. 16, the impulse response h(n) of the formant filter is computed in filter 566 and output to shift register 580. As discussed above with respect to the impulse response of the formant filter h(n), equations (29) equations (29)–(30) and (35)–(38), these values are computed for each pitch subframe in filter. To further reduce the computational requirements of the pitch filter subsystem, the impulse response of the formant filter h(n) is truncated to 20 samples.

Shift register 580 along with multiplier 582, adder 584 and shift register 586 are configured to perform the recursive convolution between the values h(n) from shift register 580 and the values c(m) from adaptive codebook 568 as discussed above. This convolution operation is performed to find the zero-state respose (ZSR) of the formant filter to the input coming from the pitch filter memory, assuming that the pitch gain is set to 1. In operation of the convolution circuitry, n cycles from $L_p$ to 1 for each m while m cycles from $(L_p-17)-1$ to −143. In register 586 data is not forwarded when n=1 and data is not latched is when n=$L_p$. Data is provided as an output from the convolution circuitry when m≤31 17.

5,778,338

| 31 | 32 |

Following the convolution circuitry is correlation and comparison circuitry which performs the search to find the optimal pitch lag L and pitch gain b. The correlation circuitry, also referred to as the mean square error (MSE) circuitry, computes the auto and cross-correlation of the ZSR with the perceptually weighted difference between the ZIR of the formant filter and the input speech, i.e. x(n). Using these values, the correlation circuitry computes the value of the optimal pitch gain b for each value of the pitch lag. The correlation circuitry is comprised of shift register 588, multipliers 590 and 592, adders 594 and 596, registers 598 and 600, and divider 602. In the correlation circuitry computations are such that n cycles from $L_p$ to 1 while m cycles from $(L_p-17)-1$ to $-143$.

The correlation circuitry is followed by comparison circuitry which performs the comparisons and stores the data in order to determine the optimum value of pitch lag L and gain b. The comparison circuitry is comprised of multiplier 604; comparator 606; registers 608, 610 and 612; and quantizer 614. The comparison circuitry outputs for each pitch subframe the values for L and b which minimize the error between the synthesized speech and the input speech. The value of b is quantized into eight levels by quantizer 614 and represented by a 3-bit value, with an additional level. b=0 level being inferred when L=16. These values of L and b are provided to codebook search subsystem 230 and data buffer 222. These values are provided via data packing subsystem 238 or data buffer 222 to decoder 234 for use in the pitch search.

Like the pitch search, the codebook search is an analysis by synthesis coding system, in which encoding is done by counter output provided to codebook subframe LSP interpolation subsystem 226 for use in the codebook subframe LSP interpolation. Codebook subframe counter 232 also provides an output, indicative of a completion of a codebook subframe for the selected rate, to pitch subframe counter 224.

The excitation codebook consists of $2^M$ code vectors which are constructed from a unit-variant white Gaussian random sequence. There are 128 entries in the codebook for M=7. The codebook is organized in a recursive fashion such that each code vector differs from the adjacent code vector by one sample; that is, the samples in a code vector are shifted by one position such that a new sample is shifted in at one end and a sample is dropped at the other. Therefore a recursive codebook can be stored as a linear array that is $2^M+(L_c-1)$ long where $L_c$ is the codebook subframe length. However, to simplify the implementation and to conserve memory space, a circular codebook $2^M$ samples long (128 samples) is used.

To reduce calculations, the gaussian values in the codebook are center-clipped. The values are originally chosen from a white gaussian process of variance 1. Then, any value with magnitude less than 1.2 is set to zero. This effectively sets about 75% of the values to zero, producing a codebook of impulses. This center-clipping of the codebook reduces the number of multiplications needed to perform the recursive convolution in the codebook search by a factor of 4, since multiplications by zero need not be performed. The codebook used in the current implementation is given below in Table VII.

TABLE VIII

| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x2afe | 0x0000 | 0x0000 | 0x0000 |
| 0x41da | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x3f6b3 | 0x0000 | 0x363a |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x417d | 0x0000 | 0x0000 |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x9dfa | 0x0000 | 0x0000 |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 |
| 0x0000 | 0x25fa | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 |
| 0x0000 | 0x54fb | 0x0x65 | 0x0000 | 0x0000 | 0xd6a3 | 0x0000 | 0x0000 |
| 0x0000 | 0x3e53 | 0x0000 | 0x0000 | 0x5ed | 0x0000 | 0x0000 | 0x0000 |
| 0x00f9 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x3d14 | 0x996a | 0x0000 |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x4ee7 | 0xf7ca | 0x0000 |
| 0x0000 | 0x438c | 0x0000 | 0x0000 | 0xae49 | 0x30b1 | 0x0000 | 0x0000 |
| 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x1ff7 | 0x3a16 | 0x0f0b |
| 0x0000 | 0x0000 | 0x3fed | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x32ff |
| 0xbfdd | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 | 0x0000 |

selecting parameters which minimize the error between the input speech and the speech synthesized using those parameters. For rate ½, the pitch gain b is set to zero.

As discussed previously, each 20 msec. is subdivided into a number of codebook subframes which, as previously described, depends upon the the data rate chosen for the frame. Once per codebook subframe, the parameters G and L, the codebook gain and index, respectively, are calculated. In the calculation of these parameters the LSP frequencies are interpolated for the subframe, except for full rate, in codebook subframe LSP interpolation subsystem 226 in a manner similar to that described with reference to pitch subframe LSP interpolation subsystem 216. The codebook subframe interpolated LSP frequencies are also converted to LPC coefficients by LSP to LPC transformation subsystem 228 for each codebook subframe. Codebook subframe counter 232 is used to keep track of the codebook subframes for which the codebook parameters are computed, with the

Again, the speech coder utilizes a perceptual noise weighting filter of the form set forth in equation (1) which includes a weighted synthesis filter of the form set forth in equation (3). For each codebook index, I, the speech is synthesized and compared with the original speech. The error is weighted by the perceptual weighting filter before its MSE is calculated.

As stated previously, the objective is to minimize the error between x(n) and x'(n) over all possible values of I and G. The minimization of the error may be expressed by the following equation:

$$MSE = \frac{1}{L_c} \sum_{n=0}^{L_c-1} (x(n) - x'(n))^2 \tag{38}$$

where $L_c$ is the number of samples in the codebook subframe. Equation (38) may be rewritten with respect to G where:

5,778,338

33

$$MSE = \frac{1}{L_C} \sum_{n=0}^{L_C-1} (x(n) - Gy(n))^2 \qquad (40)$$

where y is derived by convolving the impulse response of the formant filter with the Ith code vector, assuming that G=1. Minimizing the MSE is, in turn, equivalent to maximizing:

$$E_I = \frac{(E_{xy})^2}{E_{yy}} \qquad (41)$$

where,

$$E_{xy} = \sum_{n=0}^{L_C-1} x(n)y(n) \qquad (42)$$

and

$$E_{yy} = \sum_{n=0}^{L_C-1} y(n)y(n) \qquad (43)$$

The optimum G for the given I is found according to the following equation:

$$G_I = \frac{E_{xy}}{E_{yy}} \qquad (44)$$

This search is repeated for all allowed values of I. In contrast to the pitch search, the optimum gain, G, is allowed to be both positive or negative. Finally the index, I, and the codebook gain, G, that maximize $E_I$ are chosen for transmission.

Again it should be noted that x(n), the perceptually weighted difference between the input speech and the ZIR of the weighted pitch and formant filters, needs to be computed only once. However, y(n), the zero state response of the pitch and formant filters for each code vector, needs to be computed for each code index I. Because a circular codebook is used, the method of recursive convolution described for pitch search can be used to minimize the computation required.

Referring again to FIG. 15, the encoder includes a duplicate of the decoder of FIG. 5, decoder subsystem 235 of FIG. 7 in which the filter states are computed wherein; $M_p$ is the memory in the pitch synthesis filter 550; $M_x$ is the memory in the formant synthesis filter 552; and $M_w$ is the memory in the perceptual weighting filter 556.

The filter states $M_p$ and $M_x$, respectively from from decoder subsystem and formant filters 550 and 552 (FIG. 15) are provided to codebook search subsystem 230 of FIG. 7. In FIG. 17, the filter states $M_x$ and $M_p$ are provided to zero impulse response (ZIR) filter 620 which computes the ZIR of pitch and formant synthesis filters 550 and 552. The computed ZIR of the pitch and formant synthesis filters is subtracted from the input input speech samples s(n) in adder 622 with the the result weighted by the perceptual weighting filter 624. The output from perceptual weighting filter 564, $x_p(n)$, is used as the weighted input speech in the above MSE equations (39)–(44) where x(n)= $x_p(n)$.

FIG. 17, the impulse response h(n) of the formant filter is computed in filter 626 and output to shift register 628. The impulse response of the formant filter h(n), is computed for each codebook subframe. To further reduce the computational requirements, the impulse response h(n) of the formant filter is truncated to 20 samples.

Shift register 628 along with multiplier 630, adder 632 and shift register 634 are configured to perform the recursive convolution between the values h(n) from shift register 628 and the values c(m) from codebook 636 which contains the

34

codebook vectors as discussed above. This convolution operation is performed to find the zero-state response (ZSR) of the formant filter to each code vector, assuming that the codebook gain is set to 1. In operation of the convolution circuitry, n cycles from 1 to r for each m, while m cycles from 1 to 256. In register 586 data is not forwarded when m=1 and data is not latched in when n=$L_C$. Data is provided as an output from the convolution circuitry when m≤1. It should be noted that the convolution circuitry must be initialized to conduct the recursive convolution operation by cycling m subframe size times before starting the correlation and comparison circuitry which follow the convolution circuitry.

The correlation and comparison circuitry conducts the actual codebook search to yield the codebook index I and codebook gain G values. The correlation circuitry, also referred to as the mean square error (MSE) circuitry, computes the auto and cross-correlation of the ZSR with the perceptually weighted difference between the ZIR of the pitch and formant filters, and the input speech x(n). In other words the correlation circuitry computes the value of the codebook gain G for each value of the codebook index I. The correlation circuitry is comprised of shift register 638, multipliers 640 and 642, adders 644 and 646, registers 648 and 650, and divider 652. In the correlation circuitry computations are such that n cycles from $L_C$ to 1 while m cycles from 1 to 256.

The correlation circuitry is followed by comparison circuitry which performs the comparisons and storing of data in order to determine the optimum value of codebook index I and gain G. The comparison circuitry is comprised of multiplier 654; comparator 656; registers 658, 660 and 662; and quantizer 664. The comparison circuitry provides for each codebook subframe the values for I and G which minimize the error between the synthesized speech and the input speech. The codebook gain G is quantized in quantizer 614 which DPCM codes the values during quantization in a manner similar to the bias removed LSP frequency quantization and coding as described with reference to FIG. 12. These values for I and G are then provided to data buffer 222.

In the quantization and DPCM encoding of the codebook gain G is computed in accordance with the following equation:

Quantized $G_I$=20 log $G_I$–0.45(20 log $G_{I-1}$+20 log $G_{I-2}$) (45)

where 20 log $G_{I-1}$ and 20 log $G_{I-2}$ are the respective values computed for the immediately previous frame (i–1) and the frame preceding the immediately previous frame (i–2).

The LSP, I, G, L, and b values along with the rate are provided to data packing subsystem 236 where the data is arranged for transmission. In one implementation the LSP, I, G, L, and b values along with the rate may be provided to decoder 234 via data packing subsystem 236. In another implementation these values may be provided via data buffer 222 to decoder 234 for use in the pitch search. However in the preferred embodiment protection of the codebook sign bit is employed within data packing subsystem 236 which may affect the codebook index. Therefore this protection must be taken into account should I and G data be provided directly from data buffer 222.

In data packing subsystem 236 the data may be packed in accordance with various formats for transmission. FIG. 18 illustrates an exemplary embodiment of the functional elements of data packing subsystem 236. Data packing subsystem 236 is comprised of pseudorandom generator (PN) 670, cyclic redundancy check (CRC) computational element

5,778,338

| 35 | 36 |

672. data protection logic 674 and data combiner 676. PN generator 670 receives the rate and for eighth rate generates a 4-bit random number that is provided to data combiner 676. CRC element 672 receives the codebook gain and LSP values along with the rate, and for full rate generates an 11-bit internal CRC code that is provided to data combiner 676.

Data combiner 674 receives the random number; CRC code; and along with the rate and LSP, I, G, L and b values from data buffer 222 (FIG. 7b) provides an output to transmission channel data processor subsystem 234. In the implementation where the data is provided directly from data buffer 222 to decoder 234 at a minimum the PN generator 4-bit number is provided from PN generator 670 via data combiner 676 to decoder 234. At full rate the CRC bits are included along with the frame data as output from data combiner 674, while at eighth rate the codebook index value is dropped and replaced by the random 4-bit number.

In the exemplary embodiment it is preferred that protection be provided to the codebook gain sign bit. Protection of this bit is to make the vocoder decoder less sensitive to a single bit error in this bit. If the sign bit were changed due to an undetected error, the codebook index would point to a vector unrelated to the optimum. In the error situation without protection, the negative of the optimum vector 25 would be selected, a vector which is in essence the worst possible vector to be used. The protection scheme employed herein ensures that a single bit error in the gain sign bit will not cause the negative of the optimum vector to be selected in the error situation. Data protection logic 674 receives the 30 codebook index and gain and examines the sign bit of the gain value. If the gain value sign bit is determined to be negative the value 89 is added. mod 128. to the associated codebook index. The codebook index whether or not modified is output from data protection logic 674 to data combiner 676.

In the exemplary embodiment it is preferred that at full rate, the most perceptually sensitive bits of the compressed voice packet data are protected. such as by an internal CRC (cyclic redundancy check). Eleven extra bits are used to 40 perform this error detection and correction function which is capable of correcting any single error in the protected block. The protected block consists of the most significant bit of the 10 LSP frequencies and the most significant bit of the 8 codebook gain values. If an uncorrectable error occurs in 45 this block, the packet is discarded and an erasure, described later, is declared. Otherwise, the pitch gain is set to zero but the rest of the parameters are used as received. In the exemplary embodiment a cyclic code is chosen to have a generator polynomial of:

$$g(x)=1+x^2+x^4+x^5+x^6+x^8+x^{10} \qquad (46)$$

yielding a (31,21) cyclic code. However, it should be understood that other generator polynomials may be used. An overall parity bit is appended to make it a (32,21) code. Since there are only 18 information bits, the first 3 digits in the code word are set to zero and not transmitted. This technique provides added protection such that if the syndrome indicates an error in these positions, it means there is an uncorrectable error. The encoding of a cyclic code in systematic form involves the computation of parity bits as x10 u(x) modulo g(x) where u(x) is the message polynomial.

At the decoding end, the syndrome is calculated as the remainder from dividing the received vector by g(x). If the syndrome indicates no error, the packet is accepted regardless of the state of the overall parity bit. If the syndrome indicates a single error, the error is corrected if the state of

the overall parity bit does not check. If the syndrome indicates more than one error, the packet is discarded. Further details on such an error protection scheme can be found in section 4.5 of "Error Control coding: Fundamentals and Applications" by Lin and Costello for details of syndrome calculation.

In a CDMA cellular telephone system implementation the data is provided from data combiner 674 to transmission channel data processor subsystem 234 for data packing for transmission in 20 msec. data transmission frames. In a transmission frame in which the vocoder is set for full rate, 192 bits are transmitted for an effective bit rate of 9.6 kbps. The transmission frame in this case is comprised of one mixed mode bit used to indicate mixed frame type (0=voice only, 1=voice and data/signalling); 160 vocoder data bits along with 11 internal CRC bits; 12 external or frame CRC bits; and 8 tail or flush bits. At half rate, 80 vocoder data bits are transmitted along with 8 frame CRC bits and 8 tail bits for an effective bit rate of 4.8 kbps. At quarter rate, 40 vocoder data bits are transmitted along with 8 tail bits for an effective bit rate of 2.4 kbps. Finally, at eighth rate 16 vocoder data bits are transmitted along with 8 tail bits for an effective bit rate of 1.2 kbps.

Further details on the modulation employed in a CDMA system in which the vocoder of the present invention is to be employed are disclosed in copending U.S. patent application Ser. No. 07/543,496, filed Jun. 25, 1990, and entitled "SYSTEM AND METHOD FOR GENERATING SIGNAL WAVEFORMS IN A CDMA CELLULAR TELEPHONE SYSTEM", assigned to the Assignee of the present invention. In this system at rates other than full rate a scheme is employed in which the data bits are organized into groups with the bit groups pseudorandomly positioned within the 20 msec. data transmission frame. It should be understood that other frame rates and bit representations may readily be employed other than those presented for purposes of illustration herein with respect to the vocoder and the CDMA system implementation, such that other implementations are available for the vocoder and other system applications.

In the CDMA system, and also applicable to other systems, processor subsystem 238 on a frame by frame basis may interrupt transmission of vocoder data to transmit other data, such as signalling data or other non-speech information data. This particular type of transmission situation is referred to as "blank and burst". Processor subsystem 238 essentially replaces the vocoder data with the desired transmission data for the frame.

Another situation may arise where there is a desire to transmit both vocoder data and other data during the same data transmission frame. This particular type of transmission situation is referred to as "dim and burst". In a "dim and burst" transmission, the vocoder is provided with rate bound commands which set the vocoder final rate at the desired rate, such as half rate. The half rate encoded vocoder data is provided to processor subsystem 238 which inserts the additional data along with the vocoder data for the data transmission frame.

An additional function provided for full-duplex telephone links is a rate interlock. If one direction of the link is transmitting at the highest transmission rate, then the other direction of the link is forced to transmit at the lowest rate. Even at the lowest rate, sufficient intelligibility is available for the active talker to realize that he is being interrupted and to stop talking, thereby allowing the other direction of the link to assume the active talker role. Furthermore, if the active talker continues to talk over an attempted interruption, he will probably not perceive a degradation in

5,778,338

37

quality because his own speech "jams" the ability to perceive quality. Again by using the rate bound commands the vocoder can be set to vocode the speech at a lower than normal rate.

It should be understood that the rate bound commands can be used to set the vocoder maximum rate at less than full rate when additional capacity in the CDMA system is needed. In a CDMA system in which a common frequency spectrum is used for transmission, one user's signal appears as interference to other users in the system. System user capacity is thus limited by the total interference caused by system users. As the level of interference increases, normally due to an increase in users within the system, a degradation in quality is experienced by the users due to the increase in interference.

Each user's contribution to interference in the CDMA system is a function of the user's transmission data rate. By setting a vocoder to encode speech at a lower than normal rate, the encoded data is then transmitted at the corresponding reduced transmission data rate, which reduces the level of interference caused by that user. Therefore system capacity may be substantially increased by vocoding speech at a lower rate. As system demand increases, user vocoders may be commanded by the system controller or cell base station to reduce encoding rate. The vocoder of the present invention is of a quality such that there is very little, although some, perceptable difference between speech encoded at full and half rate. Therefore the effect in quality of communications between system users where speech is vocoded at a lower rate, such as half rate, is less significant than that caused by an increasing level of interference which results from an increased number of users in the system.

Various schemes may therefore be employed to set individual vocoder rate bounds for lower than normal vocoding rates. For example, all users in a cell may be commanded to encode speech at half rate. Such action substantially reduces system interference, with little effect in quality in communications between users, while providing a substantial increase in capacity for additional users. Until the total interference in the system is increased by the additional users to a level of degradation there is no impact in quality in communications between users.

As mentioned previously, the encoder includes a copy of the decoder in order to accomplish the analysis-by-synthesis technique in encoding the frames of speech samples. As illustrated in FIG. 7, decoder 234 receives the values L, b, I and I either via data packing subsystem 238 or data buffer 222 for reconstructing the synthesized speech for comparison with the input speech. The outputs from decoder are the values $M_p$, $M_s$, and $M_w$ as discussed previously. Further details on decoder 234 as used in the encoder and in reconstructing the synthesized speech at the other end of the transmission channel may be discussed together with reference to FIGS. 19-24.

FIG. 19 is a flow diagram for an exemplary implementation of the decoder of the present invention. Due to a common structure of the decoder as implemented within the encoder, and at the receiver, these implementations are discussed together. The discussion with respect to FIG. 19 is primarily concerned with the decoder at the end of the transmission channel since data received thereat must be preprocessed in the decoder whereas in the encoder's decoder the appropriate data (rate, I, G, L, and b) is received directly from data packing subsystem 238 or data buffer 222. However, the basic function of the decoder is the same for both encoder and decoder implementations.

As discussed with reference to FIG. 5, for each codebook subframe, the codebook vector specified by the codebook

38

index I is retrieved from the stored codebook. The vector is multiplied by the codebook gain G and then filtered by the pitch filter for each pitch subframe to yield the formant residual. This formant residual is filtered by the formant filter and then passed through an adaptive formant postfilter and a brightness postfilter, along with automatic gain control (AGC) to produce the output speech signal.

Although the length of codebook and pitch subframe varies, decoding is done in 40 sample blocks for ease of implementation. The compressed data received is first unpacked into codebook gains, codebook indexes, pitch gains, pitch lags, and LSP frequencies. The LSP frequencies must be processed through their respective inverse quantizers and DPCM decoders as discussed with reference to FIG. 22. Similarly the codebook gain values must be processed in a similar manner to the LSP frequencies, except without the bias aspect. Also the pitch gain values are inverse quantized. These parameters are then provided for each decoding subframe. In each decoding subframe, 2 sets of codebook parameters (G & I), 1 set of pitch parameters (b & L), and 1 set of LPC coefficients are needed to generate 40 output samples. FIGS. 20 and 21 illustrate exemplary subframe decoding parameters for the various rates and other frame conditions.

For full rate frames, there are 8 sets of received codebook parameters and 4 sets of received pitch parameters. The LSP frequencies are interpolated four times to yield 4 sets of LSP frequencies. The parameters received and corresponding subframe information is listed in FIG. 20a.

For half rate frames, each set of the four received codebook parameters is repeated once, each set of the two received pitch parameters is repeated once. The LSP frequencies are interpolated three times to yield 4 sets of LSP frequencies. The parameters received and corresponding subframe information is listed in FIG. 20b.

For quarter rate frames, each set of the two received codebook parameters is repeated four times, the set of pitch parameters is also repeated four times. The LSP frequencies are interpolated once to yield 2 sets of LSP frequencies. The parameters received and corresponding subframe information is listed in FIG. 20c.

For eighth rate frames, the set of received codebook parameters is used for the entire frame. Pitch parameters are not present for eighth rate frames and the pitch gain is simply set to zero. The LSP frequencies are interpolated once to yield 1 set of LSP frequencies. The parameters received and corresponding subframe information is listed in FIG. 20d.

Occasionally, the voice packets may be blanked out in order for the CDMA cell or mobile station to transmit signalling information. When the vocoder receives a blank frame, it continues with a slight modification to the previous frame's parameters. The codebook gain is set to zero. The previous frame's pitch lag and gain are used as the current frame pitch lag and gain except that the gain is limited to one or less. The previous frame's LSP frequencies are used as is without interpolation. Note that the encoding end and the decoding end are still synchronized and the vocoder is able to recover from a blank frame very quickly. The parameters received and corresponding subframe information is listed in FIG. 21a.

In the event that a frame is lost due to a channel error, the vocoder attempts to mask this error by maintaining a fraction of the previous frame's energy and smoothly transitioning to background noise. In this case the pitch gain is set to zero; a random codebook is selected by using the previous subframe's codebook index plus 89; the codebook gain is

5,778,338

39

0.7 times the previous subframe's codebook gain. It should be noted that there is nothing magic about the number 89. this is just a convenient way of selecting a pseudorandom codebook vector. The previous frame's LSP frequencies are forced to decay toward their bias values as:

$$\omega_i 0.9 \text{ (previous } \omega_i\text{-bias value of } \omega_i\text{)+bias value of } \omega_i \qquad (47)$$

The LSP frequency bias values are shown in Table 5. The parameters received and corresponding subframe information is listed in FIG. 21b.

If the rate cannot be determined at the receiver, the packet is discarded and an erasure is declared. However, if the receiver determines there is a strong likelihood the frame was transmitted at full rate, though with errors the following is done. As discussed previously at full rate, the most perceptually sensitive bits of the compressed voice packet data are protected by an internal CRC. At the decoding end, the syndrome is calculated as the remainder from dividing the received vector by g(x), from equation (46). If the syndrome indicates no error, the packet is accepted regardless of the state of the overall parity bit. If the syndrome indicates a single error, the error is corrected if the state of the overall parity bit does not check. If the syndrome indicates more than one error, the packet is discarded. If an uncorrectable error occurs in this block, the packet is discarded and an erasure is declared. Otherwise the pitch gain is set to zero but the rest of the parameters are used as received with corrections, as illustrated in FIG. 21c.

The postfilters used in this implementation were first described in "Real-Time Vector APC Speech Coding At 4800 BPS with Adaptive postfiltering" by J. H. Chen et al., Proc. ICASSP, 1987. Since speech formants are perceptually more important than spectral valleys, the postfilter boosts the formants slightly to improve the perceptual quality of the coded speech. This is done by scaling the poles of the formant synthesis filter radially toward the origin. However, an all pole postfilter generally introduces a spectral tilt which results in muffling of the filtered speech. The spectral tilt of this all pole postfilter is reduced by adding zeros having the same phase angles as the poles but with smaller radii, resulting in a postfilter of the form:

$$H(z) = \frac{A(z/p)}{A(z/\sigma)} \qquad 0 < p < \sigma < 1 \qquad (48)$$

where A(z) is the formant prediction filter and the values ρ and σ are the postfilter scaling factors where ρ is set to 0.5, and σ is set to 0.8.

An adaptive brightness filter is added to further compensate for the spectral tilt introduced by the formant postfilter. The brightness filter is of the form:

$$B(z) = \frac{1 - \kappa z^{-1}}{1 + \kappa z^{-1}} \qquad (49)$$

where the value of κ (the coefficient of this one tap filter) is determined by the average value of the LSP frequencies which approximates the change in the spectral tilt of A(z).

To avoid any large gain excursions resulting from postfiltering, an AGC loop is implemented to scale the speech output so that it has roughly the same energy as the non-postfiltered speech. Gain control is accomplished by dividing the sum of the squares of the 40 filter input samples by the sum of the squares of the 40 filter output samples to get the inverse filter gain. The square root of this gain factor is then smoothed:

$$\text{Smoothed } \beta = 0.2 \text{ current } \beta + 0.98 \text{ previous } \beta \qquad (50)$$

40

and then the filter output is multiplied with this smoothed inverse gain to produce the output speech.

In FIG. 19 the data from the channel along with the rate, either transmitted along with the data or derived by other means is provided to data unpacking subsystem 700. In an exemplary implementation for a CDMA system a rate decision can be derived from the error rate is the received data when it is decoded at each of the different rates. In data unpacking subsystem 700, at full rate a check of the CRC is made for errors with the result of this check provided to subframe data unpack subsystem 702. Subsystem 700 provides an indication of abnormal frame conditions such as a blank frame, erasure frame or error frame with usable data to subsystem 702. Subsystem 700 provides the rate along with the parameters I, G, L, and b for the frame to subsystem 702. In providing the codebook index I and gain G values, the sign bit of the gain value is checked in subsystem 702. If the sign bit is negative, the value 89 is subtracted, mod 128, from the associated codebook index. Furthermore in subsystem 702 the codebook gain is inverse quantized and DPCM decoded, while the pitch gain is inverse quantized.

Subsystem 700 also provides the rate and the LSP frequencies to LSP inverse quantization/interpolation subsystem 704. Subsystem 700 further provides an indication of a blank frame, erasure frame or error frame with usable data to subsystem 704. Decode subframe counter 706 provides an indication of the subframe count value i and j to both subsystems 702 and 704.

In subsystem 704 the LSP frequencies are inverse quantized and interpolated. FIG. 22 illustrates an implementation of the inverse quantization portion of subsystem 704, while the interpolation portion is substantially identical to that described with reference to FIG. 12. In FIG. 22. the inverse quantization portion of subsystem 704 is comprised of inverse quantizer 750, which is constructed identical to that of inverse quantizer 468 of FIG. 13 and operates in a similar manner. The output of inverse quantizer 750 is provided as one input to adder 752. The other input to adder 752 is provided as the output of multiplier 754. The output of adder 752 is provided to register 756 where stored and output for multiplication with the constant 0.9 in multiplier 754. The output from adder 752 is also provided to adder 758 where the bias value is added back into the LSP frequency. The ordering of the LSP frequencies is ensured by logic 760 which forces the LSP frequencies to be of a minimum separation. Generally the need to force separation does not occur unless an error occurs in transmission. The LSP frequencies are the interpolated as discussed with reference to FIG. 13 and with reference to FIGS. 20a-20d and 21a-21c.

Referring back to FIG. 19. memory 708 is coupled to subsystem 704 for storing previous frame LSPs. $\omega_{i,n-1}$ and may also be used to store the bias values $b\omega_i$. These previous frame values are used in the interpolation for all rates. For conditions of blanking. erasure or error frame with usable data, the previous LSPs $\omega_{i,n-1}$ are used in accordance with the chart in FIGS. 21a-21c. In response to a blank frame indication from subsystem 700, subsystem 704 retrieves the previous frame LSP frequencies stored in memory 708 for use in the current frame. In response to an erasure frame indication, subsystem 704 again retrieves the previous frame LSP frequencies from memory 708 along with the bias values so as to compute the current frame LSP frequencies as discussed above. In performing this computation the stored bias value is subtracted from the previous frame LSP frequency in an adder, with the result multiplied in a multiplier by a constant value of 0.9 with this result added in an adder to the stored bias value. In response to an error

5,778,338

41

frame with usable data indication. the LSP frequencies are interpolated as was for full rate if the CRC passes.

The LSPs are provided to LSP to LPC transformation subsystem 710 where the LSP frequencies are converted back to LPC values. Subsystem 710 is substantially identical to LSP to LPC transformation subsystems 218 and 228 of FIG. 7 and as described with reference to FIG. 13. The LPC coefficients $\alpha_i$ are then provided to both formant filter 714 and formant postfilter 716. The LSP frequencies are also averaged over the subframe in LSP averager subsystem 712 and provided to adaptive brightness filter 718 as the value x.

Subsystem 702 receives the parameters I, G, L, and b for the frame from subsystem 700 along with the rate or abnormal frame condition indication. Subsystem 702 also receives from subframe counter 706 the j counts for each i count in each decode subframe 1–4. Subsystem 702 is also coupled to memory 720 which stores the previous frame values for G, I, L and b for use in abnormal frame conditions. Subsystem 702 under normal frame conditions, except for eighth rate, provides the codebook index value I, to codebook 722; the codebook gain value $G_i$ to multiplier 724; and the pitch lag L and gain b values to pitch filter 726 in accordance with FIG. 20a–20d. For eighth rate since there is no value for the codebook index sent, a packet seed which is the 16-bit parameter value (FIG. 2d) for eighth rate is provided to codebook 722 along with a rate indication. For abnormal frame conditions the values are provided from subsystem 702 in accordance with FIGS. 21a–21c. Furthermore for eighth rate, an indication is provided to codebook 722 as is discussed with reference to FIG. 23.

In response to a blank frame indication from subsystem 700, subsystem 702 retrieves the previous frame pitch lag L and gain b values, except the gain is limited to one or less, stored in memory 708 for use in the current frame decode subframes. Furthermore no codebook index I is provided and the codebook gain G is set to zero. In response to an erasure frame indication, subsystem 702 again retrieves the previous frame subframe codebook index from memory 720 and adds in an adder the value of 89. The previous frame subframe codebook gain is multiplied in a multiplier by the constant 0.7 to produce the respective subframe values of G. No pitch lag value is provided while the pitch gain is set to zero. In response to an error frame with usable data indication, the codebook index and gain are used as in a full rate frame, provided the CRC passes, while no pitch lag value is provided and the pitch gain is set to zero.

As discussed with reference to the encoder's decoder in the analysis-by-synthesis technique, the codebook index I is used as the initial address for the codebook value for output to multiplier 724. The codebook gain value is multiplied in multiplier 724 with the output value from codebook 722 with the result provided to pitch filter 726. Pitch filter 726 uses the input pitch lag L and gain b values to generate the formant residual which is output to formant filter 714. In formant filter 714 the LPC coefficients are used in filtering the formant residual so as to reconstruct the speech. At the receiver decoder the reconstructed speech is further filtered by formant postfilter 716 and adaptive brightness filter 718. AGC loop 728 is used at the output of formant filter 714 and formant postfilter 716 with output thereof multiplied in multiplier 730 with the output of adaptive brightness filter 718. The output of multiplier 730 is the reconstructed speech which is then converted to analog form using known techniques and presented to the listener. In the encoders decoder, the perceptual weighting filter is placed at the output in order to update its memories.

Referring to FIG. 22, further details of the implementation of the decoder itself are illustrated. In FIG. 22 codebook 722

42

is comprised of memory 750 similar to that described with reference to FIG. 17. However for purposes of explanation a slightly different approach is illustrated in FIG. 22. Codebook 722 is further comprised of switch 752, multiplexer 753 and pseudorandom number (PN) generator 754. Switch 752 is responsive to the codebook index for pointing to the index address location of memory 750, as was discussed with reference to FIG. 17. Memory 750 is a circular memory with switch 752 pointing to the initial memory location with the values shifted through the memory for output. The codebook values are output from memory 750 through switch 752 as one input to multiplexer 753. Multiplexer 753 is responsive to the rates of full, half and quarter for providing an output of the values provided through switch 752 to codebook gain amplifier, multiplier 724. Multiplexer 753 is also responsive to the eighth rate indication for selecting the output of PN generator 754 for the output of codebook 722 to multiplier 724.

In order to maintain high voice quality in CELP coding, the encoder and decoder must have the same values stored in their internal filter memories. This is done by transmitting the codebook index, so that the decoder's and encoder's filters are excited by the same sequence of values. However, for the highest speech quality these sequences consist of mostly zeroes with some spikes distributed among them. This type of excitation is not optimum for coding background noise.

In coding background noise, done at the lowest data rate, a pseudorandom sequence may be implemented to excite the filters. In order to ensure that the filter memories are the same in the encoder and decoder, the two pseudorandom sequences must be the same. A seed must be transmitted somehow to the receiver decoder. Since there are no additional bits that could be used to send the seed, the transmitted packet bits can be used as the seed, as if they made up a number. This technique can be done because, at the low rate, the exact same CELP analysis by synthesis structure to determine the codebook gain and index is used. The difference is that the codebook index is not sent, and the encoder filter memories are instead updated using a pseudorandom sequence. Therefore the seed for the excitation can be determined after the analysis is done. In order to ensure that the packets themselves do not periodically cycle between a set of bit patterns, four random bits are inserted in the eighth rate packet in place of the codebook index values. Therefore the packet seed is the 16-bit value as referenced in FIG. 2d.

PN generator 754 is constructed using well known techniques and may be implemented by various algorithms. In the exemplary embodiment the algorithm employed is of a nature as described in the article "DSP chips can produce random numbers using proven algorithm" by Paul Mennen, EDN, Jan. 21, 1991. The transmitted bit packet is used as the seed (from subsystem 700 of FIG. 18) for generating the sequence. In one implementation the seed is multiplied by the value 521 with the value 259 added thereto. From this resulting value the least significant bits are used as a signed 16 bit number. This value is then used as the seed in generating the next codebook value. The sequence generated by the PN generator is normalized to have a variance of 1.

Each value output from codebook 722 is multiplied in multiplier 724 by the codebook gain G as provided during the decode subframe. This value is provided as one input to adder 756 of pitch filter 726. Pitch filter 726 is further comprised of multiplier 758 and memory 760. The pitch lag L determines the position of a tap of memory 760 that is

5,778,338

43

output to multiplier 758. The output of memory 760 is multiplied in multiplier 758 with the pitch gain value b with the result output to adder 756. The output of adder 756 is provided to an input of memory 760 which is a series of delay elements such as a shift register. The values are shifted through memory 760 (in a direction as indicated by the arrow) and provided at the selected tap output as determined by the value of L. Since the values are shifted through memory 760, values older than 143 shifts are discarded. The output of adder 756 is also provided as an input to formant filter 714.

The output of adder 756 is provided to one input of adder 762 of formant filter 714. Formant filter 714 is further comprised of bank of multipliers 764a–764j and memory 766. The output of adder 762 is provided as an input to memory 766 which is also constructed as a series of tapped delay elements such as a shift register. The values are shifted through memory 766 (in a direction as indicated by the arrow) and are dumped at the end. Each element has a tap which provides the value stored there as an output to a corresponding one of multipliers 764a–764j. Each one of one of multipliers 764a–764j also receives a respective one of the LPC coefficients $\alpha_1$–$\alpha_{10}$ for multiplication with the output from memory 766. The output from adder 762 is provided as an output of formant filter 714.

The output of formant filter 714 is provided as an input to formant postfilter 716 and AGC subsystem 728. Formant postfilter 716 is comprised of adders 768 and 770 along with memory 772 and multipliers 774a–774j, 776a–776j, 780a–780j, and 782a–782j. As the values are shifted through memory 772 they are output at the corresponding taps for multiplication with the scaled LPC coefficient values for summation in adders 768 and 770. The output from formant postfilter 716 is provided as an input to adaptive brightness filter 718.

Adaptive brightness filter 718 is comprised of adders 784 and 786, registers 788 and 790, and multipliers 792 and 794. FIG. 24 is a chart illustrating the characteristics of the adaptive brightness filter. The output of formant postfilter 716 is provided as one input to adder 784 while the other input is provided from the output of multiplier 792. The output of adder 784 is provided to register 788 and stored for one cycle and output during the next cycle to multipliers 792 and 794 along with the value –$\kappa$ provided from LSP averager 712 of FIG. 19. The output from multipliers 792 and 794, are provided both to adders 784 and 786. The output from adder 786 is provided to AGC subsystem 728 and to shift register 790. Register 790 is used as a delay line to ensure coordination in the data output from formant filter 714 to AGC subsystem 728 and provided to adaptive brightness filter 718 via formant postfilter 716.

AGC subsystem 728 receives the data from formant postfilter 716 and adaptive brightness filter 718 so as to scale the speech output energy to about that of the speech input to formant postfilter 716 and adaptive brightness filter 718. AGC subsystem 728 is comprised of multipliers 796, 800, 802 and 804; adders 806, 806 and 810; register 812, 814 and 816; divider 818; and square root element 820. The 40 sample output from formant postfilter 716 is squared in multiplier 798 and summed in an accumulator comprised of adder 806 and register 812 to produce the value "x". Similarly the 40 sample output from adaptive brightness filter 718, taken prior to register 790, is squared in multiplier 800 and summed in an accumulator comprised of adder 808 and register 814 to produce the value "y". The value "y" is divided by the value "x" in divider 816 to result in the inverse gain of the filters. The square root of the inverse gain

44

factor is taken in element 818 with the result thereof smoothed. The smoothing operation is accomplished by multiplying the current value gain G by the constant value 0.02 in multiplier 802 with this result added in adder 810 to the result of 0.98 times the previous gain as computed using register 820 and multiplier 804. The output of filter 718 is then multiplied with the smoothed inverse gain in multiplier 730 to provide the output reconstructed speech. The output speech is the converted to analog form using the various well known conversion techniques for output to the user.

It should be understood that the embodiment of the present invention as disclosed herein is but an exemplary embodiment and that variations in the embodiment may be realized which are the functional equivalent. The present invention may be implemented in a digital signal processor under appropriate program control the provide the functional operation as disclosed herein to encode the speech samples and decode the encoded speech. In other implementations the present invention may be embodied in an application specific integrated circuit (ASIC) using well known very large scale integration (VLSI) techniques.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

We claim:

1. An apparatus for masking frame errors comprising:
   memory means for storing at least one previous frame of data and for providing said at least one previous frame of data in response to a frame error signal; and
   masking means for receiving said frame error signal and for generating a masking signal in accordance with said at least one previous frame of data a predetermined error masking format.

2. The apparatus of claim 1 wherein said at least one previous frame of data comprises a last frame of data capable of being decoded.

3. The apparatus of claim 2 wherein said error masking format comprises attenuating the gain of said last frame of data capable of being decoded.

4. The apparatus of claim 1 wherein said error masking format comprises attenuating the gain of said at least one previous frame of data.

5. A method for masking frame errors comprising:
   storing at least one previous frame of data;
   providing said at least one previous frame of data in response to a frame error signal; and
   generating a masking signal in accordance with said at least one previous frame of data and a predetermined error masking format.

6. The apparatus of claim 5 wherein said at least one previous frame of data comprises a last frame of data capable of being decoded.

7. The apparatus of claim 6 wherein said error masking format comprises attenuating the gain of said last frame of data capable of being decoded.

8. The apparatus of claim 5 wherein said error masking format comprises attenuating the gain of said at least one previous frame of data.

*   *   *   *   *





US005590408A

# United States Patent [19]

## Weiland et al.

| [11] | Patent Number: | 5,590,408 |
|---|---|---|
| [45] | Date of Patent: | Dec. 31, 1996 |

[54] **REVERSE LINK, TRANSMIT POWER CORRECTION AND LIMITATION IN A RADIOTELEPHONE SYSTEM**

[75] Inventors: **Ann L. Weiland**, Encinitas; **Richard K. Kornfeld**; **John E. Maloney**, both of San Diego, all of Calif.

[73] Assignee: **QUALCOMM Incorporated**, San Diego, Calif.

[21] Appl. No.: **407,543**

[22] Filed: **Mar. 20, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 203,151, Feb. 28, 1994, Pat. No. 5,452,473.

[51] Int. Cl.$^6$ ............................................ H04B 1/04
[52] U.S. Cl. ............... 455/69; 455/115; 455/116; 455/126
[58] Field of Search ............... 455/33.1, 69, 126, 455/127, 115, 117, 116; 330/129, 132, 136; 375/200, 205, 296, 297; 370/95.3

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,285,065 | 8/1981 | Priniski | 455/177.1 |
| 4,870,698 | 9/1989 | Katsuyama et al. | 455/117 |
| 4,882,767 | 11/1989 | Machida et al. | 455/117 |
| 4,939,786 | 7/1990 | MaCallum et al. | 455/117 |
| 5,056,109 | 10/1991 | Gilhousen | 455/69 |
| 5,196,808 | 3/1993 | Pickett et al. | 455/117 |
| 5,199,045 | 3/1993 | Kato | 455/88 |
| 5,267,262 | 11/1993 | Wheatley, III | 455/69 |
| 5,278,994 | 1/1994 | Black et al. | 455/126 |
| 5,297,161 | 3/1994 | Ling | 455/69 |
| 5,307,512 | 4/1994 | Mitzlaff | 455/126 |
| 5,337,006 | 8/1994 | Miyazaki | 455/126 |
| 5,381,115 | 1/1995 | Timmons et al. | 455/126 |
| 5,448,770 | 9/1995 | Hietala et al. | 455/126 |

#### OTHER PUBLICATIONS

"CDMA Network Engineering Handbook", Nov. 23, 1993, pp. 8–1 –8–8.

*Primary Examiner*—Andrew Faile
*Attorney, Agent, or Firm*—Russell B. Miller; Roger W. Martin

[57] **ABSTRACT**

The process and apparatus of the present invention limits the output power of a radiotelephone, operating in a cellular system in the preferred embodiment. This ensures the transmitted sidebands and synthesizer phase noise remains within a certain specification. This is accomplished by power detection and a correction accumulator that together generate a gain control signal by limiting the gain adjustment to a maximum value, even when the cell site communicating with the radiotelephone is sending power turn-up commands to the radiotelephone. This process includes dynamically correcting the output level of the transmitter due to gain variations in the transmitter stages or gain control elements.

**7 Claims, 9 Drawing Sheets**



Ex. 4-1

**U.S. Patent**     Dec. 31, 1996     Sheet 1 of 9     5,590,408



- Prior Art -

**FIG. 1**

Ex. 4-2





**FIG. 2**

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 113 of 268



**FIG. 3**

205

Ex. 4-4

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 114 of 268



**FIG. 4**



FIG. 5

Ex. 4-6



**FIG. 6**



**FIG. 7**



**FIG. 8**

Ex. 4-9

U.S. Patent          Dec. 31, 1996          Sheet 9 of 9          5,590,408



**FIG. 9**

5,590,408

1

# REVERSE LINK, TRANSMIT POWER CORRECTION AND LIMITATION IN A RADIOTELEPHONE SYSTEM

This is a Divisional of application Ser. No. 08/203,151, filed Feb. 28, 1994, U.S. Pat. No. 5,452,473.

## BACKGROUND OF THE INVENTION

### I. Field of the Invention

The present invention relates to radio communications. More particularly, the present invention relates to power control in a radio-telephone system.

### II. Description of the Related Art

The Federal Communications Commission (FCC) governs the use of the radio frequency (RF) spectrum. The FCC allocates certain band-widths within the RF spectrum for specific uses. A user of an allocated bandwidth of the RF spectrum must take measures to ensure that the radiated emissions inside and outside of that bandwidth are maintained within acceptable levels to avoid interfering with other users operating in the same and or other bandwidths. These levels are governed by both the FCC and the particular user-groups of said bandwidth.

The 800 MHz cellular telephone system operates its forward link, the cell to radiotelephone transmission, in the bandwidth of 869.01 MHz to 893.97 MHz and the reverse link, the radiotelephone to cell transmission, in the bandwidth of 824.01 MHz to 848.97 MHz. The forward and reverse link bandwidths are split up into channels each of which occupies a 30 kHz bandwidth. A particular user of the cellular system may operate on one or several of these channels at a time. All users of the system must ensure that they are compliant with the level of radiated emissions allowable inside and outside of the channel or channels that they have been assigned.

There are several different techniques of modulation that can be used in the cellular telephone system. Two examples of modulation techniques are frequency division multiple access (FDMA) and code division multiple access (CDMA).

The FDMA modulation technique generates signals that occupy one channel at a time while the CDMA modulation technique generates signals that occupy several channels. Both of these techniques must control their return link radiated emissions to within acceptable limits inside and outside of the assigned channel or channels. For maximum system performance, users of the CDMA technique must carefully control the level of radiated power inside the channels in which they are operating.

FIG. 1 shows a typical cellular radiotelephone. In both an FDMA and a CDMA based radiotelephone, there exists the possibility of driving the power amplifier (101) in the transmitter beyond a point where acceptable out of channel radiated emissions are maintained. This is primarily due to the increased distortion output levels of the power amplifier (101) at high output powers. Also, driving the power amplifier (101) beyond a certain point can cause interference internal to the radio. For example, PA puncturing in CDMA affects synthesizer phase noise due to large current transitions. Both of these issues cause unacceptable radio performance.

Maintaining the proper on-channel output power can be difficult due to several undesirable effects in the radiotelephone hardware. For example, the CDMA based radio must implement a power control system that operates over a very wide dynamic range, 80dB to 90dB, such that the transmitted output power is linearly related to the received input power.

Closed loop and open loop power control together determine the return link transmit energy, as disclosed in U.S. Pat. No. 5,056,109 to Gilhousen et al. and assigned to Qualcomm, Incorporated. Therefore, the linear and nonlinear errors produced in both the receiver (103) and transmitter (102) RF sections can cause unacceptable power control performance. Also, both the FDMA and CDMA based radios must operate on different channels while maintaining acceptable output power levels. Variation in output power level and input power detection versus frequency can cause an unacceptable amount of error in the amount of return link transmitted energy.

These issues present significant problems to the designer of both FDMA and CDMA based radiotelephones. There is a resulting need for an effective, cost efficient means of correcting these problems.

## SUMMARY OF THE INVENTION

The process of the present invention enables a radiotelephone to operate in a linear fashion over a wide dynamic range while maintaining acceptable transmit output power levels inside and outside of the return link bandwidth. The forward and return link power are measured by power detectors and input to an analog to digital converter accessible by both control hardware and/or software. The closed loop power control setting is also monitored. The radiotelephone uses the detected power levels and closed loop power control setting to index a set of correction tables that indicate the reverse link transmit power error and desired power amplifier biasing for the particular operating point. The radiotelephone also determines if the transmitter is operating above a maximum set point. The transmit gain and power amplifier biasing of the radiotelephone are adjusted to correct the undesired error and maintain the desired output power.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a block diagram of a typical prior art radiotelephone frequency section for use in a radiotelephone system.

FIG. 2 shows a block diagram of the preferred embodiment power control implementation.

FIG. 3 shows a block diagram of the power limiting control section as related to FIG. 2.

FIG. 4 shows a block diagram of the closed loop power control section as related to FIG. 2.

FIG. 5 shows a block diagram of the PA limit threshold control section as related to FIG. 2.

FIG. 6 shows an alternate embodiment of the present invention that employs a power limiting control system based on accumulator feedback control.

FIG. 7 shows an alternate embodiment of the present invention that employs a power limiting control system based on the closed loop power control accumulator.

FIG. 8 shows an alternate embodiment of the present invention that employs a power limiting control system based on integral feedback control.

FIG. 9 shows an alternate embodiment of the present invention that employs a power limiting control system based on a measure of receive power and the closed loop power control setting to estimate output power.

5,590,408

| 3 | 4 |

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The process of the present invention provides power control correction for a mobile radiotelephone as well as maintaining acceptable in and out of band maximum emission levels. This is accomplished by real-time compensation utilizing a set of correction tables that are generated during the production testing of each radiotelephone.

FIG. 2 shows a block diagram of a CDMA radiotelephone with the preferred embodiment power control correction implementation. FIGS. 3, 4, and 5 detail specific blocks of FIG. 2. The radiotelephone is comprised of a receive linearization section, transmit linearization section, power amplifier bias control section, and power limiting control section.

The receive linearization section includes an automatic gain control (AGC) section. The signal input to the AGC section is received on the forward link and amplified by a low noise amplifier (LNA) (211). The output of the LNA (211) is input to a variable gain amplifier (212). The variable gain amplifier (212) produces a signal that is converted to a digital signal using an analog to digital converter (ADC) (213).

The power of the digitized received signal is next computed by a digital power detector (214). The power detector (214) includes an integrator that integrates the detected power with respect to a reference voltage. In the preferred embodiment, this reference voltage is provided by the radio's demodulator to indicate the nominal value at which the demodulator requires the loop to lock in order to hold the power level constant. The demodulator requires this value for optimum performance since a power level too far out of the optimum range will degrade the performance of the demodulator. The power detector (214) performs the integration, thus generating an AGC setpoint. The setpoint and a receive frequency index are input to a receiver linearizing table (216).

The AGC setpoint and the frequency index are used to address the linearizer (216), thus accessing the proper calibration value. This calibration value is then output to a digital to analog converter (215) that generates the analog representation of the receive AGC setting.

The analog value adjusts the biasing of the variable gain amplifier (212). The control of the variable gain amplifier (212) forces the receive AGC loop to close such that the input to the receiver linearizing table (216) follows a predetermined straight line with respect to RF input power. This linearization removes the undesired linear and non-linear errors in addition to variations versus frequency that would otherwise be apparent at the input to the receiver linearizing table (216) in the receiver. These errors and variations would contribute to errors in the transmitter.

In order to reduce the error in the receive and transmit chains versus frequency, the receive and transmit linearizers utilize the frequency index that specifies the current center frequency on which the receive and transmit chains are operating. During factory calibration of the radiotelephone, the linearizers are loaded with values, in addition to the previously mentioned calibration values, that are indexed by frequency to correct the errors related to operating center frequency.

The AGC setpoint is the open loop power control signal for the radio. In the preferred embodiment, this is the power control performed by the radio by itself without current input from the cells. As the power of the signal received

from the cell increases, the radio decreases its transmit power. This output power control is accomplished by the AGC setpoint that is filtered by a low pass filter (217).

The transmit section includes a digital summer (210) that combines the AGC setpoint and a closed loop power control setting (206). The output of the summer (210) is fed into a power control limiting section (205). The operation of the power control limiting section (205) and the closed loop power control section (206), illustrated in FIGS. 3 and 4 respectively, will be discussed subsequently in greater detail.

The output of the power control limiting section (205), along with the transmit frequency index, are used to address values stored in a transmitter linearizing table (204). The transmitter linearizing table (204) contains values determined from production testing of the radiotelephone. The selected value is input to a digital to analog converter (203) whose output, an analog representation of the digital value input, controls a variable gain amplifier (202).

The biasing of the variable gain amplifier (202) is adjusted by the analog calibration value to a point such that the input to the transmitter linearizing table (204) follows a predetermined straight line with respect to transmitted RF output power. This linearization removes the undesired linear and non-linear errors along with variations versus frequency in the transmitter. This, combined with the previously mentioned receive linearization, greatly reduces the open and closed loop power control errors due to RF performance imperfections.

The power amplifier (PA) bias control section (218) controls the bias point of the transmit PA (201) based on the transmit gain setting such that the transmit sidebands for the given gain setting are optimized versus PA (201) current consumption. This allows a battery powered telephone to maximize talk time by reducing PA (201) current consumption at lower output powers while still maintaining acceptable sideband levels at higher output power levels.

The power control limiting section (205) is illustrated in FIG. 3. The power control limiting section (205) controls the closed loop power control and transmit gain settings when the output of the transmit gain summer (210) corresponds to a transmit output power level which is equal to or greater than the intended maximum output power. The maximum gain setting is determined by the PA limit threshold control section (209).

The threshold control section (209) determines the maximum gain setting based on a nominal value that is modified by a real-time measurement of the transmitted output power. The measurement is accomplished by an analog power detector (207) whose output transformed into a digital signal by an analog to digital converter (208). The digitized power value is then input to the threshold control section (209).

The threshold control section, detailed in FIG. 5, operates by the high power detector (HDET) linearizer (501) scaling the input digitized power value in order to match the numerology of the digital transmit gain control section. The scaled output from the linearizer (501) is subtracted (502) from the nominal maximum gain setting. This maximum gain setting can be hard coded into the radio during assembly or input during manufacturing and testing of the radio.

The difference of the maximum gain setting and the scaled output power is then added, by the adder (503) to the maximum gain setting. The sum of these signals is then used as the corrected maximum gain setting. This real-time modification of the detected power helps reduce the errors introduced by temperature variations and aging of the transmitter PAs. In other words, if the difference between the

5,590,408

5

maximum gain setting and the real-time measured power value is 0, then no correction is necessary. If there is a difference between the two, the difference is used to correct the maximum gain setting.

Referring to FIG. 3, a digital comparator (301) detects when the output of the transmit gain summer (210) equals or exceeds the maximum gain setting. The comparator (301) controls a 2:1 multiplexer (302) that outputs the maximum allowable setting when the output of the summer (210) exceeds the ms,mum allowable setting. When the output of the summer (210) is less than the maximum allowable setting, the multiplexer (302) outputs the direct output of the summer (210). This prohibits the transmitter from exceeding its maximum operating point.

The closed loop power control section (206), illustrated in FIG. 4, accumulates the power control commands sent on the forward link by the controlling radiotelephone cell site and outputs a gain adjust signal. The power control commands are collected in an accumulator (401). The operation of the accumulator (401) is controlled by the power control limiting section (205) when the transmit power amplifier (201) is outputting the maximum allowable power.

When the output of the summer (210) changes from being less than to equal or greater than the maximum allowable setting, the output of the closed loop power control accumulator (401) is latched into a flip-flop (402). While the output of the summer (210) is equal to or greater than the maximum allowable setting, as determined by the comparator (403) and NAND gate (404), an AND gate (405) masks off any closed loop power control up commands that would force the accumulator (401) above the flip-flop's (402) latched value. This prevents the accumulator from saturating during power limiting yet allows the closed loop power control setting to change anywhere below the latched value.

An alternate embodiment of the process of the present invention is illustrated in FIG. 6. In this embodiment, a power limiting control system is employed based on accumulator feedback control. The system operates by first measuring the output power of the power amplifier (609) using a power detector (610). The detected power is then digitized by an ADC (611) and compared to a maximum allowable setting by the comparator (601). If the output power is greater than the maximum setting, the power limiting accumulator (602) begins turning power down by reducing the gain of the variable gain amplifier (608). If the output power is less than the maximum setting the power limiting accumulator (602) returns to a 0dB correction value.

In this embodiment, a closed loop power control limiting function(604 and 60), similar to the preferred embodiment, is employed. However, the trigger for the closed loop power control limiting function is a comparator (603) that detects when the power limiting accumulator (602) is limiting the output power by comparing the accumulator (602) output to 0dB with the comparator (603). The linearizing compensation tables, similar to the tables in the preferred embodiment, are added into the transmit gain control using a summer (606).

In another alternate embodiment, illustrated in FIG. 7, a power limiting control system is employed that is based on the closed loop power control accumulator (702). The system operates by first measuring the output power of the power amplifier (705) using a power detector (706). The detected power is digitized (707) and compared to a maximum allowable setting by the comparator (701). If the output power is greater than the maximum setting, the closed loop power control accumulator (702) is modified to turn the

6

amplifier (704) power down by one step each 1.25 ms until the output power is less than the maximum setting. If the output power is less than the maximum setting, the closed loop power control accumulator is not modified. The linearizing compensation tables, similar to the preferred embodiment, are added into the transmit gain control using a summer (703).

In yet another embodiment, illustrated in FIG. 8, a power limiting control system is employed that is based on integral feedback control. The system operates by first measuring the output power of the power amplifier (808) using a power detector (809). The detected power is digitized (810) and input to an integrator (801) that follows the equation:

$$\frac{1}{K} \cdot \int(\text{Setpoint} - \text{Detected})dt$$

The integrator (801), generating a gain control signal, saturates at 0 dB and −63 dB of correction. The gain control signal is thus limited within a range. If the output power is greater than the setpoint, the integrator turns down the output power of the amplifier (807) at a rate based on the integration constant K until the setpoint is reached. The integrator is allowed to turn power down by as much as 63 dB. If the output power is less than the setpoint, the output of the integrator (801) will be forced to zero, thus not adjusting output power.

In this embodiment, a closed loop power control limiting function (803 and 804), similar to the preferred embodiment, is employed. The trigger for the closed loop power control limiting function, however, is a comparator (802) that detects when the power limiting integrator (801) is limiting the output power. The linearizing compensation tables, similar to the preferred embodiment, are added into the transmit gain control using a summer (805).

In still another embodiment, illustrated in FIG. 9, a power limiting control system is employed that is based only on a measure of receive power as determined by the Rx power lookup table (902), and the closed loop power control setting as opposed to actual output power. The transmit power limiting and closed loop power control limiting function (901) can be implemented with either the preferred embodiment using the saturating accumulator (903), or one of the alternate embodiments. However, only the receive power and closed loop power control setting are used to estimate transmit output power.

In summary, the process of the present invention ensures that the transmitted sidebands and synthesizer phase noise of a radio transmitter remains within a predetermined specification by limiting the maximum output power. This power limitation is accomplished by a control loop including a calibration look-up table. Therefore, a radiotelephone using the process of the present invention would not exceed it's nominal maximum power level due to the cell issuing too many power turn-up commands. The radiotelephone limits the power output even when the cell erroneously decides the radiotelephone power should be increased.

We claim:

1. A method for limiting transmit power of a radio operating in a radio communications system, the radio communications system comprising at least one base station that transmits signals including power control commands to the radio, the radio comprising a variable gain amplifier and a maximum gain setting, the method comprising the steps of:

    determining an open loop power control value in response to a signal received from the at least one base station;

    determining a gain adjust signal in response to the transmitted power control commands;

5,590,408

**7**

combining the open loop power control value and the gain adjust signal to produce a summation signal;

comparing the summation signal to the maximum gain setting;

if the summation signal is greater than or equal to the maximum gain setting, adjusting the variable gain amplifier in response to the maximum gain setting; and

if the summation signal is less than the maximum gain setting, adjusting the variable gain amplifier in response to the summation signal.

2. The method of claim 1 and further including the step of adjusting the maximum gain setting in response to a temperature of the variable gain amplifier.

3. The method of claim 2 wherein the step of adjusting the maximum gain setting further includes the steps of:

the variable gain amplifier transmitting a signal;

detecting a power value of the transmitted signal;

scaling the power value to produce a scaled power signal;

subtracting the maximum gain setting from the scaled power signal to produce a difference signal; and

adding the difference signal to the maximum gain setting.

4. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier and a maximum gain setting, the method comprising the steps of:

determining an open loop power control value in response to a signal received from at least one cell of the plurality of cells;

determining a gain adjust signal in response to the transmitted power control commands;

combining the open loop power control value and the gain adjust signal to produce a summation signal;

adjusting the maximum gain setting in response to a temperature of the variable gain amplifier;

comparing the adjusted maximum gain setting to the summation signal;

if the summation signal is greater than or equal to the adjusted maximum gain setting, prohibiting the gain adjust signal from increasing in response to the transmitted power control commands;

if the summation signal is greater than or equal to the adjusted maximum gain setting, adjusting the variable gain amplifier in response to the adjusted maximum gain setting; and

if the summation signal is less than the adjusted maximum gain setting, adjusting the variable gain amplifier in response to the summation signal.

5. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier, a maximum gain setting, and a power limiting accumulator, the method comprising the steps of:

the variable gain amplifier transmitting a signal;

determining a gain adjust signal in response to the transmitted power control commands;

**8**

detecting a power value of the transmitted signal;

digitizing the power value;

comparing the digitized power value to the maximum gain setting;

if the digitized power value is greater than the maximum gain setting, decreasing the gain of the variable gain amplifier; and

if the digitized power value is greater than the maximum gain setting, prohibiting the gain adjust signal from increasing in response to the transmitted power control commands.

6. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier, a maximum gain setting, and a power control command accumulator that generates a gain adjust signal, the method comprising the steps of:

the variable gain amplifier transmitting a signal;

determining the gain adjust signal in response to the transmitted power control commands;

detecting a power value of the transmitted signal;

digitizing the power value;

comparing the digitized power value to the maximum gain setting;

if the digitized power value is greater than the maximum gain setting, decreasing the gain adjust signal by a predetermined amount for every predetermined unit of time until the gain adjust signal is less than the maximum gain setting; and

if the digitized power value is less than or equal to the maximum gain setting, varying the gain of the variable gain amplifier in response to the gain adjust signal.

7. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier, a maximum gain setting, and a power limiting accumulator, the method comprising the steps of:

the variable gain amplifier transmitting a signal;

determining a gain adjust signal in response to the transmitted power control commands;

detecting a power value of the transmitted signal;

digitizing the power value;

determining a difference between the digitized power value and the maximum gain setting;

integrating the difference to generate a gain control signal, the gain control signal being limited to a predetermined range;

adjusting the variable gain amplifier with the gain control signal; and

if the gain control signal is less than a predetermined value, prohibiting the gain adjust signal from increasing the variable gain amplifier in response to the transmitted power control commands.

\* \* \* \* \*

RECYCLED



US005655220A

# United States Patent [19]

## Weiland et al.

| [11] | Patent Number: | 5,655,220 |
| --- | --- | --- |
| [45] | Date of Patent: | Aug. 5, 1997 |

[54] **REVERSE LINK, TRANSMIT POWER CORRECTION AND LIMITATION IN A RADIOTELEPHONE SYSTEM**

[75] Inventors: **Ann L. Weiland**, Encinitas; **Richard K. Kornfeld**; **John E. Maloney**, both of San Diego, all of Calif.

[73] Assignee: **Qualcomm Incorporated**, San Diego, Calif.

[21] Appl. No.: **532,383**

[22] Filed: **Sep. 22, 1995**

### Related U.S. Application Data

[60] Continuation of Ser. No. 406,432, Mar. 20, 1995, abandoned, which is a division of Ser. No. 203,151, Feb. 28, 1994, Pat. No. 5,452,473.

[51] Int. Cl.⁶ ............... H04B 7/00; H04Q 7/32
[52] U.S. Cl. ............... 455/69; 455/126; 455/115; 375/345; 370/318
[58] Field of Search ............... 455/33.1, 69, 70, 455/126, 127, 115, 117, 116, 54.1, 54.2, 67.1, 63, 67.6, 88; 330/129, 132, 136, 278, 85, 75, 282; 375/200, 205, 296, 297, 345; 370/318, 320, 335, 310

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
| --- | --- | --- | --- |
| 4,870,698 | 9/1989 | Katsuyama et al. | 455/69 |
| 5,056,109 | 10/1991 | Gilhousen et al. | 455/69 |
| 5,129,098 | 7/1992 | McGirr et al. | 455/69 |
| 5,257,283 | 10/1993 | Gilhousen et al. | 455/69 |
| 5,267,262 | 11/1993 | Wheatley, III | 455/69 |
| 5,278,992 | 1/1994 | Su et al. | 455/127 |
| 5,278,994 | 1/1994 | Black et al. | 455/115 |
| 5,297,161 | 3/1994 | Ling | 455/69 |
| 5,452,473 | 9/1995 | Weiland et al. | 455/88 |
| 5,590,408 | 12/1996 | Weiland et al. | 455/69 |

### FOREIGN PATENT DOCUMENTS

| | | |
| --- | --- | --- |
| 9107037 | 5/1991 | WIPO . |
| 9302505 | 2/1993 | WIPO . |

### OTHER PUBLICATIONS

Samir Soliman et al., "CDMA Reverse Link Open Loop Power Control", IEEE, Dec. 6, 1992, pp. 69–73.

Primary Examiner—Reinhard J. Eisenzopf
Assistant Examiner—Doris To
Attorney, Agent, or Firm—Russell B. Miller; Roger W. Martin

[57] **ABSTRACT**

The process and apparatus of the present invention limits the output power of a radiotelephone, operating in a cellular system in the preferred embodiment. This ensures the transmitted sidebands and synthesizer phase noise remains within a certain specification. This is accomplished by power detection and a correction accumulator that together generate a gain control signal by limiting the gain adjustment to a maximum value, even when the cell site communicating with the radiotelephone is sending power turn-up commands to the radiotelephone. This process includes dynamically correcting the output level of the transmitter due to gain variations in the transmitter stages or gain control elements.

**9 Claims, 9 Drawing Sheets**



Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 126 of 268



PRIOR ART

FIG. 1

Ex. 5-2

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 127 of 268



FIG. 2

Ex. 5-3



FIG. 3



FIG. 4



**FIG. 5**



FIG. 6



FIG. 7



FIG. 8

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 134 of 268



FIG. 9

5,655,220

| 1 | 2 |

# REVERSE LINK, TRANSMIT POWER CORRECTION AND LIMITATION IN A RADIOTELEPHONE SYSTEM

This is a continuation of application Ser. No. 08/406,432, filed Mar. 20, 1995 now abandoned. which is a Divisional of application Ser. No. 08/203,151, filed Feb. 28, 1994 now U.S. Pat. No. 5,452,473.

## BACKGROUND OF THE INVENTION

### I. Field of the Invention

The present invention relates to radio communications. More particularly, the present invention relates to power control in a radiotelephone system.

### II. Description of the Related Art

The Federal Communications Commission (FCC) governs the use of the radio frequency (RF) spectrum. The FCC allocates certain bandwidths within the RF spectrum for specific uses. A user of an allocated bandwidth of the RF spectrum must take measures to ensure that the radiated emissions inside and outside of that bandwidth are maintained within acceptable levels to avoid interfering with other users operating in the same and or other bandwidths. These levels are governed by both the FCC and the particular user groups of said bandwidth.

The 800 MHz cellular telephone system operates its forward link, the cell to radiotelephone transmission, in the bandwidth of 869.01 MHz to 893.97 MHz and the reverse link, the radiotelephone to cell transmission, in the bandwidth of 824.01 MHz to 848.97 MHz. The forward and reverse link bandwidths are split up into channels each of which occupies a 30 kHz bandwidth. A particular user of the cellular system may operate on one or several of these channels at a time. All users of the system must ensure that they are compliant with the level of radiated emissions allowable inside and outside of the channel or channels that they have been assigned.

There are several different techniques of modulation that can be used in the cellular telephone system. Two examples of modulation techniques are frequency division multiple access (FDMA) and code division multiple access (CDMA).

The FDMA modulation technique generates signals that occupy one channel at a time while the CDMA modulation technique generates signals that occupy several channels. Both of these techniques must control their return link radiated emissions to within acceptable limits inside and outside of the assigned channel or channels. For maximum system performance, users of the CDMA technique must carefully control the level of radiated power inside the channels in which they are operating.

FIG. 1 shows a typical cellular radiotelephone. In both an FDMA and a CDMA based radiotelephone, there exists the possibility of driving the power amplifier (101) in the transmitter beyond a point where acceptable out of channel radiated emissions are maintained. This is primarily due to the increased distortion output levels of the power amplifier (101) at high output powers. Also, driving the power amplifier (101) beyond a certain point can cause interference internal to the radio. For example, PA punctuating in CDMA affects synthesizer phase noise due to large current transitions. Both of these issues cause unacceptable radio performance.

Maintaining the proper on-channel output power can be difficult due to several undesirable effects in the radiotelephone hardware. For example, the CDMA based radio must implement a power control system that operates over a very wide dynamic range, 80 dB to 90 dB, such that the transmitted output power is linearly related to the received input power.

Closed loop and open loop power control together determine the return link transmit energy, as disclosed in U.S. Pat. No. 5,056,109 to Gilhousen et al. and assigned to Qualcomm, Incorporated. Therefore, the linear and nonlinear errors produced in both the receiver (103) and transmitter (102) RF sections can cause unacceptable power control performance. Also, both the FDMA and CDMA based radios must operate on different channels while maintaining acceptable output power levels. Variation in output power level and input power detection versus frequency can cause an unacceptable amount of error in the amount of return link transmitted energy.

These issues present significant problems to the designer of both FDMA and CDMA based radiotelephones. There is a resulting need for an effective, cost efficient means of correcting these problems.

## SUMMARY OF THE INVENTION

The process of the present invention enables a radiotelephone to operate in a linear fashion over a wide dynamic range while maintaining acceptable transmit output power levels inside and outside of the return link bandwidth. The forward and return link power are measured by power detectors and input to an analog to digital converter accessible by both control hardware and/or software. The closed loop power control setting is also monitored. The radiotelephone uses the detected power levels and closed loop power control setting to index a set of correction tables that indicate the reverse link transmit power error and desired power amplifier biasing for the particular operating point. The radiotelephone also determines if the transmitter is operating above a maximum set point. The transmit gain and power amplifier biasing of the radiotelephone are adjusted to correct the undesired error and maintain the desired output power.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a block diagram of a typical prior art radiotelephone frequency section for use in a radiotelephone system.

FIG. 2 shows a block diagram of the preferred embodiment power control correction implementation.

FIG. 3 shows a block diagram of the power limiting control section as related to FIG.2.

FIG. 4 shows a block diagram of the closed loop power control section as related to FIG.2.

FIG. 5 shows a block diagram of the PA limit threshold control section as related to FIG.2.

FIG. 6 shows an alternate embodiment of the present invention that employs a power limiting control system based on accumulator feedback control.

FIG. 7 shows an alternate embodiment of the present invention that employs a power limiting control system based on the closed loop power control accumulator.

FIG. 8 shows an alternate embodiment of the present invention that employs a power limiting control system based on integral feedback control.

FIG. 9 shows an alternate embodiment of the present invention that employs a power limiting control system based on a measure of receive power and the closed loop power control setting to estimate output power.

5,655,220

| 3 | 4 |

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The process of the present invention provides power control correction for a mobile radiotelephone as well as maintaining acceptable in and out of band maximum emission levels. This is accomplished by realtime compensation utilizing a set of correction tables that are generated during the production testing of each radiotelephone.

FIG. 2 shows a block diagram of a CDMA radiotelephone with the preferred embodiment power control correction implementation. FIGS. 3, 4, and 5 detail specific blocks of FIG. 2. The radiotelephone is comprised of a receive linearization section, transmit linearization section, power amplifier bias control section, and power limiting control section.

The receive linearization section includes an automatic gain control (AGC) section. The signal input to the AGC section is received on the forward link and amplified by a low noise amplifier (LNA) (211). The output of the LNA (211) is input to a variable gain amplifier (212). The variable gain amplifier (212) produces a signal that is converted to a digital signal using an analog to digital converter (ADC) (213).

The power of the digitized received signal is next computed by a digital power detector (214). The power detector (214) includes an integrator that integrates the detected power with respect to a reference voltage. In the preferred embodiment, this reference voltage is provided by the radio's demodulator to indicate the nominal value at which the demodulator requires the loop to lock in order to hold the power level constant. The demodulator requires this value for optimum performance since a power level too far out of the optimum range will degrade the performance of the demodulator. The power detector (214) performs the integration, thus generating an AGC setpoint. The setpoint and a receive frequency index are input to a receiver linearizing table (216).

The AGC setpoint and the frequency index are used to address the linearizer (216), thus accessing the proper calibration value. This calibration value is then output to a digital to analog converter (215) that generates the analog representation of the receive AGC setting.

The analog value adjusts the biasing of the variable gain amplifier (212). The control of the variable gain, amplifier (212) forces the receive AGC loop to close such that the input to the receiver linearizing table (216) follows a predetermined straight line with respect to RF input power. This linearization removes the undesired linear and non-linear errors in addition to variations versus frequency that would otherwise be apparent at the input to the receiver linearizing table (216) in the receiver. These errors and variations would contribute to errors in the transmitter.

In order to reduce the error in the receive and transmit chains versus frequency, the receive and transmit linearizers utilize the frequency index that specifies the current center frequency on which the receive and transmit chains are operating. During factory calibration of the radiotelephone, the linearizers are loaded with values, in addition to the previously mentioned calibration values, that are indexed by frequency to correct the errors related to operating center frequency.

The AGC setpoint is the open loop power control signal for the radio. In the preferred embodiment, this is the power control performed by the radio by itself without control input from the cells. As the power of the signal received

from the cell increases, the radio decreases its transmit power. This output power control is accomplished by the AGC setpoint that is filtered by a low pass filter (217).

The transmit section includes a digital summer (210) that combines the AGC setpoint and a closed loop power control setting (206). The output of the summer (210) is fed into a power control limiting section (205). The operation of the power control limiting section (205) and the closed loop power control section (206), illustrated in FIGS. 3 and 4 respectively, will be discussed subsequently in greater detail

The output of the power control limiting section (205), along with the transmit frequency index, are used to address values stored in a transmitter linearizing table (204). The transmitter linearizing table (204) contains values determined from production testing of the radiotelephone. The selected value is input to a digital to analog converter (203) whose output, an analog representation of the digital value input, controls a variable gain amplifier (202).

The biasing of the variable gain amplifier (202) is adjusted by the analog calibration value to a point such that the input to the transmitter linearizing table (204) follows a predetermined straight line with respect to transmitted RF output power. This linearization removes the undesired linear and non-linear errors along with variations versus frequency in the transmitter. This, combined with the previously mentioned receive linearization, greatly reduces the open and closed loop power control errors due to RF performance imperfections.

The power amplifier (PA) bias control section (218) controls the bias point of the transmit PA (201) based on the transmit gain setting such that the transmit sidebands for the given gain setting are optimized versus PA (201) current consumption. This allows a battery powered telephone to maximize talk time by reducing PA (201) current consumption at lower output powers while still maintaining acceptable sideband levels at higher output power levels.

The power control limiting section (205) is illustrated in FIG. 3. The power control limiting section (205) controls the closed loop power control and transmit gain settings when the output of the transmit gain summer (210) causes the transmit output power to go to a transmit output power level which is equal to or greater than the intended maximum output power. The maximum gain setting is determined by the PA limit threshold control section (209).

The threshold control section (209) determines the maximum gain setting based on a nominal value that is modified by a real-time measurement of the transmitted output power. The measurement is accomplished by an analog power detector (207) whose output transformed into a digital signal by an analog to digital converter (208). The digitized power value is then input to the threshold control section (209).

The threshold control section, detailed in FIG. 5, operates by the high power detector (HDET) linearizer (501) scaling the input digitized power value in order to match the numerology of the digital transmit gain control section. The scaled output from the linearizer (501) is subtracted (502) from the nominal maximum gain setting. This maximum gain setting can be hard coded into the radio during assembly or input during manufacturing and testing of the radio.

The difference of the maximum gain setting and the scaled output power is then added, by the adder (503), to the maximum gain setting. The sum of these signals is then used as the corrected maximum gain setting. This real-time modification of the detected power helps mitigate the errors introduced by temperature variations and aging of the transmitter PAs. In other words, if the difference between the

5,655,220

## 5

maximum gain setting and the real-time measured power value is 0, then no correction is necessary. If there is a difference between the two, the difference is used to correct the maximum gain setting.

Referring to FIG. 3, a digital comparator (301) detects when the output of the transmit gain summer (210) equals or exceeds the maximum gain setting. The comparator (301) controls a 2:1 multiplexer (302) that outputs the maximum allowable setting when the output of the summer (210) exceeds the maximum allowable setting. When the output of the summer (210) is less than the maximum allowable setting, the multiplexer (302) outputs the direct output of the summer (210). This prohibits the transmitter from exceeding its maximum operating point.

The closed loop power control section (206), illustrated in FIG. 4, accumulates the power control commands sent on the forward link by the controlling radiotelephone cell site and outputs a gain adjust signal. The power control commands are collected in an accumulator (401). The operation of the accumulator (401) is controlled by the power control limiting section (205) when the transmit power amplifier (201) is outputting the maximum allowable power.

When the output of the summer (210) changes from being less than to equal or greater than the maximum allowable setting, the output of the closed loop power control accumulator (401) is latched into a flip-flop (402). While the output of the summer (210) is equal to or greater than the maximum allowable setting as determined by the comparator (403) and NAND gate (404) an AND gate (405) masks off any closed loop power control up commands that would force the accumulator (401) above the flip-flop's (402) latched value. This prevents the accumulator from saturating during power limiting yet allows the closed loop power control setting to change anywhere below the latched value.

An alternate embodiment of the process of the present invention is illustrated in FIG. 6. In this embodiment, a power limiting control system is employed based on accumulator feedback. The system operates by first measuring the output power of the power amplifier (609) using a power detector (610). The detected power is then digitized by an ADC (611) and compared to a maximum allowable setting by the comparator (601). If the output power is greater than the maximum setting, the power limiting accumulator (602) begins turning power down by reducing the gain of the variable gain amplifier (606). If the output power is less than the maximum setting the power limiting accumulator (602) returns to a 0 dB correction value.

In this embodiment, a closed loop power control limiting function (604 and 605), similar to the preferred embodiment, is employed. However, the trigger for the closed loop power control limiting function is a comparator (603) that detects when the power limiting accumulator (602) is limiting the output power by comparing the accumulator (602) output to 0 dB with the comparator (603). The linearizing compensation tables, similar to the tables in the preferred embodiment, are added into the transmit gain control using a summer (606).

In another alternate embodiment, illustrated in FIG. 7, a power limiting control system is employed that is based on the closed loop power control accumulator (702). The system operates by first measuring the output power of the power amplifier (705) using a power detector (706). The detected power is digitized (707) and compared to a maximum allowable setting by the comparator (701). If the output power is greater than the maximum setting, the closed

## 6

loop power control accumulator (702) is modified to turn the amplifier (704) power down by one step each 1.25 ms until the output power is less than the maximum setting. If the output power is less than the maximum setting, the closed loop power control accumulator is not modified. The linearizing compensation tables, similar to the preferred embodiment, are added into the transmit gain control using a summer (703).

In yet another embodiment, illustrated in FIG. 8, a power limiting control system is employed that is based on integral feedback control. The system operates by first measuring the output power of the power amplifier (808) using a power detector (809). The detected power is digitized (810) and input to an integrator (801) that follows the equation:

$$1/K \int (Setpoint-Detected)dt.$$

The integrator (801), generating a gain control signal, saturates at 0 dB and −63 dB of correction. The gain control signal is thus limited within a range. If the output power is greater than the setpoint, the integrator turns down the output power of the amplifier (807) at a rate based on the integration constant K until the setpoint is reached. The integrator is allowed to turn power down by as much as 63 dB. If the output power is less than the setpoint, the output of the integrator (801) will be forced to zero, thus not adjusting output power.

In this embodiment, a closed loop power control limiting function (803 and 804), similar to the preferred embodiment, is employed. The trigger for the closed loop power control limiting function, however, is a comparator (802) that detects when the power limiting integrator (801) is limiting the output power. The linearizing compensation tables, similar to the preferred embodiment, are added into the transmit gain control using a summer (805).

In still another embodiment, illustrated in FIG. 9, a power limiting control system is employed that is based only on a measure of receive power, as determined by the Rx power lookup table (902), and the closed loop power control setting as opposed to actual output power. The transmit power limiting and closed loop power control limiting function (901) can be implemented with either the preferred embodiment using the saturating accumulator (903) or one of the alternate embodiments. However, only the receive power and closed loop power control setting are used to estimate transmit output power.

In summary, the process of the present invention ensures that the transmitted sidebands and synthesizer phase noise of a radio transmitter remains within a predetermined specification by limiting the maximum output power. This power limitation is accomplished by a control loop including a calibration look-up table. Therefore, a radiotelephone using the process of the present invention would not exceed it's nominal maximum power level due to the cell issuing too many power turn-up commands. The radiotelephone limits the power output even when the cell erroneously decides the radiotelephone power should be increased.

We claim:

1. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier and a power limiting accumulator, the method comprising the steps of:

   receiving a signal from at least one of the plurality of cells;

   determining a power level of the received signal;

5,655,220

7

determining a closed loop power control value in response to the received signal;

generating a limiting gain control setting in response to the closed loop power control value and the power level, the limiting gain control setting being within a predetermined range;

combining the closed loop power control value, the power level, and the limiting gain control setting to generate a gain control signal and

adjusting the variable gain amplifier in response to the gain control signal.

2. A method for limiting transmit power of a radio operating in a radio communications system, the radio communications system comprising a plurality of base stations that transmit power control commands to the radio, the radio comprising a variable gain amplifier and a maximum gain setting, the method comprising the steps of:

receiving a signal from at least one of the plurality of base stations;

generating a received power level signal in response to the received signal;

generating a closed loop power control signal in response to the received signal;

combining the received power level signal and the closed loop power control signal to produce a summation signal;

comparing the summation signal to the maximum gain setting;

adjusting the variable gain amplifier in response to the maximum gain setting if the summation signal is greater than or equal to the maximum gain setting; and

adjusting the variable gain amplifier in response to the summation signal if the summation signal is less than the maximum gain setting.

3. The method of claim 2 further including the step of adjusting the maximum gain setting in response to a temperature of the variable gain amplifier.

4. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier, a maximum gain setting, and a power limiting accumulator, the method comprising the steps of:

receiving a signal from at least one of the plurality of cells;

generating a received power level signal in response to the received signal;

generating a closed loop power control signal in response to the received signal;

digitizing the received power level signal;

comparing the digitized received power level signal to the maximum gain setting;

decreasing the gain of the variable gain amplifier if the digitized received power level signal is greater than the maximum gain setting; and

prohibiting the closed loop power control signal from changing in response to the power control commands if the digitized received power level signal is greater than the maximum gain setting.

5. A method of limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier, a maximum gain setting, and a power control command accumulator, the method comprising the steps of:

receiving a signal from at least one of the plurality of cells;

8

generating a received power level signal in response to the received signal;

generating a closed loop power control signal in response to the power control commands;

digitizing the received power level signal;

comparing the digitized received power level signal to the maximum gain setting;

decreasing the closed loop power control signal by a predetermined amount for every predetermined unit of time until the closed loop power control signal is less than the maximum gain setting if the digitized received power level signal is greater than the maximum gain setting; and

varying the gain of the variable gain amplifier in response to the closed loop power control signal if the digitized received power level signal is less than or equal to the maximum gain setting.

6. A method for limiting transmit power of a radio operating in a cellular environment, the cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio comprising a variable gain amplifier, a maximum gain setting, and a power limiting accumulator, the method comprising the steps of:

receiving a signal from at least one of the plurality of cells;

generating a received power level signal in response to the received signal;

generating a closed loop power control signal in response to the power control commands;

digitizing the received power level signal;

determining a difference between the digitized received power level signal and the maximum gain setting;

integrating the difference to generate a gain control signal, the gain control signal being limited to a predetermined range;

adjusting the variable gain amplifier with the gain control signal; and

prohibiting the closed loop power control signal from changing the variable gain amplifier in response to the power control commands if the gain control signal is less than a predetermined value.

7. A radio performing transmit power calibration, operating in a cellular environment comprising a plurality of cells that transmit power control commands to the radio, the radio receiving signals through a variable gain receive amplifier the radio comprising:

a receive power detector, coupled to the receive amplifier, for generating a received power level signal;

a saturating accumulator coupled to the receive amplifier, for generating a closed loop power control signal in response to the power control commands;

a power limiting circuit, coupled to the receive power detector and the saturating accumulator, for generating a limiting gain control setting in response to the closed loop power control signal and the received power level signal, the limiting gain control setting being within a predetermined range;

a signal combiner, coupled to the receive power detector, the saturating accumulator and the power limiting circuit, for combining the received power level signal, the closed loop power control signal, and the limiting gain control setting to generate a transmit gain control signal; and

a transmit amplifier having a variable gain and a control input coupled to the signal combiner, the variable gain

5,655,220

9

adjusting in response to the transmit gain control signal.

8. The radio of claim 7 wherein the power limiting circuit further comprises:

a summer for combining the received power level signal and the closed loop power control signal to produce a summation signal; and

a comparator coupled to the summer for comparing the summation signal to a maximum gain setting to generate the limiting gain control setting.

10

9. The radio of claim 7 wherein the power limiting circuit further comprises:

an analog to digital converter for digitizing the received power level signal; and

an integrator, coupled to the analog to digital converter, for integrating a difference between the received power level signal and a maximum gain setting to generate the limiting gain control setting.

* * * * *




US005638412A

# United States Patent [19]

Blakeney, II et al.

[11] Patent Number: 5,638,412

[45] Date of Patent: Jun. 10, 1997

[54] METHOD FOR PROVIDING SERVICE AND RATE NEGOTIATION IN A MOBILE COMMUNICATION SYSTEM

[75] Inventors: Robert D. Blakeney, II, Steamboat Springs, Colo.; Edward G. Tiedemann, Jr., San Diego, Calif.

[73] Assignee: Qualcomm Incorporated, San Diego, Calif.

[21] Appl. No.: 260,192

[22] Filed: Jun. 15, 1994

[51] Int. Cl.⁶ ................................ H04L 23/00

[52] U.S. Cl. ................ 375/377; 375/358; 455/69; 370/341

[58] Field of Search ..................... 375/222, 377, 375/358; 371/32; 370/84, 95.1, 95.3, 110.1; 379/59, 60; 455/33.1, 33.2, 69

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,756,009 | 7/1988 | Qureshi et al. | 375/222 |
| 4,763,322 | 8/1988 | Eizenhofer | 370/95 |
| 4,953,210 | 8/1990 | McGlynn et al. | 375/222 |
| 5,267,244 | 11/1993 | Messerschmitt et al. | 375/363 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0210698 | 2/1987 | European Pat. Off. | H04Q 7/04 |

Primary Examiner—Tesfaldet Bocure
Assistant Examiner—Kevin Kim
Attorney, Agent, or Firm—Russell B. Miller; Roger W. Martin; Sean English

[57] ABSTRACT

A method and apparatus for negotiating service configuration in a digital communication system is disclosed. In an exemplary embodiment the service negotiation system is implemented in a wireless spread spectrum communication system. The service configuration comprises data rates, frame formats and types of services. Types of service may include speech encoding, facsimile or digital data services. Further described herein is a digital transmitter and receiver using the service negotiation system to provide service configuration mutually acceptable at both ends of a communication link.

29 Claims, 5 Drawing Sheets





FIG. 1

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 143 of 268



FIG. 2



FIG. 3a
GENERAL FRAME STRUCTURE
| FRAME FORMAT | TRAFFIC | OVERHEAD |

FIG. 3b
PRIMARY TRAFFIC ONLY
| FRAME FORMAT | PRIMARY TRAFFIC | OVERHEAD |

FIG. 3c
PRIMARY & SIGNALLING TRAFFIC
| FRAME FORMAT | PRIMARY TRAFFIC | SIGNALLING TRAFFIC | OVERHEAD |

FIG. 3d
PRIMARY & SECONDARY
| FRAME FORMAT | PRIMARY TRAFFIC | SECONDARY TRAFFIC | OVERHEAD |

FIG. 3e
SIGNALLING ONLY
| FRAME FORMAT | SIGNALLING TRAFFIC | OVERHEAD |

FIG. 3f
SECONDARY ONLY
| FRAME FORMAT | SECONDARY TRAFFIC | OVERHEAD |

FIG. 3g
PRIMARY SIGNALLING & SECONDARY
| FRAME FORMAT | PRIMARY | SIGNALLING | SECONDARY | OVERHEAD |

Ex. 6-4



FIG. 4



FIG. 5

Ex. 6-6

5,638,412

1

# METHOD FOR PROVIDING SERVICE AND RATE NEGOTIATION IN A MOBILE COMMUNICATION SYSTEM

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to communication systems. More particularly, the present invention relates to a novel and improved method for providing rate and service negotiation in a wireless communication system.

### 2. Description of the Related Art

The use of code division multiple access (CDMA) modulation techniques is one of several techniques for facilitating communications in which a large number of system users are present. Other multiple access communication system techniques, such as time division multiple access (TDMA), frequency division multiple access (FDMA) and AM modulation schemes such as amplitude companded single sideband (ACSSB) are known in the art. However the spread spectrum modulation technique of CDMA has significant advantages over these modulation techniques for multiple access communication systems. The use of CDMA techniques in a multiple access communication system is disclosed in U.S. Pat. No. 4,901,307, issued Feb. 13, 1990, entitled "SPREAD SPECTRUM MULTIPLE ACCESS COMMUNICATION SYSTEM USING SATELLITE OR TERRESTRIAL REPEATERS", assigned to the assignee of the present invention, of which the disclosure thereof is incorporated by reference herein.

A method for transmission of speech in digital communication systems that offers particular advantages in increasing capacity while maintaining high quality of perceived speech is by the use of variable rate speech encoding. The method and apparatus of a particularly useful variable rate speech encoder is described in detail in U.S. Pat. No. 5,414,796, assigned to the assignee of the present invention, of which the disclosure thereof is incorporated by reference herein.

A variable rate speech encoder provides speech data at full rate when the talker is actively speaking, thus using the full capacity of the transmission frames. When a variable rate speech coder is providing speech data at a less that maximum rate, there is excess capacity in the transmission frames. A method for transmitting additional data in transmission frames of a fixed predetermined size, wherein the source of the data for the data frames is providing the data at a variable rate is described in detail in U.S. Pat. No. 5,504,773, assigned to the assignee of the present invention, of which the disclosure thereof is incorporated by reference herein. In the above mentioned patent a method and apparatus is disclosed for combining data of differing types from different sources in a data frame for transmission.

As digital communication systems become more prevalent, applications of the systems are growing. As the applications available grow, there is an increasing probability of differing capabilities between devices on each end of a communication link. Such differing capabilities can be in the form of encoding or decoding frame structure formats, or in service types provided or in data rates supported. As the probability of differing capabilities grows there is an increasing need for service negotiation between devices attempting to communicate in a wireless communication system.

## SUMMARY OF THE INVENTION

The present invention is a novel and improved method for performing rate and service negotiation in a digital communication system. In the exemplary environment of a wireless communication system, service negotiation is described between a mobile station and a base station. In the exemplary embodiment, the mobile station and base station communicate data in frames. The data communicated may be primary or speech data, secondary or digital data, or signaling data.

It is an object of the present invention to provide a method and apparatus for service negotiation in a wireless communication system. One possible case when service negotiation might be used includes determining initial type of service when a traffic channel connection is first originated. Another case when service negotiation might be used is in modifying the existing service type while maintaining the traffic channel connection. A third case when service negotiation may be used is dropping the existing service and adding a new service while maintaining the traffic channel connection (e.g., changing from transmitting speech to transmitting modem or facsimile data). A fourth case when service negotiation might be used is in adding a new service while maintaining the traffic channel connection. An example of this is if one is transmitting speech data and then wishes to transmit modem data in parallel. A fifth case where service negotiation may be used is in modifying existing service due to changes in the link such as range between the mobile station and base station (e.g. decreasing transmission rates as range increases and increasing transmission rates as range decreases) or during handoff between base stations where different speech coders or different rate sets may be used.

It is an advantage of the present invention to provide a method and apparatus for performing the service negotiation process with minimum data transfer over common channels, i.e. paging channels or access channels, and if the service configuration is not accomplished over the common channels to continue service negotiation over traffic channels of additional capacity.

In an alternative embodiment, no information about the traffic channel connection would be specified in the origination message with all negotiation taking place over the traffic channel. All that is specified on the access channel is the desire to make the traffic channel connection and service negotiation would be deferred to the traffic channel communications. This type of service negotiation is particularly useful in mobile to satellite communications, but is applicable to all communication systems.

It is further an advantage of the present invention to provide a method and apparatus for changing the service configuration between communicating devices without dropping the traffic channel connection currently in place. Such cases where changing the service configuration without dropping the traffic channel connection is desirable include providing an additional service or completion of a service in a multiple service traffic channel connection and a change in rate compatibility or desirability due to a change in communication environment or logistics. In the present invention, in a wireless communication system in which a first communication device originates a communication service with a second communication device, a method for negotiating service configuration is disclosed, comprising the steps of generating a request message indicative of a service configuration at the first communication device, transmitting the request message, receiving the transmitted message at the second communication device, determining if the service configuration request is acceptable to the second communication device in accordance with the current capabilities of the second communication device, generating a response message in accordance with the determination, and transmitting the response message.

5.638,412

| 3 | 4 |

Also, in the present invention an apparatus for transmitting information is disclosed comprising a service negotiator for providing a message indicative of a requested service configuration, and a transmitter for transmitting the service request message. Further disclosed in the present invention is a system for receiving information comprising a receiver for receiving a transmitted message indicative of a requested service configuration, and a service negotiator for determining in accordance with a predetermined set of parameters a response message to the request message.

In addition is disclosed a method is disclosed for changing service configuration of a traffic channel connection without terminating the traffic channel connection. In an exemplary embodiment of a wireless communication system in which a first communication device is communicating with a second communication device and wherein the first communication device requests a change of service configuration without terminating the current traffic channel connection, a method for negotiating a change in service configuration, comprises the steps of generating a request message indicative of a request to change service configuration at the first communication device, transmitting the request message concurrently with transmitting data in the current service configuration, receiving the transmitted message at the second communication device, determining if the service configuration request is acceptable to the second communication device in accordance with the current capabilities of the second communication device, generating a response message in accordance with the determination, and transmitting the response message.

Though the present invention is illustrated in the exemplary embodiment in a wireless communication system, it is equally applicable to any communication system where communication resources may be negotiated. It is envisioned that present invention is equally applicable to wireline communication systems where physical layer capabilities may be negotiated, and in fixed satellite communication systems. In addition the present invention applies equally to cases of one way communication from the base station to the mobile station only or from the mobile station to the base station only.

BRIEF DESCRIPTION OF THE DRAWINGS

The features, objects, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 is an illustration of a wireless communication system;

FIG. 2 is a block diagram of the wireless communication system of the present invention;

FIGS. 3a–3g is an illustration of an exemplary set mixed data frames; and

FIG. 4 is a state diagram illustrating the method of service configuration negotiation while a call is in progress for the mobile station.

FIG. 5 is a state diagram illustrating the method of service configuration negotiation while a call is in progress for the base station.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

In the exemplary embodiment, the present invention is presented in a mobile wireless environment. It is envisioned

that the present invention is equally applicable to wireless stationary environments such as wireless local loop applications. Referring to FIG. 1, information may be provided to and from a public switching telephone network (PSTN) to system controller and switch 2, or may be provided to and from controller and switch 2 by another base station if the traffic channel connection is a mobile station to mobile station communication. System controller and switch 2, in turn, provides data to and receives data from base station 4. Base station 4 transmits data to and receives data from mobile station 6. In the exemplary embodiment the signals transmitted between base station 4 and mobile station 6 are spread spectrum communication signals, the generation of the waveforms of which are described in detail in the abovementioned U.S. Pat. No. 4,901,307.

In the exemplary embodiment, there are three separate channels over which information is communicated between base station 4 and mobile station 6. The traffic channel is for one or two way communication of information between mobile station 4 and base station 6 and is uniquely allocated for communications to and from mobile station 6. Information traffic, in the exemplary embodiment, includes primary traffic, secondary traffic and signaling traffic. Primary and secondary traffic communicate digital information data such as speech, modem or facsimile data, and signaling data communicates information to initiate and maintain a link in the communication system such as power control or service negotiation information.

The remaining channels are the paging channel and the access channel. These channels are common to all mobile stations communicating with a base station or set of base stations. Because of the commonality of the these channels, capacity is a significant issue and messages transmitted over them must be restricted to a minimum. The paging channel is for one way communication of messages between base station 4 and the mobile station 6. The access channel is for one way communication of messages between mobile station 6 and the base station 4.

When using the traffic channel, mobile station 4 and base station 6 communicate through the exchange of forward and reverse traffic channel frames. Forward traffic channel frames refer to those frames of information transmitted from base station 4 to mobile station 6. Conversely, reverse traffic channel frames refer to those frames of information transmitted from mobile station 6 to base station 4. Mobile station 6 and base station 4 use a common set of attributes for building and interpreting traffic channel frames. This set of attributes, referred to as a service configuration, consists of the following:

1. Forward and Reverse Multiplex Options: These control the way in which the information bits of the Forward and Reverse Traffic Channel frames, respectively, are divided into various types of traffic, such as signaling traffic, primary traffic and secondary traffic. Associated with each multiplex option is a rate set which specifies the frame structures and transmission rates supported by the multiplex option. The multiplex option used for the Forward Traffic Channel can be the same as that used for the Reverse Traffic Channel, or it can be different.

2. Forward and Reverse Traffic Channel Transmission Rates: These are the transmission rates actually used for the Forward and Reverse Traffic Channels respectively. The transmission rates for the Forward Traffic Channel can include all of the transmission rates supported by the rate set associated with the Forward Traffic Channel multiplex option, or a subset of the supported rates. Similarly, the

5,638,412

5

transmission rates used for the Reverse Traffic Channel can include all rates supported by the rate set associated with the Reverse Traffic Channel multiplex option, or a subset of the supported rates. The transmission rates used for the Forward Traffic Channel can be the same as those used for the Reverse Traffic Channel, or they can be different.

3. Service Option Connections: These are the services in use on the Traffic Channel. It is possible that there is no service option connection, in which case the mobile station and base station use the Forward and Reverse Traffic Channels to send only signaling traffic; or there can be one or multiple service option connections.

Associated with each service option connection are a service option, a Forward Traffic Channel traffic type, a Reverse Traffic Channel traffic type and a service option connection reference. The associated service option formally defines the way in which traffic bits are processed by the mobile station and base station. For example a service option may specify the speech encoding or decoding format to be used or the data service protocol to be employed. The associated Forward and Reverse Traffic Channel traffic types specify the types of traffic used to support the service option. A service option can require the use of a particular type of traffic, such as primary or secondary, or it can accept more than one traffic type. Likewise, a service option can be one-way, in which case it can be supported on the Forward Traffic Channel only, the Reverse Traffic Channel only, or on either the Forward or Reverse Traffic Channel; or the service option can be two-way, in which case it can be supported on the Forward and Reverse Traffic Channels simultaneously. The associated service option connection reference provides a means for uniquely identifying the service option connection. The reference serves to resolve ambiguity when there are multiple service option connections in use.

Mobile station 6 can propose an initial service configuration at traffic channel connection origination, and can propose new service configurations during Traffic Channel operation. A proposed service configuration can differ greatly from its predecessor or can be very similar. For example, mobile station 6 can propose a service configuration in which all of the service option connections are different from those of the existing configuration; or mobile station 6 can propose a service configuration in which the existing service option connections are maintained with only minor changes, such as a different set of transmission rates or a different mapping of service option connections to Forward and Reverse Traffic Channel traffic types.

If mobile station 6 proposes a service configuration that is acceptable to base station 4, they both begin using the new service configuration. If mobile station 6 proposes a service configuration that is not acceptable to base station 4, base station 4 can reject the proposed service configuration or propose an alternative service configuration. If base station 4 proposes an alternative service configuration, mobile station 6 can accept or reject the service configuration proposed by base station 4, or propose yet another service configuration. This process, called service negotiation, ends when mobile station 6 and base station 4 find a mutually acceptable service configuration, or when either mobile station 6 or base station 4 rejects a service configuration proposed by the other.

It is also possible for base station 4 to propose an initial service configuration when paging mobile station 6 or propose new service configurations during Traffic Channel

6

operation. The service negotiation proceeds as described above, but with the roles reversed.

The following messages are used to support service configuration and negotiation:

1. Service Request Message: Mobile station 6 can use this message to propose a service configuration, or to accept or reject a service configuration proposed in a Service Response Message. Base station 4 can use this message to propose a service configuration, or to reject a service configuration proposed in a Service Response Message.

2. Service Response Message: Mobile station 6 can use this message to accept or reject a service configuration proposed in a Service Request Message, or to propose an alternative service configuration. Base station 4 can use this message to reject a service configuration proposed in a Service Request Message, or to propose an alternative service configuration.

3. Service Connect Message: Base station 4 can use this message to accept a service configuration proposed in a Service Request Message or Service Response Message, and instruct mobile station 6 to begin using the service configuration.

4. Service Connect Completion Message: Mobile station 6 can use this message to acknowledge the transition to a new service configuration.

5. Service Option Control Message: Mobile station 6 and base station 4 can use this message to invoke service option specific functions.

6. Origination Message: Mobile station 6 can use this message to propose an initial service configuration.

7. Channel Assignment Message: Base station 4 can use this message to accept or reject the initial service configuration proposed by mobile station 6 in an Origination Message or a Page Response Message.

8. Page Message: Base station 4 can use this message to propose an initial service configuration.

9. Page Response Message: Mobile station 6 can use this message to accept or reject the initial service configuration proposed by base station 4 in a Page Message, or to propose an alternative initial service configuration.

10. Status Request Message: Base station 4 and mobile station 6 can use this message to request service capability information from the mobile station.

11. Status Response Message: Mobile station 6 and base station 4 can use this message to return the service capability information requested by base station 4 in a Status Request Message.

During origination of a mobile station terminated traffic channel connection, base station 4 sends out a page message over the paging channel, which identifies mobile station 6 and requests a service configuration. Mobile station 6 then provides a page response message over the access channel which acknowledges the page, and either accepts the requested service configuration or suggests another service configuration. Base station 4 receives the page response message and then responds with a channel assignment message.

If mobile station 6 has accepted the service configuration requested in the page message or if the alternative service configuration requested by mobile station 6 in the page response message is acceptable to base station 4, base station 4 transmits a channel assignment message accepting or acknowledging the agreed upon service configuration and providing traffic channel information directing mobile station 6 to a traffic channel over which communications may be conducted using the accepted service configuration. If the alternative service configuration requested by mobile station

Ex. 6-9

5,638,412

**7**

6 in the page response message is not acceptable to base station 4, then base station 4 transmits a signal containing a channel assignment message rejecting the requested alternative service configuration and providing traffic channel information directing mobile station 6 to a traffic channel over which communications may be conducted using a default service configuration which is a universal default service configuration acceptable to all mobile stations and base stations for communicating signaling data. The service negotiation proceeds over the traffic channel using the universal default service configuration. There also may exist more than one universal default service configuration in which case the base station selects one from a set of universal default service configurations appropriate to the conditions and specifies the selection in the channel assignment message. The service negotiation proceeds over the traffic channel using the universal default service configuration.

In the exemplary embodiment, during service negotiation over the traffic channel messages are transmitted containing four fields of service negotiation information. The first field specifies the service option, and in the exemplary embodiment is sixteen bits long. The second and third specify the forward and reverse multiplex options respectively and each are sixteen bits long. The fourth field specifies the rates. As stated earlier, each multiplex option has an associated rate set. The rate field of the exemplary embodiment has a single bit for each associated rate of the reverse multiplex option and a single bit for each associated rate of the forward multiplex option. These bits are indicative of a whether or not to accommodate each of the rates within the associated set of rates. For example, say that associated with a multiplex option are four rates, a highest and three lesser rates. If the device is not able to accommodate the highest rate but is able to accommodate the lesser rates, then it would set the bit associated with the highest rate to indicate that the highest rate is not acceptable and set three other bits to indicate that they are acceptable. It should be noted that the selection of a rate subset within the set of associated rates is not limited to precluding the highest rates but that any rate subset may be selected during rate negotiation. For example the device may specify that the highest rate is acceptable, but that one of the lesser rates is not acceptable.

In a preferred embodiment each request message specifies a sequence number to be included in the corresponding response message. This sequence number serves to associate a response message with the correct request message. One example in which this is useful is in the case where the mobile station transmits a request message, but the base station is occupied and cannot immediately respond. If the mobile station transmits a second request before it receives a response from the base station to the first request, it is important upon receiving a response message to know to which request the response message is responsive.

At the initiation of a mobile station originated traffic channel connection, mobile station 6 sends out a signal consisting of an origination message specifying a service configuration request and registration information over the access channel to base station 4. Base station 4 responds by transmitting a signal consisting of a channel assignment message and traffic channel information. The channel assignment message contains a response accepting or rejecting the service requested in the origination message.

If base station 4 accepts the service configuration requested in the origination message, then base station 4 provides a message accepting the requested service configuration. If the service configuration requested by the mobile

**8**

station 6 in the origination response message is not acceptable to base station 4, then base station 4 transmits a channel assignment message providing traffic channel information directing mobile station 6 to a traffic channel over which communications are conducted using the universal default service configuration. Service negotiation continues over the traffic channel using the universal default service configuration until a service configuration is agreed upon or until either base station 4 or mobile station 6 terminates the process by rejecting a service configuration proposed by the other.

In a preferred embodiment, at any point prior to or during service negotiation base station 4 or mobile station 6 may transmit a status request message, requesting information about the capabilities of mobile station 6 or base station 4 respectively. In response to the transmitted status request message the receiving device, either base station 4 or mobile station 6, would transmit a status response message indicating its capabilities. The service negotiator of the requesting device would then in accordance with the received status response message determine a service configuration which would be best for the application. Also, the base station may transmit its capabilities on the paging channel so that the mobile station does not need to request information regarding the capabilities of the base station. In addition, the base station may store the capabilities of the mobile station in a database, thus avoiding the need to request capability information from the mobile station. The mobile station may inform the base station when changes in its capabilities occurs so that the base station can update its database.

FIG. 2 illustrates the base station and mobile station apparatus of the present invention. At the initiation of a mobile station terminated traffic channel connection, service negotiator 20 provides a service configuration request or may request to defer service negotiation to be conducted over the traffic channel. In the exemplary embodiment, service negotiator 20 provides a sixteen bit message specifying the service configuration request. This allows the service negotiator to specify $2^{14}-1$ different possible configurations reserving one configuration message to defer service negotiations to be conducted over the traffic channel.

Multiplexer 22 combines the page message with mobile station address information and provides the combined signal to encoder 24. Encoder 24 encodes the combined signal and provides the encoded signal to transmitter 26. Transmitter 26 upconverts, modulates and amplifies the encoded signal and provides the signal to antenna 28 for transmission over the paging channel. In the exemplary embodiment the modulation format is a spread spectrum modulation format, which is described in detail in U.S. Pat. No. 4,901,307. Although spread spectrum modulation is described in the aforementioned patent at a spreading rate of 1.25 MHz, the present invention is equally applicable to spreading rates of 2.5 MHz, 5.0 MHz and any other spreading rates. The present invention is equally applicable to any known modulation format.

The transmitted signal is received at mobile station 30 by antenna 32. The received signal is provided by antenna 32 through duplexer 48 to receiver 34. Receiver 34 downconverts and demodulates the received signal and provides the signal to decoder 36. Decoder 36 decodes the received signal and provides the decoded signal to demultiplexer 38. Demultiplexer 38 separates the page message from the mobile station address data and provides the page request message to service negotiator 40.

Service negotiator 40 determines in accordance with the current mobile station capabilities a page response message

5,638,412

9

which indicates whether to accept or reject the requested service configuration of the page message or whether to suggest an alternative service configuration and if so which alternative service configuration to suggest. Service negotiator 40 provides the page response message to multiplexer 48. Multiplexer 48 combines the page response message with additional information which may include registration parameters and other mobile station parameters from, e.g., a vocoder 42, modem 44, and facsimile apparatus 46. The combined signal is provided to encoder 50. Encoder 50 encodes the combined data and provides the encoded signal to transmitter 52. Transmitter 52 upconverts, modulates and amplifies the encoded signal and provides it through duplexer 54 to antenna 32 for transmission over the access channel.

The signal transmitted from mobile station 30 is received at base station 10 by antenna 12. The received signal is provided by antenna 12 to receiver 14 where the signal is downconverted, demodulated and provided to decoder 16. Decoder 16 decodes the signal and provides the decoded signal to demultiplexer 18. Demultiplexer 18 separates the decoded signal into the page response message and other data transmitted by mobile station 30.

The page response message is provided to service negotiator 40. If the page response message indicates acceptance of the service configuration requested by the page message or if the alternative service configuration of the page response message is acceptable to base station 10, then service negotiator 20 provides a channel assignment message accepting or acknowledging the agreed upon service configuration to multiplexer 48. Furthermore service negotiator 22 provides a signal indicative of the agreed upon service configuration to encoder 24 and decoder 20 which encode and decode future data including future messages on the traffic channel in accordance with the agreed upon service configuration. If the requested alternative service configuration of the page response message is not acceptable then service negotiator 20 provides a channel assignment message specifying the universal default service configuration to multiplexer 22.

Multiplexer 22 combines the channel assignment message with traffic channel information and provides the combined signal to encoder 24. Encoder 24 encodes the combined message and provides the encoded message to transmitter 26, which in turn upconverts, modulates and amplifies the signal, then provides it to antenna 28 for transmission over the paging channel.

The transmitted signal received at antenna 32 is provided through duplexer 54 to receiver 34 where it is downconverted, demodulated and provided to decoder 36. Decoder 36 decodes the signal and provides it to demultiplexer 38. Demultiplexer 38 separates the traffic channel information from the channel assignment message. Demultiplexer 38 provides the traffic channel information to receiver 34 and transmitter 52 and provides the service negotiation information to service negotiator 40. If a service configuration is agreed upon then service negotiator 40 provides a signal indicative of the universal default service configuration to encoder 50 and decoder 36, and service negotiation continues over the traffic channel until a service configuration is agreed upon or the traffic channel connection is dropped.

In the case of traffic channel connection initiation in a mobile station originated traffic channel connection, service negotiator 40 in mobile station 30 provides an origination message indicative of a service configuration requested by mobile station 30 to multiplexer 48. Multiplexer 48 may

10

combine the origination message with other information, such as registration information, numbering plan information and dialed digit information and provides the combined signal to encoder 50. Encoder 50 encodes the combined signal and provides the encoded signal to transmitter 52. Transmitter 52 upconverts, modulates and amplifies the encoded signal, and provides it through duplexer 54 to antenna 32 for transmission over the access channel.

Base station 10 receives the transmitted signal at antenna 12. The received signal is provided by antenna 12 to receiver 14 where the signal is downconverted, demodulated and provided to decoder 16. Decoder 16 decodes the signal and provides the decoded signal to demultiplexer 18. Demultiplexer 18 separates the origination information from registration information and numbering plan information and provides the origination message to service negotiator 20. Service negotiator 20 determines whether the service configuration requested in the origination message is acceptable.

Service negotiator 20 provides a channel assignment message accepting the requested service configuration or specifying that the universal default service configuration is to be used. The service configuration channel assignment message is combined in multiplexer 22 with traffic channel information and the combined signal is provided to encoder 24. Encoder 24 encodes the combined signal and provides the encoded signal to transmitter 26. Transmitter 26 upconverts, modulates and amplifies the encoded signal and provides it to antenna 28 for transmission over the paging channel.

Mobile station 30 receives the transmitted signal at antenna 32. The received signal is provided through duplexer 54 to receiver 34 which downconverts and demodulates the signal and provides the signal to decoder 36. Decoder 36 decodes the signal and provides the decoded signal to demultiplexer 38. Demultiplexer 38 separates the channel assignment message from the traffic channel information. Demultiplexer 38 provides the traffic channel information to receiver 34 and transmitter 52 with which the transmitter and receiver set up for transmission and reception of information over the traffic channel. Demultiplexer 38 provides the channel assignment message to service negotiator 40. If the channel assignment message indicates base station 10 has accepted the requested service configuration, then service negotiator 40 provides the information regarding the accepted service configuration to decoder 36 and encoder 38. If the service configuration channel assignment message indicates base station 10 has rejected the requested service configuration, then service negotiator 40 provides the information regarding the universal default service configuration to decoder 36 and encoder 38 and service configuration negotiation continues over the traffic channel. Negotiation continues until a mutually acceptable service configuration is found or the traffic channel connection is dropped.

An exemplary set of frame formats as specified in the forward and reverse multiplex options of the service configuration is illustrated in FIGS. 3a–g. The method and apparatus for providing multiplexed frames of data is described in detail in copending U.S. patent application Ser. No. 08/171,146. FIG. 3a illustrates an exemplary generic frame format. The frame of FIG. 3a consists of three fields: a frame format field, a traffic field and an overhead field. The frame format field tells the receiving device which frame format of the set of frame formats allowed by the current multiplex option is applicable to decoding the current frame of information. The traffic field contains the data that is

Ex. 6-11

5.638.412

11

being transmitted. In the exemplary embodiment, there are three types of traffic. Traffic, in the exemplary embodiment, includes primary traffic, secondary traffic and signaling traffic. Primary and secondary traffic communicate digital information data such as speech, modem or facsimile data, and signaling data communicates information to initiate and maintain a link in the communication system such power control information or service negotiation information. Overhead data is data transmitted to increase the quality of the frames being transmitted such as error correction bits or decoder tail bits.

FIG. 3b illustrates a frame with only primary or speech traffic being transmitted. FIG. 3c illustrates a frame in which both speech and signaling traffic are being transmitted simultaneously. and FIG. 3d illustrates a frame in which primary traffic and secondary traffic are being transmitted simultaneously. FIGS. 3e and 3f illustrate frames in which only signaling traffic or secondary are being transmitted. In FIG. 3g, primary secondary and signaling traffic are all being transmitted simultaneously.

In an exemplary service configuration. a variable rate vocoder, such as that describe in copending U.S. patent application Ser. No. 08/004,484. is used to provide the primary traffic. When the primary traffic is provided at less than a predetermined maximum data rate, then there exists excess capacity in the transmitted frames. This excess capacity can be used to accommodate the simultaneous transmission of secondary or signaling traffic. In the exemplary embodiment, secondary or signaling traffic is buffered until a frame of less than the predetermined maximum rate for primary traffic is provided by the variable rate vocoder. at which time a portion of the buffered secondary or signaling traffic is provided in the excess capacity of the frame. In a preferred, yet exemplary embodiment, when the transmitting device is aware of secondary or signaling traffic for transmission it signals the vocoder and the vocoder forces a set of frames to a lower than maximum rate in which the secondary or signaling traffic can be provided.

Referring again to FIG. 2, primary traffic is provided by vocoder 42, while secondary traffic is provided by modem 44 or facsimile 46. Signaling traffic is provided by a microprocessor (not shown) via the external signaling line to multiplexer 48 and also by service negotiator 49. Multiplexer 48 combines the various data forms into the frame formats in accordance with the selected multiplex option.

One important feature of the present invention is the capability of performing the service negotiation without interrupting the currently selected service in progress. An example of a case when this may be desirable occurs when a user is communicating by means of a selected service configuration, and decides that it is necessary or desirable to perform an additional operation in parallel or in place of the previously selected service configuration. A specific example is if a user is transmitting speech data only. but during the course of the conversation wishes to transmit facsimile or modem data in parallel. The user informs the service negotiator of the desire to transmit secondary data and the service negotiator then prepares the configuration to accommodate the additional function.

Another example may occur when a user is transmitting at a data rate or set of data rates, but because of logistics or other factors the energy required of the mobile station to support the data rate becomes unacceptably high. In an exemplary embodiment, the mobile station may receive information frown the base station indicative of the quality of received traffic frames. If the quality level becomes too low then it may be necessary for the mobile station to

12

transmit at lower rate or set of rates. By reducing the data rate the mobile station could if desired keep its transmission power the same while increasing its energy per bit. Any method of detecting a need to modify the data rate is equally applicable to the present invention. Some of the methods for determining that the data rates should be reduced include:

(a) mobile station detection of high frame error rate on forward link;

(b) base station detection of high frame error rate on reverse link;

(c) mobile station detects its power is at a maximum for the reverse link;

(d) base station detects its power is at a maximum for the forward link;

(e) mobile station detects that received power is low on forward link;

(f) base station detects that received power is low on reverse link;

(g) base station to mobile station range is large; and

(h) mobile station location is poor.

Conversely. some of the methods for determining that the data rates should be increased include:

(a) mobile station detection of low frame error rate on forward link;

(b) base station detection of low frame error rate on reverse link;

(c) mobile station detects its power is lower than a threshold for the reverse link;

(d) base station detects its power is lower than a threshold for the forward link;

(e) mobile station detects that received power is high on forward link;

(f) base station detects that received power is high on reverse link;

(g) base station to mobile station range is low; and

(h) mobile station location is good.

FIG. 4 illustrates a state diagram for the mobile station of the present invention. The following are the definition of the states or subfunction of the mobile station of the present invention:

1. Normal Service Subfunction—While this subfunction is active, the mobile station processes service configuration requests from the user and from the base station.

2. Waiting for Service Request Message Subfunction—While this subfunction is active, the mobile station waits to receive a Service Request Message.

3. Waiting for Service Response Message Subfunction—While this subfunction is active, the mobile station waits to receive a Service Response Message.

4. Waiting for Service Connect Message Subfunction—While this subfunction is active, the mobile station waits to receive a Service Connect Message.

5. Waiting for Service Action Time Subfunction—While this subfunction is active. the mobile station waits for the action time associated with a new service configuration and then sends a Service Connect Completion Message.

At any given time during traffic channel operation. only one of the service subfunctions is active and the mobile station performs the processing associated with that subfunction. For example. when the mobile station first begins communication on the traffic channel, the normal service subfunction is active. Each of the other subfunctions can become active in response to various events which occur during traffic channel operation. In addition it is envisioned as in the case of traffic channel connection initiation that at any point in the service negotiation status request and response messages may be exchanged and service negotiation conducted in accordance with the exchanged capability information.

5,638,412

13

The mobile station transmits service request messages and service response messages that accept or reject a requested service configuration or suggest an alternative service configuration. The base station transmits request and response messages that reject or suggest an alternative service configuration. If the base station accepts a requested service configuration, it transmits a connect message, which indicates the acceptance of the requested service configuration and specifies an action time at which the agreed upon service configuration change will occur.

Referring to FIG. 4, the service negotiation procedure for the mobile station is illustrated. In the normal service subfunction block 70, the mobile station may receive a request message from the base station or may receive a request from the user for a new service configuration. If the mobile station receives a request for a new service configuration from the user, the mobile station sends a service request message indicative of the desired new service configuration to the base station and enters the waiting for service response message subfunction block 72.

When the mobile station receives a service request message, it may as previously stated accept or reject the requested service or it may suggest an alternative service. If the mobile station accepts the requested service configuration, it sends a response message accepting the requested configuration and enters the waiting for connect message subfunction block 78. If the mobile station rejects the requested service configuration, then the service negotiation is terminated and the mobile station enters the normal service sub function block 70. Lastly, if the mobile station suggests an alternative service configuration it sends a service response message proposing the alternative configuration and enters the waiting for service request subfunction block 76.

If the mobile station is in waiting for service request message subfunction block 76, it may receive a service request message proposing a service configuration or rejecting or it may receive a connect message from the base station. If the mobile station receives a request message rejecting the proposed service configuration, then service negotiation is terminated and the mobile station enters normal service sub function block 70. Also, if the mobile station receives a service request message proposing a service configuration, the mobile station may reject the proposed service configuration, terminating service negotiation and entering normal service subfunction block 70.

In addition, if the mobile station is in waiting for service request message subfunction block 76, and receives a message proposing a service configuration the mobile station may send a service response message proposing an alternative service configuration and in this case the mobile station will remain in waiting for service request message subfunction block 76. If the mobile station is in waiting for service request message subfunction block 76, and receives a service request message requesting an acceptable configuration, then the mobile station transmits a service response message accepting the proposed service configuration. If the mobile station receives a service connect message indicating that the service configuration requested by the mobile station is acceptable to the base station, then the mobile station enters the waiting for service action time subfunction block 74. The connect message specifies the service action time when both mobile station and base station change over to the new agreed upon service configuration.

If the mobile station is in the waiting for service response message subfunction block 72, it may receive a service response message rejecting or proposing an alternative ser-

14

vice configuration or it may receive a connect message. If it receives a connect message it enters the waiting for service action time subfunction block 74 and waits until the action time to change to the new agreed upon service configuration. If it receives a service response message rejecting a proposed service configuration, then it returns to normal service subfunction block 70. Also if it receives a response message proposing an unacceptable service configuration, it may reject the proposed service configuration, in which case it sends a service request message rejecting the proposed service configuration and returns to normal service subfunction block 70. If it receives a service response message proposing an alternative service configuration, the mobile station may also transmit a service request message proposing another alternative service configuration and remain in the waiting for service response message subfunction block 72. Lastly, the mobile station may receive a service response message proposing an acceptable service configuration, in which case the mobile station will send a service request message accepting the proposed service configuration and enter waiting for service connect message subfunction block 78.

If the mobile station is in waiting for service connect message subfunction block 78, then a service configuration agreement has been reached and all that remains is to receive information upon when the change in service configuration should be conducted. Upon receiving the service connect message the mobile station enters the waiting for the service action time subfunction 74. In waiting for service action time sub function block 74, the mobile station waits for the time to change to the new service configuration. At the action time the mobile station and the base station simultaneously change over to the new service configuration. After the action time the mobile station transmits a service connect completion message to the base station and re-enters the normal service subfunction block 70 where communication is conducted under the new configuration.

FIG. 5 illustrates a state diagram for the base station of the present invention. The following are the definition of the states or subfunction of the base station of the present invention:

1. Normal Service Subfunction—While this subfunction is active, the base station processes service configuration requests from the personal station and sends service configuration requests to the personal station.

2. Waiting for Service Request Message Subfunction—While this subfunction is active, the base station waits to receive a Service Request Message.

3. Waiting for Service Response Message Subfunction—While this subfunction is active, the base station waits to receive a Service Response Message.

4. Waiting for Service Action Time Subfunction—While this subfunction is active, the base station waits for the action time associated with a new service configuration.

5. Waiting for Service Connect Completion Message—While this subfunction is active, the base station waits to receive a Service Connect Completion Message.

At any given time during traffic channel operation, only one of the service subfunctions is active and the base station performs the processing associated with that subfunction. For example, when the base station first enters upon communication on the traffic channel, the normal service subfunction is active. Each of the other subfunctions can become active in response to various events which occur during traffic channel operation.

In normal service subfunction block 100, the base station is communicating with the mobile station. The base station

Ex. 6-13

5,638,412

15

may receive a service request message or may need to request a new service configuration. If the base station needs to request a new service configuration, it transmits a service request message proposing a new configuration and enters the waiting for service response message subfunction block 102. If it receives a service request message proposing an acceptable configuration, it transmits a service connect message indicative of acceptance of the proposed service configuration and including an action time message indicative of the time at which the change to the new service configuration will be made and enters the waiting for service action time subfunction block 104. If the base station receives a service request message proposing an unacceptable service configuration, it may send a service response message rejecting the proposed service configuration and remain in the normal service subfunction 100 or the base station may send a service response message proposing an alternative service configuration and enter waiting for service request message subfunction block 108.

If the base station is in waiting for service request message subfunction block 108, it may receive a service request message indicating acceptance of a proposed service configuration or proposing an acceptable alternative service configuration, in which case the base station sends a service connect message including a service action time and enters the waiting for service action time subfunction block 104. If the base station receives a service request message proposing a service configuration, it may also send a service response message proposing an alternative service configuration. If the base station receives a service request message rejecting the proposed service configuration, then service negotiation is terminated and the base station enters normal service subfunction 100. Also if the base station receives a service request message proposing an unacceptable configuration, it may send a service response message rejecting the proposed configuration, terminating service negotiation and enter normal service subfunction block 100.

If the base station is in waiting for response message subfunction block 102, it may receive a service response message accepting or rejecting a proposed service configuration or proposing an alternative service configuration. If it receives a service response message rejecting a proposed service configuration then service negotiation is terminated and it returns to normal service subfunction block 100. If the base station receives a service response message proposing an unacceptable configuration it may send a service request message rejecting the proposed service configuration terminating service negotiation and return to normal service subfunction block 100 or it may send a service request message proposing an alternative configuration and remain in waiting for service response message subfunction block 102. If the base station receives a service response message accepting a proposed service configuration or proposing an acceptable alternative service configuration then it sends a service connect message including an action time and enters the waiting for service action time sub function block 104.

If the base station is in waiting for service action time block 104 it waits until the action time arrives and then uses the new service configuration and enters the waiting for service connect completion message subfunction 106. Upon receiving service connect completion message 106 the base station enters normal service subfunction block 100.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied

16

to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

We claim:

1. In a wireless communication system in which a first communication device originates a communication service with a second communication device, a method for negotiating service configuration, comprising the steps of:

generating a request message indicative of a requested service configuration of said first communication device;

transmitting said request message;

receiving said request message at said second communication device;

determining if said requested service configuration is acceptable to said second communication device in accordance with current capabilities of said second communication device;

generating a response message in accordance with said determination;

transmitting said response message from said second communication device and receiving said response message at said first communication device; and

determining, at said first communication device, whether to establish communication with said second communication device based on said response message, wherein said messages are transmitted over a common channel provided for general messaging services between communication devices of said wireless communication system, and wherein if said response message rejects said requested service configuration said method further comprises the step of communicating service negotiation messages over a traffic channel, said traffic channel being a communication channel allocated for communication between said first and second communication devices.

2. The method of claim 1 wherein said response message is indicative of acceptance, rejection or suggesting an alternative service configuration.

3. The method of claim 1, wherein said service configuration provides a forward link multiplex option.

4. The method of claim 1, wherein said service configuration provides a reverse link multiplex option.

5. The method of claim 1, wherein said service configuration provides forward link transmission rates.

6. The method of claim 1, wherein said service configuration provides reverse link transmission rates.

7. The method of claim 1, wherein said service configuration provides a service option.

8. The method of claim 1, wherein said response message is transmitted within a channel assignment message.

9. The method of claim 8, wherein the identity of said traffic channel is provided in said channel assignment message.

10. The method of claim 1, wherein said first communication device is a mobile station and said request message is transmitted over an access channel.

11. The method of claim 1, wherein said first communication device is a base station and said request message is transmitted over a paging channel.

12. The method of claim 1, wherein said second communication device is a mobile station and said response message is transmitted over an access channel.

13. The method of claim 1, wherein said second communication device is a base station and said response message is transmitted over a paging channel.

Ex. 6-14

5,638,412

17

14. The method of claim 1, wherein said first communication device is a mobile station and said request message is transmitted over an access channel and wherein said second communication device is a base station and said response message is transmitted over a paging channel.

15. The method of claim 1, wherein said first communication device is a base station and said request message is transmitted over a paging channel and wherein said second communication device is a mobile station and said response message is transmitted over an access channel.

16. In a wireless communication system in which a first communication device originates a communication service with a second communication device, a system for negotiating service configuration, comprising

service request generator means for generating a request message indicative of a service configuration of a predetermined set of first communication device service configurations at said first communication device;

transmitter means for transmitting said request message;

receiver means for receiving said transmitted message at said second communication device;

service control means for determining if said service configuration request is acceptable to said second communication device in accordance with current capabilities of said second communication device;

service response generator for generating a response message in accordance with said determination; and

second transmitter means for transmitting said response message wherein said request message and said response message are transmitted over a common channel and wherein said common channel is provided for general messaging services between communication devices of said wireless communication system, and also wherein if said response message rejects said requested service configuration said system communicating service negotiation messages over a traffic channel, said traffic channel being a communications channel allocated for conducting communications between said first communications device and said second communications device.

18

17. The system of claim 16, wherein said service configuration provides a forward link multiplex option.

18. The system of claim 16, wherein said service configuration provides a reverse link multiplex option.

19. The system of claim 16, wherein said service configuration provides forward link transmission rates.

20. The system of claim 16, wherein said service configuration provides reverse link transmission rates.

21. The system of claim 16, wherein said service configuration provides a service option.

22. The system of claim 16, wherein said response message is transmitted within a channel assignment message.

23. The system of claim 22, wherein the identity of said traffic channel is provided in said channel assignment message.

24. The system of claim 16, wherein said first communication device is a mobile station and said request message is transmitted over an access channel.

25. The system of claim 16, wherein said first communication device is a base station and said request message is transmitted over a paging channel.

26. The system of claim 16, wherein said second communication device is a mobile station and said response message is transmitted over an access channel.

27. The system of claim 16, wherein said second communication device is a base station and said response message is transmitted over a paging channel.

28. The system of claim 16, wherein said first communication device is a mobile station and said request message is transmitted over an access channel and wherein said second communication device is a base station and said response message is transmitted over a paging channel.

29. The system of claim 16, wherein said first communication device is a base station and said request message is transmitted over a paging channel and wherein said second communication device is a mobile station and said response message is transmitted over an access channel.

* * * * *





US006496543B1

(12) **United States Patent**
Zehavi

(10) Patent No.: **US 6,496,543 B1**
(45) Date of Patent: **\*Dec. 17, 2002**

(54) **METHOD AND APPARATUS FOR PROVIDING HIGH SPEED DATA COMMUNICATIONS IN A CELLULAR ENVIRONMENT**

(75) Inventor: **Ephraim Zehavi**, Haifa (IL)

(73) Assignee: **Qualcomm Incorporated**, San Diego, CA (US)

(\*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/741,320**

(22) Filed: **Oct. 29, 1996**

(51) Int. Cl.[7] ................................................ H04L 27/04
(52) U.S. Cl. ........................ 375/295; 375/377; 375/358
(58) Field of Search ................................ 375/377, 265, 375/358, 295; 370/341; 455/422, 436

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,310,631 A | 3/1967 | Brown | 179/15 |
| 3,715,508 A | 2/1973 | Blasbalg | 179/15 BC |
| 4,135,059 A | 1/1979 | Schmidt | 179/15 BS |
| 4,220,821 A | 9/1980 | Lucas | 370/110 |
| 4,256,925 A | 3/1981 | Gooke | 370/104 |
| 4,291,406 A | 9/1981 | Bahl et al. | 371/44 |
| 4,298,979 A | 11/1981 | Dobyns et al. | 370/104 |
| 4,301,530 A | 11/1981 | Gutleber | 370/18 |
| 4,319,353 A | 3/1982 | Alvarez, III et al. | 370/104 |
| 4,322,845 A | 3/1982 | Fennel, Jr. et al. | 370/104 |
| 4,339,818 A | 7/1982 | Grueneberg | 370/112 |
| 4,369,434 A | 1/1983 | Mueller | 340/347 DD |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0412583 | 3/1986 | .............. H04B/1/56 |
| EP | 0418865 | 9/1990 | .............. H04L/7/04 |
| EP | 0444592 | 2/1991 | .............. H04B/7/212 |
| GB | 2022365 | 5/1979 | .............. H04Q/7/04 |
| GB | 2182528 | 10/1985 | .............. H04J/3/00 |

(List continued on next page.)

OTHER PUBLICATIONS

Matsuoka, et al. "Adaptive Modulation System with Variable Coding Rate Concatenated Code for High Quality Multi–Media Communication Systems" IEEE 1(conf 46) 487–491 (1996).

*Advanced Engineering Mathematics*, "Orthogonal Sets of Functions /4.7" Kreyszig, Erwin, pp. 186–190, John Wiley & Sons, Inc.

*Primary Examiner*—Temesghen Ghebretinsae
(74) *Attorney, Agent, or Firm*—Philip Wadsworth; Kent D. Baker; S. Hossain Beladi

(57) **ABSTRACT**

A method and apparatus for transmitting digital data in a cellular environment. Adjacent cells of the cellular system are prevented from simultaneously transmitting data. Because the noise from transmissions of adjacent cells is a primary source of interference, the transmission rate of power limited base stations can be dramatically increased when the noise from adjacent cells is eliminated. The transmissions to each subscriber station are made at a fixed transmission power level. However, the data rate of transmitted signals differs from one subscriber station to another depending on the path loss differences. In a first exemplary embodiment, the data rate of transmissions to a subscriber station is determined by selecting an encoding rate for the transmitted signal while holding the symbol rate constant. In a second exemplary embodiment, the data rate of transmissions to a subscriber station is determined by selection a modulation format for the transmitted signal which directly changes the symbol rate of transmission to a subscriber station.

**8 Claims, 7 Drawing Sheets**



**Ex. 7-1**

**US 6,496,543 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,373,151 A | 2/1983 | Houdard et al. | 329/104 |
| 4,383,315 A | 5/1983 | Torng | 370/89 |
| 4,424,417 A | 1/1984 | Chavey et al. | 179/2 E |
| 4,445,213 A | 4/1984 | Baugh et al. | 370/94 |
| 4,455,649 A | 6/1984 | Esteban et al. | 370/80 |
| 4,460,992 A | 7/1984 | Gutleber | 375/19 |
| 4,472,815 A | 9/1984 | Gutleber | 375/34 |
| 4,477,900 A | 10/1984 | Gruenberg | 370/112 |
| 4,491,947 A | 1/1985 | Frank | 370/94 |
| 4,494,232 A | 1/1985 | Dambrackas et al. | 370/80 |
| 4,547,880 A | 10/1985 | De Vita et al. | 370/91 |
| 4,562,572 A | 12/1985 | Goldman et al. | 370/80 |
| 4,587,652 A | 5/1986 | Goldman | 370/110.1 |
| 4,594,476 A | 6/1986 | Freeman | 179/6.08 |
| 4,635,221 A | 1/1987 | Kerr | 364/821 |
| 4,688,035 A | 8/1987 | Gray et al. | 340/825.52 |
| 4,726,014 A | 2/1988 | Goldman et al. | 370/58 |
| 4,730,340 A | 3/1988 | Frazier, Jr. | 375/1 |
| 4,775,987 A | 10/1988 | Miller | 375/38 |
| 4,813,040 A | 3/1989 | Futato | 370/111 |
| 4,839,892 A | 6/1989 | Sasaki | 370/95 |
| 4,870,642 A | 9/1989 | Nohara et al. | 370/75 |
| 4,872,200 A | 10/1989 | Jansen | 380/34 |
| 4,876,698 A | 10/1989 | Boisson et al. | 375/25 |
| 4,884,263 A | 11/1989 | Suzuki | 370/16 |
| 4,899,337 A | 2/1990 | Hirai | 370/80 |
| 4,901,307 A | 2/1990 | Gilhousen et al. | 370/18 |
| 4,930,118 A | 5/1990 | Sugihara | 370/16 |
| 4,933,952 A | 6/1990 | Albrieux et al. | 375/1 |
| 4,939,745 A | 7/1990 | Kirimoto et al. | 375/1 |
| 4,965,796 A | 10/1990 | Petty | 370/112 |
| 4,970,648 A | 11/1990 | Capots | 364/424.06 |
| 5,003,533 A | 3/1991 | Watanabe | 370/85.5 |
| 5,003,534 A | 3/1991 | Gerhardt et al. | 370/94.1 |
| 5,022,046 A | 6/1991 | Morrow, Jr. | 375/1 |
| 5,068,849 A | 11/1991 | Tanaka | 370/85.5 |
| 5,101,501 A | 3/1992 | Gilhousen et al. | 455/33 |
| 5,103,459 A | 4/1992 | Gilhousen et al. | 375/1 |
| 5,107,377 A | 4/1992 | Ballard | 360/40 |
| 5,115,429 A | 5/1992 | Hluchyj et al. | 370/84 |

| | | | |
|---|---|---|---|
| 5,121,383 A | 6/1992 | Golestani | 370/60 |
| 5,134,710 A | 7/1992 | Akerberg | 455/54.1 |
| 5,136,586 A | 8/1992 | Greenblatt | 370/110.4 |
| 5,168,575 A | 12/1992 | Cizek et al. | 455/33.1 |
| 5,172,375 A | 12/1992 | Kou | 370/95.3 |
| 5,179,549 A | 1/1993 | Joos et al. | 370/17 |
| 5,212,684 A | 5/1993 | MacNamee et al. | 370/24 |
| 5,212,687 A | 5/1993 | De La Bourdonnaye | 370/84 |
| 5,216,503 A | 6/1993 | Paik et al. | 358/133 |
| 5,231,649 A | 7/1993 | Duncanson | 375/38 |
| 5,235,614 A | 8/1993 | Bruckert et al. | 375/1 |
| 5,258,983 A | 11/1993 | Lane et al. | 370/118 |
| 5,276,730 A | 1/1994 | Cimini, Jr. et al. | 379/60 |
| 5,280,537 A | 1/1994 | Sugiyama et al. | 375/1 |
| 5,293,640 A | 3/1994 | Gunmar et al. | 455/33.1 |
| 5,305,308 A | 4/1994 | English et al. | 370/32.1 |
| 5,349,580 A | 9/1994 | Hester et al. | 370/84 |
| 5,351,240 A | 9/1994 | Highsmith | 370/84 |
| 5,381,412 A | 1/1995 | Otani | 370/84 |
| 5,400,328 A | 3/1995 | Burren et al. | 370/79 |
| 5,414,796 A | 5/1995 | Jacobs et al. | 395/2.3 |
| 5,416,787 A | 5/1995 | Gilhousen et al. | 375/705 |
| 5,420,861 A | 5/1995 | De La Bourdonnaye | 370/84 |
| 5,440,542 A | 8/1995 | Procter et al. | 370/18 |
| 5,442,625 A | 8/1995 | Gitlin et al. | 370/18 |
| 5,471,497 A | 11/1995 | Zehavi | 375/200 |
| 5,537,410 A | 7/1996 | Li | 370/84 |
| 5,566,175 A | 10/1996 | Davis | 370/84 |
| 5,638,412 A * | 6/1997 | Blakeney, II et al. | 375/377 |
| 5,733,502 A | 3/1998 | Houdard | 370/18 |
| 5,950,124 A * | 9/1999 | Trompower et al. | 455/422 |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| GB | 2293947 | * | 12/1995 | |
| GB | 2293947 | | 4/1996 | |
| WO | 9107030 | | 5/1991 | H04J/3/06 |
| WO | 92/22162 | * | 12/1992 | |
| WO | WO 95/00821 | * | 1/1995 | |
| WO | 9721294 | | 6/1997 | |

* cited by examiner

Ex. 7-2

Ex. 7-3

FIG. 1



FIG. 2



FIG. 3

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 162 of 268



**FIG. 4**

Case 3:05-cv-02063-JLS-LSP    Document 1    Filed 11/04/05    Page 163 of 268



FIG. 5



FIG. 6

Ex. 7-8



FIG. 7

US 6,496,543 B1

1

## METHOD AND APPARATUS FOR PROVIDING HIGH SPEED DATA COMMUNICATIONS IN A CELLULAR ENVIRONMENT

### BACKGROUND OF THE INVENTION

#### I. Field of the Invention

The present invention relates to communication systems. More particularly, the present invention relates to a novel and improved method and apparatus for providing high speed data in a wireless cellular communication environment.

#### II. Description of the Related Art

As wireless communication technology has advanced, an increase in the demand for high speed data services in a wireless environment has grown dramatically. The use of code division multiple access (CDMA) modulation is one of several techniques for providing digital wireless transmission that is well suited for the transmission of digital data. Other methods of digital wireless transmission include time division multiple access (TDMA) and frequency division multiple access (FDMA).

However, the spread spectrum modulation technique of CDMA has significant advantages other digital modulation techniques. The use of CDMA techniques in a multiple access communication system is disclosed in U.S. Pat. No. 4,901,307, entitled "SPREAD SPECTRUM MULTIPLE ACCESS COMMUNICATION SYSTEM USING SATELLITE OR TERRESTRIAL REPEATERS", assigned to the assignee of the present invention and incorporated by reference herein. The use of CDMA techniques in a multiple access communication system is further disclosed in U.S. Pat. No. 5,103,459, entitled "SYSTEM AND METHOD FOR GENERATING SIGNAL WAVEFORMS IN A CDMA CELLULAR TELEPHONE SYSTEM", assigned to the assignee of the present invention and incorporated by reference herein. The method for providing digital wireless communications using CDMA modulation was standardized by the Telecommunications Industry Association (TIA) in TIA/EIA/IS-95-A Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System (hereafter IS-95).

The current wireless communication systems can only accommodate relatively low transmission rates. In addition, most current wireless communication systems have not been optimized for the transmission of digital data, but rather have been optimized for the transmission of speech information. Therefore, there is a need in the industry for a method of providing high speed digital data in a wireless environment.

### SUMMARY OF THE INVENTION

The present invention is a novel and improved method and apparatus for transmitting digital data in a cellular environment. In the present invention, adjacent cells of the cellular system are prevented from simultaneously transmitting data. Thus, if a first base station on one side of a cell boundary is transmitting, then a second base station on the other side of the cell boundary is silent throughout the transmission period of the first base station. Because the noise from transmissions of adjacent cells is a primary source of interference, the transmission rate of power limited base stations can be dramatically increased when the noise from adjacent cells is eliminated.

2

In the present invention, all transmissions from a base station are transmitted at a fixed power level and the transmissions to each subscriber station in a cell are transmitted in non overlapping bursts. Thus, when a base station is transmitting, its transmissions are directed to one subscriber station within the cell, allowing the full amount of available power to be used to transmit data to that subscriber station which maximizes the available data rate to the subscriber station.

For the sake of clarity, it should be noted that two separate but related rates are referred to herein. One is the information rate which refers to the rate of user generated information bits. The second is the transmission rate which is the rate of bits transmitted over the air.

When transmissions are made at a fixed power level, the amount of information that can be transmitted between the base station and the subscriber station varies with link budget factors which are well known in the art. The most significant link budget factor in a wireless communication system is the path loss between the base station and the subscriber station. The path loss is strong function of the distance between the base station and the subscriber station.

In the present invention, the transmissions to each subscriber station are made at a fixed transmission power level. However, the information rate of transmitted signals differs depending the distance between the subscriber station and the base station. In the first exemplary embodiment, the information rate of transmissions to a subscriber station is determined by selecting an encoding rate for the transmitted signal while holding the transmission rate constant. In the second exemplary embodiment, the information rate of transmissions to a subscriber station is determined by selecting a modulation format for the transmitted signal which directly changes the transmission rate of transmission to a subscriber station.

### BRIEF DESCRIPTION OF THE DRAWINGS

The features, objects, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 is an illustration of a typical cell diagram for a geographical area;

FIG. 2 is an illustration of the interrelation of the base station controller, the base stations and the subscriber stations;

FIG. 3 is an illustration of an exemplary timing diagram and frame formats of the present invention;

FIG. 4 is a block diagram illustrating a cell in the present invention;

FIG. 5 is a block diagram illustrating the base station of the present invention;

FIG. 6 is a block diagram illustrating the subscriber station of the present invention; and

FIG. 7 is an illustration of a cell divided into a large number of narrow sectors.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

In the following description, the same reference number is used to describe both the cell or area serviced by a base station and the base station itself. In the present invention, two adjacent cells are prohibited from simultaneously trans-

US 6,496,543 B1

| 3 | 4 |

mitting. Thus, in FIG. 1, when the base station 1 is transmitting then the base stations 2A–2F are prevented from transmitting. The noise ($N_0$) experienced by a base station transmitting in a cellular environment is described by equation (1) below:

$$N_0 = N_b + N_m + N_t + N_r \qquad (1)$$

where $N_b$ is the noise from base stations in adjacent cells, $N_m$ is the interference from multipath reflections and $N_t$ is the thermal noise in the system and $N_r$ accounts for all other sources of noise.

The noise value ($N_0$) limits the amount of information that can be transmitted in a power limited wireless communication system. The present invention eliminates the noise from adjacent cells, $N_b$, by preventing any two adjacent cells from transmitting simultaneously. In addition, because a base station transmits to only one subscriber station at a time, all of its available energy can be used for the transmissions to that one subscriber station. Reducing the total noise ($N_0$) and increasing the power available for transmission to a given subscriber station greatly increases available the information rate for transmissions to the subscriber station.

Referring to FIG. 2, base station controller (BSC) 4 controls the operation of a large number of base stations within a geographical region. In the present invention, BSC 4 coordinates the transmission by base stations 1, 2A–2F and 3A–3L such that no two adjacent cells are simultaneously transmitting. In the present invention, BSC 4 sends a signal to a selected one of base stations 1, 2A–2F and 3A–3L, directing the selected base station to transmit for a predetermined time interval.

In a preferred implementation, the cells are grouped into sets of non adjacent cells wherein any of the cells within that set may simultaneously transmit. For example, a first set of non adjacent cells may consist of cells 2A, 2C, 2E, 3C, 3K and 3G. A second set of non adjacent cells may consist of cells 2B, 2D, 2F, 3A, 3E and 3I. In this preferred implementation, BSC 4 selects the subset of non adjacent cells which can transmit and any or all cells within that set of non adjacent cells can transmit during that frame cycle.

Referring to the timing diagram of FIG. 3, BSC 4 sends a transmit message to base station 1 at time 0. In the preferred implementation, BSC 4 sends a message to all base stations of the set of nonadjacent base stations which includes base station 1. In response to that message, base station 1 transmits during the time interval from 0 to T. At time T, BSC 4 sends a transmit message to base station 2A directing base station 2A to transmit during the time interval between time T and time 2T. This process is repeated for each base station of base stations 2B–2F as shown in FIG. 3. At time 7T, BSC 4 sends a message to base station 1 which transmits during the time interval between time 7T and 8T.

Note that when one of base stations 2A–2F are transmitting, it is possible for a subset of base stations F to be transmitting, so long as no two base stations share a common cell boundary. For example, when base station 2A is transmitting then cells 1, 2B, 3F, 3E, 3D and 2F cannot transmit because they are adjacent to cell 2A. However, cells 2C–2F may transmit during this period because they are not adjacent to cell 2A. In a preferred embodiment, the time intervals for transmission are the same so as to reduce the management complexity of coordinating the transmissions of base stations in the system. It should be noted that the use of varying time intervals is foreseen as a possibility.

In the exemplary embodiment, illustrated in FIG. 3, the transmission cycle of cells follows a simple deterministic pattern. It is understood that in simple deterministic trans-

mission cycle, it is not necessary for the base station to operate under the control of BSC 4 because each base station can transmit at predetermined times without control from BSC 4. In a preferred embodiment, the transmission cycle is not determined by a simple deterministic pattern such as the one illustrated in FIG. 3.

In the preferred embodiment, BSC 4 selects a base station or set of nonadjacent base stations which is to transmit in accordance with the amount of information queued for transmission in the base station or set of non adjacent base stations. In the preferred embodiment, BSC 4 monitors the amount of messages that are in a queue maintained by each base station or set of non adjacent base stations and selects the base station to transmit based on the amount of data in the queues.

Within each cell may be a plurality of subscriber stations, each which require data to be transmitted to them by the base station serving that cell. In the exemplary embodiment, the base station designates the identity of the subscriber station to which it is transmitting by means of a header. Referring to FIG. 3, in the first time interval (time 0 to T), base station 1 transmits to a selected subscriber station. In the exemplary embodiment, each frame is 2 ms in duration. The transmitted data is provided with a header that identifies the intended subscriber station.

In an alternative implementation, each cell is divided into narrow sectors wherein each sector can be transmitted to independently of transmitting to any other sector in the cell. This can be accomplished by means of highly directional antennas the design of which is well known in the art. FIG. 7 illustrates a cell 600 served by base station 510, which is divided into sectors 500A–500O. In this embodiment, each cell of the communication system which is similarly sectorized transmits to a random sector or subset of sectors in it. The probability of overlapping simultaneous transmissions from adjacent sectors is small as long as each cell is divided into a sufficiently large number of sectors.

It should be noted, with reference to FIG. 3, that all forward link transmissions are provided at the same energy $E_0$, which would typically be the maximum transmission energy allowed for by government regulations. Equation (2) below illustrates a general link budget analysis which describes the interrelation of parameters in a wireless communication system with fixed power ($E_0$).

$$E_0 = R(bits/s)(dB) + (Eb/No)req(dB) + L_s(dB) + Lo(dB), \qquad (2)$$

where $E_0$ is the fixed transmission energy of the base station, R is the transmission rate, (Eb/No)$_{req}$ is the required signal to noise ratio for a given error rate, $L_s$ is path loss in decibels and $L_o$ is the other losses in decibels. The path loss, $L_s$, depends strongly on the distance between the base station and the subscriber station. In the present invention, either the transmission rate, R, or the required signal to noise ratio, (Eb/No)$_{req}$ is varied based on the distance between the subscriber station and the base station.

Referring to FIG. 4, three subscriber stations 6A, 6B and 6C are within the cell boundary 10 and as such are served by base station 1. The distances to the subscriber stations 6A, 6B and 6C are r1, r2 and r3, respectively. In an alternative embodiment, an effective distance can be used wherein the effective distance is a metric which is selected in accordance with the path loss between base station 1 and the receiving subscriber station. It will be understood by one of skill in the art that the effective distance is related to but not the same as the physical distance between the base station and the subscriber station. The effective distance is a function both of the physical distance and the course of the propagation path.

US 6,496,543 B1

5

Referring back to equation (2), it can be seen that the effects of differences in the path loss ($L_p$) can be offset holding all else constant by changing the value of $(Eb/No)_{req}$. The value $(Eb/No)_{req}$ depends on the error detection and correction techniques employed to protect the transmitted data. The encoding rate refers to the ratio of the number of binary symbols output by the encoder to the number of bits input into the encoder. In general the higher the encoding rate of the transmission system the greater the protection to the transmitted data and the lower the required signal to noise ratio of the signal $(Eb/No)_{req}$. Thus, in a first exemplary embodiment of the present invention, the encoding rate for transmissions to subscriber stations is selected based on the distance between the subscriber station and the base station. Because communication systems are bandwidth limited, the higher encoding rate employed results in lower data throughput of the system.

In equation (2), it can be seen that the effects of differences in the path loss ($L_p$) can, also, be offset by changing the value of the transmission rate, R. The transmission rate, R, is given by the the equation:

$$R = R_s \cdot \log_2 M, \qquad (3)$$

where $R_s$ is the number of symbols transmitted and M is the number of symbols in the modulation constellation. Thus, if the distance between the base station and the subscriber station is great, the transmission rate, R, is reduced. In the present invention, the transmission rate is varied by changing the modulation format to one with more or less symbols in the modulation constellation. Whereas, when the distance between the base station and the subscriber station is small, the transmission rate, R, is increased. In the second exemplary embodiment, the symbol rate is set by selection of a modulation format. The information rate is the rate at which actual bits of uncoded user information is transmitted.

Assuming that the physical distance and the effective distances to be closely related, base station 1 will transmit at a lower information rate to subscriber station 6A than it will to subscriber station 6B, since the effective distance to subscriber station 6A is longer than the effective distance to subscriber station 6B.

In the exemplary embodiment, each subscriber station transmits a message indicating its location to the base station serving the cell in which it is located. In an alternative embodiment, methods of positioning which are well known in the art can be used by the communication station to estimate the location of the subscriber station. In an alternative embodiment, the base station uses an effective distance which is determined in accordance with a measurement of the path loss between the base station and the subscriber station. The measurement of path loss can be performed by transmitting a signal of a known power from the base station and measuring the received power at the subscriber station. Similarly, the measurement of path loss can be performed by transmitting a signal of a known power from the subscriber station and measuring the received power at the base station. It should be noted that the references to distance between the base station and the subscriber station apply equally to the physical distance and the effective distance based on measured path loss.

In the present invention the initial encoding rate or modulation format are selected and provided initially during the service set up procedure. Then the distance is tracked. If a sufficient change in the distance results during the service a new encoding rate or modulation format is selected in accordance with the new distance.

In the first exemplary embodiment, the base station selects an encoding rate in accordance with the distance

6

between the base station and the subscriber station. The base station transmits an indication of the selected encoding rate to the receiving subscriber station. The receiving subscriber station, in accordance with the selected encoding rate, selects a decoding format appropriate for use with the selected encoding rate.

In the second exemplary embodiment, the base station selects a modulation format based on the distance between the base station and the subscriber station. The base station then transmits an indication of the selected modulation format to the receiving subscriber station. The receiving subscriber station, in accordance with the selected modulation format, sets up the demodulator appropriate for reception of the signal modulated in accordance with the selected modulation format.

A block diagram of the exemplary embodiment of base station 1 is illustrated in FIG. 5. A block diagram of the exemplary embodiment of subscriber station 6A is illustrated in FIG. 6.

In the first exemplary embodiment, the encoding rate for transmissions to a subscriber station is selected in accordance with the distance between the base station and the subscriber station. Thus, the information rate is varied with the transmission rate, R, held fixed by selecting one of a plurality of encoding rates. First, subscriber station 6A registers with base station 1. In the registration process, mobile station 6A alerts base station 1 of its existence and performs basic system set up tasks as is well known in the art. An exemplary embodiment for device registration is described in detail in U.S. Pat. No. 5,289,527, entitled "MOBILE COMMUNICATION DEVICE REGISTRATION METHOD" which is assigned to the assignee of the present invention and incorporated by reference herein.

In the exemplary embodiment, signal generator 218 of subscriber station 6A generates a message indicating its location and provides the message to transmission subsystem 216. Transmission subsystem 216 encodes, modulates, upconverts and amplifies the message and provides the message through duplexer 201 for transmission through antenna 200. The location message is received by antenna 120 and provided to receiver subsystem 118. Receiver subsystem 118 amplifies, downconverts, demodulates and decodes the received location message and provides it to transmission controller 104.

In the exemplary embodiment of the present invention, the mobile station 6A transmits a message indicating its location to base station 1 during the registration process. In addition, in the exemplary embodiment, subscriber station 6A tracks its own movement and if the distance changes by at least a certain amount, subscriber station 6A transmits an indication of its new location. As described above alternative methods for determining the subscriber station's location or methods based upon the measured the path loss can be employed. In the exemplary embodiment, the location information is provided to transmission controller 104 of base station 1, which computes the distance between base station 1 and subscriber station 6A.

Transmission controller 104 selects an encoding rate in accordance with the distance between subscriber station 6A and base station 1. In a preferred embodiment the distances between base station 1 and subscriber station 6A is quantized in to discrete values as illustrated in FIG. 4. Referring to FIG. 4, all subscriber stations that are located between base station 1 and the circle 7A would receive information at a first encoding rate. All subscriber stations that are located between circle 7A and the circle 7B would receive information at a second encoding rate. All subscriber sta-

US 6,496,543 B1

**7**

tions that are located between circle 7B and the circle 7C would receive information at a third encoding rate. For example, referring to FIG. 4, base station 1 may use a rate ⅓ code when transmitting to subscriber station 6B which is close to base station 1. However, base station 1 may use a rate ⅛ code when transmitting to subscriber station 6A which is far from base station 1.

If the distance between the base station and the subscriber station is great, a higher encoding rate code will be selected. Whereas, when the distance between the base station and the subscriber station is small, a lower encoding rate will be selected. Error correction and detection methods employed at subscriber station 6A will permit a lower required signal to noise ratio, $(Eb/N0)_{req}$, for a given error rate. The lower the rate of coding, the greater the number of errors that can be corrected and the lower the required signal to noise ratio $(Eb/N0)_{req}$.

In the first exemplary embodiment, transmission controller 104 selects the encoding rate as described above and sends an indication of the selected rate to subscriber station 6A. In the exemplary embodiment, the message indicating the encoding rate is transmitted over a paging channel during the registration process. Paging channels are used in wireless communication systems for sending short messages from a base station to a subscriber station. In a preferred embodiment, the communication system permits base station 1 to change the encoding rate by subsequent messages transmitted on the traffic channel. One reason to provide for changing the encoding rate is to allow for changes in the location of subscriber station 6A.

In the exemplary embodiment, the message indicating the selected encoding rate is provided by transmission controller 104 to encoder 106 which encodes the message. The encoded symbols from encoder 106 are provided to interleaver 108, which reorders the symbols in accordance with a predetermined reordering format. In the exemplary embodiment, the interleaved symbols are provided to scrambler 110 which scrambles the interleaved signal in accordance with a CDMA spreading format as described in the aforementioned U.S. Pat. Nos. 4,901,307 and 5,103,459.

The scramble signal is provided to modulator 112 which modulates the signal in accordance with a predetermined modulation format. In the exemplary embodiment, the modulation format for the paging channel is quadrature phase shift keyed (QPSK) modulation. The modulated signal is provided to transmitter 114, where it is upconverted and amplified and transmitted through antenna 116.

The transmitted message indicating the encoding rate is received by antenna 200 and provided to receiver (RCVR) 202. Receiver 202 downconverts and amplifies the received signal and provides the received signal to demodulator 204. Demodulator 204 demodulates the received signal. In the exemplary embodiment, demodulation format for the paging channel is a QPSK demodulation format. In the exemplary embodiment, the demodulated signal is provided to equalizer 205. Equalizer 205 is a channel equalizer which reduces the effects of the propagation environment such as multipath effects. Channel equalizers are well known in the art. The design and implementation of a channel equalizer is disclosed in copending U.S. patent application Ser. No. 08/509, 722 entitled "Adaptive Despreader", filed Jul. 31, 1995, which is assigned to the assignee of the present invention and incorporated by reference herein.

The equalized signal is provided to descrambler 206 which descrambles the signal in accordance with a CDMA despreading format described in detail in the aforementioned U.S. Pat. Nos. 4,901,307 and 5,103,459. The despread

**8**

symbols are provided to de-interleaver 208 and reordered according to a predetermined de-interleaving format. The reordered symbols are provided to decoder 210 which decodes the message indicating the selected encoding rate and provides the decoded message to control processor 212.

In response to the decoded message, control processor 212 provides a signal to decoder 210 indicating a decoding format that will be used for high speed data transmissions. In the exemplary embodiment, decoder 210 is capable of decoding a received signal in accordance with a plurality of trellis decoding formats where each decoding format corresponds to a corresponding different encoding format.

Referring back to FIG. 5, data to be transmitted to the subscriber stations in cell 1 (subscriber stations 6A, 6B and 6C) is provided to queue 100. The data is stored in queue 100 according to the subscriber station to which it is to be transmitted. The data for subscriber station 6A is stored in memory 102A, the data for subscriber station 6B is stored in memory 102B, the data for subscriber station 6C is stored in memory 102C, and so on. The different memory elements (102A–102N) are purely for illustrative purposes, it will be understood that the queue typically consists of a single memory device and the separate memory devices illustrated simply refer to memory locations within the device.

At the first time interval (t=0), in FIG. 3, BSC 4 sends a message to transmission controller 104 directing base station 1 to transmit. In response transmission controller 104 selects a receiving subscriber station within its coverage area and the period of time the data has been sitting in the queue. In a preferred embodiment, the selection of the receiving subscriber station is based on the amount of data queued for transmission to the subscriber stations in the coverage area. Transmission controller 104 selectively provides a signal to one of memory elements 102A–102N based on its selection of the receiving subscriber station. In addition, in accordance with the receiving subscriber station selected, transmission controller 104 provides a signal to encoder 106 indicating the encoding rate to be used for transmissions to the selected subscriber station.

Transmission controller 104 provides, to encoder 106, a header message identifying the receiving subscriber station. In an exemplary embodiment, encoder 106 encodes the header message using an encoding format to be used to encode the headers for transmissions to all subscriber stations. In an exemplary embodiment, the header information is encoded separately from the rest of the data, so that a subscriber station need not decode the very large amount of data transmitted during the transmission interval if it is not intended for that subscriber station.

Transmission controller 104, then, provides a signal to memory element 102A directing it to provide data and specifying the maximum amount of data that can be transmitted to receiving subscriber station 6A during the predetermined time interval. The predetermined maximum is the maximum of information that can be transmitted to subscriber station 6A within the time interval, T, at the selected encoding rate $(R_{enc})$, for the fixed transmission rate, R, as shown in equation (4) below.

$$\text{Max Data} = (R \cdot T)/R_{enc} \qquad (4)$$

In response to the signal from transmission controller 104, memory element 102A provides an amount of data less than or equal to Max Data to encoder 106.

Encoder 106 encodes the data using the selected encoding format and combines the encoded symbols of the header message with the encoded symbols of data. In the exemplary embodiment, encoder 106 is capable of encoding the data at

US 6,496,543 B1

**9**

a plurality of convolutional encoding rates. For example encoder 106 may be capable of encoding the data using a rate ½, ⅓, ¼ and ⅕ convolutional encoding formats. Encoding rates can be varied to essentially any rate by using a combination of encoders typically used and data puncturing. Encoder 106 provides the encoded symbols to interleaver 108.

Interleaver 108 reorders the symbols in accordance with a predetermined reordering format and provides the reordered symbols to scrambler 110. Scrambler 110 scrambles the symbols in accordance with a predetermined CDMA spreading format and provides the spread symbols to modulator 112. It should be noted that because only one subscriber station 6A is being transmitted to, the use of scrambler 110 is for the purposes of scrambling the data for security purposes and to increase the signal's immunity to narrow band noise and not for the purpose of multiple access communications.

Modulator 112 modulates the spread symbols in accordance with a predetermined modulation format. In the exemplary embodiment, modulator 112 is a 16-ary QAM modulator. Modulator 112 provides the modulated symbols to transmitter (TMTR) 114. Transmitter 114 upconverts and amplifies the signal and transmits the signal through antenna 116.

The transmitted signal is received by subscriber station 6A at antenna 200. The received signal is provided to receiver (RCVR) 202. Receiver 202 downconverts and amplifies the received signal. The received signal is provided to demodulator 204 which demodulates the signal in accordance with a predetermined demodulation format. The demodulated signal is provided to equalizer 205 which is a channel equalizer as described above. The channel equalized signal is provided to descrambler 206 which descrambles the signal in accordance with a predetermined CDMA despreading format as described above. De-interleaver 208 reorders the despread symbols and provides them to decoder 210.

In the exemplary embodiment, decoder 210 first decodes the header message contained in the reordered symbols. The header message is provided to header check means 214 which verifies that the information being transmitted is intended for subscriber station 6A. If the data is intended for subscriber station 6A, then the rest of the data is decoded. When the header indicates that data is intended for the user of subscriber station 6A, header check 214 sends a signal to decoder 210 indicating that the remaining information should be decoded. In an alternative embodiment, all information is decoded and then the header is checked after the decoding process.

Decoder 210 decodes the symbols in accordance with the selected decoding format from control processor 212. In the exemplary embodiment, decoder 210 decodes the reordered symbols in accordance with one of a plurality of trellis decoding formats selected based on the selected encoding rate. The decoded symbols are then provided to the user of subscriber station 6A.

In the second exemplary embodiment, transmission controller 104 selects the modulation format in accordance with the distance between the base station and the mobile station. Base station 1 sends an indication of the selected modulation format to the subscriber station. The modulation format directly effects the transmission rate R. Referring to equation (2), all parameters are fixed in this case except the path loss, $L_p$, and the transmission rate, R. Higher transmission rates (R) are transmitted using a modulation format that contains a larger set of modulation symbols. For example, 28-ary quadrature amplitude modulation (QAM) can be used for

**10**

transmission to subscriber station near the base station. Whereas 16-ary QAM modulation would be used for transmission to subscriber stations further from the base station.

In the exemplary embodiment, subscriber station 6A transmits a message indicating its location to base station 1. In response, base station 1 selects a modulation format. As described with respect to the previous embodiment, the distances computed by transmission controller 104 are quantized. The modulation format is selected in accordance with the quantized distances. Referring to FIG. 4, all subscriber stations that are located between base station 1 and the circle 7A would receive information using a first modulation format. All subscriber stations that are located between circle 7A and the circle 7B would receive information using a second modulation format. All subscriber stations that are located between circle 7B and the circle 7C would receive information at using a third modulation format. For example, referring to FIG. 4, base station 1 may use a QPSK modulation format when transmitting to subscriber station 6B which is close to base station 1. By contrast, base station 1 may use a 64-ary Quadrature Amplitude Modulation (QAM) when transmitting to subscriber station 6A which is far from base station 1. In the exemplary embodiment, the message indicating the selected modulation format is transmitted over a paging channel during the registration process. Again, in a preferred embodiment, the communication system permits base station 1 to change the modulation format by subsequent messages transmitted on the paging channel.

The transmitted signal indicating the modulation format is received by subscriber station 6A as described above and provided to control processor 212. Control processor 212 provides a signal to demodulator 204 indicating a demodulation format that will be used. Demodulator 204, of the second exemplary embodiment, is capable of demodulating a received signal in accordance with a plurality of demodulation formats. In response to the signal from control processor 212, an appropriate demodulation format is selected.

Referring back to FIG. 5, data to be transmitted to the subscriber stations in cell 1 (subscriber stations 6A, 6B and 6C) is provided to queue 100. At the first time interval (t=0), BSC 4 sends a message to transmission controller 104 directing base station 1 to transmit. In response to the signal, transmission controller 104 selects a receiving subscriber station as described above. Transmission controller 104 selectively provides a signal to one of memory elements 102A–102N based on its selection of the subscriber station. In addition, in accordance with the subscriber station selected, transmission controller 104 provides a signal indicating the selected modulation format to modulator 112.

Transmission controller 104 provides, to encoder 106, a header message that identifies the subscriber station to which the data is being sent. Encoder 106 encodes the header message as described above. Transmission controller 104, then, provides a signal to memory element 102A directing it to provide data and specifying the maximum amount of data that can be transmitted to receiving subscriber station 6A during the predetermined time interval. The predetermined maximum is the maximum of information that can be transmitted to subscriber station 6A within the time interval, T, at the selected rate as shown in equation (4) below.

$$\text{Max Data}=M\cdot R_S\cdot T, \qquad (5)$$

where M is the number of modulation symbols used in the selected modulation format and $R_s$ is the symbol rate. In response to the signal from transmission controller 104, memory element 102A provides an amount of data less than or equal to Max Data to encoder 106.

US 6,496,543 B1

11

In the second exemplary embodiment, encoder 106 encodes the data at a fixed encoding rate and combines the encoded symbols of the header message with the encoded symbols of data. Encoder 106 provides the encoded symbols to interleaver 108. Interleaver 108 reorders the symbols in accordance with a predetermined reordering format and provides the reordered symbols to scrambler 110. Scrambler 110 scrambles the symbols in accordance with a predetermined CDMA spreading format and provides the scrambled symbols to modulator 112.

Modulator 112 modulates the scrambled symbols in accordance with the selected modulation format. In the exemplary embodiment modulator 112 is capable of mapping the scrambled symbols into modulation symbols according to a plurality of modulation formats. Modulator 112 provides the modulated symbols to transmitter (TMTR) 114. Transmitter 114 upconverts and amplifies the signal and transmits the signal through antenna 116.

The transmitted signal is received by subscriber station 6A at antenna 200. The received signal is provided to receiver (RCVR) 202. Receiver 202 downconverts and amplifies the received signal. The received signal is provided to demodulator 204 which demodulates the signal in accordance with the selected demodulation format. The demodulated signal is provided to equalizer 205 which channel equalizes the received signal as described above. The equalized sign is provided to descrambler 206 which descrambles the signal in accordance with a predetermined CDMA despreading format. De-interleaver 208 reorders the descrambled symbols and provides them to decoder 210.

In the exemplary embodiment, decoder 210 first decodes the header message contained in the reordered symbols. The header message is provided to header check means 214 which verifies that the information being transmitted is intended for subscriber station 6A. If the data is intended for subscriber station 6A then the rest of the data is decoded. When the header indicates the data is intended for the user of subscriber station 6A, header check 214 sends a signal to decoder 210 indicating that the remaining information should be decoded. In an alternative embodiment, all information is decoded and then the header is checked after the decoding process is completed. Decoder 210 decodes the symbols. The decoded symbols are then provided to the user of subscriber station 6A.

It should be noted that systems that use both varying the encoding rate and using the technique of varying the modulation format simultaneously are envisioned.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

I claim:

1. A method for a communication system, comprising:
selecting an encoding rate for each of fixed and predetermined power level transmissions of digital data from a base station to each mobile station of a plurality of mobile stations in said communication system;
selecting an amount of data for each of said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations;
selecting a modulation format for each of said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations;

12

encoding and modulating said selected amount of data in accordance with said selected encoding data rate and said selected modulation format for each of said plurality of mobile stations;
transmitting from said base station, encoded and modulated data, to each of said plurality of mobile stations in non-overlapping transmission bursts at said fixed and predetermined power level, wherein said non-overlapping transmission bursts are over predefined and fixed duration time frames, wherein at least one of said selected encoding rate, said selected modulation format and said selected amount of data for each of said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations is based on an effective link budget for each of said plurality of mobile stations, wherein said link budget includes a parameter indicating transmission set at said fixed and predetermined power level.

2. The method as recited in claim 1 wherein said effective link budget for each of said plurality of mobile stations is based on an effective distance as measured by an effective transmission path loss between said base station and each of said plurality of mobile stations.

3. An apparatus for a communication system, comprising:
a controller for selecting an encoding rate for each of fixed and predetermined power level transmissions of digital data from a base station to each mobile station of a plurality of mobile stations in said communication system, for selecting an amount of data for each of said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations and for selecting a modulation format for each said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations;
a transmitter, at said base station, for encoding and modulating said selected amount of data in accordance with said selected encoding data rate and said selected modulation format for each of said plurality of mobile stations and for transmitting, encoded and modulated data, to each of said plurality of mobile stations in non-overlapping transmission bursts at said fixed predetermined power level, wherein said non-overlapping transmission bursts are over predefined and fixed duration time frames, wherein at least one of said selected encoding rate, said selected modulation format and said selected amount of data for each of said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations is based on an effective link budget for each of said plurality of mobile stations, wherein said link budget includes a parameter indicating transmission set at said fixed and predetermined power level.

4. The apparatus as recited in claim 3 wherein said effective link budget for each of said plurality of mobile stations is based on an effective distance as measured by an effective transmission path loss between said base station and each of said plurality of mobile stations.

5. A method for a communication system, comprising:
selecting an encoding rate for each of fixed and predetermined power level transmissions of digital data from each base station of a plurality of base stations to each mobile station of a plurality of mobile stations in said communication system;
selecting an amount of data for each fixed and predetermined power level transmissions from each base station of said plurality of base stations;



US 6,496,543 B1

13

selecting a modulation format for each fixed and predetermined power level transmissions from each base station of said plurality of base stations to each of said plurality of mobile stations;

encoding and modulating said selected amount of data in accordance with said selected encoding data rate and said selected modulation format for each mobile station of said plurality of mobile stations;

transmitting, from each of said plurality of base stations, encoded and modulated data, to each mobile station of said plurality of mobile stations in non-overlapping transmission bursts at said fixed predetermined power level, wherein said non-overlapping transmission bursts are over predefined and fixed duration time frames, wherein at least one of said selected encoding rate, said selected modulation format and said selected amount of data for each of said fixed and predetermined power level transmissions from said base station to each of said plurality of mobile stations is based on an effective link budget for each of said plurality of mobile stations, wherein said link budget includes a parameter indicating transmission set at said fixed and predetermined power level.

6. The method as recited in claim 5 wherein said effective link budget for each of said plurality of mobile stations is based on an effective distance as measured by an effective transmission path loss between said base station and each of said plurality of mobile stations.

7. An apparatus for a communication system, comprising:

a controller for selecting an encoding rate for each of fixed and predetermined power level transmissions of digital data from each base station of a plurality of base stations to each mobile station of a plurality of mobile stations in said communication system, for selecting an

14

amount of data for each said fixed and predetermined power level transmissions of digital data from each base station to each of said plurality of mobile stations and for selecting a modulation format for each said fixed and predetermined power level transmissions of digital data from each base station of said plurality of base stations to each of said plurality of mobile stations;

a transmitter for encoding and modulating said selected amount of data in accordance with said selected encoding data rate and said selected modulation format for each mobile station of said plurality of mobile stations and for transmitting, encoded and modulated data, from said each of said plurality of base stations to each mobile station of said plurality of mobile stations in non-overlapping transmission bursts at said fixed predetermined power level, wherein said non-overlapping transmission bursts are over predefined and fixed duration time frames, wherein at least one of said selected encoding rate, said selected modulation format and said selected amount of data for each of said fixed and predetermined power level transmissions from said base station to each mobile station of said plurality of mobile stations is based on an effective link budget for each of said plurality of mobile stations, wherein said link budget includes a parameter indicating transmission set at said fixed and predetermined power level.

8. The apparatus as recited in claim 7 wherein said effective link budget for each mobile station of said plurality of mobile stations is based on an effective distance as measured by an effective transmission path loss between said base station and each of said plurality of mobile stations.

* * * * *

RECYCLED



US006574211B2

## (12) United States Patent
Padovani et al.

(10) Patent No.: US 6,574,211 B2
(45) Date of Patent: *Jun. 3, 2003

(54) **METHOD AND APPARATUS FOR HIGH RATE PACKET DATA TRANSMISSION**

(75) Inventors: Roberto Padovani, San Diego, CA (US); Paul E. Bender, San Diego, CA (US); Peter J. Black, La Jolla, CA (US); Matthew S. Grob, La Jolla, CA (US); Jung K. Hinderling, San Diego, CA (US); Nagabhushana T. Sindhushayana, San Diego, CA (US); Charles E. Wheatley, III, Del Mar, CA (US)

(73) Assignee: Qualcomm Incorporated, San Diego, CA (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/963,386

(22) Filed: Nov. 3, 1997

(65) **Prior Publication Data**

US 2003/0063583 A1 Apr. 3, 2003

(51) Int. Cl.⁷ ................................. H04B 7/212

(52) U.S. Cl. ............... 370/347; 370/337; 370/442; 370/458

(58) Field of Search .................... 370/328, 329, 370/331, 332, 335, 342, 458, 442, 336, 337, 347, 252; 455/63, 525, 38.1, 517, 426

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,256,925 A    3/1981  Goode .................. 370/104

| | | | |
|---|---|---|---|
| 4,383,315 A | 5/1983 | Torng | 370/89 |
| 4,491,947 A | 1/1985 | Frank | 370/94 |
| 4,547,880 A | 10/1985 | De Vita et al. | 370/91 |
| 5,003,534 A | 3/1991 | Gerhardt et al. | 370/94.1 |
| 5,022,046 A | 6/1991 | Morrow, Jr. | 375/1 |
| 5,038,399 A | * 8/1991 | Bruckert | 455/447 |
| 5,093,924 A | * 3/1992 | Toshiyuki et al. | 455/450 |
| 5,101,501 A | 3/1992 | Gilhousen et al. | 455/33 |
| 5,115,429 A | 5/1992 | Hluchyj et al. | 370/84 |
| 5,267,262 A | 11/1993 | Wheatley, III | |
| 5,280,537 A | 1/1994 | Sugiyama et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0412583 | 2/1991 |
| EP | 0418865 | 3/1991 |
| EP | 9610320 | 4/1996 |
| EP | 0779755 | 6/1997 |
| GB | 2293947 | 4/1996 |
| WO | 9222162 | 12/1992 |
| WO | 9500821 | 1/1995 |

Primary Examiner—David Vincent
Assistant Examiner—Bob A. Phunkulh
(74) Attorney, Agent, or Firm—Philip R. Wadsworth; Kent D. Baker; Sandra L. Godsey

(57) **ABSTRACT**

In a data communication system capable of variable rate transmission, high rate packet data transmission improves utilization of the forward link and decreases the transmission delay. Data transmission on the forward link is time multiplexed and the base station transmits at the highest data rate supported by the forward link at each time slot to one mobile station. The data rate is determined by the largest C/I measurement of the forward link signals as measured at the mobile station. Upon determination of a data packet received in error, the mobile station transmits a NACK message back to the base station. The NACK message results in retransmission of the data packet received in error. The data packets can be transmitted out of sequence by the use of sequence number to identify each data unit within the data packets.

34 Claims, 15 Drawing Sheets



Ex. 8-1

# US 6,574,211 B2
### Page 2

**U.S. PATENT DOCUMENTS**

| | | | | | |
|---|---|---|---|---|---|
| 5,297,192 A | * | 3/1994 | Gerszberg | ............... | 455/419 |
| 5,305,308 A | * | 4/1994 | English et al. | ............... | 370/335 |
| 5,373,502 A | | 12/1994 | Turban | | |
| 5,383,219 A | * | 1/1995 | Wheatley, III et al. | ..... | 370/342 |
| 5,400,328 A | | 3/1995 | Burren et al. | | |
| 5,404,376 A | * | 4/1995 | Dent | ............... | 375/200 |
| 5,416,797 A | | 5/1995 | Gilhousen et al. | | |
| 5,442,625 A | * | 8/1995 | Gitlin et al. | ............... | 370/342 |
| 5,491,837 A | * | 2/1996 | Haartsen | ............... | 455/62 |
| 5,535,239 A | * | 7/1996 | Padovani et al. | ........... | 375/205 |
| 5,537,410 A | | 7/1996 | Li | | |
| 5,566,175 A | | 10/1996 | Davis | | |
| 5,594,720 A | * | 1/1997 | Papadopoulos et al. | ...... | 370/330 |
| 5,638,412 A | | 6/1997 | Blakeney, II et al. | ....... | 375/377 |

| | | | | | |
|---|---|---|---|---|---|
| 5,710,974 A | * | 1/1998 | Granhtad et al. | ......... | 455/33.2 |
| 5,734,646 A | * | 3/1998 | I et al. | ............... | 370/335 |
| 5,734,647 A | * | 3/1998 | Yoshida et al. | ......... | 370/335 |
| 5,774,809 A | * | 6/1998 | Tuutijarvi et al. | ......... | 455/437 |
| 5,781,583 A | * | 7/1998 | Bruckert et al. | ......... | 375/146 |
| 5,805,581 A | * | 9/1998 | Uchida et al. | ......... | 370/335 |
| 5,805,585 A | * | 9/1998 | Javitt et al. | ......... | 370/320 |
| 5,822,359 A | * | 10/1998 | Bruckert et al. | ......... | 375/200 |
| 5,832,368 A | * | 11/1998 | Nakano et al. | ......... | 455/63 |
| 5,842,113 A | * | 11/1998 | Nanda et al. | ......... | 455/69 |
| 5,878,038 A | * | 3/1999 | Willey | ......... | 370/335 |
| 5,903,554 A | | 5/1999 | Saints | | |
| 5,978,657 A | * | 11/1999 | Suzuki | ......... | 455/54.2 |
| 6,088,335 A | * | 7/2000 | I et al. | ......... | 370/252 |

* cited by examiner

**U.S. Patent**      Jun. 3, 2003      Sheet 1 of 15      US 6,574,211 B2



FIG. 1

Ex. 8-3



FIG. 2



FIG. 3A

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 179 of 268



FIG. 3B



FIG. 4A



FIG. 4B

FIG. 4C

Ex. 8-8



FIG. 4D

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 183 of 268





FIG. 5

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 185 of 268



FIG. 6

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 186 of 268



FIG. 7A



FIG. 7B



FIG. 8

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 189 of 268



FIG. 9

Ex. 8-16



FIG. 10

US 6,574,211 B2

1

# METHOD AND APPARATUS FOR HIGH RATE PACKET DATA TRANSMISSION

## BACKGROUND OF THE INVENTION

### I. Field of the Invention

The present invention relates to data communication. More particularly, the present invention relates to a novel and improved method and apparatus for high rate packet data transmission.

### II. Description of the Related Art

A modern day communication system is required to support a variety of applications. One such communication system is a code division multiple access (CDMA) system which conforms to the "TIA/EIA/IS-95 Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System", hereinafter referred to as the IS-95 standard. The CDMA system allows for voice and data communications between users over a terrestrial link. The use of CDMA techniques in a multiple access communication system is disclosed in U.S. Pat. No. 4,901,307, entitled "SPREAD SPECTRUM MULTIPLE ACCESS COMMUNICATION SYSTEM USING SATELLITE OR TERRESTRIAL REPEATERS", and U.S. Pat. No. 5,103,459, entitled "SYSTEM AND METHOD FOR GENERATING WAVEFORMS IN A CDMA CELLULAR TELEPHONE SYSTEM", both assigned to the assignee of the present invention and incorporated by reference herein.

In this specification, base station refers to the hardware with which the mobile stations communicate. Cell refers to the hardware or the geographic coverage area, depending on the context in which the term is used. A sector is a partition of a cell. Because a sector of a CDMA system has the attributes of a cell, the teachings described in terms of cells are readily extended to sectors.

In the CDMA system, communications between users are conducted through one or more base stations. A first user on one mobile station communicates to a second user on a second mobile station by transmitting data on the reverse link to a base station. The base station receives the data and can route the data to another base station. The data is transmitted on the forward link of the same base station, or a second base station, to the second mobile station. The forward link refers to transmission from the base station to a mobile station and the reverse link refers to transmission from the mobile station to a base station. In IS-95 systems, the forward link and the reverse link are allocated separate frequencies.

The mobile station communicates with at least one base station during a communication. CDMA mobile stations are capable of communicating with multiple base stations simultaneously during soft handoff. Soft handoff is the process of establishing a link with a new base station before breaking the link with the previous base station. Soft handoff minimizes the probability of dropped calls. The method and system for providing a communication with a mobile station through more than one base station during the soft handoff process are disclosed in U.S. Pat. No. 5,267,261, entitled "MOBILE ASSISTED SOFT HANDOFF IN A CDMA CELLULAR TELEPHONE SYSTEM," assigned to the assignee of the present invention and incorporated by reference herein. Softer handoff is the process whereby the communication occurs over multiple sectors which are serviced by the same base station. The process of softer handoff is described in detail in U.S. patent application Ser. No. 08/763,498, entitled "METHOD AND APPARATUS FOR

2

PERFORMING HANDOFF BETWEEN SECTORS OF A COMMON BASE STATION", filed Dec. 11, 1996, now U.S. Pat. No. 5,933,787, issued Aug. 3, 1999, by Klein S. Gilhousen et al., assigned to the assignee of the present invention and incorporated by reference herein.

Given the growing demand for wireless data applications, the need for very efficient wireless data communication systems has become increasingly significant. The IS-95 standard is capable of transmitting traffic data and voice data over the forward and reverse links. A method for transmitting traffic data in code channel frames of fixed size is described in detail in U.S. Pat. No. 5,504,773, entitled "METHOD AND APPARATUS FOR THE FORMATTING OF DATA FOR TRANSMISSION", assigned to the assignee of the present invention and incorporated by reference herein. In accordance with the IS-95 standard, the traffic data or voice data is partitioned into code channel frames which are 20 msec wide with data rates as high as 14.4 Kbps.

A significant difference between voice services and data services is the fact that the former imposes stringent and fixed delay requirements. Typically, the overall one-way delay of speech frames must be less than 100 msec. In contrast, the data delay can become a variable parameter used to optimize the efficiency of the data communication system. Specifically, more efficient error correcting coding techniques which require significantly larger delays than those that can be tolerated by voice services can be utilized. An exemplary efficient coding scheme for data is disclosed in U.S. patent application Ser. No. 08/743,688, entitled "SOFT DECISION OUTPUT DECODER FOR DECODING CONVOLUTIONALLY ENCODED CODEWORDS", filed Nov. 6, 1996, now U.S. Pat. No. 5,933,462, issued Aug. 3, 1999, by Andrew J. Viterbi et al., assigned to the assignee of the present invention and incorporated by reference herein.

Another significant difference between voice services and data services is that the former requires a fixed and common grade of service (GOS) for all users. Typically, for digital systems providing voice services, this translates into a fixed and equal transmission rate for all users and a maximum tolerable value for the error rates of the speech frames. In contrast, for data services, the GOS can be different from user to user and can be a parameter optimized to increase the overall efficiency of the data communication system. The GOS of a data communication system is typically defined as the total delay incurred in the transfer of a predetermined amount of data, hereinafter referred to as a data packet.

Yet another significant difference between voice services and data services is that the former requires a reliable communication link which, in the exemplary CDMA communication system, is provided by soft handoff. Soft handoff results in redundant transmissions from two or more base stations to improve reliability. However, this additional reliability is not required for data transmission because the data packets received in error can be retransmitted. For data services, the transmit power used to support soft handoff can be more efficiently used for transmitting additional data.

The parameters which measure the quality and effectiveness of a data communication system are the transmission delay required to transfer a data packet and the average throughput rate of the system. Transmission delay does not have the same impact in data communication as it does for voice communication, but it is an important metric for measuring the quality of the data communication system. The average throughput rate is a measure of the efficiency of the data transmission capability of the communication system.

Ex. 8-18

US 6,574,211 B2

3

It is well known that in cellular systems the signal-to-noise-and-interference ratio C/I of any given user is a function of the location of the user within the coverage area. In order to maintain a given level of service, TDMA and FDMA systems resort to frequency reuse techniques, i.e. not all frequency channels and/or time slots are used in each base station. In a CDMA system, the same frequency allocation is reused in every cell of the system, thereby improving the overall efficiency. The C/I that any given user's mobile station achieves determines the information rate that can be supported for this particular link from the base station to the user's mobile station. Given the specific modulation and error correction method used for the transmission, which the present invention seek to optimize for data transmissions, a given level of performance is achieved at a corresponding level of C/I. For idealized cellular system with hexagonal cell layouts and utilizing a common frequency in every cell, the distribution of C/I achieved within the idealized cells can be calculated.

The C/I achieved by any given user is a function of the path loss, which for terrestrial cellular systems increases as $r^3$ to $r^5$, where r is the distance to the radiating source. Furthermore, the path loss is subject to random variations due to man-made or natural obstructions within the path of the radio wave. These random variations are typically modeled as a lognormal shadowing random process with a standard deviation of 8 dB. The resulting C/I distribution achieved for an ideal hexagonal cellular layout with omnidirectional base station antennas, $r^4$ propagation law, and shadowing process with 8 dB standard deviation is shown in FIG. 10.

The obtained C/I distribution can only be achieved if, at any instant in time and at any location, the mobile station is served by the best base station which is defined as that achieving the largest C/I value, regardless of the physical distance to each base station. Because of the random nature of the path loss as described above, the signal with the largest C/I value can be one which is other than the minimum physical distance from the mobile station. In contrast, if a mobile station was to communicate only via the base station of minimum distance, the C/I can be substantially degraded. It is therefore beneficial for mobile stations to communicate to and from the best serving base station at all times, thereby achieving the optimum C/I value. It can also be observed that the range of values of the achieved C/I, in the above idealized model and as shown in FIG. 10, is such that the difference between the highest and lowest value can be as large as 10,000. In practical implementation the range is typically limited to approximately 1:100 or 20 dB. It is therefore possible for a CDMA base station to serve mobile stations with information bit rates that can vary by as much as a factor of 100, since the following relationship holds:

$$R_b = W \frac{(C/I)}{(E_b/I_o)} \qquad (1)$$

where $R_b$ represents the information rate to a particular mobile station, W is the total bandwidth occupied by the spread spectrum signal, and $E_b/I_o$ is the energy per bit over interference density required to achieve a given level of performance. For instance, if the spread spectrum signal occupies a bandwidth W of 1.2288 MHz and reliable communication requires an average $E_b/I_o$ equal to 3 dB, then a mobile station which achieves a C/I value of 3 dB to the best base station can communicate at a data rate as high as 1.2288 Mbps. On the other hand, if a mobile station is subject to substantial interference from adjacent base stations and can

4

only achieve a C/I of −7 dB, reliable communication cannot be supported at a rate greater than 122.88 Kbps. A communication system designed to optimize the average throughput will therefore attempt to serve each remote user from the best serving base station and at the highest data rate $R_b$ which the remote user can reliably support. The data communication system of the present invention exploits the characteristic cited above and optimizes the data throughput from the CDMA base stations to the mobile stations.

SUMMARY OF THE INVENTION

The present invention is a novel and improved method and apparatus for high rate packet data transmission in a CDMA system. The present invention improves the efficiency of a CDMA system by providing for means for transmitting data on the forward and reverse links. Each mobile station communicates with one or more base stations and monitors the control channels for the duration of the communication with the base stations. The control channels can be used by the base stations to transmit small amounts of data, paging messages addressed to a specific mobile station, and broadcast messages to all mobile stations. The paging message informs the mobile station that the base station has a large amount of data to transmit to the mobile station.

It is an object of the present invention to improve utilization of the forward and reverse link capacity in the data communication system. Upon receipt of the paging messages from one or more base stations, the mobile station measures the signal-to-noise-and-interference ratio (C/I) of the forward link signals (e.g. the forward link pilot signals) at every time slots and selects the best base station using a set of parameters which can comprise the present and previous C/I measurements. In the exemplary embodiments, at every time slot, the mobile station transmits to the selected base station on a dedicated data request (DRC) channel a request for transmission at the highest data rate which the measured C/I can reliably support. The selected base station transmits data, in data packets, at a data rate not exceeding the data rate received from the mobile station on the DRC channel. By transmitting from the best base station at every time slot, improved throughput and transmission delay are achieved.

It is another object of the present invention to improve performance by transmitting from the selected base station at the peak transmit power for the duration of one or more time slots to a mobile station at the data rate requested by the mobile station. In the exemplary CDMA communication system, the base stations operate at a predetermined back-off (e.g. 3 dB) from the available transmit power to account for variations in usage. Thus, the average transmit power is half of the peak power. However, in the present invention, since high speed data transmissions are scheduled and power is typically not shared (e.g., among transmissions), it is not necessary to back-off from the available peak transmit power.

It is yet another object of the present invention to enhance efficiency by allowing the base stations to transmit data packets to each mobile station for a variable number of time slots. The ability to transmit from different base stations from time slot to time slot allows the data communication system of the present invention to quickly adapt to changes in the operating environment. In addition, the ability to transmit a data packet over non-contiguous time slots is possible in the present invention because of the use of sequence number to identify the data units within a data packet.

US 6,574,211 B2

5

It is yet another object of the present invention to increase flexibility by forwarding the data packets addressed to a specific mobile station from a central controller to all base stations which are members of the active set of the mobile station. In the present invention, data transmission can occur from any base station in the active set of the mobile station at each time slot. Since each base station comprises a queue which contains the data to be transmitted to the mobile station, efficient forward link transmission can occur with minimal processing delay.

It is another object of the present invention to provide a retransmission mechanism for data units received in error. In the exemplary embodiment, each data packet comprises a predetermined number of data units, with each data unit identified by a sequence number. Upon incorrect reception of one or more data units, the mobile station sends a negative acknowledgment (NACK) on the reverse link data channel indicating the sequence numbers of the missing data units for retransmission from the base station. The base station receives the NACK message and can retransmit the data units received in error.

It is yet another object of the present invention for the mobile station to select the best base station candidates for communication based on the procedure described in U.S. patent application Ser. No. 08/790,497, entitled "METHOD AND APPARATUS FOR PERFORMING SOFT HANDOFF IN A WIRELESS COMMUNICATIONS SYSTEM", filed Jan. 29, 1997, now U.S. Pat. No. 6,151,502, issued Nov. 21, 2000, by Roberto Padovani et al., assigned to the assignee of the present invention and incorporated by reference herein. In the exemplary embodiment, the base station can be added to the active set of the mobile station if the received pilot signal is above a predetermined add threshold and dropped from the active set if the pilot signal is below a predetermined drop threshold. In the alternative embodiment, the base station can be added to the active set if the additional energy of the base station (e.g. as measured by the pilot signal) and the energy of the base station already in the active set exceeds a predetermined threshold. Using this alternative embodiment, a base station whose transmitted energy comprises an insubstantial amount of the total received energy at the mobile station is not added to the active set.

It is yet another object of the present invention for the mobile stations to transmit the data rate requests on the DRC channel in a manner such that only the selected base station among the base stations in communication with the mobile station is able to distinguish the DRC messages, therefore assuring that the forward link transmission at any given time slot is from the selected base station. In the exemplary embodiment, each base station in communication with the mobile station is assigned a unique Walsh code. The mobile station covers the DRC message with the Walsh code corresponding to the selected base station. Other codes can be used to cover the DRC messages, although orthogonal codes are typically utilized and Walsh codes are preferred.

BRIEF DESCRIPTION OF THE DRAWINGS

The features, objects, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 is a diagram of a data communication system of the present invention comprising a plurality of cells, a plurality of base stations and a plurality of mobile stations.

6

FIG. 2 is an exemplary block diagram of the subsystems of the data communication system of the present invention;

FIGS. 3A-3B are block diagrams of the exemplary forward link architecture of the present invention;

FIG. 4A is a diagram of the exemplary forward link frame structure of the present invention;

FIGS. 4B-4C are diagrams of the exemplary forward traffic channel and power control channel, respectively;

FIG. 4D is a diagram of the punctured packet of the present invention;

FIGS. 4E-4G are diagrams of the two exemplary data packet formats and the control channel capsule, respectively;

FIG. 5 is an exemplary timing diagram showing the high rate packet transmission on the forward link;

FIG. 6 is a block diagram of the exemplary reverse link architecture of the present invention;

FIG. 7A is a diagram of the exemplary reverse link frame structure of the present invention;

FIG. 7B is a diagram of the exemplary reverse link access channel;

FIG. 8 is an exemplary timing diagram showing the high rate data transmission on the reverse link;

FIG. 9 is an exemplary state diagram showing the transitions between the various operating states of the mobile station; and

FIG. 10 is a diagram of the cumulative distribution function (CDF) of the C/I distribution in an ideal hexagonal cellular layout.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

In accordance with the exemplary embodiment of the data communication system of the present invention, forward link data transmission occurs from one base station to one mobile station (see FIG. 1) at or near the maximum data rate which can be supported by the forward link and the system. Reverse link data communication can occur from one mobile station to one or more base stations. The calculation of the maximum data rate for forward link transmission is described in detail below. Data is partitioned into data packets, with each data packet being transmitted over one or more time slots (or slots). At each time slot, the base station can direct data transmission to any mobile station which is in communication with the base station.

Initially, the mobile station establishes communication with a base station using a predetermined access procedure. In this connected state, the mobile station can receive data and control messages from the base station, and is able to transmit data and control messages to the base station. The mobile station then monitors the forward link for transmissions from the base stations in the active set of the mobile station. The active set contains a list of base stations in communication with the mobile station. Specifically, the mobile station measures the signal-to-noise-and-interference ratio (C/I) of the forward link pilot from the base stations in the active set, as received at the mobile station. If the received pilot signal is above a predetermined add threshold or below a predetermined drop threshold, the mobile station reports this to the base station. Subsequent messages from the base station direct the mobile station to add or delete the base station(s) to or from its active set, respectively. The various operating states of the mobile station is described below.

US 6,574,211 B2

7

If there is no data to send, the mobile station returns to an idle state and discontinues transmission of data rate information to the base station(s). While the mobile station is in the idle state, the mobile station monitors the control channel from one or more base stations in the active set for paging messages.

If there is data to be transmitted to the mobile station, the data is sent by a central controller to all base stations in the active set and stored in a queue at each base station. A paging message is then sent by one or more base stations to the mobile station on the respective control channels. The base station may transmit all such paging messages at the same time across several base stations in order to ensure reception even when the mobile station is switching between base stations. The mobile station demodulates and decodes the signals on one or more control channels to receive the paging messages.

Upon decoding the paging messages, and for each time slot until the data transmission is completed, the mobile station measures the C/I of the forward link signals from the base stations in the active set, as received at the mobile station. The C/I of the forward link signals can be obtained by measuring the respective pilot signals. The mobile station then selects the best base station based on a set of parameters. The set of parameters can comprise the present and previous C/I measurements and the bit-error-rate or packet-error-rate. For example, the best base station can be selected based on the largest C/I measurement. The mobile station then identifies the best base station and transmits to the selected base station a data request message (hereinafter referred to as the DRC message) on the data request channel (hereinafter referred to as the DRC channel). The DRC message can contain the requested data rate or, alternatively, an indication of the quality of the forward link channel (e.g., the C/I measurement itself, the bit-error-rate, or the packet-error-rate). In the exemplary embodiment, the mobile station can direct the transmission of the DRC message to a specific base station by the use of a Walsh code which uniquely identifies the base station. The DRC message symbols are exclusively OR'ed (XOR) with the unique Walsh code. Since each base station in the active set of the mobile station is identified by a unique Walsh code, only the selected base station which performs the identical XOR operation as that performed by the mobile station, with the correct Walsh code, can correctly decode the DRC message. The base station uses the rate control information from each mobile station to efficiently transmit forward link data at the highest possible rate.

At each time slot, the base station can select any of the paged mobile stations for data transmission. The base station then determines the data rate at which to transmit the data to the selected mobile station based on the most recent value of the DRC message received from the mobile station. Additionally, the base station uniquely identifies a transmission to a particular mobile station by using a spreading code which is unique to that mobile station. In the exemplary embodiment, this spreading code is the long pseudo noise (PN) code which is defined by IS-95 standard.

The mobile station, for which the data packet is intended, receives the data transmission and decodes the data packet. Each data packet comprises a plurality of data units. In the exemplary embodiment, a data unit comprises eight information bits, although different data unit sizes can be defined and are within the scope of the present invention. In the exemplary embodiment, each data unit is associated with a sequence number and the mobile stations are able to identify either missed or duplicative transmissions. In such events,

8

the mobile stations communicate via the reverse link data channel the sequence numbers of the missing data units. The base station controllers, which receive the data messages from the mobile stations, then indicate to all base stations communicating with this particular mobile station which data units were not received by the mobile station. The base stations then schedule a retransmission of such data units.

Each mobile station in the data communication system can communicate with multiple base stations on the reverse link. In the exemplary embodiment, the data communication system of the present invention supports soft handoff and softer handoff on the reverse link for several reasons. First, soft handoff does not consume additional capacity on the reverse link but rather allows the mobile stations to transmit data at the minimum power level such that at least one of the base stations can reliably decode the data. Second, reception of the reverse link signals by more base stations increases the reliability of the transmission and only requires additional hardware at the base stations.

In the exemplary embodiment, the forward link capacity of the data transmission system of the present invention is determined by the rate requests of the mobile stations. Additional gains in the forward link capacity can be achieved by using directional antennas and/or adaptive spatial filters. An exemplary method and apparatus for providing directional transmissions are disclosed in U.S. patent application Ser. No. 08/575,049, entitled "METHOD AND APPARATUS FOR DETERMINING THE TRANSMISSION DATA RATE IN A MULTI-USER COMMUNICATION SYSTEM", filed Dec. 20, 1995, now U.S. Pat. No. 5,857,147, issued Jan. 5, 1999, by William R. Gardner et al., and U.S. patent application Ser. No. 08/925,521, entitled "METHOD AND APPARATUS FOR PROVIDING ORTHOGONAL SPOT BEAMS, SECTORS, AND PICOCELLS", filed Sep. 8, 1997, now U.S. Pat. No. 6,285, 655, issued Sep. 4, 2001, by Stein A. Lundby et al., both assigned to the assignee of the present invention and incorporated by reference herein.

I. System Description

Referring to the figures, FIG. 1 represents the exemplary data communication system of the present invention which comprises multiple cells 2a–2g. Each cell 2 is serviced by a corresponding base station 4. Various mobile stations 6 are dispersed throughout the data communication system. In the exemplary embodiment, each of mobile stations 6 communicates with at most one base station 4 on the forward link at each time slot but can be in communication with one or more base stations 4 on the reverse link, depending on whether the mobile station 6 is in soft handoff. For example, base station 4a transmits data exclusively to mobile station 6a, base station 4b transmits data exclusively to mobile station 6b, and base station 4c transmits data exclusively to mobile station 6c on the forward link at time slot n. In FIG. 1, the solid line with the arrow indicates a data transmission from base station 4 to mobile station 6. A broken line with the arrow indicates that mobile station 6 is receiving the pilot signal, but no data transmission, from base station 4. The reverse link communication is not shown in FIG. 1 for simplicity.

As shown by FIG. 1, each base station 4 preferably transmits data to one mobile station 6 at any given moment. Mobile stations 6, especially those located near a cell boundary, can receive the pilot signals from multiple base stations 4. If the pilot signal is above a predetermined threshold, mobile station 6 can request that base station 4 be

US 6,574,211 B2

**9**

added to the active set of mobile station 6. In the exemplary embodiment, mobile station 6 can receive data transmission from zero or one member of the active set.

A block diagram illustrating the basic subsystems of the data communication system of the present invention is shown in FIG. 2. Base station controller 10 interfaces with packet network interface 24, PSTN 30, and all base stations 4 in the data communication system (only one base station 4 is shown in FIG. 2 for simplicity). Base station controller 10 coordinates the communication between mobile stations 6 in the data communication system and other users connected to packet network interface 24 and PSTN 30. PSTN 30 interfaces with users through the standard telephone network (not shown in FIG. 2).

Base station controller 10 contains many selector elements 14, although only one is shown in FIG. 2 for simplicity. One selector element 14 is assigned to control the communication between one or more base stations 4 and one mobile station 6. If selector element 14 has not been assigned to mobile station 6, call control processor 16 is informed of the need to page mobile station 6. Call control processor 16 then directs base station 4 to page mobile station 6.

Data source 20 contains the data which is to be transmitted to mobile station 6. Data source 20 provides the data to packet network interface 24. Packet network interface 24 receives the data and routes the data to selector element 14. Selector element 14 sends the data to each base station 4 in communication with mobile station 6. Each base station 4 maintains data queue 40 which contains the data to be transmitted to mobile station 6.

In the exemplary embodiment, on the forward link, a data packet refers to a predetermined amount of data which is independent of the data rate. The data packet is formatted with other control and coding bits and encoded. If data transmission occurs over multiple Walsh channels, the encoded packet is demultiplexed into parallel streams, with each stream transmitted over one Walsh channel.

The data is sent, in data packets, from data queue 40 to channel element 42. For each data packet, channel element 42 inserts the necessary control fields. This data packet, control fields, frame check sequence bits, and code tail bits comprise a formatted packet. Channel element 42 then encodes one or more formatted packets and interleaves (or reorders) the symbols within the encoded packets. Next, the interleaved packet is scrambled with a scrambling sequence, covered with Walsh covers, and spread with the long PN code and the short PN$_I$ and PN$_Q$ codes. The spread data is quadrature modulated, filtered, and amplified by a transmitter within RF unit 44. The forward link signal is transmitted over the air through antenna 46 on forward link 50.

At mobile station 6, the forward link signal is received by antenna 60 and routed to a receiver within front end 62. The receiver filters, amplifies, quadrature demodulates, and quantizes the signal. The digitized signal is provided to demodulator (DEMOD) 64 where it is despread with the long PN code and the short PN$_I$ and PN$_Q$ codes, decovered with the Walsh covers, and descrambled with the identical scrambling sequence. The demodulated data is provided to decoder 66 which performs the inverse of the signal processing functions done at base station 4, specifically the de-interleaving, decoding, and frame check functions. The decoded data is provided to data sink 68. The hardware, as described above, supports transmissions of data, messaging, voice, video, and other communications over the forward link.

**10**

The system control and scheduling functions can be accomplished by many implementations. The location of channel scheduler 48 is dependent on whether a centralized or distributed control/scheduling processing is desired. For example, for distributed processing, channel scheduler 48 can be located within each base station 4. Conversely, for centralized processing, channel scheduler 48 can be located within base station controller 10 and can be designed to coordinate the data transmissions of multiple base stations 4. Other implementations of the above described functions can be contemplated and are within the scope of the present invention.

As shown in FIG. 1, mobile stations 6 are dispersed throughout the data communication system and can be in communication with zero or one base station 4 on the forward link. In the exemplary embodiment, channel scheduler 48 coordinates the forward link data transmissions of one base station 4. In the exemplary embodiment, channel scheduler 48 connects to data queue 40 and channel element 42 within base station 4 and receives the queue size, which is indicative of the amount of data to transmit to mobile station 6, and the DRC messages from mobile stations 6. Channel scheduler 48 schedules high rate data transmission such that the system goals of maximum data throughput and minimum transmission delay are optimized.

In the exemplary embodiment, the data transmission is scheduled based in part on the quality of the communication link. An exemplary communication system which selects the transmission rate based on the link quality is disclosed in U.S. patent application Ser. No. 08/741,320, entitled "METHOD AND APPARATUS FOR PROVIDING HIGH SPEED DATA COMMUNICATIONS IN A CELLULAR ENVIRONMENT", filed Sep. 11, 1996, now U.S. Pat. No. 6,496,543, issued Dec. 17, 2002, by Ephraim Zehavi, assigned to the assignee of the present invention and incorporated by reference herein. In the present invention, the scheduling of the data communication can be based on additional considerations such as the QOS of the user, the queue size, the type of data, the amount of delay already experienced, and the error rate of the data transmission. These considerations are described in detail in U.S. patent application Ser. No. 08/798,951, entitled "METHOD AND APPARATUS FOR FORWARD LINK RATE SCHEDULING", filed Feb. 11, 1997, now U.S. Pat. No. 6,335,922, issued Jan. 1, 2002, by Edward G. Tiedemann Jr. et al., and U.S. patent application Ser. No. 08/914,928 entitled "METHOD AND APPARATUS FOR REVERSE LINK RATE SCHEDULING", filed Aug. 20, 1997, now U.S. Pat. No. 5,923,650, issued Jul. 13, 1999, by Tao Chen et al., both are assigned to the assignee of the present invention and incorporated by reference herein. Other factors can be considered in scheduling data transmissions and are within the scope of the present invention.

The data communication system of the present invention supports data and message transmissions on the reverse link. Within mobile station 6, controller 76 processes the data or message transmission by routing the data or message to encoder 72. Controller 76 can be implemented in a microcontroller, a microprocessor, a digital signal processing (DSP) chip, or an ASIC programmed to perform the function as described herein.

In the exemplary embodiment, encoder 72 encodes the message consistent with the Blank and Burst signaling data format described in the aforementioned U.S. Pat. No. 5,504,773. Encoder 72 then generates and appends a set of CRC bits, appends a set of code tail bits, encodes the data and appended bits, and reorders the symbols within the encoded data. The interleaved data is provided to modulator (MOD) 74.

US 6,574,211 B2

11

Modulator 74 can be implemented in many embodiments. In the exemplary embodiment (see FIG. 6), the interleaved data is covered with Walsh codes, spread with a long PN code, and further spread with the short PN codes. The spread data is provided to a transmitter within front end 62. The transmitter modulates, filters, amplifies, and transmits the reverse link signal over the air, through antenna 46, on reverse link 52.

In the exemplary embodiment, mobile station 6 spreads the reverse link data in accordance with a long PN code. Each reverse link channel is defined in accordance with the temporal offset of a common long PN sequence. At two differing offsets the resulting modulation sequences are uncorrelated. The offset of a mobile station 6 is determined in accordance with a unique numerical identification of mobile station 6, which in the exemplary embodiment of the IS-95 mobile stations 6 is the mobile station specific identification number. Thus, each mobile station 6 transmits on one uncorrelated reverse link channel determined in accordance with its unique electronic serial number.

At base station 4, the reverse link signal is received by antenna 46 and provided to RF unit 44. RF unit 44 filters, amplifies, demodulates, and quantizes the signal and provides the digitized signal to channel element 42. Channel element 42 despreads the digitized signal with the short PN codes and the long PN code. Channel element 42 also performs the Walsh code decovering and pilot and DRC extraction. Channel element 42 then reorders the demodulated data, decodes the de-interleaved data, and performs the CRC check function. The decoded data, e.g. the data or message, is provided to selector element 14. Selector element 14 routes the data and message to the appropriate destination. Channel element 42 may also forward a quality indicator to selector element 14 indicative of the condition of the received data packet.

In the exemplary embodiment, mobile station 6 can be in one of three operating states. An exemplary state diagram showing the transitions between the various operating states of mobile station 6 is shown in FIG. 9. In the access state 902, mobile station 6 sends access probes and waits for channel assignment by base station 4. The channel assignment comprises allocation of resources, such as a power control channel and frequency allocation. Mobile station 6 can transition from the access state 902 to the connected state 904 if mobile station 6 is paged and alerted to an upcoming data transmission, or if mobile station 6 transmits data on the reverse link. In the connected state 904, mobile station 6 exchanges (e.g., transmits or receives) data and performs handoff operations. Upon completion of a release procedure, mobile station 6 transitions from the connected state 904 to the idle state 906. Mobile station 6 can also transition from the access state 902 to the idle state 906 upon being rejected of a connection with base station 4. In the idle state 906, mobile station 6 listens to overhead and paging messages by receiving and decoding messages on the forward control channel and performs idle handoff procedure. Mobile station 6 can transition to the access state 902 by initiating access procedure. The state diagram shown in FIG. 9 is only an exemplary state definition which is shown for illustration. Other state diagrams can also be utilized and are within the scope of the present invention.

II. Forward Link Data Transmission

In the exemplary embodiment, the initiation of a communication between mobile station 6 and base station 4 occurs in a similar manner as that for the CDMA system. After

12

completion of the call set up, mobile station 6 monitors the control channel for paging messages. While in the connected state, mobile station 6 begins transmission of the pilot signal on the reverse link.

An exemplary flow diagram of the forward link high rate data transmission of the present invention is shown in FIG. 5. If base station 4 has data to transmit to mobile station 6, base station 4 sends a paging message addressed to mobile station 6 on the control channel at block 502. The paging message can be sent from one or multiple base stations 4, depending on the handoff state of mobile station 6. Upon reception of the paging message, mobile station 6 begins the C/I measurement process at block 504. The C/I of the forward link signal is calculated from one or a combination of methods described below. Mobile station 6 then selects a requested data rate based on the best C/I measurement and transmits a DRC message on the DRC channel at block 506.

Within the same time slot, base station 4 receives the DRC message at block 508. If the next time slot is available for data transmission, base station 4 transmits data to mobile station 6 at the requested data rate at block 510. Mobile station 6 receives the data transmission at block 512. If the next time slot is available, base station 4 transmits the remainder of the packet at block 514 and mobile station 6 receives the data transmission at block 516.

In the present invention, mobile station 6 can be in communication with one or more base stations 4 simultaneously. The actions taken by mobile station 6 depend on whether mobile station 6 is or is not in soft handoff. These two cases are discussed separately below.

III. No Handoff Case

In the no handoff case, mobile station 6 communicates with one base station 4. Referring to FIG. 2, the data destined for a particular mobile station 6 is provided to selector element 14 which has been assigned to control the communication with that mobile station 6. Selector element 14 forwards the data to data queue 40 within base station 4. Base station 4 queues the data and transmits a paging message on the control channel. Base station 4 then monitors the reverse link DRC channel for DRC messages from mobile station 6. If no signal is detected on the DRC channel, base station 4 can retransmit the paging message until the DRC message is detected. After a predetermined number of retransmission attempts, base station 4 can terminate the process or re-initiate a call with mobile station 6.

In the exemplary embodiment, mobile station 6 transmits the requested data rate, in the form of a DRC message, to base station 4 on the DRC channel. In the alternative embodiment, mobile station 6 transmits an indication of the quality of the forward link channel (e.g., the C/I measurement) to base station 4. In the exemplary embodiment, the 3-bit DRC message is decoded with soft decisions by base station 4. In the exemplary embodiment, the DRC message is transmitted within the first half of each time slot. Base station 4 then has the remaining half of the time slot to decode the DRC message and configure the hardware for data transmission at the next successive time slot, if that time slot is available for data transmission to this mobile station 6. If the next successive time slot is not available, base station 4 waits for the next available time slot and continues to monitor the DRC channel for the new DRC messages.

In the first embodiment, base station 4 transmits at the requested data rate. This embodiment confers to mobile station 6 the important decision of selecting the data rate.

US 6,574,211 B2

13

Always transmitting at the requested data rate has the advantage that mobile station 6 knows which data rate to expect. Thus, mobile station 6 only demodulates and decodes the traffic channel in accordance with the requested data rate. Base station 4 does not have to transmit a message to mobile station 6 indicating which data rate is being used by base station 4.

In the first embodiment, after reception of the paging message, mobile station 6 continuously attempts to demodulate the data at the requested data rate. Mobile station 6 demodulates the forward traffic channel and provides the soft decision symbols to the decoder. The decoder decodes the symbols and performs the frame check on the decoded packet to determine whether the packet was received correctly. If the packet was received in error or if the packet was directed for another mobile station 6, the frame check would indicate a packet error. Alternatively in the first embodiment, mobile station 6 demodulates the data on a slot by slot basis. In the exemplary embodiment, mobile station 6 is able to determine whether a data transmission is directed for it based on a preamble which is incorporated within each transmitted data packet, as described below. Thus, mobile station 6 can terminate the decoding process if it is determined that the transmission is directed for another mobile station 6. In either case, mobile station 6 transmits a negative acknowledgments (NACK) message to base station 4 to acknowledge the incorrect reception of the data units. Upon receipt of the NACK message, the data units received in error are retransmitted.

The transmission of the NACK messages can be implemented in a manner similar to the transmission of the error indicator bit (EIB) in the CDMA system. The implementation and use of EIB transmission are disclosed in U.S. Pat. No. 5,568,483, entitled "METHOD AND APPARATUS FOR THE FORMATTING OF DATA FOR TRANSMISSION", assigned to the assignee of the present invention and incorporated by reference herein. Alternatively, NACK can be transmitted with messages.

In the second embodiment, the data rate is determined by base station 4 with input from mobile station 6. Mobile station 6 performs the C/I measurement and transmits an indication of the link quality (e.g., the C/I measurement) to base station 4. Base station 4 can adjust the requested data rate based on the resources available to base station 4, such as the queue size and the available transmit power. The adjusted data rate can be transmitted to mobile station 6 prior to or concurrent with data transmission at the adjusted data rate, or can be implied in the encoding of the data packets. In the first case, wherein mobile station 6 receives the adjusted data rate before the data transmission, mobile station 6 demodulates and decodes the received packet in the manner described in the first embodiment. In the second case, wherein the adjusted data rate is transmitted to mobile station 6 concurrent with the data transmission, mobile station 6 can demodulate the forward traffic channel and store the demodulated data. Upon receipt of the adjusted data rate, mobile station 6 decodes the data in accordance with the adjusted data rate. And in the third case, wherein the adjusted data rate is implied in the encoded data packets, mobile station 6 demodulates and decodes all candidate rates and determine aposteriori the transmit rate for selection of the decoded data. The method and apparatus for performing rate determination are described in detail in U.S. patent application Ser. No. 08/730,863, entitled "METHOD AND APPARATUS FOR DETERMINING THE RATE OF RECEIVED DATA IN A VARIABLE RATE COMMUNICATION SYSTEM", filed Oct. 18, 1996, now U.S. Pat. No.

14

5,751,725, issued May 12, 1998, by Tao Chen, and U.S. patent application Ser. No. 08/908,866, also entitled "METHOD AND APPARATUS FOR DETERMINING THE RATE OF RECEIVED DATA IN A VARIABLE RATE COMMUNICATION SYSTEM", filed Aug. 8, 1997, now U.S. Pat. No. 6,175,590, issued Jan. 16, 2001, by Jeremy M. Stein, both assigned to the assignee of the present invention and incorporated by reference herein. For all cases described above, mobile station 6 transmits a NACK message as described above if the outcome of the frame check is negative.

The discussion hereinafter is based on the first embodiment wherein mobile station 6 transmits to base station 4 the DRC message indicative of the requested data rate, except as otherwise indicated. However, the inventive concept described herein is equally applicable to the second embodiment wherein mobile station 6 transmits an indication of the link quality to base station 4.

## IV. Handoff Case

In the handoff case, mobile station 6 communicates with multiple base stations 4 on the reverse link. In the exemplary embodiment, data transmission on the forward link to a particular mobile station 6 occurs from one base station 4. However, mobile station 6 can simultaneously receive the pilot signals from multiple base stations 4. If the C/I measurement of a base station 4 is above a predetermined threshold, the base station 4 is added to the active set of mobile station 6. During the soft handoff direction message, the new base station 4 assigns mobile station 6 to a reverse power control (RPC) Walsh channel which is described below. Each base station 4 in soft handoff with mobile station 6 monitors the reverse link transmission and sends an RPC bit on their respective RPC Walsh channels.

Referring to FIG. 2, selector element 14 assigned to control the communication with mobile station 6 forwards the data to all base stations 4 in the active set of mobile station 6. All base stations 4 which receive data from selector element 14 transmit a paging message to mobile station 6 on their respective control channels. When mobile station 6 is in the connected state, mobile station 6 performs two functions. First, mobile station 6 selects the best base station 4 based on a set of parameter which can be the best C/I measurement. Mobile station 6 then selects a data rate corresponding to the C/I measurement and transmits a DRC message to the selected base station 4. Mobile station 6 can direct transmission of the DRC message to a particular base station 4 by covering the DRC message with the Walsh cover assigned to that particular base station 4. Second, mobile station 6 attempts to demodulate the forward link signal in accordance with the requested data rate at each subsequent time slot.

After transmitting the paging messages, all base stations 4 in the active set monitor the DRC channel for a DRC message from mobile station 6. Again, because the DRC message is covered with a Walsh code, the selected base station 4 assigned with the identical Walsh cover is able to decover the DRC message. Upon receipt of the DRC message, the selected base station 4 transmits data to mobile station 6 at the next available time slots.

In the exemplary embodiment, base station 4 transmits data in packets comprising a plurality of data units at the requested data rate to mobile station 6. If the data units are incorrectly received by mobile station 6, a NACK message is transmitted on the reverse links to all base stations 4 in the active set. In the exemplary embodiment, the NACK mes-

US 6,574,211 B2

15

sage is demodulated and decoded by base stations 4 and forwarded to selector element 14 for processing. Upon processing of the NACK message, the data units are retransmitted using the procedure as described above. In the exemplary embodiment, selector element 14 combines the NACK signals received from all base stations 4 into one NACK message and sends the NACK message to all base stations 4 in the active set.

In the exemplary embodiment, mobile station 6 can detect changes in the best C/I measurement and dynamically request data transmissions from different base stations 4 at each time slot to improve efficiency. In the exemplary embodiment, since data transmission occurs from only one base station 4 at any given time slot, other base stations 4 in the active set may not be aware of which data units, if any, have been transmitted to mobile station 6. In the exemplary embodiment, the transmitting base station 4 informs selector element 14 of the data transmission. Selector element 14 then sends a message to all base stations 4 in the active set. In the exemplary embodiment, the transmitted data is presumed to have been correctly received by mobile station 6. Therefore, if mobile station 6 requests data transmission from a different base station 4 in the active set, the new base station 4 transmits the remaining data units. In the exemplary embodiment, the new base station 4 transmits in accordance with the last transmission update from selector element 14. Alternatively, the new base station 4 selects the next data units to transmit using predictive schemes based on metrics such as the average transmission rate and prior updates from selector element 14. These mechanisms minimize duplicative retransmissions of the same data units by multiple base stations 4 at different time slots which result in a loss in efficiency. If a prior transmission was received in error, base stations 4 can retransmit those data units out of sequence since each data unit is identified by a unique sequence number as described below. In the exemplary embodiment, if a hole (or non-transmitted data units) is created (e.g., as the result of handoff between one base station 4 to another base station 4), the missing data units are considered as though received in error. Mobile station 6 transmits NACK messages corresponding to the missing data units and these data units are retransmitted.

In the exemplary embodiment, each base station 4 in the active set maintains an independent data queue 40 which contains the data to be transmitted to mobile station 6. The selected base station 4 transmits data existing in its data queue 40 in a sequential order, except for retransmissions of data units received in error and signaling messages. In the exemplary embodiment, the transmitted data units are deleted from queue 40 after transmission.

V. Other Considerations for Forward Link Data Transmissions

An important consideration in the data communication system of the present invention is the accuracy of the C/I estimates for the purpose of selecting the data rate for future transmissions. In the exemplary embodiment, the C/I measurements are performed on the pilot signals during the time interval when base stations 4 transmit pilot signals. In the exemplary embodiment, since only the pilot signals are transmitted during this pilot time interval, the effects of multipath and interference are minimal.

In other implementations of the present invention wherein the pilot signals are transmitted continuously over an orthogonal code channel, similar to that for the IS-95 systems, the effect of multipath and interference can distort

16

the C/I measurements. Similarly, when performing the C/I measurement on the data transmissions instead of the pilot signals, multipath and interference can also degrade the C/I measurements. In both of these cases, when one base station 4 is transmitting to one mobile station 6, the mobile station 6 is able to accurately measure the C/I of the forward link signal because no other interfering signals are present. However, when mobile station 6 is in soft handoff and receives the pilot signals from multiple base stations 4, mobile station 6 is not able to discern whether or not base stations 4 were transmitting data. In the worst case scenario, mobile station 6 can measure a high C/I at a first time slot, when no base stations 4 were transmitting data to any mobile station 6, and receive data transmission at a second time slot, when all base stations 4 are transmitting data at the same time slot. The C/I measurement at the first time slot, when all base stations 4 are idle, gives a false indication of the forward link signal quality at the second time slot since the status of the data communication system has changed. In fact, the actual C/I at the second time slot can be degraded to the point that reliable decoding at the requested data rate is not possible.

The converse extreme scenario exists when a C/I estimate by mobile station 6 is based on maximal interference. However, the actual transmission occurs when only the selected base station is transmitting. In this case, the C/I estimate and selected data rate are conservative and the transmission occurs at a rate lower than that which could be reliably decoded, thus reducing the transmission efficiency.

In the implementation wherein the C/I measurement is performed on a continuous pilot signal or the traffic signal, the prediction of the C/I at the second time slot based on the measurement of the C/I at the first time slot can be made more accurate by three embodiments. In the first embodiment, data transmissions from base stations 4 are controlled so that base stations 4 do not constantly toggle between the transmit and idle states at successive time slots. This can be achieved by queuing enough data (e.g. a predetermined number of information bits) before actual data transmission to mobile stations 6.

In the second embodiment, each base station 4 transmits a forward activity bit (hereinafter referred to as the FAC bit) which indicates whether a transmission will occur at the next half frame. The use of the FAC bit is described in detail below. Mobile station 6 performs the C/I measurement taking into account the received FAC bit from each base station 4.

In the third embodiment, which corresponds to the scheme wherein an indication of the link quality is transmitted to base station 4 and which uses a centralized scheduling scheme, the scheduling information indicating which ones of base stations 4 transmitted data at each time slot is made available to channel scheduler 48. Channel scheduler 48 receives the C/I measurements from mobile stations 6 and can adjust the C/I measurements based on its knowledge of the presence or absence of data transmission from each base station 4 in the data communication system. For example, mobile station 6 can measure the C/I at the first time slot when no adjacent base stations 4 are transmitting. The measured C/I is provided to channel scheduler 48. Channel scheduler 48 knows that no adjacent base stations 4 transmitted data in the first time slot since none was scheduled by channel scheduler 48. In scheduling data transmission at the second time slot, channel scheduler 48 knows whether one or more adjacent base stations 4 will transmit data. Channel scheduler 48 can adjust the C/I measured at the first time slot to take into account the

US 6,574,211 B2

17

additional interference mobile station 6 will receive in the second time slot due to data transmissions by adjacent base stations 4. Alternately, if the C/I is measured at the first time slot when adjacent base stations 4 are transmitting and these adjacent base stations 4 are not transmitting at the second time slot, channel scheduler 48 can adjust the C/I measurement to take into account the additional information.

Another important consideration is to minimize redundant retransmissions. Redundant retransmissions can result from allowing mobile station 6 to select data transmission from different base stations 4 at successive time slots. The best C/I measurement can toggle between two or more base stations 4 over successive time slots if mobile station 6 measures approximately equal C/I for these base stations 4. The toggling can be due to deviations in the C/I measurements and/or changes in the channel condition. Data transmission by different base stations 4 at successive time slots can result in a loss in efficiency.

The toggling problem can be addressed by the use of hysteresis. The hysteresis can be implemented with a signal level scheme, a timing scheme, or a combination of the signal level and timing schemes. In the exemplary signal level scheme, the better C/I measurement of a different base station 4 in the active set is not selected unless it exceeds the C/I measurement of the current transmitting base station 4 by at least the hysteresis quantity. As an example, assume that the hysteresis is 1.0 dB and that the C/I measurement of the first base station 4 is 3.5 dB and the C/I measurement of the second base station 4 is 3.0 dB at the first time slot. At the next time slot, the second base station 4 is not selected unless its C/I measurement is at least 1.0 dB higher than that of the first base station 4. Thus, if the C/I measurement of the first base station 4 is still 3.5 dB at the next time slot, the second base station 4 is not selected unless its C/I measurement is at least 4.5 dB.

In the exemplary timing scheme, base station 4 transmits data packets to mobile station 6 for a predetermined number of time slots. Mobile station 6 is not allowed to select a different transmitting base station 4 within the predetermined number of time slots. Mobile station 6 continues to measure the C/I of the current transmitting base station 4 at each time slot and selects the data rate in response to the C/I measurement.

Yet another important consideration is the efficiency of the data transmission. Referring to FIGS. 4E and 4F, each data packet format 410 and 430 contains data and overhead bits. In the exemplary embodiment, the number of overhead bits is fixed for all data rates. At the highest data rate, the percentage of overhead is small relative to the packet size and the efficiency is high. At the lower data rates, the overhead bits can comprise a larger percentage of the packet. The inefficiency at the lower data rates can be improved by transmitting variable length data packets to mobile station 6. The variable length data packets can be partitioned and transmitted to mobile station 6 over multiple time slots. Preferably, the variable length data packets are transmitted to mobile station 6 over successive time slots to simplify the processing. The present invention is directed to the use of various packet sizes for various supported data rates to improve the overall transmission efficiency.

## VI. Forward Link Architecture

In the exemplary embodiment, base station 4 transmits at the maximum power available to base station 4 and at the maximum data rate supported by the data communication system to a single mobile station 6 at any given slot. The

18

maximum data rate that can be supported is dynamic and depends on the C/I of the forward link signal as measured by mobile station 6. Preferably, base station 4 transmits to only one mobile station 6 at any given time slot.

To facilitate data transmission, the forward link comprises four time multiplexed channels: the pilot channel, power control channel, control channel, and traffic channel. The function and implementation of each of these channels are described below. In the exemplary embodiment, the traffic and power control channels each comprises a number of orthogonally spread Walsh channels. In the present invention, the traffic channel is used to transmit traffic data and paging messages to mobile stations 6. When used to transmit paging messages, the traffic channel is also referred to as the control channel in this specification.

In the exemplary embodiment, the bandwidth of the forward link is selected to be 1.2288 MHz. This bandwidth selection allows the use of existing hardware components designed for a CDMA system which conforms to the IS-95 standard. However, the data communication system of the present invention can be adopted for use with different bandwidths to improve capacity and/or to conform to system requirements. For example, a 5 MHz bandwidth can be utilized to increase the capacity. Furthermore, the bandwidths of the forward link and the reverse link can be different (e.g., 5 MHz bandwidth on the forward link and 1.2288 MHz bandwidth on the reverse link) to more closely match link capacity with demand.

In the exemplary embodiment, the short $PN_I$ and $PN_Q$ codes are the same length $2^{15}$ PN codes which are specified by the IS-95 standard. At the 1.2288 MHz chip rate, the short PN sequences repeat every 26.67 msec {126.67 msec=$2^{15}$/1.2288×$10^6$}. In the exemplary embodiment, the same short PN codes are used by all base stations 4 within the data communication system. However, each base station 4 is identified by a unique offset of the basic short PN sequence. In the exemplary embodiment, the offset is in increments of 64 chips. Other bandwidth and PN codes can be utilized and are within the scope of the present invention.

## VII. Forward Link Traffic Channel

A block diagram of the exemplary forward link architecture of the present invention is shown in FIG. 3A. The data is partitioned into data packets and provided to CRC encoder 112. For each data packet, CRC encoder 112 generates frame check bits (e.g., the CRC parity bits) and inserts the code tail bits. The formatted packet from CRC encoder 112 comprises the data, the frame check and code tail bits, and other overhead bits which are described below. The formatted packet is provided to encoder 114 which, in the exemplary embodiment, encodes the packet in accordance with the encoding format disclosed in the aforementioned U.S. Pat. No. 5,933,462. Other encoding formats can also be used and are within the scope of the present invention. The encoded packet from encoder 114 is provided to interleaver 116 which reorders the code symbols in the packet. The interleaved packet is provided to frame puncture element 118 which removes a fraction of the packet in the manner described below. The punctured packet is provided to multiplier 120 which scrambles the data with the scrambling sequence from scrambler 122. Puncture element 118 and scrambler 122 are described in detail below. The output from multiplier 120 comprises the scrambled packet.

The scrambled packet is provided to variable rate controller 130 which demultiplexes the packet into K parallel inphase and quadrature channels, where K is dependent on

US 6,574,211 B2

19

the data rate. In the exemplary embodiment, the scrambled packet is first demultiplexed into the inphase (I) and quadrature (Q) streams. In the exemplary embodiment, the I stream comprises even indexed symbols and the Q stream comprises odd indexed symbol. Each stream is further demultiplexed into K parallel channels such that the symbol rate of each channel is fixed for all data rates. The K channels of each stream are provided to Walsh cover element 132 which covers each channel with a Walsh function to provide orthogonal channels. The orthogonal channel data are provided to gain element 134 which scales the data to maintain a constant total-energy-per-chip (and hence constant output power) for all data rates. The scaled data from gain element 134 is provided to multiplexer (MUX) 160 which multiplexes the data with the preamble. The preamble is discussed in detail below. The output from MUX 160 is provided to multiplexer (MUX) 162 which multiplexes the traffic data, the power control bits, and the pilot data. The output of MUX 162 comprises the I Walsh channels and the Q Walsh channels.

A block diagram of the exemplary modulator used to modulate the data is illustrated in FIG. 3B. The I Walsh channels and Q Walsh channels are provided to summers 212a and 212b, respectively, which sum the K Walsh channels to provide the signals $I_{sum}$ and $Q_{sum}$, respectively. The $I_{sum}$ and $Q_{sum}$ signals are provided to complex multiplier 214. Complex multiplier 214 also receives the PN_I and PN_Q signals from multipliers 236a and 236b, respectively, and multiplies the two complex inputs in accordance with the following equation:

$$(I_{mod}+jQ_{mod})=(I_{sum}+jQ_{sum})*(PN\_I+jPN\_Q)=(I_{sum}*PN\_I-Q_{sum}*PN\_Q)+j(I_{sum}*PN\_Q+Q_{sum}*PN\_I) \qquad (7)$$

where $I_{mod}$ and $Q_{mod}$ are the outputs from complex multiplier 214 and j is the complex representation. The $I_{mod}$ and $Q_{mod}$ signals are provided to filters 216a and 216b, respectively, which filters the signals. The filtered signals from filters 216a and 216b are provided to multipliers 218a and 218b, respectively, which multiplies the signals with the inphase sinusoid $COS(w_c t)$ and the quadrature sinusoid $SIN(w_c t)$, respectively. The I modulated and Q modulated signals are provided to summer 220 which sums the signals to provide the forward modulated waveform S(t).

In the exemplary embodiment, the data packet is spread with the long PN code and the short PN codes. The long PN code scrambles the packet such that only the mobile station 6 for which the packet is destined is able to descramble the packet. In the exemplary embodiment, the pilot and power control bits and the control channel packet are spread with the short PN codes but not the long PN code to allow all mobile stations 6 to receive these bits. The long PN sequence is generated by long code generator 232 and provided to multiplexer (MUX) 234. The long PN mask determines the offset of the long PN sequence and is uniquely assigned to

20

the destination mobile station 6. The output from MUX 234 is the long PN sequence during the data portion of the transmission and zero otherwise (e.g. during the pilot and power control portion). The gated long PN sequence from MUX 234 and the short PN$_I$ and PN$_Q$ sequences from short code generator 238 are provided to multipliers 236a and 236b, respectively, which multiply the two sets of sequences to form the PN_I and PN_Q signals, respectively. The PN_I and PN_Q signals are provided to complex multiplier 214.

The block diagram of the exemplary traffic channel shown in FIGS. 3A and 3B is one of numerous architectures which support data encoding and modulation on the forward link. Other architectures, such as the architecture for the forward link traffic channel in the CDMA system which conforms to the IS-95 standard, can also be utilized and are within the scope of the present invention.

In the exemplary embodiment, the data rates supported by base stations 4 are predetermined and each supported data rate is assigned a unique rate index. Mobile station 6 selects one of the supported data rates based on the C/I measurement. Since the requested data rate needs to be sent to a base station 4 to direct that base station 4 to transmit data at the requested data rate, a trade off is made between the number of supported data rates and the number of bits needed to identify the requested data rate. In the exemplary embodiment, the number of supported data rates is seven and a 3-bit rate index is used to identify the requested data rate. An exemplary definition of the supported data rates is illustrated in Table 1. Different definition of the supported data rates can be contemplated and are within the scope of the present invention.

In the exemplary embodiment, the minimum data rate is 38.4 Kbps and the maximum data rate is 2.4576 Mbps. The minimum data rate is selected based on the worst case C/I measurement in the system, the processing gain of the system, the design of the error correcting codes, and the desired level of performance. In the exemplary embodiment, the supported data rates are chosen such that the difference between successive supported data rates is 3 dB. The 3 dB increment is a compromise among several factors which include the accuracy of the C/I measurement that can be achieved by mobile station 6, the losses (or inefficiencies) which results from the quantization of the data rates based on the C/I measurement, and the number of bits (or the bit rate) needed to transmit the requested data rate from mobile station 6 to base station 4. More supported data rates requires more bits to identify the requested data rate but allows for more efficient use of the forward link because of smaller quantization error between the calculated maximum data rate and the supported data rate. The present invention is directed to the use of any number of supported data rates and other data rates than those listed in Table 1.

TABLE 1

| Traffic Channel Parameters | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Parameter | Data Rates | | | | | | | Units |
| | 38.4 | 76.8 | 153.6 | 307.2 | 614.4 | 1228.8 | 2457.6 | Kbps |
| Data bit/packet | 1024 | 1024 | 1024 | 1024 | 1024 | 2048 | 2048 | bits |
| Packet length | 26.67 | 13.33 | 6.67 | 3.33 | 1.67 | 1.67 | 0.83 | msec |
| Slots/packet | 16 | 8 | 4 | 2 | 1 | 1 | 0.5 | slots |
| Packets/transmission | 1 | 1 | 1 | 1 | 1 | 1 | 2 | packets |

US 6,574,211 B2

21                                                                     22

TABLE 1-continued

Traffic Channel Parameters

| Parameters | Data Rates | | | | | | | Units |
|---|---|---|---|---|---|---|---|---|
| | 38.4 | 76.8 | 153.6 | 307.2 | 614.4 | 1228.8 | 2457.6 | Kbps |
| Slots/transmission | 16 | 8 | 4 | 2 | 1 | 1 | 1 | slots |
| Walsh symbol rate | 153.6 | 307.2 | 614.4 | 1228.8 | 2457.6 | 2457.6 | 4915.2 | Ksps |
| Walsh channel/QPSK phase | 1 | 2 | 4 | 8 | 16 | 16 | 16 | channels |
| Modulation rate | 76.8 | 76.8 | 76.8 | 76.8 | 76.8 | 76.8 | 76.8[1] | ksps |
| PN chips/data bit | 32 | 16 | 8 | 4 | 2 | 1 | 0.5 | chips/bit |
| PN chip rate | 1228.8 | 1228.8 | 1228.8 | 1228.8 | 1228.8 | 1228.8 | 1228.8 | Kcps |
| Modulation format | QPSK | QPSK | QPSK | QPSK | QPSK | QPSK | QAM[1] | |
| Rate index | 0 | 1 | 2 | 3 | 4 | 5 | 6 | |

Note:
[1]16-QAM modulation

A diagram of the exemplary forward link frame structure of the present invention is illustrated in FIG. 4A. The traffic channel transmission is partitioned into frames which, in the exemplary embodiment, are defined as the length of the short PN sequences or 26.67 msec. Each frame can carry control channel information addressed to all mobile stations 6 (control channel frame), traffic data addressed to a particular mobile station 6 (traffic frame), or can be empty (idle frame). The content of each frame is determined by the scheduling performed by the transmitting base station 4. In the exemplary embodiment, each frame comprises 16 time slots, with each time slot having a duration of 1.667 msec. A time slot of 1.667 msec is adequate to enable mobile station 6 to perform the C/I measurement of the forward link signal. A time slot of 1.667 msec also represents a sufficient amount of time for efficient packet data transmission. In the exemplary embodiment, each time slot is further partitioned into four quarter slots.

In the present invention, each data packet is transmitted over one or more time slots as shown in Table 1. In the exemplary embodiment, each forward link data packet comprises 1024 or 2048 bits. Thus, the number of time slots required to transmit each data packet is dependent on the data rate and ranges from 16 time slots for the 38.4 Kbps rate to 1 time slot for the 1.2288 Mbps rate and higher.

An exemplary diagram of the forward link slot structure of the present invention is shown in FIG. 4B. In the exemplary embodiment, each slot comprises three of the four time multiplexed channels, the traffic channel, the control channel, the pilot channel, and the power control channel. In the exemplary embodiment, the pilot and power control channels are transmitted in two pilot and power control bursts which are located at the same positions in each time slot. The pilot and power control bursts are described in detail below.

In the exemplary embodiment, the interleaved packet from interleaver 116 is punctured to accommodate the pilot and power control bursts. In the exemplary embodiment, each interleaved packet comprises 4096 code symbols and the first 512 code symbols are punctured, as shown in FIG. 4D. The remaining code symbols are skewed in time to align to the traffic channel transmission intervals.

The punctured code symbols are scrambled to randomize the data prior to applying the orthogonal Walsh cover. The randomization limits the peak-to-average envelope on the modulated waveform S(t). The scrambling sequence can be generated with a linear feedback shift register, in a manner known in the art. In the exemplary embodiment, scrambler 122 is loaded with the LC state at the start of each slot. In the exemplary embodiment, the clock of scrambler 122 is

synchronous with the clock of interleaver 116 but is stalled during the pilot and power control bursts.

In the exemplary embodiment, the forward Walsh channels (for the traffic channel and power control channel) are orthogonally spread with 16-bit Walsh covers at the fixed chip rate of 1.2288 Mcps. The number of parallel orthogonal channels K per inphase and quadrature signal is a function of the data rate, as shown in Table 1. In the exemplary embodiment, for lower data rates, the inphase and quadrature Walsh covers are chosen to be orthogonal sets to minimize cross-talk in the demodulator phase estimate errors. For example, for 16 Walsh channels, an exemplary Walsh assignment is $W_0$ through $W_7$ for the inphase signal and $W_8$ through $W_{15}$ for the quadrature signal.

In the exemplary embodiment, QPSK modulation is used for data rates of 1.2288 Mbps and lower. For QPSK modulation, each Walsh channel comprises one bit. In the exemplary embodiment, at the highest data rate of 2.4576 Mbps, 16-QAM is used and the scrambled data is demultiplexed into 32 parallel streams which are each 2-bit wide, 16 parallel streams for the inphase signal and 16 parallel streams for the quadrature signal. In the exemplary embodiment, the LSB of each 2-bit symbol is the earlier symbol output from interleaver 116. In the exemplary embodiment, the QAM modulation inputs of (0, 1, 3, 2) map to modulation values of (+3, +1, −1, −3), respectively. The use of other modulation schemes, such as m-ary phase shift keying PSK, can be contemplated and are within the scope of the present invention.

The inphase and quadrature Walsh channels are scaled prior to modulation to maintain a constant total transmit power which is independent of the data rate. The gain settings are normalized to a unity reference equivalent to unmodulated BPSK. The normalized channel gains G as a function of the number of Walsh channels (or data rate) are shown in Table 2. Also listed in Table 2 is the average power per Walsh channel (inphase or quadrature) such that the total normalized power is equal to unity. Note that the channel gain for 16-QAM accounts for the fact that the normalized energy per Walsh chip is 1 for QPSK and 5 for 16-QAM.

US 6,574,211 B2

23

## TABLE 2

Traffic Channel Orthogonal Channel Gain

| Data Rate (Kbps) | Number of Walsh Channels K | Modulation | Walsh Channel Gain G | Average Power per Channel $P_k$ |
|---|---|---|---|---|
| 38.4 | 1 | QPSK | 1/√ | 1/2 |
| 76.8 | 2 | QPSK | 1/2 | 1/4 |
| 153.6 | 4 | QPSK | 1/2√2 | 1/8 |
| 307.2 | 8 | QPSK | 1/4 | 1/16 |
| 614.4 | 16 | QPSK | 1/4√2 | 1/32 |
| 1228.8 | 16 | QPSK | 1/4√2 | 1/32 |
| 2457.6 | 16 | 16-QAM | 1/4√10 | 1/32 |

In the present invention, a preamble is punctured into each traffic frame to assist mobile station 6 in the synchronization with the first slot of each variable rate transmission. In the exemplary embodiment, the preamble is an all-zero sequence which, for a traffic frame, is spread with the long PN code but, for a control channel frame, is not spread with the long PN code. In the exemplary embodiment, the preamble is unmodulated BPSK which is orthogonally spread with Walsh cover $W_i$. The use of a single orthogonal channel minimizes the peak-to-average envelope. Also, the use of a non-zero Walsh cover $W_i$ minimizes false pilot detection since, for traffic frames, the pilot is spread with Walsh cover $W_0$ and both the pilot and the preamble are not spread with the long PN code.

The preamble is multiplexed into the traffic channel stream at the start of the packet for a duration which is a function of the data rate. The length of the preamble is such that the preamble overhead is approximately constant for all data rates while minimizing the probability of false detection. A summary of the preamble as a function of data rates is shown in Table 3. Note that the preamble comprises 3.1 percent or less of a data packet.

## TABLE 3

Preamble Parameters

| Data Rate (Kbps) | Walsh Symbols | PN chips | Overhead |
|---|---|---|---|
| 38.4 | 32 | 512 | 1.6% |
| 76.8 | 16 | 256 | 1.6% |
| 153.6 | 8 | 128 | 1.6% |
| 307.2 | 4 | 64 | 1.6% |
| 614.4 | 3 | 48 | 2.3% |
| 1228.8 | 4 | 64 | 3.1% |
| 2457.6 | 2 | 32 | 3.1% |

### VIII. Forward Link Traffic Frame Format

In the exemplary embodiment, each data packet is formatted by the additions of frame check bits, code tail bits, and other control fields. In this specification, an octet is defined as 8 information bits and a data unit is a single octet and comprises 8 information bits.

· In the exemplary embodiment, the forward link supports two data packet formats which are illustrated in FIGS. 4E and 4F. Packet format 410 comprises five fields and packet format 430 comprises nine fields. Packet format 410 is used when the data packet to be transmitted to mobile station 6 contains enough data to completely fill all available octets in

24

DATA field 418. If the amount of data to be transmitted is less than the available octets in DATA field 418, packet format 430 is used. The unused octets are padded with all zeros and designated as PADDING field 446.

In the exemplary embodiment, frame check sequence (FCS) fields 412 and 432 contain the CRC parity bits which are generated by CRC generator 112 (see FIG. 3A) in accordance with a predetermined generator polynomial. In the exemplary embodiment, the CRC polynomial is $g(x)= x^{16}+x^{12}+x^5+1$, although other polynomials can be used and are within the scope of the present invention. In the exemplary embodiment, the CRC bits are calculated over the FMT, SEQ, LEN, DATA, and PADDING fields. This provides error detection over all bits, except the code tail bits in TAIL fields 420 and 448, transmitted over the traffic channel on the forward link. In the alternative embodiment, the CRC bits are calculated only over the DATA field. In the exemplary embodiment, FCS fields 412 and 432 contain 16 CRC parity bits, although other CRC generators providing different number of parity bits can be used and are within the scope of the present invention. Although FCS fields 412 and 432 of the present invention has been described in the context of CRC parity bits, other frame check sequences can be used and are within the scope of the present invention. For example, a check sum can be calculated for the packet and provided in the FCS field.

In the exemplary embodiment, frame format (FMT) fields 414 and 434 contain one control bit which indicates whether the data frame contains only data octets (packet format 410) or data and padding octets and zero or more messages (packet format 430). In the exemplary embodiment, a low value for FMT field 414 corresponds to packet format 410. Alternatively, a high value for FMT field 434 corresponds to packet format 430.

Sequence number (SEQ) fields 416 and 442 identify the first data unit in data fields 418 and 444, respectively. The sequence number allows data to be transmitted out of sequence to mobile station 6, e.g. for retransmission of packets which have been received in error. The assignment of the sequence number at the data unit level eliminates the need for frame fragmentation protocol for retransmission. The sequence number also allows mobile station 6 to detect duplicate data units. Upon receipt of the FMT, SEQ, and LEN fields, mobile station 6 is able to determine which data units have been received at each time unit without the use of special signaling messages.

The number of bits assigned to represent the sequence number is dependent on the maximum number of data units which can be transmitted in one time slot and the worst case data retransmission delays. In the exemplary embodiment, each data unit is identified by a 24-bit sequence number. At the 2.4576 Mbps data rate, the maximum number of data units which can be transmitted at each slot is approximately 256. Eight bits are required to identify each of the data units. Furthermore, it can be calculated that the worse case data retransmission delays are less than 500 msec. The retransmission delays include the time necessary for a NACK message by mobile station 6, retransmission of the data, and the number of retransmission attempts caused by the worse case burst error runs. Therefore, 24 bits allows mobile station 6 to properly identify the data units being received without ambiguity. The number of bits in SEQ fields 416 and 442 can be increased or decreased, depending on the size of DATA field 418 and the retransmission delays. The use of different number of bits for SEQ fields 416 and 442 are within the scope of the present invention.

When base station 4 has less data to transmit to mobile station 6 than the space available in DATA field 418, packet

US 6,574,211 B2

25

format 430 is used. Packet format 430 allows base station 4 to transmit any number of data units, up to the maximum number of available data units, to mobile station 6. In the exemplary embodiment, a high value for FMT field 434 indicates that base station 4 is transmitting packet format 430. Within packet format 430, LEN field 440 contains the value of the number of data units being transmitted in that packet. In the exemplary embodiment, LEN field 440 is 8 bits in length since DATA field 444 can range from 0 to 255 octets.

DATA fields 418 and 444 contain the data to be transmitted to mobile station 6. In the exemplary embodiment, for packet format 410, each data packet comprises 1024 bits of which 992 are data bits. However, variable length data packets can be used to increase the number of information bits and are within the scope of the present invention. For packet format 430, the size of DATA field 444 is determined by LEN field 440.

In the exemplary embodiment, packet format 430 can be used to transmit zero or more signaling messages. Signaling length (SIG LEN) field 436 contains the length of the subsequent signaling messages, in octets. In the exemplary embodiment, SIG LEN field 436 is 8 bits in length. SIG-NALING field 438 contains the signaling messages. In the exemplary embodiment, each signaling message comprises a message identification (MESSAGE ID) field, a message length (LEN) field, and a message payload, as described below.

PADDING field 446 contains padding octets which, in the exemplary embodiment, are set to 0x00 (hex). PADDING field 446 is used because base station 4 may have fewer data octets to transmit to mobile station 6 than the number of octets available in DATA field 418. When this occurs, PADDING field 446 contains enough padding octets to fill the unused data field. PADDING field 446 is variable length and depends on the length of DATA field 444.

The last field of packet formats 410 and 430 is TAIL fields 420 and 448, respectively. TAIL fields 420 and 448 contain the zero (0x0) code tail bits which are used to force encoder 114 (see FIG. 3A) into a known state at the end of each data packet. The code tail bits allow encoder 114 to succinctly partition the packet such that only bits from one packet are used in the encoding process. The code tail bits also allow the decoder within mobile station 6 to determine the packet boundaries during the decoding process. The number of bits in TAIL fields 420 and 448 depends on the design of encoder 114. In the exemplary embodiment, TAIL fields 420 and 448 are long enough to force encoder 114 to a known state.

The two packet formats described above are exemplary formats which can be used to facilitate transmission of data and signaling messages. Various other packet formats can be create to meet the needs of a particular communication system. Also, a communication system can be designed to accommodate more than the two packet formats described above.

### IX. Forward Link Control Channel Frame

In the present invention, the traffic channel is also used to transmit messages from base station 4 to mobile stations 6. The types of messages transmitted include: (1) handoff direction messages, (2) paging messages (e.g. to page a specific mobile station 6 that there is data in the queue for that mobile station 6), (3) short data packets for a specific mobile station 6, and (4) ACK or NACK messages for the reverse link data transmissions (to be described later herein). Other types of messages can also be transmitted on the

26

control channel and are within the scope of the present invention. Upon completion of the call set up stage, mobile station 6 monitors the control channel for paging messages and begins transmission of the reverse link pilot signal.

In the exemplary embodiment, the control channel is time multiplexed with the traffic data on the traffic channel, as shown in FIG. 4A. Mobile stations 6 identify the control message by detecting a preamble which as been covered with a predetermined PN code. In the exemplary embodiment, the control messages are transmitted at a fixed rate which is determined by mobile station 6 during acquisition. In the preferred embodiment, the data rate of the control channel is 76.8 Kbps.

The control channel transmits messages in control channel capsules. The diagram of an exemplary control channel capsule is shown in FIG. 4G. In the exemplary embodiment, each capsule comprises preamble 462, the control payload, and CRC parity bits 474. The control payload comprises one or more messages and, if necessary, padding bits 472. Each message comprises message identifier (MSG ID) 464, message length (LEN) 466, optional address (ADDR) 468 (e.g., if the message is directed to a specific mobile station 6), and message payload 470. In the exemplary embodiment, the messages are aligned to octet boundaries. The exemplary control channel capsule illustrated in FIG. 4G comprises two broadcast messages intended for all mobile stations 6 and one message directed at a specific mobile station 6. MSG ID field 464 determines whether or not the message requires an address field (e.g. whether it is a broadcast or a specific message).

### X. Forward Link Pilot Channel

In the present invention, a forward link pilot channel provides a pilot signal which is used by mobile stations 6 for initial acquisition, phase recovery, timing recovery, and ratio combining. These uses are similar to that of the CDMA communication systems which conform to IS-95 standard. In the exemplary embodiment, the pilot signal is also used by mobile stations 6 to perform the C/I measurement.

The exemplary block diagram of the forward link pilot channel of the present invention is shown in FIG. 3A. The pilot data comprises a sequence of all zeros (or all ones) which is provided to multiplier 156. Multiplier 156 covers the pilot data with Walsh code $W_0$. Since Walsh code $W_0$ is a sequence of all zeros, the output of multiplier 156 is the pilot data. The pilot data is time multiplexed by MUX 162 and provided to the 1 Walsh channel which is spread by the short $PN_1$ code within complex multiplier 214 (see FIG. 3B). In the exemplary embodiment, the pilot data is not spread with the long PN code, which is gated off during the pilot burst by MUX 234, to allow reception by all mobile stations 6. The pilot signal is thus an unmodulated BPSK signal.

A diagram illustrating the pilot signal is shown in FIG. 4B. In the exemplary embodiment, each time slot comprises two pilot bursts 306a and 306b which occur at the end of the first and third quarters of the time slot. In the exemplary embodiment, each pilot burst 306 is 64 chips in duration (Tp=64 chips). In the absence of traffic data or control channel data, base station 4 only transmits the pilot and power control bursts, resulting in a discontinuous waveform bursting at the periodic rate of 1200 Hz. The pilot modulation parameters are tabulated in Table 4.

### XI. Reverse Link Power Control

In the present invention, the forward link power control channel is used to send the power control command which

US 6,574,211 B2

27

is used to control the transmit power of the reverse link transmission from remote station 6. On the reverse link, each transmitting mobile station 6 acts as a source of interference to all other mobile stations 6 in the network. To minimize interference on the reverse link and maximize capacity, the transmit power of each mobile station 6 is controlled by two power control loops. In the exemplary embodiment, the power control loops are similar to that of the CDMA system disclosed in detail in U.S. Pat. No. 5,056,109, entitled "METHOD AND APPARATUS FOR CONTROLLING TRANSMISSION POWER IN A CDMA CELLULAR MOBILE TELEPHONE SYSTEM", assigned to the assignee of the present invention and incorporated by reference herein. Other power control mechanism can also be contemplated and are within the scope of the present invention.

The first power control loop adjusts the transmit power of mobile station 6 such that the reverse link signal quality is maintained at a set level. The signal quality is measured as the energy-per-bit-to-noise-plus-interference ratio $E_b/I_o$ of the reverse link signal received at base station 4. The set level is referred to as the $E_b/I_o$ set point. The second power control loop adjusts the set point such that the desired level of performance, as measured by the frame-error-rate (FER), is maintained. Power control is critical on the reverse link because the transmit power of each mobile station 6 is an interference to other mobile stations 6 in the communication system. Minimizing the reverse link transmit power reduces the interference and increases the reverse link capacity.

Within the first power control loop, the $E_b/I_o$ of the reverse link signal is measured at base station 4. Base station 4 then compares the measured $E_b/I_o$ with the set point. If the measured $E_b/I_o$ is greater than the set point, base station 4 transmits a power control message to mobile station 6 to decrease the transmit power. Alternatively, if the measured $E_b/I_o$ is below the set point, base station 4 transmits a power control message to mobile station 6 to increase the transmit power. In the exemplary embodiment, the power control message is implemented with one power control bit. In the exemplary embodiment, a high value for the power control bit commands mobile station 6 to increase its transmit power and a low value commands mobile station 6 to decrease its transmit power.

In the present invention, the power control bits for all mobile stations 6 in communication with each base station 4 are transmitted on the power control channel. In the exemplary embodiment, the power control channel comprises up to 32 orthogonal channels which are spread with the 16-bit Walsh covers. Each Walsh channel transmits one reverse power control (RPC) bit or one FAC bit at periodic intervals. Each active mobile station 6 is assigned an RPC index which defines the Walsh cover and QPSK modulation phase (e.g. inphase or quadrature) for transmission of the RPC bit stream destined for that mobile station 6. In the exemplary embodiment, the RPC index of 0 is reserved for the FAC bit.

The exemplary block diagram of the power control channel is shown in FIG. 3A. The RPC bits are provided to symbol repeater 150 which repeats each RPC bit a predetermined number of times. The repeated RPC bits are provided to Walsh cover element 152 which covers the bits with the Walsh covers corresponding to the RPC indices. The covered bits are provided to gain element 154 which scales the bits prior to modulation so as to maintain a constant total transmit power. In the exemplary embodiment, the gains of the RPC Walsh channels are normalized so that the total RPC channel power is equal to the total available

28

transmit power. The gains of the Walsh channels can be varied as a function of time for efficient utilization of the total base station transmit power while maintaining reliable RPC transmission to all active mobile stations 6. In the exemplary embodiment, the Walsh channel gains of inactive mobile stations 6 are set to zero. Automatic power control of the RPC Walsh channels is possible using estimates of the forward link quality measurement from the corresponding DRC channel from mobile stations 6. The scaled RPC bits from gain element 154 are provided to MUX 162.

In the exemplary embodiment, the RPC indices of 0 through 15 are assigned to Walsh covers $W_0$ through $W_{15}$, respectively, and are transmitted around the first pilot burst within a slot (RPC bursts 304 in FIG. 4C). The RPC indices of 16 through 31 are assigned to Walsh covers $W_0$ through $W_{15}$, respectively, and are transmitted around the second pilot burst within a slot (RPC bursts 306 in FIG. 4C). In the exemplary embodiment, the RPC bits are BPSK modulated with the even Walsh covers (e.g., $W_0$, $W_2$, $W_4$, etc.) modulated on the inphase signal and the odd Walsh covers (e.g., $W_1$, $W_3$, $W_5$, etc.) modulated on the quadrature signal. To reduce the peak-to-average envelope, it is preferable to balance the inphase and quadrature power. Furthermore, to minimize cross-talk due to demodulator phase estimate error, it is preferable to assign orthogonal covers to the inphase and quadrature signals.

In the exemplary embodiment, up to 31 RPC bits can be transmitted on 31 RPC Walsh channels in each time slot. In the exemplary embodiment, 15 RPC bits are transmitted on the first half slot and 16 RPC bits are transmitted on the second half slot. The RPC bits are combined by summers 212 (see FIG. 3B) and the composite waveform of the power control channel is as shown in in FIG. 4C.

A timing diagram of the power control channel is illustrated in FIG. 4B. In the exemplary embodiment, the RPC bit rate is 600 bps, or one RPC bit per time slot. Each RPC bit is time multiplexed and transmitted over two RPC bursts (e.g., RPC bursts 304a and 304b), as shown in FIGS. 4B and 4C. In the exemplary embodiment, each RPC burst is 32 PN chips (or 2 Walsh symbols) in width (Tpc=32 chips) and the total width of each RPC bit is 64 PN chips (or 4 Walsh symbols). Other RPC bit rates can be obtained by changing the number of symbol repetition. For example, an RPC bit of 1200 bps (to support up to 63 mobile stations 6 simultaneously or to increase the power control rate) can be obtained by transmitting the first set of 31 RPC bits on RPC bursts 304a and 304b and the second set of 32 RPC bits on RPC bursts 306a and 306b. In this case, all Walsh covers are used in the inphase and quadrature signals. The modulation parameters for the RPC bits are summarized in Table 4.

TABLE 4

| Pilot and Power Control Modulation Parameters | | | |
|---|---|---|---|
| Parameters | RPC | FAC | Pilot | Units |
| Rate | 600 | 75 | 1200 | Hz |
| Modulation format | QPSK | QPSK | BPSK | |
| Duration of control bit | 64 | 1024 | 64 | PN chips |
| Repeat | 4 | 64 | 4 | symbols |

The power control channel has a bursty nature since the number of mobile stations 6 in communication with each base station 4 can be less than the number of available RPC Walsh channels. In this situation, some RPC Walsh channels are set to zero by proper adjustment of the gains of gain element 154.

29

In the exemplary embodiment, the RPC bits are transmitted to mobile stations 6 without coding or interleaving to minimize processing delays. Furthermore, the erroneous reception of the power control bit is not detrimental to the data communication system of the present invention since the error can be corrected in the next time slot by the power control loop.

In the present invention, mobile stations 6 can be in soft handoff with multiple base stations 4 on the reverse link. The method and apparatus for the reverse link power control for mobile station 6 in soft handoff is disclosed in the aforementioned U.S. Pat. No. 5,056,109. Mobile station 6 in soft handoff monitors the RPC Walsh channel for each base station 4 in the active set and combines the RPC bits in accordance with the method disclosed in the aforementioned U.S. Pat. No. 5,056,109. In the first embodiment, mobile station 6 performs the logic OR of the down power commands. Mobile station 6 decreases the transmit power if any one of the received RPC bits commands mobile station 6 to decrease the transmit power. In the second embodiment, mobile station 6 in soft handoff can combine the soft decisions of the RPC bits before making a hard decision. Other embodiments for processing the received RPC bits can be contemplated and are within the scope of the present invention.

In the present invention, the FAC bit indicates to mobile stations 6 whether or not the traffic channel of the associated pilot channel will be transmitting on the next half frame. The use of the FAC bit improves the C/I estimate by mobile stations 6, and hence the data rate request, by broadcasting the knowledge of the interference activity. In the exemplary embodiment, the FAC bit only changes at half frame boundaries and is repeated for eight successive time slots, resulting in a bit rate of 75 bps. The parameters for the FAC bit is listed in Table 4.

Using the FAC bit, mobile stations 6 can compute the C/I measurement as follows:

$$\left(\frac{C}{I}\right)_i = \frac{C_i}{I - \sum_j (1 - \alpha_j)C_j}. \qquad (9)$$

where $(C/I)_i$ is the C/I measurement of the $i^{th}$ forward link signal, $C_i$ is the total received power of the $i^{th}$ forward link signal, $C_j$ is the received power of the $j^{th}$ forward link signal, I is the total interference if all base stations 4 are transmitting, $\alpha_j$ is the FAC bit of the $j^{th}$ forward link signal and can be 0 or 1 depending on the FAC bit.

XII. Reverse Link Data Transmission

In the present invention, the reverse link supports variable rate data transmission. The variable rate provides flexibility and allows mobile stations 6 to transmit at one of several data rates, depending on the amount of data to be transmitted to base station 4. In the exemplary embodiment, mobile station 6 can transmit data at the lowest data rate at any time. In the exemplary embodiment, data transmission at higher data rates requires a grant by base station 4. This implementation minimizes the reverse link transmission delay while providing efficient utilization of the reverse link resource.

An exemplary illustration of the flow diagram of the reverse link data transmission of the present invention is shown in FIG. 8. Initially, at slot n, mobile station 6 performs an access probe, as described in the aforementioned U.S. Pat. No. 5,289,527, to establish the lowest rate

30

data channel on the reverse link at block 802. In the same slot n, base station 4 demodulates the access probe and receives the access message at block 804. Base station 4 grants the request for the data channel and, at slot n+2, transmits the grant and the assigned RPC index on the control channel, at block 806. At slot n+2, mobile station 6 receives the grant and is power controlled by base station 4, at block 808. Beginning at slot n+3, mobile station 6 starts transmitting the pilot signal and has immediate access to the lowest rate data channel on the reverse link.

If mobile station 6 has traffic data and requires a high rate data channel, mobile station 6 can initiate the request at block 810. At slot n+3, base station 4 receives the high speed data request, at block 812. At slot n+5, base station 4 transmits the grant on the control channel, at block 814. At slot n+5, mobile station 6 receives the grant at block 816 and begins high speed data transmission on the reverse link starting at slot n+6, at block 818.

XIII. Reverse Link Architecture

In the data communication system of the present invention, the reverse link transmission differs from the forward link transmission in several ways. On the forward link, data transmission typically occurs from one base station 4 to one mobile station 6. However, on the reverse link, each base station 4 can concurrently receive data transmissions from multiple mobile stations 6. In the exemplary embodiment, each mobile station 6 can transmit at one of several data rates depending on the amount of data to be transmitted to base station 4. This system design reflects the asymmetric characteristic of data communication.

In the exemplary embodiment, the time base unit on the reverse link is identical to the time base unit on the forward link. In the exemplary embodiment, the forward link and reverse link data transmissions occur over time slots which are 1.667 msec in duration. However, since data transmission on the reverse link typically occurs at a lower data rate, a longer time base unit can be used to improve efficiency.

In the exemplary embodiment, the reverse link supports two channels: the pilot/DRC channel and the data channel. The function and implementation of each of these channels are described below. The pilot/DRC channel is used to transmit the pilot signal and the DRC messages and the data channel is used to transmit traffic data.

A diagram of the exemplary reverse link frame structure of the present invention is illustrated in FIG. 7A. In the exemplary embodiment, the reverse link frame structure is similar to the forward link frame structure shown in FIG. 4A. However, on the reverse link, the pilot/DRC data and traffic data are transmitted concurrently on the inphase and quadrature channels.

In the exemplary embodiment, mobile station 6 transmits a DRC message on the pilot/DRC channel at each time slot whenever mobile station 6 is receiving high speed data transmission. Alternatively, when mobile station 6 is not receiving high speed data transmission, the entire slot on the pilot/DRC channel comprises the pilot signal. The pilot signal is used by the receiving base station 4 for a number of functions: as an aid to initial acquisition, as a phase reference for the pilot/DRC and the data channels, and as the source for the closed loop reverse link power control.

In the exemplary embodiment, the bandwidth of the reverse link is selected to be 1.2288 MHz. This bandwidth selection allows the use of existing hardware designed for a CDMA system which conforms to the IS-95 standard. However, other bandwidths can be utilized to increase

US 6,574,211 B2

31

capacity and/or to conform to system requirements. In the exemplary embodiment, the same long PN code and short $PN_I$ and $PN_Q$ codes as those specified by the IS-95 standard are used to spread the reverse link signal. In the exemplary embodiment, the reverse link channels are transmitted using QPSK modulation. Alternatively, OQPSK modulation can be used to minimize the peak-to-average amplitude variation of the modulated signal which can result in improved performance. The use of different system bandwidth, PN codes, and modulation schemes can be contemplated and are within the scope of the present invention.

In the exemplary embodiment, the transmit power of the reverse link transmissions on the pilot/DRC channel and the data channel are controlled such that the $E_b/I_o$ of the reverse link signal, as measured at base station 4, is maintained at a predetermined $E_b/I_o$, set point as discussed in the aforementioned U.S. Pat. No. 5,506,109. The power control is maintained by base stations 4 in communication with the mobile station 6 and the commands are transmitted as the RPC bits as discussed above.

### XIV. Reverse Link Data Channel

A block diagram of the exemplary reverse link architecture of the present invention is shown in FIG. 6. The data is partitioned into data packets and provided to encoder 612. For each data packet, encoder 612 generates the CRC parity bits, inserts the code tail bits, and encodes the data. In the exemplary embodiment, encoder 612 encodes the packet in accordance with the encoding format disclosed in the aforementioned U.S. Pat. No. 5,933,462. Other encoding formats can also be used and are within the scope of the present invention. The encoded packet from encoder 612 is provided to block interleaver 614 which reorders the code symbols in the packet. The interleaved packet is provided to multiplier 616 which covers the data with the Walsh cover and provides the covered data to gain element 618. Gain element 618 scales the data to maintain a constant energy-per-bit $E_b$ regardless of the data rate. The scaled data from gain element 618 is provided to multipliers 650b and 650d which spread the data with the $PN\_Q$ and $PN\_I$ sequences, respectively. The spread data from multipliers 652b and 650d are provided to filters 652b and 652d, respectively, which filter the data. The filtered signals from filters 652a and 652b are provided to summer 654a and the filtered signals from filter 652c and 652d are provided to summer 654b. Summers 654 sum the signals from the data channel with the signals from the pilot/DRC channel. The outputs of summers 654a and 654b comprise IOUT and QOUT, respectively, which are modulated with the inphase sinusoid $COS(w_c t)$ and the quadrature sinusoid $SIN(w_c t)$, respectively (as in the forward link), and summed (not shown in FIG. 6). In the exemplary embodiment, the traffic data is transmitted on both the inphase and quadrature phase of the sinusoid.

In the exemplary embodiment, the data is spread with the long PN code and the short PN codes. The long PN code scrambles the data such that the receiving base station 4 is able to identify the transmitting mobile station 6. The short PN code spreads the signal over the system bandwidth. The long PN sequence is generated by long code generator 642 and provided to multipliers 646. The short $PN_I$ and $PN_Q$ sequences are generated by short code generator 644 and also provided to multipliers 646a and 646b, respectively, which multiply the two sets of sequences to form the $PN\_I$ and $PN\_Q$ signals, respectively. Timing/control circuit 640 provides the timing reference.

The exemplary block diagram of the data channel architecture as shown in FIG. 6 is one of numerous architectures

32

which support data encoding and modulation on the reverse link. For high rate data transmission, an architecture similar to that of the forward link utilizing multiple orthogonal channels can also be used. Other architectures, such as the architecture for the reverse link traffic channel in the CDMA system which conforms to the IS-95 standard, can also be contemplated and are within the scope of the present invention.

In the exemplary embodiment, the reverse link data channel supports four data rates which are tabulated in Table 5. Additional data rates and/or different data rates can be supported and are within the scope of the present invention. In the exemplary embodiment, the packet size for the reverse link is dependent on the data rate, as shown in Table 5. As described in the aforementioned U.S. Pat. No. 5,933,462, improved decoder performance can be obtained for larger packet sizes. Thus, different packet sizes than those listed in Table 5 can be utilized to improve performance and are within the scope of the present invention. In addition, the packet size can be made a parameter which is independent of the data rate.

### TABLE 5

Pilot and Power Control Modulation Parameters

| Parameter | Data rates | | | | Units |
|---|---|---|---|---|---|
| | 9.6 | 19.2 | 38.4 | 76.8 | Kbps |
| Frame duration | 26.66 | 26.66 | 13.33 | 13.33 | msec |
| Data packet length | 245 | 491 | 491 | 1003 | bits |
| CRC length | 16 | 16 | 16 | 16 | bits |
| Code tail bits | 5 | 5 | 5 | 5 | bits |
| Total bits/packet | 256 | 512 | 512 | 1024 | bits |
| Encoded packet length | 1024 | 2048 | 2048 | 4096 | symbols |
| Walsh symbol length | 32 | 16 | 8 | 4 | Chips |
| Request required | no | yes | yes | yes | |

As shown in Table 5, the reverse link supports a plurality of data rates. In the exemplary embodiment, the lowest data rate of 9.6 K bps is allocated to each mobile station 6 upon registration with base station 4. In the exemplary embodiment, mobile stations 6 can transmit data on the lowest rate data channel at any time slot without having to request permission from base station 4. In the exemplary embodiment, data transmission at the higher data rates are granted by the selected base station 4 based on a set of system parameters such as the system loading, fairness, and total throughput. An exemplary scheduling mechanism for high speed data transmission is described in detail in the aforementioned U.S. Pat. No. 6,335,922.

### XV. Reverse Link Pilot/DRC Channel

The exemplary block diagram of the pilot/DRC channel is shown in FIG. 6. The DRC message is provided to DRC encoder 626 which encodes the message in accordance with a predetermined coding format. Coding of the DRC message is important since the error probability of the DRC message needs to be sufficiently low because incorrect forward link data rate determination impacts the system throughput performance. In the exemplary embodiment, DRC encoder 626 is a rate (8,4) CRC block encoder which encodes the 3-bit DRC message into an 8-bit code word. The encoded DRC message is provided to multiplier 628 which covers the message with the Walsh code which uniquely identifies the destination base station 4 for which the DRC message is directed. The Walsh code is provided by Walsh generator 624. The covered DRC message is provided to multiplexer

US 6,574,211 B2

33

(MUX) 630 which multiplexes the message with the pilot data. The DRC message and the pilot data are provided to multipliers 650a and 650c which spread the data with the PN_I and PN_Q signals, respectively. Thus, the pilot and DRC message are transmitted on both the inphase and quadrature phase of the sinusoid.

In the exemplary embodiment, the DRC message is transmitted to the selected base station 4. This is achieved by covering the DRC message with the Walsh code which identifies the selected base station 4. In the exemplary embodiment, the Walsh code is 128 chips in length. The derivation of 128-chip Walsh codes are known in the art. One unique Walsh code is assigned to each base station 4 which is in communication with mobile station 6. Each base station 4 decovers the signal on the DRC channel with its assigned Walsh code. The selected base station 4 is able to decover the DRC message and transmits data to the requesting mobile station 6 on the forward link in response thereto. Other base stations 4 are able to determine that the requested data rate is not directed to them because these base stations 4 are assigned different Walsh codes.

In the exemplary embodiment, the reverse link short PN codes for all base stations 4 in the data communication system is the same and there is no offset in the short PN sequences to distinguish different base stations 4. The data communication system of the present invention supports soft handoff on the reverse link. Using the same short PN codes with no offset allows multiple base stations 4 to receive the same reverse link transmission from mobile station 6 during a soft handoff. The short PN codes provide spectral spreading but do not allow for identification of base stations 4.

In the exemplary embodiment, the DRC message carries the requested data rate by mobile station 6. In the alternative embodiment, the DRC message carries an indication of the forward link quality (e.g., the C/I information as measured by mobile station 6). Mobile station 6 can simultaneously receive the forward link pilot signals from one or more base stations 4 and performs the C/I measurement on each received pilot signal. Mobile station 6 then selects the best base station 4 based on a set of parameters which can comprise present and previous C/I measurements. The rate control information is formatted into the DRC message which can be conveyed to base station 4 in one of several embodiments.

In the first embodiment, mobile station 6 transmits a DRC message based on the requested data rate. The requested data rate is the highest supported data rate which yields satisfactory performance at the C/I measured by mobile station 6. From the C/I measurement, mobile station 6 first calculates the maximum data rate which yields satisfactory performance. The maximum data rate is then quantized to one of the supported data rates and designated as the requested data rate. The data rate index corresponding to the requested data rate is transmitted to the selected base station 4. An exemplary set of supported data rates and the corresponding data rate indices are shown in Table 1.

In the second embodiment, wherein mobile station 6 transmits an indication of the forward link quality to the selected base station 4, mobile station 6 transmits a C/I index which represents the quantized value of the C/I measurement. The C/I measurement can be mapped to a table and associated with a C/I index. Using more bits to represent the C/I index allows a finer quantization of the C/I measurement. Also, the mapping can be linear or predistorted. For a linear mapping, each increment in the C/I index represents a corresponding increase in the C/I measurement. For

34

example, each step in the C/I index can represent a 2.0 dB increase in the C/I measurement. For a predistorted mapping, each increment in the C/I index can represent a different increase in the C/I measurement. As an example, a predistorted mapping can be used to quantize the C/I measurement to match the cumulative distribution function (CDF) curve of the C/I distribution as shown in FIG. 10.

Other embodiments to convey the rate control information from mobile station 6 to base station 4 can be contemplated and are within the scope of the present invention. Furthermore, the use of different number of bits to represent the rate control information is also within the scope of the present invention. Throughout much of the specification, the present invention is described in the context of the first embodiment, the use of a DRC message to convey the requested data rate, for simplicity.

In the exemplary embodiment, the C/I measurement can be performed on the forward link pilot signal in the manner similar to that used in the CDMA system. A method and apparatus for performing the C/I measurement is disclosed in U.S. patent application Ser. No. 08/722,763, entitled "METHOD AND APPARATUS FOR MEASURING LINK QUALITY IN A SPREAD SPECTRUM COMMUNICATION SYSTEM", filed Sep. 27, 1996, now U.S. Pat. No. 5,903,554, issued May 11, 1999, by Klein W. Sainis, assigned to the assignee of the present invention and incorporated by reference herein. In summary, the C/I measurement on the pilot signal can be obtained by despreading the received signal with the short PN codes. The C/I measurement on the pilot signal can contain inaccuracies if the channel condition changed between the time of the C/I measurement and the time of actual data transmission. In the present invention, the use of the FAC bit allows mobile stations 6 to take into consideration the forward link activity when determining the requested data rate.

In the alternative embodiment, the C/I measurement can be performed on the forward link traffic channel. The traffic channel signal is first despread with the long PN code and the short PN codes and decovered with the Walsh code. The C/I measurement on the signals on the data channels can be more accurate because a larger percentage of the transmitted power is allocated for data transmission. Other methods to measure the C/I of the received forward link signal by mobile station 6 can also be contemplated and are within the scope of the present invention.

In the exemplary embodiment, the DRC message is transmits in the first half of the time slot (see FIG. 7A). For an exemplary time slot of 1.667 msec, the DRC message comprises the first 1024 chips or 0.83 msec of the time slot. The remaining 1024 chips of time are used by base station 4 to demodulate and decode the message. Transmission of the DRC message in the earlier portion of the time slot allows base station 4 to decode the DRC message within the same time slot and possibly transmit data at the requested data rate at the immediate successive time slot. The short processing delay allows the communication system of the present invention to quickly adapt to changes in the operating environment.

In the alternative embodiment, the requested data rate is conveyed to base station 4 by the use of an absolute reference and a relative reference. In this embodiment, the absolute reference comprising the requested data rate is transmitted periodically. The absolute reference allows base station 4 to determine the exact data rate requested by mobile station 6. For each time slot between transmissions of the absolute references, mobile station 6 transmits a

US 6,574,211 B2

35

relative reference to base station 4 which indicates whether the requested data rate for the upcoming time slot is higher, lower, or the same as the requested data rate for the previous time slot. Periodically, mobile station 6 transmits an absolute reference. Periodic transmission of the data rate index allows the requested data rate to be set to a known state and ensures that erroneous receptions of relative references do not accumulate. The use of absolute references and relative references can reduce the transmission rate of the DRC messages to base station 6. Other protocols to transmit the requested data rate can also be contemplated and are within the scope of the present invention.

### XVI. Reverse Link Access Channel

The access channel is used by mobile station 6 to transmit messages to base station 4 during the registration phase. In the exemplary embodiment, the access channel is implemented using a slotted structure with each slot being accessed at random by mobile station 6. In the exemplary embodiment, the access channel is time multiplexed with the DRC channel.

In the exemplary embodiment, the access channel transmits messages in access channel capsules. In the exemplary embodiment, the access channel frame format is identical to that specified by the IS-95 standard, except that the timing is in 26.67 msec frames instead of the 20 msec frames specified by IS-95 standard. The diagram of an exemplary access channel capsule is shown in FIG. 7B. In the exemplary embodiment, each access channel capsule 712 comprises preamble 722, one or more message capsules 724, and padding bits 726. Each message capsule 724 comprises message length (MSG LEN) field 732, message body 734, and CRC parity bits 736.

### XVII. Reverse Link NACK Channel

In the present invention, mobile station 6 transmits the NACK messages on the data channel. The NACK message is generated for each packet received in error by mobile station 6. In the exemplary embodiment, the NACK messages can be transmitted using the Blank and Burst signaling data format as disclosed in the aforementioned U.S. Pat. No. 5,504,773.

Although the present invention has been described in the context of a NACK protocol, the use of an ACK protocol can be contemplated and are within the scope of the present invention.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

We claim:

1. A method for high speed packet data transmission from at least one base station to a mobile station comprising:

   measuring at the mobile station a set of parameters associated with forward link signals from said at least one base station;

   selecting at the mobile station a selected base station from said at least one base station based on said set of parameters;

36

   sending a rate control information message from the mobile station to said selected base station at every time slot on a reverse link; and

   receiving data at the mobile station from said selected base station at the data rate in accordance with said rate control information message if there is a data packet directed to the mobile station.

2. The method of claim 1 wherein said measuring, selecting, and sending are performed at each time slot of a plurality of time slots until said data transmission is completed.

3. The method of claim 1 wherein said measuring is performed by taking into account a received value of a forward activity bit.

4. The method of claim 1 wherein said measuring is performed on forward link pilot signals from all base stations in an active set of said mobile station.

5. The method of claim 4 wherein an additional base station is added to said active set of the mobile station based on whether a power of a signal received at the mobile station from said additional base station exceeds a predetermined threshold.

6. The method of claim 1 wherein said set of parameters includes a C/I of said forward link signals.

7. The method of claim 6 wherein said selecting is based on present and previous C/I of said forward link signals.

8. The method of claim 1 wherein said selecting is based on whether the signal level of the selected base station exceeds the signal level of a previously selected base station by a hysteresis value.

9. The method of claim 1 wherein said selecting is based on whether the signal level of the selected base station exceeds the signal level of a previously selected base station for a predetermined time duration.

10. The method of claim 1 wherein said sending step is performed by covering said rate control information message with a Walsh code corresponding to said selected base station.

11. The method of claim 10 wherein said Walsh code is 128 chips in length.

12. The method of claim 1 wherein said rate control information message is indicate of a requested data rate.

13. The method of claim 12 wherein said requested data rate is one of a plurality of supportable data rates.

14. The method of claim 13 wherein said supportable data rates are selected in accordance with a cumulative distribution function of C/I within a cell within which the mobile station and the selected base station reside.

15. The method of claim 1 wherein said rate control information message is indicative of a quality of a transmission link.

16. The method of claim 1 wherein said rate control information message occupies an earlier portion of a time slot.

17. The method of claim 1 wherein said measuring, selecting, and sending are performed during each of a plurality of time slots.

18. The method of claim 17 wherein each of said plurality of time slots has a predetermined fixed duration.

19. The method of claim 18 wherein said predetermined fixed duration is approximately 1.67 milliseconds.

20. The method of claim 4 wherein said forward link pilot signals are received within pilot bursts transmitted from each of said at least one base station.

21. The method of claim 20 wherein said pilot bursts occur at fixed intervals and are of a fixed duration.

22. The method of claim 21 wherein said fixed duration is sixty-four chips.

US 6,574,211 B2

**37**

23. The method of claim 20 wherein said pilot bursts occur at fixed positions within each of a plurality of time slots having a fixed predetermined time slot length.

24. The method of claim 23 wherein each of said time slots comprises two of said pilot bursts centered at the end of the first and third quarters of each of said time slots.

25. A transmitter for high speed packet data transmission comprising:

an encoder for receiving data packets and encoding said data packets into encoded packets;

a frame puncture element for receiving said encoded packets and puncturing a portion of said encoded packets to provided punctured packets;

a variable rate controller connected to said frame puncture element for receiving said punctured packets and demultiplexing said punctured packets into parallel channels;

a Walsh cover element connected to said variable rate controller for receiving said parallel channels and covering said parallel channels with Walsh covers to provide orthogonal channels; and

a gain element connected to said Walsh cover element for receiving said orthogonal channels and scaling said orthogonal channels to provide scaled channels.

26. The transmitter of claim 25 wherein said each of said parallel channels has a fixed rate.

27. The transmitter of 25 further comprising:

a multiplexer connected to said gain element, said multiplexer multiplexing pilot and power control bursts with said scaled channels to provide Walsh channels.

28. The transmitter of claim 27 wherein said pilot and power control bursts are located at fixed locations within each time slot.

29. The transmitter of claim 27 wherein said pilot and power control bursts are provided at two locations within each time slot.

30. The transmitter of claim 25 further comprising:

a multiplexer connected to said gain element, said multiplexer multiplexing a preamble with said scaled channels to provide Walsh channels.

**38**

31. The transmitter of claim 25 further comprising:

a scrambler interposed between said frame puncture element and said variable rate controller, said scrambler scrambling said punctured packets with a scrambling sequence.

32. The transmitter of claim 25 wherein said each of said Walsh covers is 16 bits in length.

33. An apparatus for high speed packet data transmission from at least one base station to a mobile station comprising:

means for measuring at the mobile station a set of parameters associated with forward link signals from said at least one base station;

means for selecting at the mobile station a selected base station from said at least one base station based on said set of parameters;

means for sending at every slot on a reverse link a rate control information message from the mobile station to said selected base station at every time slot on a reverse link; and

means for receiving data at the mobile station from said selected base station at the data rate in accordance with said rate control information message if there is a data packet directed to the mobile station.

34. An apparatus for high speed packet data transmission from at least one base station to a mobile station comprising:

means for measuring at the mobile station a set of parameters associated with forward link signals from said at least one base station;

means for selecting at the mobile station a selected base station from said at least one base station based on said set of parameters;

means for sending at every slot on a reverse link a rate control information message from the mobile station to said selected base station periodically on a reverse link; and

means for receiving data at the mobile station from said selected base station at the data rate in accordance with said rate control information message if there is a data packet directed to the mobile station.

* * * * *

Ex. 8-36

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,574,211 B2                                    Page 1 of  1
DATED         : June 3, 2003
INVENTOR(S)   : Padovani et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 38,
Line 33, please delete "at every slot on a reverse link.".

Signed and Sealed this

First Day of November, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*



US005742734A

# United States Patent [19]

DeJaco et al.

[11] Patent Number: 5,742,734

[45] Date of Patent: Apr. 21, 1998

[54] ENCODING RATE SELECTION IN A VARIABLE RATE VOCODER

[75] Inventors: Andrew P. DeJaco; William R. Gardner, both of San Diego, Calif.

[73] Assignee: Qualcomm Incorporated, San Diego, Calif.

[21] Appl. No.: 288,413

[22] Filed: Aug. 10, 1994

[51] Int. Cl.[6] .................................... G10L 9/14

[52] U.S. Cl. ................... 395/2.35; 395/2.28; 395/2.38; 395/2.91

[58] Field of Search ...................... 395/2.38, 2.39, 395/2.42, 2.28, 2.35, 2.91; 375/243, 254; 381/29

[56] References Cited

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,580 | 1/1988 | Bishnu et al. | 395/2.28 |
| 3,633,107 | 1/1972 | Brady | 375/267 |
| 4,012,595 | 3/1977 | Ota | 370/435 |

(List continued on next page.)

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0167364 | 1/1986 | European Pat. Off. | G10L 3/00 |
| 0190796 | 8/1986 | European Pat. Off. | H03H 17/02 |

## OTHER PUBLICATIONS

John D. Hoyt and Harry Wechsler, "Detection of Human Speech in Structured Noise", Proceedings of ICASSP '94, vol. II, pp. 237–240, Apr. 1994.

John D. Hoyt and Harry Wechsler, "RBF Models for Detection of Human Speech in Structured Noise", Proceedings of the 1994 IEEE International Conference on Neural Networks, pp. 4493–4496, Jul. 1994.

Variable Rate Speech Coding for Asynchronous Transfer Mode, Hiroshi Nakada and Ken-Ichi Sato, IEEE Transactions on Communications. vol. 38. No. 3., Mar. 1990, pp. 277–284.

Stochastic Coding of Speech Signals at Very Low Bit Rates: The Importance of Speech Perception, Manfred R. Schroeder and Bishnu S. Atal, IEEE Speech Communication 4, pp. 155–162.

Predictive Coding of Speech at Low Bit Rates, Bishnu S. Atal, IEEE Transactions on Communications, vol. COM–30, No. 4, Apr. 1982, pp. 600–614.

Improving Performance of Multi-Pulse LPC Coders at Low Bit Rates, Sharad Singhal and Bishnu S. Atal, Acoustics Research Department AT&T Bell Laboratories, Murray Hill, NJ 07974, pp. I.3.1–I.3.4.

Adaptive Predictive Coding of Speech Signals, B.S. Atal and M.R. Schroeder, Bell Syst. Tech. J., vol. 49, Oct. 1970, pp. 1973–1986.

Stochastic Coding of Speech Signals at Very Low Bit Rates, Bishnu S. Atal and Manfred R. Schroeder, IEEE, Sep. 1984.

Variable Bit Rate Adaptive Predictive Coder, Ioannis S. Debes et al., IEEE, 1992, pp. 511–517.

(List continued on next page.)

Primary Examiner—Allen R. MacDonald
Assistant Examiner—Tālivaldis Ivars Šmits
Attorney, Agent, or Firm—Russell B. Miller; Sean English; Linli L. Golden

[57] **ABSTRACT**

It is a first objective of the present invention to provide a method by which to reduce the probability of coding low energy unvoiced speech as background noise. The present invention determines an encoding rate by examining subbands of the input signal, by this method unvoiced speech can be distinguished from background noise. A second objective of the present invention is to provide a means by which to set the threshold levels that takes into account signal energy as well as background noise energy. In the present invention, the background noise is not used to determine threshold values, rather the signal to noise ratio of an input signal is use to determine the threshold values. A third objective of the present invention is to provide a method for coding music passing through a variable rate vocoder. The present invention examines the periodicity of the input signal to distinguish music from background noise.

22 Claims, 1 Drawing Sheet



**5,742,734**
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,076,958 | 2/1978 | Feighman | 395/2.77 |
| 4,214,125 | 7/1980 | Mozer et al. | 395/2.77 |
| 4,360,708 | 11/1982 | Taguchi et al. | 395/2.38 |
| 4,535,472 | 8/1985 | Tomcik | 395/2.38 |
| 4,610,022 | 9/1986 | Kitayama et al. | 395/2.14 |
| 4,672,669 | 6/1987 | Desblanche et al. | 395/2.46 |
| 4,672,670 | 6/1987 | Wang et al. | 395/2.26 |
| 4,677,671 | 6/1987 | Galand et al. | 395/2.21 |
| 4,771,465 | 9/1988 | Bronson et al. | 395/2.16 |
| 4,797,925 | 1/1989 | Lin | 395/2.32 |
| 4,797,929 | 1/1989 | Gerson et al. | 395/2.52 |
| 4,817,157 | 3/1989 | Gerson | 395/2.39 |
| 4,827,517 | 5/1989 | Atal et al. | 395/2.27 |
| 4,843,612 | 6/1989 | Brusch et al. | 375/200 |
| 4,850,022 | 7/1989 | Honda et al. | 395/2.16 |
| 4,852,179 | 7/1989 | Fette | 395/2.39 |
| 4,856,068 | 8/1989 | Quatieri, Jr. et al. | 395/2.36 |
| 4,864,561 | 9/1989 | Ashenfelter et al. | 370/435 |
| 4,868,867 | 9/1989 | Davidson et al. | 395/2.39 |
| 4,885,790 | 12/1989 | McAulay et al. | 395/2.74 |
| 4,890,327 | 12/1989 | Bertrand et al. | 395/2.28 |
| 4,899,384 | 2/1990 | Crouse et al. | 395/2.38 |
| 4,899,385 | 2/1990 | Ketchum et al. | 395/2.32 |
| 4,903,301 | 2/1990 | Kondo et al. | 395/2.92 |
| 4,905,288 | 2/1990 | Gerson et al. | 395/2.54 |
| 4,933,957 | 6/1990 | Bottau et al. | 375/244 |
| 4,965,789 | 10/1990 | Bottau et al. | 370/465 |
| 4,991,214 | 2/1991 | Freeman et al. | 395/2.32 |
| 5,023,910 | 6/1991 | Thomson | 395/2.15 |
| 5,054,072 | 10/1991 | McAulay et al. | 395/2.16 |
| 5,054,075 | 10/1991 | Hong et al. | 381/36 |
| 5,060,269 | 10/1991 | Zinser | 395/2.16 |
| 5,077,798 | 12/1991 | Ichikawa et al. | 395/2.31 |
| 5,093,863 | 3/1992 | Galand et al. | 395/2.16 |
| 5,103,459 | 4/1992 | Gilhousen et al. | 370/200 |
| 5,113,448 | 5/1992 | Nomura et al. | 395/2.28 |
| 5,140,638 | 8/1992 | Mouldey et al. | 395/2.28 |
| 5,157,760 | 10/1992 | Akagiri | 395/2.42 |
| 5,185,800 | 2/1993 | Mahieux | 395/2.91 |
| 5,187,745 | 2/1993 | Yip et al. | 395/2.28 |
| 5,206,884 | 4/1993 | Bhaskar | 375/254 |
| 5,222,189 | 6/1993 | Fielder | 395/2.38 |
| 5,258,674 | 3/1994 | Yun | 84/616 |
| 5,201,255 | 4/1994 | Nagai et al. | 395/2.39 |
| 5,317,672 | 5/1994 | Crossman et al. | 395/2.38 |
| 5,353,375 | 10/1994 | Goto et al. | 395/2.38 |
| 5,457,769 | 10/1995 | Valley | 395/2.19 |
| 5,469,474 | 11/1995 | Kitabatake | 375/243 |

## OTHER PUBLICATIONS

*Variable Rate Speech Coding with Online Segmentation and Fast Algebraic Codes,* R. Di Francesco, et al., IEEE, 1990, pp. 233–236.

*Variable Rate Speech Coding: A Review,* Acoustics Research Department AT&T Bell Laboratories Murray Hill, NJ 07974, IEEE, Sep. 1984. N.S. Jayant.

*Fast Methods for the CELP Speech Coding Algorithm,* W. Bastiaan Kleijn, et al, Transactions on Acoustics Speech, and Signal Processing, vol. 38, No. 8, Aug. 1990, pp. 1330–1341.

*DSP Chips Can Produce Random Numbers Using Proven Algorithm,* Paul Mennen, Tektronix Inc., EDN Jan. 21, 1991, pp. 141–146.

*Code–Excited Linear Prediction (CELP): High–Quality Speech at Very Low Bit Rates,* Bishnu S., Atal and Manfred R. Schroeder, IEEE, 1985, pp. 937–940.

*A 4.8 KBPS Code Excited Linear Predictive Coder,* Thomas E. Tremain et al., U.S. Department of Defense, R5 Fort Meade, Maryland, U.S.A. 20755–6000, pp. 491–496.

*Phonetically–Based Vector Excitation Coding of Speech at 3.6 kbps.* Speech Processing 1 S1, 1989 International Conference on Acoustics, Speech, and Signal Processing, IEEE, vol. 1., Feb. 1989, pp. 49–52. Wang and Gersho.



FIG. 1

5,742,734

**1**

## ENCODING RATE SELECTION IN A VARIABLE RATE VOCODER

### BACKGROUND OF THE INVENTION

#### I. Field of the Invention

The present invention relates to vocoders. More particularly, the present invention relates to a novel and improved method for determining speech encoding rate in a variable rate vocoder.

#### II. Description of the Related Art

Variable rate speech compression systems typically use some form of rate determination algorithm before encoding begins. The rate determination algorithm assigns a higher bit rate encoding scheme to segments of the audio signal in which speech is present and a lower rate encoding scheme for silent segments. In this way a lower average bit rate will be achieved while the voice quality of the reconstructed speech will remain high. Thus to operate efficiently a variable rate speech coder requires a robust rate determination algorithm that can distinguish speech from silence in a variety of background noise environments.

One such variable rate speech compression system or variable rate vocoder is disclosed in copending U.S. Pat. No. 5,414,796 filed Jun. 11, 1991, entitled "Variable Rate Vocoder" and assigned to the assignee of the present invention, the disclosure of which is incorporated by reference. In this particular implementation of a variable rate vocoder, input speech is encoded using Code Excited Linear Predictive Coding (CELP) techniques at one of several rates as determined by the level of speech activity. The level of speech activity is determined from the energy in the input audio samples which may contain background noise in addition to voiced speech. In order for the vocoder to provide high quality voice encoding over varying levels of background noise, an adaptively adjusting threshold technique is required to compensate for the effect of background noise on the rate determination algorithm.

Vocoders are typically used in communication devices such as cellular telephones or personal communication devices to provide digital signal compression of an analog audio signal that is converted to digital form for transmission. In a mobile environment in which a cellular telephone or personal communication device may be used, high levels of background noise energy make it difficult for the rate determination algorithm to distinguish low energy unvoiced sounds from background noise silence using a signal energy based rate determination algorithm. Thus unvoiced sounds frequently get encoded at lower bit rates and the voice quality becomes degraded as consonants such as "s", "z", "ch", "sh", "f", etc. are lost in the reconstructed speech.

Vocoders that base rate decisions solely on the energy of background noise fail to take into account the signal strength relative to the background noise in setting threshold values. A vocoder that bases its threshold levels solely on background noise tends to compress the threshold levels together when the background noise rises. If the signal level were to remain fixed, this is the correct approach to setting the threshold levels, however, were the signal level to rise with the background noise level, then compressing the threshold levels is not an optimal solution. An alternative method for setting threshold levels that takes into account signal strength is needed in variable rate vocoders.

A final problem that remains arises during the playing of music through background noise energy based rate decision vocoders. When people speak, they must pause to breathe

**2**

which allows the threshold levels to reset to the proper background noise level. However, in transmission of music through a vocoder, such as arises in music-on-hold conditions, no pauses occur and the threshold levels will continue rising until the music starts to be coded at a rate less than full rate. In such a condition the variable rate coder has confused music with background noise.

### SUMMARY OF THE INVENTION

The present invention is a novel and improved method and apparatus for determining an encoding rate in a variable rate vocoder. It is a first objective of the present invention to provide a method by which to reduce the probability of coding low energy unvoiced speech as background noise. In the present invention, the input signal is filtered into a high frequency component and a low frequency component. The filtered components of the input signal are then individually analyzed to detect the presence of speech. Because unvoiced speech has a high frequency component its strength relative to a high frequency band is more distinct from the background noise in that band than it is compared to the background noise over the entire frequency band.

A second objective of the present invention is to provide a means by which to set the threshold levels that takes into account signal energy as well as background noise energy. In the present invention, the setting of voice detection thresholds is based upon an estimate of the signal to noise ratio (SNR) of the input signal. In the exemplary embodiment, the signal energy is estimated as the maximum signal energy during times of active speech and the background noise energy is estimated as the minimum signal energy during times of silence.

A third objective of the present invention is to provide a method for coding music passing through a variable rate vocoder. In the exemplary embodiment, the rate selection apparatus detects a number of consecutive frames over which the threshold levels have risen and checks for periodicity over that number of frames. If the input signal is periodic this would indicate the presence of music. If the presence of music is detected then the thresholds are set at levels such that the signal is coded at full rate.

### BRIEF DESCRIPTION OF THE DRAWINGS

The features, objects, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawing in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 is a block diagram of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1 the input signal, S(n), is provided to subband energy computation element 4 and subband energy computation element 6. The input signal S(n) is comprised of an audio signal and background noise. The audio signal is typically speech, but it may also be music. In the exemplary embodiment, S(n) is provided in twenty millisecond frames of 160 samples each. In the exemplary embodiment, input signal S(n) has frequency components from 0 kHz to 4 kHz, which is approximately the bandwidth of a human speech signal.

In the exemplary embodiment, the 4 kHz input signal, S(n), is filtered into two separate subbands. The two separate subbands lie between 0 and 2 kHz and 2 kHz and 4 kHz

Ex. 9-4

5,742,734

3

respectively. In an exemplary embodiment, the input signal may be divided into subbands by subband filters, the design of which are well known in the art and detailed in U.S. patent application Ser. No. 08/189,819 filed Feb. 1, 1994, entitled "Frequency Selective Adaptive Filtering", and assigned to the assignee of the present invention, incorporated by reference herein.

The impulse responses of the subband filters are denoted $h_L(n)$, for the lowpass filter, and $h_H(n)$, for the highpass filter. The energy of the resulting subband components of the signal can be computed to give the values $R_L(0)$ and $R_H(0)$, simply by summing the squares of the subband filter output samples, as is well known in the art.

In a preferred embodiment, when input signal $S(n)$ is provided to subband energy computation element 4, the energy value of the low frequency component of the input frame, $R_L(0)$, is computed as:

$$R_L(0) = R_S(0) \cdot R_{h_L}(0) + 2 \cdot \sum_{i=1}^{L-1} R_S(i) \cdot R_{h_L}(i), \qquad (1)$$

where L is the number taps in the lowpass filter with impulse response $h_L(n)$,

where $R_S(i)$ is the autocorrelation function of the input signal, $S(n)$, given by the equation:

$$R_S(i) = \sum_{n=1}^{N} S(n) \cdot S(N-i), \text{ for } i\epsilon[0,L-1] \qquad (2)$$

where N is the number of samples in the frame,
and where $R_{h_L}$ is the autocorrelation function of the lowpass filter $h_L(n)$ given by:

$$R_{h_L}(i) = \sum_{n=0}^{L-1} h_L(n) \cdot h_L(n-i), \quad \text{for } i\epsilon[0,L-1] \qquad (3)$$
$$= 0 \qquad \text{else}$$

The high frequency energy, $R_H(0)$, is computed in a similar fashion in subband energy computation element 6.

The values of the autocorrelation function of the subband filters can be computed ahead of time to reduce the computational load. In addition, some of the computed values of $R_S(i)$ are used in other computations in the coding of the input signal, $S(n)$, which further reduces the net computational burden of the encoding rate selection method of the present invention. For example, the derivation of LPC filter tap values requires the computation of a set of input signal autocorrelation coefficients.

The computation of LPC filter tap values is well known in the art and is detailed in the abovementioned U.S. Pat. No. 5,414,796. If one were to code the speech with a method requiring a ten tap LPC filter only the values of $R_S(i)$ for i values from 11 to L−1 need to be computed, in addition to those that are used in the coding of the signal, because $R_S(i)$ for i values from 0 to 10 are used in computing the LPC filter tap values. In the exemplary embodiment, the subband filters have 17 taps, L=17.

Subband energy computation element 4 provides the computed value of $R_L(0)$ to subband rate decision element 12, and subband energy computation element 6 provides the computed value of $R_H(0)$ to subband rate decision element 14. Rate decision element 12 compares the value of $R_L(0)$ against two predetermined threshold values $T_{LhH}$ and $T_{LhH}$ and assigns a suggested encoding rate, RATE$_L$, in accordance with the comparison. The rate assignment is conducted as follows:

$$\text{RATE}_L = \text{eighth rate } R_L(0) \le T_{LhH} \qquad (4)$$

4

$$\text{RATE}_L = \text{half rate } T_{LhH} < R_L(0) \le T_{LhH} \qquad (5)$$

$$\text{RATE}_L = \text{full rate } R_L(0) > T_{LhH} \qquad (6)$$

Subband rate decision element 14 operates in a similar fashion and selects a suggest encoding rate, RATE$_H$, in accordance with the high frequency energy value $R_H(0)$ and based upon a different set of threshold values $T_{HhH}$ and $T_{HhH}$. Subband rate decision element 12 provides its suggested encoding rate, RATE$_L$, to encoding rate selection element 16, and subband rate decision element 14 provides its suggested encoding rate, RATE$_H$, to encoding rate selection element 16. In the exemplary embodiment, encoding rate selection element 16 selects the higher of the two suggest rates and provides the higher rate as the selected ENCODING RATE.

Subband energy computation element 4 also provides the low frequency energy value, $R_L(0)$, to threshold adaptation element 8, where the threshold values $T_{LhH}$ and $T_{LhH}$ for the next input frame are computed. Similarly, subband energy computation element 6 provides the high frequency energy value, $R_H(0)$, to threshold adaptation element 10, where the threshold values $T_{HhH}$ and $T_{HhH}$ for the next input frame are computed.

Threshold adaptation element 8 receives the low frequency energy value, $R_L(0)$, and determines whether $S(n)$ contains background noise or audio signal. In an exemplary implementation, the method by which threshold adaptation element 8 determines if an audio signal is present is by examining the normalized autocorrelation function for the $i^{th}$ frame NACF$^{(i)}$, which is given by the equation:

$$NACF(i) = \max_m \frac{\sum_{n=0}^{N-1} e(n) \cdot e(n-m)}{\frac{1}{2} \cdot \left[ \sum_{n=0}^{N-1} e^2(n) + \sum_{n=0}^{N-1} e^2(n-m) \right]}, \qquad (7)$$

where m>0, and e(n) is the formant residual signal that results from filtering the input signal, $S(n)$, by an LPC filter.

The design of and filtering of a signal by an LPC filter is well known in the art and is detailed in aforementioned U.S. Pat. No. 5,414,796. The input signal, $S(n)$, is filtered by the LPC filter to remove interaction of the formants. NACF is compared against a threshold value to determine if an audio signal is present. If NACF is greater than a predetermined threshold value, it indicates that the input frame has a periodic characteristic indicative of the presence of an audio signal such as speech or music. Note that while parts of speech and music are not periodic and will exhibit low values of NACF, background noise typically never displays any periodicity and nearly always exhibits low values of NACF.

If it is determined that $S(n)$ contains background noise, the value of NACF is less than a threshold value TH1, then the value $R_L(0)$ is used to update the value of the current background noise estimate BGN$_L$. In the exemplary embodiment, TH1 is 0.35. $R_L(0)$ is compared against the current value of background noise estimate BGN$_L$. If $R_L(0)$ is less than BGN$_L$, then the background noise estimate BGN$_L$ is set equal to $R_L(0)$ regardless of the value of NACF.

The background noise estimate BGN$_L$ is only increased when NACF is less than a threshold value TH1. If $R_L(0)$ is greater than BGN$_L$ and NACF is less than TH1, then the background noise energy BGN$_L$ is set $\alpha_1 \cdot$BGN$_L$, where $\alpha_1$ is a number greater than 1. In the exemplary embodiment, $\alpha_1$ is equal to 1.03. BGN$_L$ will continue to increase as long as NACF is less than threshold value TH1 and $R_L(0)$ is greater than the current value of BGN$_L$, until BGN$_L$ reaches a

5,742,734

| 5 | 6 |

predetermined maximum value BGN$_{max}$ at which point the background noise estimate BGN$_L$ is set to BGN$_{max}$.

If an audio signal is detected, signified by the value of NACF exceeding a second threshold value THZ, then the signal energy estimate, S$_{L2}$, is updated. In the exemplary embodiment, THZ is set to 0.5. The value of R$_x$(0) is compared against a current lowpass signal energy estimate, S$_L$. If R$_x$(0) is greater than the current value of S$_L$, then S$_L$ is set equal to R$_x$(0). If R$_x$(0) is less than the current value of S$_L$, then S$_L$ is set equal to $\alpha_2 \cdot S_L$, again only if NACF is greater than THZ. In the exemplary embodiment, $\alpha_2$ is set to 0.96.

Threshold adaptation element 8 computes a signal to noise ratio estimate in accordance with equation 8 below:

$$SNR_L = 10 \cdot \log \left[ \frac{S_L}{BGN_L} \right] \qquad (8)$$

Threshold adaptation element 8 then determines an index of the quantized signal to noise ratio I$_{SNRL}$ in accordance with equation 9–12 below:

$$I_{SNRL} = nint \left[ \frac{SNR_L - 20}{5} \right], \text{ for } 20 < SNR_L < 55, \qquad (9)$$

where nint is a function that rounds the fractional value to the nearest integer.

Threshold adaptation element 8 then selects or computes two scaling factors, k$_{L1/2}$ and k$_{Lfull}$, in accordance with the signal to noise ratio index, I$_{SNRL}$. An exemplary scaling value lookup table is provided in table 1 below:

TABLE 1

| I$_{SNRL}$ | k$_{L1/2}$ | k$_{Lfull}$ |
|---|---|---|
| 0 | 7.0 | 9.0 |
| 1 | 7.0 | 12.6 |
| 2 | 8.0 | 17.0 |
| 3 | 8.6 | 18.5 |
| 4 | 8.9 | 19.4 |
| 5 | 9.4 | 20.9 |
| 6 | 11.0 | 25.3 |
| 7 | 13.8 | 39.8 |

These two values are used to compute the threshold values for rate selection in accordance with the equations below:

$$T_{L1/2} = K_{L1/2} \cdot BGN_{L}, \text{ and} \qquad (11)$$

$$T_{Lfull} = K_{Lfull} \cdot BGN_{L}, \qquad (12)$$

where

T$_{L1/2}$ is low frequency half rate threshold value and

T$_{Lfull}$ is the low frequency full rate threshold value.

Threshold adaptation element 8 provides the adapted threshold values T$_{L1/2}$ and T$_{Lfull}$ to rate decision element 12. Threshold adaptation element 10 operates in a similar fashion and provides the threshold values T$_{Hfull}$ and T$_{Hfull}$ to subband rate decision element 14.

The initial value of the audio signal energy estimate S, where S can be S$_L$ or S$_H$, is set as follows. The initial signal energy estimate, S$_{INIT}$, is set to −18.0 dBm0, where 3.17 dBm0 denotes the signal strength of a full sine wave, which in the exemplary embodiment is a digital sine wave with an amplitude range from −8031 to 8031. S$_{INIT}$ is used until it is determined that an acoustic signal is present.

The method by which an acoustic signal is initially detected is to compare the NACF value against a threshold, when the NACF exceeds the threshold for a predetermined

number consecutive frames, then an acoustic signal is determined to be present. In the exemplary embodiment, NACF must exceed the threshold for ten consecutive frames. After this condition is met the signal energy estimate, S, is set to the maximum signal energy in the preceding ten frames.

The initial value of the background noise estimate BGN$_L$ is initially set to BGN$_{initv}$. As soon as a subband frame energy is received that is less than BGN$_{max}$ the background noise estimate is reset to the value of the received subband energy level, and generation of the background noise BGN$_L$ estimate proceeds as described earlier.

In a preferred embodiment a hangover condition is actuated when following a series of full rate speech frames, a frame of a lower rate is detected. In the exemplary embodiment, when four consecutive speech frames are encoded at full rate followed by a frame where ENCODING RATE is set to a rate less than full rate and the computed signal to noise ratios are less than a predetermined minimum SNR, the ENCODING RATE for that frame is set to full rate. In the exemplary embodiment the predetermined minimum SNR is 27.5 dBas defined in equation 8.

In the preferred embodiment, the number of hangover frames is a function of the signal to noise ratio. In the exemplary embodiment, the number of hangover frames is determined as follows:

$$\#hangover frames=1 \quad 22.5 < SNR < 27.5, \qquad (13)$$

$$\#hangover frames=2 \quad SNR \leq 22.5, \qquad (14)$$

$$\#hangover frames=0 \quad SNR \geq 27.5. \qquad (15)$$

The present invention also provides a method with which to detect the presence of music, which as described before lacks the pauses which allow the background noise measures to reset. The method for detecting the presence of music assumes that music is not present at the start of the call. This allows the encoding rate selection apparatus of the present invention to properly estimate an initial background noise energy, BGN$_{initv}$. Because music unlike background noise has a periodic characteristic, the present invention examines the value of NACF to distinguish music from background noise. The music detection method of the present invention computes an average NACF in accordance with the equation below:

$$NACF_{AVE} = \frac{1}{T} \sum_{i=1}^{T} NACF(i), \qquad (16)$$

where NACF$^{(i)}$ is defined in equation 7, and

where T is the number of consecutive frames in which the estimated value of the background noise has been increasing from an initial background noise estimate BGN$_{INIT}$.

If the background noise BGN has been increasing for the predetermined number of frames T and NACF$_{AVE}$ exceeds a predetermined threshold, then music is detected and the background noise BGN is reset to BGN$_{max}$. It should be noted that to be effective the value T must be set low enough that the encoding rate doesn't drop below full rate. Therefore the value of T should be set as a function of the acoustic signal and BGN$_{initv}$.

The previous description of the preferred embodiments is provided to enable any person skilled in the art to make or use the present invention. The various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be

5,742,734

**7**

limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

We claim:

1. An apparatus for determining an encoding rate for an input signal in a variable rate vocoder comprising:

subband energy computation means for receiving said input signal and determining a plurality of subband energy values in accordance with a predetermined subband energy computation format;

a plurality of subband rate determination means wherein each of said plurality of subband rate determination means is for receiving a corresponding one of said plurality of subband energy values and determining a subband encoding rate in accordance with said corresponding one of said plurality of subband energy values to provide a plurality of subband encoding rates; and

encoding rate selection means for receiving said plurality of said subband encoding rates and for selecting said encoding rate for said input signal in accordance with said plurality of subband encoding rates.

2. The apparatus of claim 1 wherein said subband energy computation means determines each of said plurality of subband energy values in accordance with the equation:

$$\text{subband energy} = R_S(0) \cdot R_{h_{bp}}(0) + 2 \cdot \sum_{i=1}^{L-1} R_S(i) \cdot R_{h_{bp}}(i)$$

where L is the number taps in the lowpass filter $h_L(n)$,

where $R_S(i)$ is the autocorrelation function of the input signal, $S(n)$, and

where $R_{h_{bp}}$ is the autocorrelation function of a bandpass filter $h_{bp}(n)$.

3. The apparatus of claim 1 further comprising threshold computation means disposed between said subband energy computation means and said rate determination means for receiving said subband energy values and for determining a set of encoding rate threshold values in accordance with said plurality of subband energy values.

4. The apparatus of claim 3 wherein said threshold computation means determines a signal to noise ratio value in accordance with said plurality of subband energy values.

5. The apparatus of claim 4 wherein said threshold computation means determines a scaling value in accordance with said signal to noise ratio value.

6. The apparatus of claim 5 wherein said threshold computation means determines at least one threshold value by multiplying a background noise estimate by said scaling value.

7. The apparatus of claim 6 wherein each of said subband rate determination means compares said corresponding subband energy value with said at least one threshold value to determine said subband encoding rate.

8. The apparatus of claim 1 wherein each of said subband rate determination means compares said corresponding subband energy value with said at least one threshold value to determine said subband encoding rate.

9. The apparatus of claim 1 wherein said encoding rate selection means selects the highest rate of said plurality of subband encoding rates as said encoding rate.

10. An apparatus for determining an encoding rate for a variable rate vocoder comprising:

**8**

signal to noise ratio means for receiving an input signal and generating an estimate of the information signal energy in said input signal and for generating an estimate of the background noise energy in said input signal and for providing a signal to noise ratio in accordance with said estimate of the information signal energy, and said estimate of the background noise energy;

rate determination means for receiving said signal to noise ratio value and determining said encoding rate in accordance with said signal to noise ratio value.

11. An apparatus for determining an encoding rate for a variable rate vocoder comprising:

a signal to noise ratio calculator that receives an input signal and generates an estimate of the information signal energy in said input signal and generates an estimate of the background noise energy in said input signal and for providing a signal to noise ratio in accordance with said estimate of the information signal energy and said estimate of the background noise energy;

rate selector that receives said signal to noise ratio value and selects said encoding rate in accordance with said signal to noise ratio value.

12. A method for determining an encoding rate for an input signal in a variable rate vocoder comprising the steps of:

receiving said input signal;

determining a plurality of subband energy values in accordance with a predetermined subband energy computation format;

determining a corresponding subband encoding rate for each of said plurality of subband energy values to provide a plurality of subband encoding rates; and

selecting said encoding rate for said input signal in accordance with said plurality of subband encoding rates.

13. The method of claim 12 wherein said step of determining a plurality of subband energy values is performed in accordance with the equation:

$$\text{subband energy} = R_S(0) \cdot R_{h_{bp}}(0) + 2 \cdot \sum_{i=1}^{L-1} R_S(i) \cdot R_{h_{bp}}(i)$$

where L is the number taps in the lowpass filter $h_L(n)$,

where $R_S(i)$ is the autocorrelation function of the input signal, $S(n)$, and

where $R_{h_{bp}}$ is the autocorrelation function of a bandpass filter $h_{bp}(n)$.

14. The method of claim 12 further comprising the step of determining a set of encoding rate threshold values in accordance with said plurality of subband energy values.

15. The method of claim 14 wherein said step of determining a set of encoding rate threshold values determines a signal to noise ratio value in accordance with said plurality of subband energy values.

16. The method of claim 15 wherein said step of determining a set of encoding rate threshold values determines a scaling value in accordance with said signal to noise ratio value.

17. The method of claim 16 wherein said step of determining a set of encoding rate threshold values determines

5,742,734

**9**

said rate threshold value by multiplying a background noise estimate by said scaling value.

18. The method of claim 17 wherein said step of determining said corresponding subband encoding rate compares the corresponding subband energy value with said at least one threshold value to determine said corresponding subband encoding rate.

19. The method of claim 12 wherein said step of determining said corresponding subband encoding rate compares the corresponding subband energy value with at least one threshold value to determine said corresponding subband encoding rate.

20. The method of claim 12 wherein said step of selecting said encoding rate selects the highest rate of said plurality of subband encoding rates as said encoding rate.

21. A method for determining an encoding rate for a variable rate vocoder comprising the steps of:

receiving an input signal;

generating an estimate of the information signal energy in said input signal;

generating an estimate of the background noise energy in said input signal;

**10**

calculating a signal to noise ratio in accordance with said estimate of the information signal energy and said estimate of the background noise energy; and

determining said encoding rate in accordance with said signal to noise ratio value.

22. A method for determining the presence of music in a variable rate vocoder, comprising the steps of:

receiving a frame of an input signal;

generating linear predictive coding (LPC) coefficients for said frame;

generating a normalized autocorrelation value in accordance with said frame and said LPC coefficients;

generating a background noise estimate for said frame;

generating an average normalized autocorrelation value for the consecutive frames in which said background noise estimate has been increasing from a predetermined initial background noise estimate; and

determining the presence of music in accordance with said average normalized autocorrelation value and a predetermined threshold value.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,742,734                                          Page 1 of 1
DATED        : April 21, 1998
INVENTOR(S)  : DeJaco et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 8,
Line 24, before "rate selector" insert -- a --.

Signed and Sealed this

Second Day of August, 2005

JON W. DUDAS
Director of the United States Patent and Trademark Office

ALL-STATE LEGAL SUPPLY CO    1-800-222-0510    EDB11

US006868267B1

(12) **United States Patent**
Briggs et al.

(10) Patent No.: **US 6,868,267 B1**
(45) Date of Patent: **Mar. 15, 2005**

(54) **APPARATUS, METHOD, AND ARTICLE OF MANUFACTURE USED TO INVOICE FOR SERVICES CONSUMED IN A COMMUNICATIONS NETWORK**

(75) Inventors: Robert D. Briggs, Carlsbad, CA (US); Jason Kenagy, San Diego, CA (US); Gina Lombardi, San Diego, CA (US); Stephen A. Sprigg, Poway, CA (US); Kent D. Baker, San Diego, CA (US); Marc S. Phillips, San Diego, CA (US)

(73) Assignee: Qualcomm Inc., San Diego, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 432 days.

(21) Appl. No.: 09/716,042

(22) Filed: Nov. 17, 2000

(51) Int. Cl.[7] .................................. H04M 11/00
(52) U.S. Cl. .............. 455/406; 455/407; 455/408; 379/100.04; 379/114.01; 379/114.03; 705/40
(58) Field of Search .......................... 455/406, 422, 455/407, 408, 414; 379/91.01, 100.04, 114.01, 114.03, 144.05; 705/40, 418

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,003,584 A | * | 3/1991 | Benyacar et al. ............ 379/119 |
| 5,475,740 A | * | 12/1995 | Biggs, Jr. et al. ........ 379/91.02 |
| 5,619,247 A | * | 4/1997 | Russo ...................... 725/104 |
| 5,825,883 A | | 10/1998 | Archibald et al. ............ 380/25 |
| 5,845,267 A | * | 12/1998 | Ronen ...................... 705/40 |
| 5,946,670 A | * | 8/1999 | Motohashi et al. .......... 705/400 |
| 6,009,154 A | * | 12/1999 | Rigken et al. ........... 379/114.2 |
| 6,141,652 A | | 10/2000 | Reeder ..................... 705/53 |
| 6,243,450 B1 | * | 6/2001 | Jansen et al. .......... 379/144.01 |
| 6,549,770 B1 | | 4/2003 | Marran ..................... 455/419 |
| 6,553,108 B1 | * | 4/2003 | Felger ...................... 379/144 |
| 6,628,934 B2 | | 9/2003 | Rosenberg et al. .......... 455/411 |
| 2002/0069176 A1 | | 6/2002 | Newman et al. ............. 705/53 |
| 2002/0128984 A1 | | 9/2002 | Mehta et al. ................ 705/71 |
| 2002/0172165 A1 | | 11/2002 | Xu et al. ................... 709/228 |
| 2003/0046396 A1 | | 3/2003 | Richter et al. ............. 709/226 |
| 2003/0131404 A1 | | 7/2003 | Mehta et al. ............... 370/352 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO9617466 | 6/1996 | .......... H04M/15/00 |
| WO | WO0024161 | 4/2000 | .......... H04L/12/14 |
| WO | WO0150312 | 7/2001 | .......... G06F/17/00 |

* cited by examiner

*Primary Examiner*—William Trost
*Assistant Examiner*—Stephen D'Agosta
(74) *Attorney, Agent, or Firm*—Philip Wadsworth; Robert O'Connell

(57) **ABSTRACT**

An apparatus, method, and article of manufacture that provides an efficient way to invoice the users of a communication system (100) for the system resources consumed. Invoicing is based upon flexible criteria that can be adapted depending upon the charges a resource provider charges. For example, a user may incur a one-time charge for downloading a desired application program, or the user may be charged a download fee plus a recurring monthly fee for having continual access to the program and any updates to the program. A fee might also be charged for each time the application is used. These fees are recorded as debits and transferred to an invoicing location where an invoice reflecting the debits is constructed. For example, the debits may comprise fees for wireless service access, Internet service access, downloaded application programs, data, multimedia services, or other fees.

3 Claims, 5 Drawing Sheets



Ex. 10-1



FIG. 1

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 224 of 268



FIG. 2

Ex. 10-3

**U.S. Patent**        Mar. 15, 2005        Sheet 3 of 5        US 6,868,267 B1



FIG. 3

Ex. 10-4

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 226 of 268



FIG. 4

Ex. 10-5



**FIG. 5**



US 6,868,267 B1

**1**

## APPARATUS, METHOD, AND ARTICLE OF MANUFACTURE USED TO INVOICE FOR SERVICES CONSUMED IN A COMMUNICATIONS NETWORK

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to billing services. More particularly, the invention concerns a method, apparatus, and article of manufacture used to bill for services consumed by a user of communication services.

#### 2. Description of the Related Art

As wireless communication systems and the Internet have matured, it has become possible to offer more than mere voice communication to a user of $r_1$ a wireless communication system (wireless user). Traditionally, a wireless telephone was used similarly to a terrestrial based telephone to speak with another person or to send a simple message. Today, as second (2G) and third generation (3G) wireless communication systems have developed, it is possible do much more. For example, a wireless user can access the Internet via a wireless mobile unit and watch a movie, or play a game with other wireless users. However, to use a wireless system for a particular purpose, the wireless user must use a wireless mobile unit that is configured for the particular use. A wireless mobile unit is any wireless communication device used to communicate information in a wireless communication system, such as a cellular or personal communications system (PCS) mobile telephone, a personal digital assistant (PDA) such as a Palm Pilot™, or other such devices. The wireless user must also have access to the particular software application program they wish to use. Commonly, these software configurations and application programs (software) are not contained in the wireless user's mobile unit, and must be downloaded from a source external to the mobile unit.

When software is downloaded, the software supplier usually wants to collect money for the software. Currently, to collect a fee, the software supplier has two options. One, they must setup a direct relationship with the wireless user who desires to download the application. This is commonly done with personal computers wherein a customer submits a credit card number to the supplier prior to downloading the software. However, the smaller size of wireless mobile units as compared to personal computers renders this technique arduous and almost impossible. Entering your name, address, the 16-digit card number, the expiration date of the card, as well as any other information required is not convenient using the keypad of a wireless mobile unit.

An alternative solution is for the software supplier to setup a relationship with the wireless user's service provider to offer the software. The service provider pays a royalty to the software supplier, and makes the software available to users that subscribe to the service provider. The service provider collects a fee, either directly or indirectly from the user, when specific software is downloaded. For example, NTT DoCoMo in Japan performs this latter model for downloading screen savers to wireless mobile units, wherein NTT DoCoMo is the wireless service provider.

Usually configurations and application programs are offered as part of a larger package of software and services. Unfortunately, this causes the wireless user to essentially pay for programs and services that he or she may not use. Further, this service method is lacking because the software supplier must setup a relationship with multiple wireless

**2**

service providers if they want their software made available to the world market. This is an impractical and expensive endeavor if a software supplier creates a program with the intent to distribute the software throughout the world to wireless users. Conversely, the wireless service provider has limited resources and cannot enter into a license agreement with the majority of software developers simply because there are so many. This deprives the wireless users from quickly and efficiently accessing most software.

Even if a software supplier did go through the overwhelming task of creating such relationships with each wireless service provider, there is no consistent technique used by wireless providers that allows a software supplier to bill for anything other than each download of the software. Users might not be willing to pay an amount of money equal to that paid for programs used on a personal computer. Accordingly, an alternative means for billing is desirable that allows a service provider to extract fees for services other than the mere downloading of an application. For example, a supplier may want to charge a fee for downloading a program, and then extract an additional use fee each time the program is used. This would allow a supplier to extract highly desirable recurring revenues from system users.

What is needed is a method, apparatus, and article of manufacture that provides a billing technique allowing a system user to be billed using a flexible methodology. For example, a user might be charged a download fee and ten-cents each time the application is used. In another example, the user might be charged a one-dollar fee per month for the software to be available to the user.

To accommodate various different communication devices used by a wireless communication system—such as PDAs, code division multiple access (CDMA) mobile units, personal computers, or GSM mobile telephones—the apparatus might contain both a server used to bill the system user and an application program interface (API). The interface allows the various communication devices to execute the software.

### SUMMARY OF THE INVENTION

Broadly, the present invention relates to billing (invoicing) systems. More particularly, the invention concerns a method, apparatus, and article of invention that allows a user of a communication system to be invoiced using a flexible methodology.

The discussion and descriptions that follow address invoice systems in the context of wireless communication systems. However, it should be understood that the present invention is not limited to such systems. It may be applied to wireless- or terrestrial-based communication systems, to combinations of systems, to communication networks, or to any communication, information, or entertainment system, or combination thereof, that offer services to a system user.

In one embodiment, the invention may be implemented to provide a method to invoice a system user for services. The invoice may be based upon flexible criteria that can be adapted depending upon the desired service. For example, a user may incur a one-time charge for loading a desired application, or the user may be charged a loading fee plus a recurring monthly fee for having continual access to the software. Further, a fee might also be charged for each time the software is used. In this context, software is used broadly and refers to all or part of the programs, procedures, rules, and associated data used by signal processing systems. For

**3**

example, "software" may comprise application software, integrated software, and system software.

In another embodiment, the invention comprises an apparatus for implementing a desired invoicing method. The apparatus may include a digital signal processing device, a memory unit, and a transceiver unit for wireless communication systems. In yet another embodiment, the invention may comprise an article of manufacture containing machine executable digital signal information used to execute the methods of the invention.

The present invention provides its users with numerous distinct advantages. One advantage is that the service billing of system users may be customized as desired. A bill may be generated based upon numerous different criteria, with the monies collected being distributed to each of the contributing parties. This allows the contributing parties to secure payment for services without having to establish multiple relationships with numerous service providers. The invention also provides a number of other advantages and benefits that should be apparent from the following more detailed description of various embodiments of the invention.

## BRIEF DESCRIPTION OF THE DRAWING

The nature, objects, and advantages of the invention will become more apparent to those skilled in the art after considering the following detailed description in connection with the accompanying drawings, in which like reference numerals designate like parts throughout, and wherein:

FIG. 1 is a communications system in accordance with the invention;

FIG. 2 illustrates a digital data processing apparatus in accordance with the invention;

FIG. 3 is a block diagram of a wireless mobile apparatus in accordance with the invention;

FIG. 4 is a flow diagram of one method of the invention; and

FIG. 5 is an illustration of two types of digital signal storage units in accordance with the invention.

## DETAILED DESCRIPTION OF SELECTED EMBODIMENTS

FIGS. 1–5 illustrate examples of various apparatus, method, and article of manufacture aspects of the present invention. For ease of explanation, but without any limitation intended, these examples are described in the context of digital signal processing apparatuses.

### Hardware Components and Interconnections

FIG. 1 illustrates one example of a digital data processing apparatus used to execute a sequence of machine-readable instructions and may be embodied by various different hardware components and interconnections. In FIG. 1, an apparatus (100) comprises a system user (102) communicatively connected to a wireless service provider (104). The service provider does not have to be solely a wireless service provider (WSP) as shown, but for purposes of this detailed description, the WSP (104) is used.

The WSP (104) may also provide Internet service, or a separate Internet service provider (ISP) (not shown) may be communicatively coupled to the WSP (104). Wireless communications between the WSP (104) and the system user (102) may be continuous, discontinuous, random, scheduled, bursty, or any other technique as desired depending upon the configuration of the apparatus (100). The communications may contain voice, data, facsimile, multimedia, or other information. For illustrative purposes,

**4**

a data burst message is shown being communicated between the system user (102) and the WSP (104). Regardless of the arrangement, the system user (102) gains communication access, including Internet (106) access, via the WSP (104) in FIG. 1.

The Internet (106) allows a system user (102) access to numerous software and information sources. For example, a homepage (108) for a desired company may be accessed, and if desired, software (110) may be downloaded from the company's website to the system user (102). In other embodiments, other information could be downloaded as desired, such as clip-art, FTP files, data, and multimedia such as movies or video streams, just to name a few examples. The homepage (108) may include a device or tag (not shown) that allows identification of the company and the product to accompany the software or information downloaded to the system user (102).

If software or information is downloaded from the Internet (106), a charge or fee (112) may be associated with the download. Each fee (112) is communicated to a server (114) either directly from the homepage (108), the WSP (104), or the system user (102). Each fee (112) may be communicated to the server (114) from one or more of the sources shown in FIG. 1, or by any other technique, as long as the server (114) receives the information. The server (114) is a functional unit that provides specific services to the various elements comprising the apparatus (100), for example, billing services or information access services.

The server (114) generates an invoice (116) that is a recordation of the services used by the system user (102). The invoice (116) is forwarded to the payment location (120) communicatively linked to the server (114) via a transfer system (118). The transfer system (118) may be any transfer system, such as the United States Postal Office, direct withdrawal, electronic transfer, or electronic messaging that assures reliable receipt of the invoice (116) at the payment location (120) specified by the system user (102). The payment location may be the system users (102) home, office, financial account, or any other place where selected by the system user (102).

Another example of a digital data processing apparatus of the invention is shown in FIG. 2. In this embodiment, an apparatus (200) comprises the server (114) shown as an element of the WSP (104), although the server (114) may be separate from the WSP (104). The server (114) is communicatively coupled to a resource center (202) that is communicatively coupled to the WSP (104). For example, the resource center (202) is accessed via the Internet (106). In another embodiment, the resource center (202) is an element of the WSP (104). Conceptually, the resource center (202) is a location where a system user (102) can gain access to a variety of selected software and information such as clip-art, FTP files, application programs, and other items as discussed above. This software and information can be downloaded by the system user (102) as desired and as available.

In one embodiment the resource center (202) may comprise a limited selection of software application programs—illustrated as applications 204, 206, and 208 in FIG. 2—offered by the WSP (104) to the system user (102) as part of wireless service "enhancement" program. The system user (102) may be charged for access to the resource locator (202), for use of a specific program, or separately for both access to and use of the program. This example is but one of many embodiments of the resource center (202). Other embodiments will be readily apparent to one skilled in the art after reading this detailed description.

US 6,868,267 B1

5

FIG. 3 shows a mobile apparatus (300) representing one embodiment of the system user (102) shown in FIG. 1. The mobile apparatus (300) comprises an antenna (302) connected to a transceiver (not shown) for receiving wireless communications. The wireless communications may include downloaded application programs that can be executed, or stored for later use, by the mobile apparatus (300). The apparatus (300) may include one or more application program interface (API) (304) employed by the mobile apparatus (300) to interact with application programs. The API (304) is a functional interface supplied either by the operating system used by the mobile apparatus (300) or by a separate program that allows a program to use specific data or functions of the operating system or the program. For example, in virtual telecommunications access method (VTAM) programs, it is the language structure used in control blocks so that application programs can reference them and be identified to VTAM.

The API (304) is communicatively coupled to a storage (306), a timer (308), and a processor (310). The processor (310) and the storage (306) are used to coordinate and store information used by the mobile apparatus (300), such as downloaded programs. In another embodiment, the storage (306) could be used to store billing data reflecting charges and fees incurred by a system user for wireless service usage, Internet or resource center access charges, or fees for downloaded information. If desired, the timer (308) is utilized to coordinate the transfer of this stored billing information to the server (114) shown in FIG. 1.

Operation

FIG. 4 is a flow diagram of one method (400) that may be executed by a communications system such as the system (100). Although the method (400) is discussed in the context of a communication system having at least one wireless link, other embodiments can be implemented in systems having a variety of links. For example, some or all of the links connecting various system users may be terrestrial, wireless, digital copy, hard copy, or any other communication link that allows a communication to be transferred from one location to another location.

In the loading step (402) of the method, a copy of desired software is loaded from a second location to at least one first location. In one embodiment, the first location might be a mobile wireless unit, and the second location might be the home page of a software provider. For purposes of this discussion, the term software refers original software or a copy of software, as defined above, wherein an application program is a software program that is executed to perform a desired function. For example, suppose a software program is loaded that allows numerous first locations to play a game and compete against each other. In this embodiment, each first location will be loaded with the game program. The loading process is typically a download, however, data and information relating to each first location receiving the downloaded program, such as the first locations identifier, also may be uploaded to the second location.

Either immediately before, concurrent to, or immediately after software is loaded to the first location, a fee may be incurred as shown in debit step (404). Generally, this fee is reflected as a debit to the first location that authorized the loading of the program. This first location may be debited only for the program loaded to that location, or it may be debited for each program loaded to all first locations selected. If a debit is incurred, the debit is recorded in the recording step (406).

At a point in time after the program is downloaded, either before or after the program is executed, the option to use the

6

program may expire as indicated in the expire steps (408, 412). If the use option expires, then the method (400) returns to the debit step (404) and if a fee is charged, another debit is recorded in the recording step (406). This provides the flexibility to not charge for program usage, but to debit the first location for the time the loaded program remains available to be used by the first location.

Regardless of the debit structure desired, the first location or locations in the use step (410) then execute the program. Each time the program is used, a fee may be incurred in the debit step (414) and recorded in the recording step (416). In other versions, a fee is not charged based upon each use of the program or a fee is charged based upon every "n" usage of the program. For example, if n=10, then a fee is charged each time the program has been used 10 times. If a use-fee is incurred by using the program, the fee is debit to the first location in the debit step (414) and recorded in recording step (416). If no use fee is charged, then the method (400) continues to the new program step (418).

In the new program step (418), a second program may be loaded to the first location and the method (400) returns to the load step (402). If no new program is loaded, then at a selected time at time step (420), an invoice is constructed at the invoicing step (422) reflecting the debits incurred by the first location. The debits may include, but are not limited to, the debits for program access, program loading, program usage, Internet access, wireless communication service, terrestrial communication service, and invoicing fees. The invoice is communicated to a party responsible for the first location debits. The invoice may be communicated using one or more techniques, such as mail or courier service, electronic mail, wireless communication, carrier pigeon, or any other similar communication method.

In one embodiment, the debits used in invoicing step (422) are received from the first location. When software is downloaded, the debit is recorded at the first location and either stored for later communication to the server (114), shown in FIG. 1, or are communicated immediately once the software is successfully loaded. In another embodiment, the debits are received only from the second location in a similar fashion. In yet another embodiment, debits may be received from both the first location and the second location at the server (114). When this occurs, invoicing step (422) may include comparing debits received from a first location and a second location, allowing a software supplier to confirm that the first location has diligently communicated the debits to the server (114).

Regardless of the debit communication method used, the debits may be stored at a location and communicated to the server (114) at any time prior to the invoicing step (422). Ideally, in a preferred embodiment a debit communication would occur at a peak of system resource availability, however, this may not be practical. Further, a header or identification tag may be placed on a debit communication thereby allowing the server (144) to easily determine from which location a debit communication is received. The method ends at the end step (424).

Article of Manufacture

Such a method (400) may be implemented, for example, by operating the digital signal processor (310) shown in FIG. 3 to initiate the execution of a sequence of machine-readable data. Here, the term "machine readable data" is used broadly and comprises, for example, a machine readable language construct that species an operation and identifies operands (instructions), application programs, software configuration data, multimedia data, video data, and audio data. These data

US 6,868,267 B1

7

may reside in various types of storage units located either in the host communications system (100), the communications channels, the apparatus (300), or any other location accessible to the communication channels or the apparatus (300).

For example, the data may be contained in another data storage medium comprising various embodiments, such as a magnetic data storage diskette (500) or a redundant array of inexpensive disks (RAID) (502) shown in FIG. 5. Whether contained in a storage unit, the diskette (500) or the RAID (502), it should be understood that the instructions may also be stored in yet other types of storage mediums such as a direct access storage device (DASD) such as a conventional single disc hard drive, electronic read-only memory (e.g., ceramic disk—read only memory (CD-ROM), write-once-read-many (WORM)), optical storage device, paper punch cards, or data storage media. In an various embodiments, the machine-readable data may comprise or emulate lines of compiled "C-type" language, source code, object code, executable machine code, executable programs, data banks, or other types of commonly known data.

Other Embodiments

Despite the specific foregoing descriptions, ordinarily skilled artisans having the benefit of this disclosure will recognize that the apparatus, method, and article of manufacture discussed above may be implemented in an apparatus, system, method, or article of manufacture of different construction without departing from the scope of the invention. Similarly, parallel methods may be developed. As a specific apparatus example, one of the components such as the WSP (104) shown in FIG. 1 may provide multiple services, such as wireless service and Internet access service. The WSP (104) may also include the server (114).

What is claimed is:

1. A system for invoicing users of mobile wireless mobile devices comprising:

a wireless network;

a wireless mobile device connected to the wireless network and configured to receive software over the wireless network;

a resource center connected to the wireless network and configured to provide the software to the wireless mobile device over the wireless network; and

a billing server connected to the wireless network and configured to receive a debit corresponding to execution of the software on the wireless mobile device wherein the billing server is configured to generate an invoice for the wireless mobile device;

8

wherein the software has a plurality of contributing parties wherein the billing server determines corresponding separate amounts for distribution to each of the contributing parties.

2. A system for invoicing users of mobile wireless mobile devices comprising:

a wireless network;

a wireless mobile device connected to the wireless network and configured to receive software over the wireless network;

a resource center connected to the wireless network and configured to provide the software to the wireless mobile device over the wireless network;

a billing server connected to the wireless network and configured to receive a debit corresponding to execution of the software on the wireless mobile device wherein the billing server is configured to generate an invoice for the wireless mobile device; and

a second wireless mobile device connected to the wireless network and configured to receive software over the wireless network wherein the loading of the software on the second wireless does not have a separate debit apart from the debit received at the billing server.

3. A wireless mobile device capable of downloading and executing software comprising:

an application program interface to interact with downloaded application software;

a processor for executing the downloaded application software; and

memory for storing the downloaded application software;

wherein the application program interface is operable to store a debit in the memory in response to the detection of interaction between the wireless mobile device and the downloaded application software;

wherein the debit is used to generate an invoice for the wireless mobile device;

wherein the debit includes data identifying a contributing party and a software fee associated with the interaction; and

wherein the debit further includes a second software fee associated with the interaction of the downloaded application software with a second wireless mobile device.

* * * * *





US006453182B1

(12) **United States Patent**
Sprigg et al.

(10) Patent No.: **US 6,453,182 B1**
(45) Date of Patent: **Sep. 17, 2002**

(54) WIRELESS TELEPHONE AIRPLANE AND ALARM CLOCK MODES

(75) Inventors: Stephen A. Sprigg, Poway, CA (US); James A. Hutchison, IV, San Diego, CA (US)

(73) Assignee: Qualcomm, Incorporated, San Diego, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/504,243

(22) Filed: Feb. 15, 2000

(51) Int. Cl.[7] ............................................... H04B 1/38
(52) U.S. Cl. .............................. 455/574; 455/343
(58) Field of Search .......................... 455/38.2, 38.3, 455/343, 572, 574, 575; 370/311

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,860,005 A | * | 8/1989 | DeLuca | 455/343 |
| 5,625,882 A | * | 4/1997 | Vook et al. | 455/343 |
| 6,029,061 A | * | 2/2000 | Kohlschmidt | 455/343 |
| 6,088,602 A | * | 7/2000 | Banister | 455/574 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0939495 | 2/1998 |
| GB | 2136616 | 9/1984 |

* cited by examiner

Primary Examiner—Nay Maung
Assistant Examiner—Quochien B. Vuong
(74) Attorney, Agent, or Firm—Philip R. Wadsworth; Charles D. Brown; Howard H. Seo

(57) **ABSTRACT**

A wireless telephone (200) has a power supply (102), which supplies power to a counter (104), a processor (106), a wireless modem (108), and a transceiver (110). The transceiver (110) communicates with the outside world through an antenna (112). The processor exchanges signals with a clock-calendar (114). When the telephone is in power-conservation mode, the processor opens a switch (216) between the power supply and the transceiver and modem. A second switch (218) is interposed between the power supply (102) and the processor (106), and is under the control of the counter (204). Thus, in power-conservation mode, only the counter draws power. Power-conservation mode (302) may be exited by external command (304), a signal from the clock-calendar (306), or an attempt to place an outgoing call (308).

**10 Claims, 2 Drawing Sheets**





FIG. 1
PRIOR ART

FIG. 2



FIG. 3

US 6,453,182 B1

1

## WIRELESS TELEPHONE AIRPLANE AND ALARM CLOCK MODES

### BACKGROUND OF THE INVENTION

#### 1. Technical Field

This invention relates to wireless telephones, and has particular relation to reduced power modes, such as when the telephone is in an RF-transmission-restricted environment, such as an airplane, or is being used in a mode of reduced activity, such as operating as an alarm clock.

#### 2. Background Art

A wireless telephone (cellular, PCS, etc.) is sometimes in a situation (such as on an airplane) where transmission is prohibited. The conventional method for dealing with such situations is to disable the transceiver, either by hardware or software. The transmitter and receiver consume much of the power required by the telephone, so this method has the additional benefit of conserving the battery.

Similarly, the telephone may be used as an alarm clock. Since the user does not wish to receive calls while he is asleep, the transceiver is turned off, and the alarm clock feature continues. The alarm clock feature is distinct from the reminder feature, in which the telephone is configured to remind the user, during the day, of an upcoming appointment, and also is configured to receive and place calls as required. Turning off the transceiver provides a significant power reduction in alarm clock mode in comparison to remind mode. Later the alarm clock can turn the transceiver back on.

### SUMMARY OF THE INVENTION

Applicants have noted that, while transmission and reception consume much of the power required by the telephone, there is a substantial power drain even when the transceiver is disabled. In particular, the wireless modem remains enabled even during airplane and alarm clock modes, when the transceiver itself is disabled. The present invention thus provides that both the transceiver and the modem be disabled, yet also provides that substantial other (and low power) apparatus be enabled during the airplane and alarm clock modes. For example, the user would continue to have access to the phone book, messages, and other phone features. Moreover, the alarm feature continues to function, as do alerts from calendar applets. This last feature is particularly important when the telephone is coupled with a personal digital assistant (PDA). If the telephone is not coupled with a PDA, then it is the modem function, rather than a separate modem per se, which is enabled or disabled. Such coupling is preferred, but not required, in the present invention.

Applicants accomplish this by having a low current counter (hardware) wake up the rest of the processor every 2.5 minutes. This 2.5 minute time period is adjustable. Usually the only thing the processor does is update the clock/calendar and go back to sleep. However, it can be set to automatically turn the phone on at a particular time, or to wait until manually commanded to turn the phone on.

The former choice is suited to an alarm clock mode. While the user is asleep at night, he does not want the telephone to receive calls, and therefore manually sets the telephone to alarm clock mode, so that he can continue to sleep. Alternatively, the user may select auto-entry, so that the alarm clock mode is automatically entered at a fixed time every evening. At some pre-determined time the next morning, the phone (modem and transceiver) turns on and allows incoming calls. This turn-on may be accompanied by an audible alarm, or may be silent. The phone exits alarm clock mode when the user commands an exit, at the alarm time, or when the user places an outgoing call, whichever happens first.

2

The latter choice is suited to the airplane mode. Even if the airplane is scheduled to land at 4:00 P. M., it is unwise to have the phone automatically turn itself on at that time. Planes often are late. It is far better for the user to wait until he is off the plane and in the terminal, and then manually turn the phone on. The phone exits airplane mode only when the user commands an exit. There is no fixed exit time, and the user is not permitted to place an outgoing call when the phone is in airplane mode.

In either mode, the phone book, calendar applets, etc. remain enabled.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a prior-art wireless telephone.

FIG. 2 is a block diagram of wireless telephone according to the present invention.

FIG. 3 is a flow chart of a novel method for operating a wireless telephone.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 is a block diagram of a prior-art wireless telephone (100). A power supply (102) supplies power to a counter (104), a processor (106), a wireless modem (108), and a transceiver (110). The transceiver (110) communicates with the outside world through an antenna (112). The processor exchanges signals with a clock-calendar (114). When the telephone is in power-conservation mode, the processor opens a switch (116) between the power supply and the transceiver, thereby preventing the transceiver from consuming power. The switch may be implemented in hardware or software. Thus, one way to open a switch is to signal a power regulation circuit to remove power from the transceiver. The processor itself may go into power-conservation mode. In this mode, the counter (104) runs continuously. When it counts down to zero (typically every two and a half minutes, although other periods may be selected if desired), it so notifies the processor. The processor wakes up just enough to reset the clock-calendar (114), and then goes back to sleep. Even when asleep, the processor and modem draw some power, but the amount of power is small.

FIG. 2 is a block diagram of wireless telephone according to the present invention (200). The structure is similar to that of the prior-art telephone (100) shown in FIG. 1, with two important differences. First, the prior-art switch (116) has been modified to a novel switch (216) which controls power to the modem (108) as well as to the transceiver (110). Thus, when the processor commands a power-conservation mode, power is withdrawn from the modem and the transceiver, and not just to the transceiver. Second, a second switch (218) is interposed between the power supply (102) and the processor (106), and is under the control of the counter (204). Thus, in power-conservation mode, only the counter draws power. The processor draws power only intermittently, and both the modem and the transceiver draw power only when the switch (216) is commanded to close by the processor (106).

The phone can selectively power-down the transmitter and the receiver. The phone software can enable a counter which generates a signal when the counted time has passed. The phone software can cause the CPU to suspend operation, and optionally disable the CPU's clock source, until a signal arrives. The signal can come from the counter or from other devices such as a keypad.

FIG. 3 is a flow chart of a novel method (300) for operating a wireless telephone. It shows that the command from the processor (106) to the switch (216), to selectively disable (302) the modem and transceiver, may come from

US 6,453,182 B1

3

any of three sources. The first is an external command (304). When the user gets off the airplane, or wakes up before the alarm clock goes off, he can manually leave the power conservation mode. The second is from the clock-calendar (306). If the processor determines from the clock-calendar that it is time to wake the user up, then presumably the user wants to be able to receiver telephone calls as well. The third is from the attempt (308) to make an outgoing call. If the user wakes up in the middle of the night and attempts to make an outgoing call, then presumably he wants the modem and transceiver to work; he should not be required to manually leave the power-conservation mode by means of an external command.

Selective disabling (302) of the modem (108) and transceiver (110) is mandatory if invoked by an external command (304). The user has to be able to turn off the modem and transceiver (while leaving the other functions in operation) when he walks onto an airplane, and he has to be able to turn them back on when he walks off the airplane. The other two invocations of selective disabling—by clock-calendar (306) or an attempted outgoing call (308)—are optional. The user may configure his telephone so that, when he enters alarm clock mode, he can leave that mode by either, both, or neither of these invocations. Alternatively, the telephone may be configured by the manufacturer to respond to either, both, or neither of these invocations, without the user having the ability to reconfigure the telephone.

INDUSTRIAL APPLICATION

Our invention is capable of exploitation in industry, and can be made and used, whenever is it desired to provide a wireless telephone with airplane and alarm clock modes. The individual components of the apparatus and method shown herein, taken separate and apart from one another, may be entirely conventional, it being their combination which we claim as our invention.

While we have described various modes of apparatus and method, the true spirit and scope of my invention are not limited thereto, but are limited only by the following claims and their equivalents, and we claim such as our invention. What is claimed is:

1. A wireless telephone (200), wherein:
(a) the wireless telephone includes a counter (204), a clock-calendar (114), a transceiver (110), and a power supply (102); and
(b) the wireless telephone is characterized in that the wireless telephone includes:
(1) means for selectively removing power from or applying power to the transceiver without removing power from the counter;
(2) means for the counter, upon completing count down, to:
(A) apply power the clock-calendar if not already applied; and
(B) update the clock-calendar.

4

2. The wireless telephone of claim 1, further characterized in that:
(a) the wireless telephone further includes additional apparatus; and
(b) the means for selectively removing or applying power from the transceiver is structured to do so without removing power from the additional apparatus.

3. The wireless telephone of claim 2, further characterized in that the means for selectively removing power from or applying power to the transceiver includes means for the clock-calendar to selectively remove power from the transceiver.

4. The wireless telephone of claim 1, further characterized in that the means for selectively removing power from or applying power to the transceiver includes means for the clock-calendar to selectively apply power to the transceiver.

5. The wireless telephone of claim 1, further characterized in that the wireless telephone is further constructed to selectively apply power to the transceiver when the transceiver has been removed from the power supply and an attempt is made to place an outgoing call.

6. The wireless telephone of claim 5, further characterized in that the means for selectively removing power from or applying power to the transceiver includes means for the clock-calendar to selectively apply power to the transceiver.

7. A method for using wireless telephone, wherein:
(a) the wireless telephone includes a counter (104), a processor (106), a clock-calendar (114), a wireless modem (108), a transceiver (110), and a power supply (102);
(b) the method includes:
(1) counting down the counter;
(2) upon completing count down, applying power to the processor;
(3) the processor, upon being powered up by the counter's count down, updating the clock-calendar; and
(4) the processor selectively removing or applying power from the transceiver;
(c) the method is characterized in that it further includes, responsive to an external command (304) to the processor, selectively applying power to (302) the wireless modem, in conjunction with the transceiver.

8. The method of claim 7, further characterized in that the selectively applying power to the wireless modem, in conjunction with the transceiver, is also selectively responsive to a signal from the clock-calendar (306).

9. The method of claim 7, further characterized in that the selectively applying power to the wireless modem, in conjunction with the transceiver, is also selectively responsive to an attempt to place an outgoing call (308).

10. The method of claim 9, further characterized in that the selectively applying power to the wireless modem, in conjunction with the transceiver, is also selectively responsive to a signal from the clock-calendar (306).

* * * * *





US006677894B2

(12) **United States Patent**
Sheynblat et al.

(10) Patent No.: **US 6,677,894 B2**
(45) Date of Patent: *Jan. 13, 2004

(54) **METHOD AND APPARATUS FOR PROVIDING LOCATION-BASED INFORMATION VIA A COMPUTER NETWORK**

(75) Inventors: **Leonid Sheynblat**, Belmont, CA (US); **Norman F. Krasner**, San Carlos, CA (US)

(73) Assignee: **Snaptrack, Inc**, San Jose, CA (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/201,672**

(22) Filed: **Nov. 30, 1998**

(65) **Prior Publication Data**

US 2002/0171581 A1 Nov. 21, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/067,406, filed on Apr. 28, 1998, now Pat. No. 6,185,427.

(51) Int. Cl.[7] .............................. G01S 5/14; H04M 11/08
(52) U.S. Cl. ............................... 342/357.1; 455/414.3; 455/456.3; 455/456.5
(58) Field of Search ...................... 342/357.03, 357.09, 342/357.1; 701/215; 455/414.2, 414.3, 456.2, 456.5, 456.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,445,118 A | 4/1984 | Taylor et al. | ............... 343/357 |
| 4,601,005 A | 7/1986 | Kilvington | ............... 364/602 |
| 4,622,557 A | 11/1986 | Westerfield | ............... 342/357 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 1277400 | 12/1990 | |
| EP | 0242009 | 10/1987 | |
| EP | 0379198 | 7/1990 | |
| EP | 0512789 | 11/1992 | |
| EP | 0601293 | 6/1994 | |
| EP | 0785535 | * 7/1997 | ........ G08G/1/968 |
| EP | 0829704 | 3/1998 | |
| FR | 2761837 A1 | * 10/1998 | |
| JP | 09-311177 A | * 12/1997 | |
| JP | 09311177 | * 12/1997 | ........... G01S/5/14 |
| WO | WO9428434 | 12/1994 | |
| WO | WO9714054 | 4/1997 | |
| WO | WO-97/14054 A1 | * 4/1997 | |

OTHER PUBLICATIONS

Moore, T et al, "Satellite Navigation Information Services", IEE Colloquim on Implementation of GNSS, 1995, pp6/1–6/5.*
PCT International Search Report for Int'l appln No. PCT/US96/16159 mailed Feb. 6, 1997.
"RTCM Recommended Standards for Differential Navstar GPS Service, Version 2.0," *Radio Technical Commission for Maritime Services*, Jan. 1, 1990.

(List continued on next page.)

*Primary Examiner*—Gregory C. Issing
(74) *Attorney, Agent, or Firm*—Philip Wadsworth; Charles Brown; Bruce W. Greenhaus

(57) **ABSTRACT**

Methods and apparatuses for distributing location-based information (i.e., information specific to a client's location or a location of interest to the client) to a client, which may be a mobile SPS receiver, via the Internet and in particular, the World-Wide Web. The client provides information about its location and/or a location of interest to a Web server. The Web server, based on the information, provides via the Internet information relating to the client's location or location of interest to the client.

**30 Claims, 13 Drawing Sheets**



# US 6,677,894 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,701,934 A | 10/1987 | Jasper | 375/1 |
| 4,785,463 A | 11/1988 | Janc et al. | 375/1 |
| 4,797,677 A | 1/1989 | MacDoran et al. | 342/352 |
| 4,959,656 A | 9/1990 | Kumar | 342/418 |
| 4,998,111 A | 3/1991 | Ma et al. | 342/352 |
| 5,043,736 A | 8/1991 | Darnell et al. | 342/357 |
| 5,119,102 A | 6/1992 | Barnard | 342/357 |
| 5,202,829 A | 4/1993 | Geier | 364/449 |
| 5,223,844 A | 6/1993 | Mansell et al. | 342/357 |
| 5,225,842 A | 7/1993 | Brown et al. | 342/357 |
| 5,271,034 A | 12/1993 | Abaunza | 375/1 |
| 5,311,194 A | 5/1994 | Brown | 342/357 |
| 5,317,323 A | 5/1994 | Kennedy et al. | 342/457 |
| 5,323,163 A | 6/1994 | Maki | 342/357 |
| 5,365,450 A | 11/1994 | Schuchman et al. | 364/449 |
| 5,379,047 A | 1/1995 | Yokev et al. | 342/457 |
| 5,379,224 A | 1/1995 | Brown et al. | 364/449 |
| 5,379,320 A | 1/1995 | Fernandes et al. | 375/1 |
| 5,416,797 A | 5/1995 | Gilhousen et al. | 375/705 |
| 5,418,538 A | 5/1995 | Lau | 342/357 |
| 5,420,592 A | 5/1995 | Johnson | 342/357 |
| 5,430,759 A | 7/1995 | Yokev et al. | 375/202 |
| 5,483,549 A | 1/1996 | Weinberg et al. | 375/200 |
| 5,519,403 A | 5/1996 | Bickley et al. | 342/352 |
| 5,543,789 A | 8/1996 | Behr et al. | 340/995 |
| 5,636,122 A | 6/1997 | Shah et al. | 364/449.1 |
| 5,652,570 A | 7/1997 | Lepkofker | 340/573 |
| 5,663,734 A | 9/1997 | Krasner | 342/357 |
| 5,757,916 A | 5/1998 | MacDoran et al. | 380/25 |
| 5,928,306 A * | 7/1999 | France et al. | 701/207 |
| 6,014,090 A * | 1/2000 | Rosen et al. | 304/905 |
| 6,070,078 A * | 5/2000 | Camp, Jr. et al. | 455/456 |
| 6,199,045 B1 * | 3/2001 | Giniger et al. | 705/1 |
| 6,240,360 B1 * | 5/2001 | Phelan | 701/208 |
| 6,331,825 B1 * | 12/2001 | Ladner et al. | 340/988 |

## OTHER PUBLICATIONS

Peterson, et al. "GPS Receiver Structures for the Urban Canyon," ION–GPS–95, Session C4, Land Vehicular Applications, Palm Springs, CA, Sep. 1995.

Raab, et al. "An Application of the Global Positioning System to Search and Rescue and Remote Tracking," *Navigation: Journal of the Institute of Navigation*, 24:3, 1977.

Amateur Radio Catalog, Summer 1996, pp. 52–55.

Cortland, Laurence J. "Loran–C Vehicle Tracking in Detroit's Public Safety Dispatch System," *Journal of the Institute of Navigation*, 36:3, Fall 1989.

Rogers & Anson, "Animal–borne GPS: Tracking the Habitat," *GPS World*, pp. 21 & 22, Jul. 1994.

"Navstar GPS User Equipment, Introduction," *NATO*, Feb. 1991 (entire volume).

"Navigation: Journal of the Institute of Navigation," *The Institute of Navigation*, 25:2, 1978 (entire edition).

PCT International Search Report for Int'l Appln No. PCT/US99/07988 mailed Sep. 21, 1999.

Moore, T., et al., Satellite Navigation Information Services; IEE Colloquim On Implementation Of GNNS, 1995, pp. 6/1–6/5.

Written Opinion for PCT/US99/07988, 5 pages.

* cited by examiner

**U.S. Patent**      Jan. 13, 2004      Sheet 1 of 13      **US 6,677,894 B2**



**FIG. 1**

Ex. 12-3



FIG. 2A



**FIG. 2B**



**FIG. 3**

**U.S. Patent**      Jan. 13, 2004      **Sheet 5 of 13**      US 6,677,894 B2



**FIG. 4**

Case 3:05-cv-02063-JLS-LSP    Document 1    Filed 11/04/05    Page 246 of 268



**FIG. 5**



FIG. 6



FIG. 7



FIG. 8

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 250 of 268



FIG. 9



FIG. 10



*600*

FIG. 11

Case 3:05-cv-02063-JLS-LSP   Document 1   Filed 11/04/05   Page 253 of 268



FIG. 12

US 6,677,894 B2

**1**

## METHOD AND APPARATUS FOR PROVIDING LOCATION-BASED INFORMATION VIA A COMPUTER NETWORK

### CROSS REFERENCES TO RELATED APPLICATIONS

The application is a continuation-in-part of U.S. patent application Ser. No. 09/067,406 entitled "Distributed Satellite Position System Processing and Application Network", filed on Apr. 28, 1998, now U.S. Pat. No. 6,185,427, and assigned to the assignee of the present invention.

### BACKGROUND OF THE INVENTION

The present invention relates to processing data in a satellite positioning system (SPS), such as the Global Positioning System (GPS), and more particularly relates to methods and apparatuses for distributing location-based information that may be associated with a SPS.

SPS receivers, such as those which operate in GPS or other satellite positioning systems, normally determine their position by computing relative times of arrival of signals transmitted simultaneously from a multiplicity of satellites, such as GPS, NAVSTAR, or other satellites. These satellites typically transmit, as part of their satellite data message, timing and satellite positioning data, which is sometimes referred to as "ephemeris" data. The term "ephemeris" or "satellite ephemeris" is generally used to mean a representation, such as an equation, which specifies the positions of satellites (or a satellite) over a period of time or time of day. In addition, the satellites may transmit data to indicate a reference time, such as time-of-week (TOW) information, that allows a receiver to determine unambiguously local time.

Typically, an SPS receiver computes one or more "pseudorange" measurements, each of which represents the range between the receiver and a satellite vehicle (SV). The term "pseudorange" is generally used to point out that the range measurement may include error due to one or more factors, including, for example, the error between time as indicated by the clock of the SPS receiver and a reference time, such as the reference time associated with the more accurate atomic clock of the satellite. Thus, the SPS receiver typically uses the pseudoranges, along with timing and ephemeris data provided in the satellite signal to determine a more accurate set of navigational data, such as position, time, and/or range. Collecting satellite data, such as ephemeris data, provided in a satellite message requires a relatively strong received signal level in order to achieve low error rates, and may also require a relatively substantial processing time in some systems.

Most GPS receivers utilize correlation methods to compute pseudoranges. These correlation methods are performed in real time, often with hardware correlators. GPS signals contain high rate repetitive signals called pseudorandom (PN) sequences. The codes available for civilian applications are called C/A codes, and have a binary phase-reversal rate, or "chipping", rate, of 1.023 MHz and a repetition period of 1023 chips for a code period of 1 msec. The code sequences belong to a family known as Gold codes. Each GPS satellite broadcasts a signal with a unique Gold code. Alternative methods, as exemplified in U.S. Pat. No. 5,663,734, operate on snapshots of data and utilize fast convolution methods to compute the pseudoranges.

All of the above systems may benefit by communicating with the resources of a remote site, or "server" utilizing a

**2**

wireless communications system, such as a cellular telephone system. Such a server may provide assistance data to the mobile GPS receivers to enhance their performance, receive data from the GPS receivers and perform further processing on such data to complete or refine a position calculation, etc. In addition, the remote site may include or be connected to various display and application resources, such as a dispatching system to send emergency or repair resources to the user of the GPS mobile, or to provide route guidance or other concierge services.

Thus, the above server may provide two functions: (1) Location Server functions, which provide assistance to the mobile GPS receivers to enhance their performance, and (2) Application Server functions, which display the location of the mobile GPS receiver and provide auxiliary services, such as roadside assistance.

A paper was provided by Raab in 1977 on splitting the functionality of GPS processing between mobile GPS receivers and a remote basestation. See Raab, et al., "An Application of the Global Positioning System to Search and Rescue and Remote Tracking," *Navigation*, Vol. 24, No. 3, Fall 1977, pp. 216–227. In one method of Raab's paper the remote GPS receiver computes the times of arrival of the satellite signals at the remote GPS receiver (so-called "pseudoranges") and transmits these times-of-arrival to a central site via a data relay where the final position calculation of the mobile is computed. Raab also mentions providing assistance information including approximate time and position to the remote unit. Raab also discusses so-called "retransmission methods" in which the raw GPS signal is relayed directly to the remote basestation.

Other patents, such as U.S. Pat. Nos. 4,622,557, 5,119, 102, 5,379,224, and 5,420,592 discuss variations of the retransmission method. U.S. Pat. No. 4,622,557 utilizes an analog retransmission method whereas U.S. Pat. No. 5,119, 102, 5,379,224, and 5,420,592 utilize digital means to store and then forward a digitized record of the sampled GPS signal. These patents describe communications between one or more mobile units and a single basestation which may incorporate functions of GPS calculation as well as ancillary functions described above.

The U.S. Pat. No. 4,445,118 by Taylor discusses transmission of aiding data, such as GPS satellites in view from a basestation to remote units via a communication link. In addition, in one variation, a tracking application for trucks, Taylor describes a system in which pseudorange data is sent from the trucks to the remote basestation which computes the final position. Variations on this pseudorange transfer method include U.S. Pat. No. 5,202,829 and 5,225,842. Again, this prior art envisioned a single basestation containing GPS aiding functions as well as display and other ancillary functions.

FIG. 1 shows a block diagram of the prior art which utilizes a basestation to supplement GPS signal processing. Mobile units 12a, 12b, 12c, and 12d in this example contain a combination of a GPS receiver and a wireless modem. Attached to the GPS unit are GPS antennas 10a, 10b, 10c, and 10d for receiving GPS signals from GPS satellites (not shown for simplicity) and antennas 11a, 11b, 11c, and 11d for communication to and from a basestation 20 which includes a basestation antenna 17. In some implementations, this communication may be in one direction only.

Basestation 9 contains a signal processing unit 15 which may provide aid to the mobile GPS units to help them obtain positioning information and/or it may complete or refine the position calculations of these units based upon data trans-

Ex. 12-16

US 6,677,894 B2

| 3 | 4 |

mitted to it from these units, together with auxiliary data which it may gather with its own GPS antenna 18. The signal processing unit 15 may contain its own GPS receiver and GPS antenna in order to determine its own position and provide differential corrections to the data transmitted to it from the mobile GPS units. Basestation 9 also includes a display 14 and computer equipment which is coupled to the signal processing unit 15 by a connection 16 and which allows an operator to visually track the position of the mobiles and provide manual and semiautomatic commands to these units via the aforementioned communications links. In some cases, unit 14 together with signal processing unit 15 is termed a "workstation."

Although FIG. 1 shows a wireless link from each mobile GPS unit to the basestation, this link may actually be a wireless link to a modem, such as one at a cell site followed by a wired or other link to the basestation as shown in FIG. 1. In some implementations, the basestation 9 may actually represent a number of basestations in a reference network.

Unfortunately, in distributed systems, such as the one shown in FIG. 1, the geographical area in which a mobile unit may operate in conjunction with the basestation(s) is generally limited, for example, by the range and distribution of cellular or other communication system transceivers. As such, a mobile GPS unit may not be able to communicate effectively outside of the range provided by the basestation(s), and/or may experience delays in attempting such communication.

Therefore, what is need is an improved method and system for distribution of satellite signal-related and/or location-specific information.

## SUMMARY OF THE INVENTION

The present invention provides methods and apparatuses for distributing location-based information (i.e., information specific to a client's location or a location of interest to the client) to a client, which may be a mobile SPS receiver, via the Internet and in particular, the World-Wide Web. In one embodiment, the client provides information associated with its location and/or a location of interest to a Web server. For example, such information may include pseudorange measurements, portions of one or more received satellite messages, user-input data of known or estimated location, etc. The Web server, based on the information, provides via the Internet information relating to the client's location or location of interest to the client.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not limitation in the figures of the accompanying drawings in which like references indicate similar elements.

FIG. 1 shows a prior art GPS tracking system.

FIG. 2A illustrates an example of a distributed processing system using GPS information, according to one embodiment of the present invention.

FIG. 2B shows another example of a distributed processing system using GPS information, according to one embodiment of the present invention.

FIG. 3 illustrates an implementation of a location server system, according to one embodiment of the invention.

FIG. 4 depicts an example of a combined GPS receiver and communication system, according to one embodiment of the present invention.

FIG. 5 illustrates an example of a GPS reference station, according to one embodiment of the invention.

FIG. 6 shows an example of a distributed system for processing GPS information in a "911" situation.

FIG. 7 shows an example of a distributed system for processing GPS information for a location-based service.

FIG. 8 is a flowchart which describes a method for using a distributed processing system to process GPS information in a "911" situation.

FIG. 9 is a block diagram of a system for exchanging location-based information via a computer network, such as the Internet, according to one embodiment of the invention.

FIG. 10 is a block diagram of one example of a system architecture for providing location-based information via the Internet, according to one embodiment of the invention.

FIG. 11 is a flow diagram of a method for World-Wide Web distribution of location based information, according to one embodiment of the invention.

FIG. 12 is a diagram of a system configuration for providing a location-based emergency call routing application, according to one embodiment of the invention.

## DETAILED DESCRIPTION

The present invention relates to a distributed processing system for processing GPS information. The following description and drawings are illustrative of the invention and are not to be construed as limiting the invention. Numerous specific details are described to provide a thorough understanding of the present invention. However, in certain instances, well known or conventional details are not described in order to not unnecessarily obscure the present invention.

FIG. 2A is a block diagram which shows an exemplary architecture for a distributed processing system, according to one embodiment of the invention. This architecture includes cells 20a, 20b, and 20c, each of which includes its respective wireless cell based station ("cell basestation"). Thus, cell basestation 37a performs wireless communications to and from mobile GPS receivers 1a, 1b, 1c, and 1d, each of which includes a wireless communication system, in the cell 20a. Similarly, cell basestation 37b in cell 20b provides 2-way wireless communications with mobile GPS receivers 2a, 2b, 2c, and 2d, each of which includes a wireless communication system such as a cell telephone. The cell 20c includes mobile GPS receivers 3a, 3b, 3c, and 3d which are capable of performing 2-way wireless communications with the cell basestation 37c. It will be understood that in certain embodiments of the invention, some mobile GPS receivers may be capable of only 1-way communications (transmissions to the basestation) wherein the mobile GPS unit determines its position (by determining pseudoranges and reading transmissions of satellite ephemeris data) and transmits the position to an application server. Each cell basestation includes a respective connection (e.g. connections 21a, 21b, or 21c) from the basestation to a communication infrastructure 40.

The network of FIG. 2A contains the following constituent elements:

A. Mobile GPS units (e.g. unit 1a) communicating information to and from wireless basestations using a wireless type communications system.

B. Location servers (e.g. servers 32 or 33) that can communicate with the mobile GPS units via the public switched communication network (PSTN) or other communications infrastructure (e.g. leased lines, satellites, etc.) which in turn can communicate with the wireless basestations (e.g. station 37a).

US 6,677,894 B2

5

C. Separate application servers (e.g. servers 22 or 23) that can display the results of location information supplied by the location servers and permit auxiliary services, such as dispatching, to be performed.

D. WWW servers (e.g., WWW servers 19a or 19b) that can provide location-based information (i.e., information related to a client's location or another location, which, for example, may be of interest to the client) to a client, which may be a mobile GPS unit (e.g., unit 1a).

E. A communication infrastructure 40 which may include a public switched telephone network and/or a dedicated network, such as a packet switched data network.

F. Separate GPS reference receivers (e.g. GPS reference stations 24a or 24b), which can measure ranging information from the GPS satellites over a wide geographical area and receive and process their navigation message data.

In general, all of these network elements can communicate with one another as seen in FIG. 2A. However, in preferred embodiments, the GPS reference receivers communicate with the location servers and the location servers communicate mainly with the application servers and with the WWW servers.

Although each mobile is shown in FIG. 2A to be communicating with one wireless basestation, it should be appreciated that in many mobile telephone situations, for example, a mobile may in fact communicate with a multiplicity of cell basestations, although it is normally the case that only one such basestation at a given instance in time will process most of the information to and from the mobile. Simultaneous communications with multiple basestations allows for rapid handoff from one cell site to the next as the mobile moves from one location to the next. Hence, a given mobile in cell 20a, for example, might be monitoring the emissions of the basestation within its cell as well as a basestation within a neighboring cell such as cell 20b. It would perform the bulk of its communications with cell 20a until a handoff occurred, in which case it would perform the bulk of its communications with cell 20b.

An aspect of the current invention is the separation of the location servers, as exemplified by 32 and 33, from the application servers 22 and 23. It should be appreciated that the location servers themselves may only consist of software components that are resident on other processing systems attached to the wireless network. Such processing systems may perform other functions such as voice and data messaging and WWW services. The location server software then may utilize existing computational components associated with those processing systems and not utilize a processor solely for its own use. In other configurations, the location server may consist of an embedded circuit board in a multiprocessor computer. This configuration may ensure a desired throughput capability of the server. In preferred embodiments, the location server is autonomous and has no display or operator interaction functions, other than those required for occasional fault testing.

In FIG. 2A, location server 33 is physically located within the same cell site as the mobile units in cell 20b. Server 32, however, is not located within any of the cells shown, but can service the data from cells 20a, 20b and 20c. In fact, even server 33 could process data from cells 20a and 20c, although server 32 may be preferred for this task due to its geographical proximity. Utilizing a network of servers as shown in FIG. 2A provides reliability and redundancy which is important in emergency response applications. Furthermore, in emergency response applications there may be a flood of calls for service, which could overload a

6

star-based system such as in FIG. 1. The network approach of FIG. 2A overcomes these bottlenecks.

In another embodiment, the WWW server may act as a proxy server for an application server. In such capacity, the WWW server acts as an entry point for information to be relayed to and from the application server.

In many GPS configurations utilizing basestation assistance it is necessary to coordinate time between the mobile units and the basestations. For example, coordination of time between the mobile and basestation to 10 millisecond accuracy can allow the basestation to perform final position calculations based upon pseudoranges supplied to it with a small error on the order of several meters (see, for example, the cited paper by Raab, Section 7, page 226). Without such time coordination the basestation will estimate the position of the GPS satellites (e.g. from its own GPS receiver) at an incorrect time relative to the time at which the mobile is making its measurements. Since the satellites are moving rapidly, this erroneous position of the GPS satellites translates to an error in the position calculation of the mobile, when this calculation is done at the basestation. One solution to this problem is to locate the location server in proximity to the mobiles, e.g. at a switching center (termed a Mobile Switching Center, MSC). Thus, the path delay from the mobile to the location server may be short, as compared to a single basestation which may be located thousands of miles away. In a CDMA wireless network configuration, for example, a CDMA signal may be used to provide time coordination between the mobile unit and the basestation.

Another example of the utility of the architecture of FIG. 2A is in applications for emergency response, such as wireless 911 capability. In such applications the application servers of FIG. 2A are termed Public Safety Answering Points (PSAP's) and may be numerous in number when servicing a metropolitan area. A location server, such as server 32, would in this case service a number of cell sites and route location data to such PSAP's. Additional Application Servers may be utilized in such a situation to act as an intermediary between the location server and the PSAP's. For example, such application servers may perform the latitude/longitude to street address transformation. Hence, in this application there may be two classes of application servers. The redundancy and distribution of the location and application servers in this case provide much greater reliability than would be possible with the star topology of the prior art of FIG. 1.

FIG. 2B shows another example of a distributed GPS processing system 101 of the invention which is used with a cell based wireless communication system which includes a plurality of cell sites, each of which is designed to service a particular geographical region or location. Examples of such cellular based or cell based communication systems are well known in the art, such as the cell based telephone systems. The cell based communication system 101 includes three cells 102, 103, and 104. It will be appreciated that a plurality of other cells with corresponding cell sites and/or cellular service areas may also be included in the system 101 and coupled to one or more cell based switching centers, such as the mobile switching center 105 and the mobile switching center 106, each of which is coupled to a public switched telephone network (PSTN) 112.

Within each cell, such as the cell 102, there is a wireless cell basestation (or base) such as cell basestation 102a which is designed to communicate through a wireless communication medium with a communication receiver which may be combined with a mobile GPS receiver to provide a combined system such as the receiver 102b shown in FIG.

US 6,677,894 B2

7

2B. An example of such a combined system having a GPS receiver and a communication system is shown in FIG. 4 and may include both a GPS antenna 77 and a communication system antenna 79.

Each cell site is coupled to a mobile switching center. In FIG. 2B, cell bases 102a and 103a are coupled to switching center 105 through connections 102c and 103c respectively, and cell base 104a is coupled to a different mobile switching center 106 through connection 104c. These connections are typically wire line connections between the respective cell base and the mobile switching centers 105 and 106. Each cell base includes an antenna for communicating with communication systems serviced by the cell site. In one example, the cell site may be a cellular telephone cell site which communicates with mobile cellular telephones in the area serviced by the cell site.

In a typical embodiment of the present invention, the mobile GPS receiver, such as receiver 102b, includes a cell based communication which is integrated with the GPS receiver such that both the GPS receiver and the communication system are enclosed in the same housing. One example of this is a cellular telephone having an integrated GPS receiver which shares common circuitry with the cellular telephone transceiver. When this combined system is used for cellular telephone communications, transmissions from the receiver 102b to the cell base 102a. Transmissions from the receiver 102b to the cell base 102a are then propagated over the connection 102c to the mobile switching center 105 and then to either another cellular telephone in a cell serviced by the mobile switching center 105 or through a connection (typically wired) to another telephone through the land-based telephone system/network 112. It will be appreciated that the term wired includes fiber optic and other non wireless connections such as copper cabling, etc. Transmissions from another telephone which is communicating with the receiver 102b are conveyed from the mobile switching center 105 through the connection 102c and the cell base 102a back to the receiver 102b in the conventional manner.

In the example of FIG. 2B, each mobile switching center (MSC) may be coupled to at least one regional short message service center (SMSC) through a communication network 115 which in one embodiment is referred to as a Signaling System Number 7 (SS7) Network. This network is designed to allow short messages (e.g. control information and data) to be passed among elements of the telephone network. It will be understood that FIG. 2B shows one example and that it is possible for several MSC's to be coupled to one regional SMSC. Alternatively, other communication networks may be used, and gateway interfaces in the network may be used to interconnect the MSC's to various GPS location servers. The example of FIG. 2B also shows two GPS location servers 109 and 110 which are respectively coupled to regional SMSC 107 and regional SMSC 108 and to the mobile switching centers 105 and 106 through the communications network 115. In one embodiment of the distributed system of FIG. 2B, the connections 107a and 108a are part of a permanent communication network which interconnects various MSC's and regional SMSC's with various GPS location servers. This allows each regional SMSC to act as a router to route requests for location services to whichever GPS location servers are available in case of congestion at a location server or failure of a location server. Thus, regional SMSC 107 may route location service requests from mobile GPS receiver 102b (e.g. the user of mobile GPS receiver 102b dials 911 on the integrated cell telephone) to the GPS location server 110 if

8

location server 109 is congested or has failed or is otherwise unable to service the location service request. While an SS7 network and a PSTN network are shown in FIG. 2B as examples of communication networks which are used to interconnect various components of the overall system, it will be appreciated that these networks may use any of a number of different types of networks and may in fact be one network (e.g. networks 115 and 112 are combined together as one network such as the PSTN). Each network may be a circuit switched data network or a digital packet switched data network. Each network may include gateway interfaces which interface between the various components coupled to the network. In one example of the embodiment of FIG. 2B, each SMSC operates as a gateway interface.

Each GPS location server is typically coupled to a wide area network of GPS reference stations which provide differential GPS corrections and satellite ephemeris and typically other data to the GPS location servers. This wide area network of GPS reference stations, shown as GPS reference network 111, is typically coupled to each GPS location server through a data network. The data network which supplies data from the network of GPS reference stations may be part of the communication network 112 or communication network 115 or may be a separate data network having connections 109A and 110A as shown in FIG. 2B. Hence, location server 109 receives data from the network 111 through connection 109a and server 110 receives data from network 111 through connection 110a. As shown in FIG. 2B, each GPS location server is also coupled to another communication network 112, such as a public switched telephone network (PSTN) to which two application servers 114 and 116 are coupled.

Either of the two GPS location servers may be used, in one embodiment, to determine the position of a mobile GPS receiver (e.g. receiver 102b) using GPS signals received by the mobile GPS receiver.

Each GPS location server will receive pseudoranges from a mobile GPS receiver and satellite ephemeris data from the GPS reference network and calculate a position for the mobile GPS receiver and then this position will be transmitted through the PSTN to one (or both) of the Application Servers where the position is presented (e.g. displayed on a map) to a user at the Application Server. Normally, the GPS location server calculates but does not present (e.g. by display) the position at the GPS location server. An application server may send a request, for the position of a particular GPS receiver in one of the cells, to a GPS location server which then initiates a conversation with a particular mobile GPS receiver through the mobile switching center in order to determine or refine the position of the GPS receiver and report that position back to the particular application. In another embodiment of the invention, an application server may initiate a conversation with a particular mobile GPS unit through an MSC and provide the pseudoranges to the location server for position determination or refinement. In yet another embodiment, a position determination for a GPS receiver may be initiated by a user of a mobile GPS receiver; for example, the user of the mobile GPS receiver may press 911 on the cell phone to indicate an emergency situation at the location of the mobile GPS receiver and this may initiate a location determination or refinement process in a manner described herein.

It should be noted that a cellular based or cell based wireless communication system is a communication system which has more than one transmitter, each of which serves a different geographical area, which is predefined at any instant in time. Typically, each transmitter is a wireless

US 6,677,894 B2

9

transmitter which serves a cell which has a geographical radius of less than 20 miles, although the area covered depends on the particular communication system. There are numerous types of cell-based communication systems, such as cellular telephones, PCS (personal communication system), SMR (specialized mobile radio), one-way and two-way pager systems, RAM, ARDIS, and wireless packet data systems. Typically, the predefined geographical areas are referred to as cells and a plurality of cells are grouped together into a cellular service area and these pluralities of cells are coupled to one or more cellular switching centers which provide connections to land-based telephone systems and/or networks. A service area is often used for billing purposes. Hence, it may be the case that cells in more than one service area are connected to one switching center. Alternatively, it is sometimes the case that cells within one service area are connected to different switching centers, especially in dense population areas. In general, a service area is defined as a collection of cells within close geographical proximity to one another. Another class of cell-based systems that fits the above description is satellite based, where the cellular basestations or cell sites are satellites that typically orbit the earth. In these systems, the cell sectors and service areas move as a function of time. Examples of such systems include Iridium, Globalstar, Orbcomm, and Odyssey.

FIG. 3 shows an example of a GPS location server 50 which may be used as the GPS server 109 or GPS server 110 in FIG. 2B. The GPS server 50 of FIG. 3 includes a data processing unit 51 which may be a fault-tolerant digital computer system. The SPS server 50 also includes a modem or other communication interface 52 and a modem or other communication interface 53 and a modem or other communication interface 54. These communication interfaces provide connectivity for the exchange of information to and from the location server shown in FIG. 3 between three different networks, which are shown as networks 60, 62, and 64. The network 60 includes the mobile switching center or centers and/or the land-based phone system switches or the cell sites. An example of this network is shown in FIG. 2B wherein the GPS server 109 represents the server 50 of FIG. 3. Thus the network 60 may be considered to include the mobile switching centers 105 and 106 and the cells 102, 103, and 104. The network 64 may be considered to include the Applications Servers 114 and 116, which are each usually computer systems with communication interfaces, and also may include one or more "PSAP's," (Public Safety Answering Point) which is typically the control center which answers 911 emergency telephone calls. The network 62, which represents the GPS reference network 111 of FIG. 2B, is a network of GPS receivers which are GPS reference receivers designed to provide differential GPS correction information and also to provide GPS signal data including the satellite ephemeris data to the data processing unit. When the server 50 serves a very large geographical area or provides redundant backup to other location servers which are very remote from it, a local optional GPS receiver, such as optional GPS receiver 56, may not be able to observe all GPS satellites that are in view of mobile SPS receivers throughout this area. Accordingly, the network 62 collects and provides satellite ephemeris data (typically as part of the entire raw satellite navigation message) and differential GPS correction data over a wide area in accordance with the present invention.

As shown in FIG. 3, a mass storage device 55 is coupled to the data processing unit 51. Typically, the mass storage 55 will include storage for software for performing the GPS

10

position calculations after receiving pseudoranges from the mobile GPS receivers, such as a receiver 100b of FIG. 2B. These pseudoranges are normally received through the cell site and mobile switching center and the modem or other interface 53. Alternatively, this storage can be used to provide differential corrections to position calculations provided by the mobile GPS receivers. The mass storage device 55 also includes software, at least in one embodiment, which is used to receive and use the satellite ephemeris data (typically as part of the entire raw satellite navigation message) provided by the GPS reference network 32 through the modem or other interface 54.

In a typical embodiment of the present invention, the optional GPS receiver 56 is not necessary as the GPS reference network 111 of FIG. 2B (shown as network 62 of FIG. 3) provides differential GPS information as well as the raw satellite data messages from the satellites in view for the various reference receivers in the GPS reference network. It will be appreciated that the satellite ephemeris data obtained from the network through the modem or other interface 54 may be used in a conventional manner with the pseudoranges obtained from the mobile GPS receiver in order to compute the position information for the mobile GPS receiver. The interfaces 52, 53, and 54 may each be a modem or other suitable communication interface for coupling the data processing unit to other computer systems, as in the case of network 64, and to cellular based communication systems, as in the case of network 60, and to transmitting devices, such as computer systems in the network 62. In one embodiment, it will be appreciated that the network 62 includes a dispersed collection of GPS reference receivers dispersed over a geographical region. In some embodiments, the differential correction GPS information, obtained from a receiver 56 near the cell site or cellular service area which is communicating with the mobile GPS receiver through the cellular based communication system, will provide differential GPS correction information which is appropriate for the approximate location of the mobile GPS receiver. In other cases, differential corrections from the network 62 may be combined to compute a differential correction appropriate to the location of the mobile GPS receiver. In one embodiment, the GPS receiver 56 is operable to provide raw satellite navigation message information (e.g., received at 50 bps) and timing information in a form of 1 (one) PPS output.

FIG. 4 shows a generalized combined system which includes a GPS receiver and a communication system transceiver. In one example, the communication system transceiver is a cellular telephone. In another example, the communication system transceiver is a modem. The system 75 includes a GPS receiver 76 having a GPS antenna 77 and a communication transceiver 78 having a communication antenna 79. The GPS receiver 76 is coupled to the communication transceiver 78 through the connection 80 shown in FIG. 4. In one mode of operation, the communication system transceiver 78 receives approximate Doppler information through the antenna 79 and provides this approximate Doppler information over the link 80 to the GPS receiver 76 which performs the pseudorange determination by receiving the GPS signals from the GPS satellites through the GPS antenna 77. The determined pseudoranges are then transmitted to a GPS location server through the communication system transceiver 78. Typically the communication system transceiver 78 sends a signal through the antenna 79 to a cell site which then transfers this information back to the GPS location server. Examples of various embodiments for the system 75 are known in the art. For example, U.S. Pat. No. 5,663,734 describes an example of a combined GPS receiver

US 6,677,894 B2

11

and communication system which utilizes an improved GPS receiver system. Another example of a combined GPS and communication system has been described in co-pending application Ser. No. 08/652,833, which was filed May 23, 1996. The system 75 of FIG. 4, as well as numerous alternative communication systems having SPS receivers, may be employed with the methods of the present invention to operate with the computer network of the present invention.

FIG. 5 shows one embodiment for a GPS reference station. It will be appreciated that each reference station may be constructed in this way and coupled to the communication network or medium. Typically, each GPS reference station, such as GPS reference station 90 of FIG. 5, will include a dual frequency GPS reference receiver 92 which is coupled to a GPS antenna 91 which receives GPS signals from GPS satellites in view of the antenna 91. GPS reference receivers are well known in the art. The GPS reference receiver 92, according to one embodiment of the present invention, provides at least two types of information as outputs from the receiver 92. Satellite measurement outputs 93 (such as pseudoranges and/or range-rates) are provided to a processor and network interface 95, and these satellite measurement outputs are used to compute pseudorange and/or range-rate differential corrections in the conventional manner for those satellites in view of the GPS antenna 91. The processor and network interface 95 may be a conventional digital computer system which has interfaces for receiving data from a GPS reference receiver as is well known in the art. The processor 95 will typically include software designed to process the pseudorange data to determine the appropriate pseudorange correction for each satellite in view of the GPS antenna 91. These pseudorange corrections are then transmitted through the network interface to the communication network or medium 96 to which other GPS reference stations are typically also coupled. The GPS reference receiver 92 also provides a satellite ephemeris data output 94. This data is provided to the processor and network interface 95 which then transmits this data onto the communication network 96, which is included in the GPS reference network 111 of FIG. 2B.

The satellite ephemeris data output 94 provides typically at least part of the entire raw 50 baud navigation binary data encoded in the actual GPS signals received from each GPS satellite. This satellite ephemeris data is part of the navigation message which is broadcast as the 50 bit per second data stream in the GPS signals from the GPS satellites and is described in great detail in the GPS ICD-200 document. The processor and network interface 95 receives this satellite ephemeris data output 94 and transmits it in real time or near real time to the communication network 96. As will be described below, this satellite ephemeris data which is transmitted into the communication network is later received through the network at various GPS location servers according to aspects of the present invention.

In certain embodiments of the present invention, only certain segments of the navigation message, such as the satellite ephemeris data message may be sent to location servers in order to lower the bandwidth requirements for the network interfaces and for the communication network. Typically, this data may not need to be provided continuously. For example, only the first three frames which contain ephemeris information rather than all 5 frames together may be transmitted on a regular basis into the communication network 96. It will be appreciated that in one embodiment of the present invention, the location server may receive the entire navigation message which is transmitted from one or

12

more GPS reference receivers into the network in order to perform a method for measuring time related to satellite data messages, such as the method described in co-pending U.S. patent application Ser. No. 08/794,649, which was filed Feb. 3, 1997, by Norman F. Krasner. As used herein, the term "satellite ephemeris data" includes data which is only a portion of the satellite navigation message (e.g. 50 baud message) transmitted by a GPS satellite or at least a mathematical representation of this satellite ephemeris data. For example, the term satellite ephemeris data refers to at least a representation of a portion of the 50 baud data message encoded into the GPS signal transmitted from a GPS satellite. It will be also understood that the GPS reference receiver 92 decoded the different GPS signals from the different GPS satellites in view of the reference receiver 92 in order to provide the binary data output 94 which contains the satellite ephemeris data.

Communication Methodologies and Protocols

The distributed architecture requires reliable and timely message passing methods. In addition, it requires reliable methods for ensuring that the overall network achieves prescribed throughput, reliability, latency, node and subscriber management functions. It should be adaptable and allow for growth in the number of nodes and allow for user authentication and network health monitoring. Many of these requirements are either absent or are more simply provided in a single localized processing system, which is the current state of the art.

The distributed architecture is designed to utilize a combination of existing data communication technologies between the network nodes of the distributed system including the mobile GPS unit. The architecture does not preclude the use of future communication systems and protocols as they become available.

The distributed architecture is adaptable to allow different system functionality as required by a particular use. Technology specific information may be encoded in the messaging protocols and this information is used to specify different system functionality. For example, the technology specific information may include the type of location service (e.g. emergency 911 vs. concierge service), the type of radio technology (e.g. CDMA), the type or vendor of the mobile unit, the base station's address, and/or the server vendor. This information is used to control how the distributed architecture of the present invention functions. For example, information concerning the type of location service will typically determine its processing and routing priority; location processing of emergency 911 calls will typically receive highest priority at a location server relative to location processing of other location processing requests such as concierge services. Similarly, the 911 calls will typically also be routed at the fastest possible rate through the network of the distributed architecture by labeling data for such calls as 911 call type of location service in order to route such data as high (e.g. the highest) priority data to be transmitted and switched through the network as quickly as possible.

The communication between network nodes may use implementations of the ISO/OSI seven layer model, with appropriate mapping to real world elements according to the communication system being used. For example, if the communication system uses Signaling System Number 7 (SS7) as defined by ANSI then the commonly defined mapping of layers for that protocol is used within the system. The requirement for such protocols greatly distinguishes a distributed system from one in which all processing and display is handled at a single location. Such single location systems typically do not have or require any mes-

13

sage passing mechanisms or packet data protocols, let alone a distributed message passing system.

Mobile GPS Unit to Location Server Messages

The functioning of the system requires the passing of messages between the mobile GPS unit and the Location Server to perform part of the positioning operation. Depending on the application, the exchange of messages can be initiated by either entity. The messages are defined at a high level (application layer) such that they are abstracted from the underlying communication system as much as possible. Hence, a number of communication systems can be supported by this interface.

In consideration of the mobile GPS unit working in a cellular network the communication system used could be any of the following (or a combination thereof):

Dial-up connection using analog modems at mobile GPS unit and location server

SS7 signaling connection

Digital circuit switched data

Packet switched data, e.g. CDPD, GPRS (GSM), USSD (GSM)

Short Message Service (SMS)

DTP (Wireless Application Forum transport protocol)

This list is not complete and exhaustive so other communications systems are possible. The application level messaging can be supported in a connection oriented or connectionless communication system.

The above description does not dictate a direct communication path between the mobile GPS unit and the location server; in fact, there may be intermediate nodes which may in addition perform protocol conversion. For example, the mobile GPS unit may communicate with a Mobile Switching Center (MSC) via a basestation sub-system, and a separate communication then occurs between the MSC and the location server.

Location Server/Application Server Messages

These elements communicate using message passing. The messages are defined at an application layer level abstracted from the underlying communication systems used to transport them. The communication between the location server and the application server can be connection-oriented or connectionless. For connection-oriented communication the connection may be made for each transaction or group of related transactions or it may be a permanent connection; this will be dictated by the requirements of the applications.

The communication systems to be used will be those commonly used in Local Area Networks (LAN) and Wide Area Networks (WAN). The most likely protocol stack to be used for the application layer messaging is TCP/IP and a number of underlying transport mechanisms are possible such as:

Frame relay

Ethernet

Dial-up networking

ISDN

X.25

Internet

This list is not exhaustive and does not preclude other protocols or transport mechanism.

In one particular embodiment, data is transmitted between processing units on the network by packetizing data into separate packets. A transmitting unit, such as a location server, will determine how to packetize its original data and then transmit it through the network to an application server (which can then display the position of a mobile GPS

14

receiver). This application server receiving the packets of data re-assembles the original data from the received packets.

Location Server/Reference Receiver Wide Area Network Messages

In one embodiment, the location servers interconnect with a single reference receiver or a wide area network of reference receivers using methods as defined above.

Node Addressing

The addressing scheme used for setting up communication between network nodes is constrained by the communication system used.

The addresses typically include directory numbers, IP addresses, X.25 addresses, X.400 addresses, and/or SS7 point codes, but do not preclude others. The network communication systems may utilize address translation transparently to the network nodes described here or the network nodes themselves may be responsible for address translation and selection of node addresses.

For security, capacity and redundancy reasons the architecture supports multiple routes for communication. This may be managed by the communication system such that it is transparent to the network node, or this may be the responsibility of the network node.

Latency

The network topology, the network nodes and the communication systems are designed such that latency is kept within acceptable limits to provide the required performance to the location application.

Where appropriate (e.g. emergency calls such as 911 calls) positioning transactions can be allocated a high priority and processed accordingly to reduce latency in providing a location.

Fault Tolerance/Redundancy

The required level of fault tolerance and redundancy in network elements will be dictated by a number of factors according to the location-based application and such factors as economics and regulatory requirements. The architecture is flexible such that a number of approaches can be used to meet these requirements.

The location server and application server are mainly software functions that are executed on computers within this network. A number of techniques are compatible with these elements to aid reliability, including fault tolerant computers, high availability systems and the use of redundant systems. For the latter case, several configurations are envisaged for management of redundancy such as master/slave, load-shared pair with mutual monitoring and multiple systems with voting.

In addition, the architecture supports fault tolerance and redundancy in the communication systems used. The communication protocols and supporting networks provide differing levels of fault tolerance, redundancy and error recovery.

Network Management

The network nodes of the architecture are capable of being managed by a remote network management system which can itself be distributed or centralized. The network management system allows the remote control and configuration of network nodes in the distributed location-based application network.

The application servers and, for some services, the location servers, can be managed with respect to service features from a remote service management system which can itself be distributed or centralized.

The service management system is used to configure application data, perform subscriber management and support external information systems related to the applications.

US 6,677,894 B2

15

FIG. 6 shows another example of a distributed processing system for processing GPS information in the context of the E911 application. The architecture shown in FIG. 6 is for a regional E911 system. It includes several mobile GPS receivers, one of which is shown as mobile GPS receiver 151 which is similar to the receiver shown in FIG. 4. This receiver is in wireless communication with a cell basestation 153 which is coupled by connection 155 to a mobile switching center 157. The mobile switching center is coupled through the telephone network 158 to a 911 switch router 171. The mobile switching center 157 is also coupled through an SS7 network (shown with reference numerals 159, 160, 161 and 168) to a regional SMSC 162. The regional SMSC 162 is coupled by a data network 163 to a GPS location server 164, which itself is coupled to a reference receiver network 165, which is similar to the GPS reference network 111 of FIG. 2B. The location server 164 is similar to the GPS location server 109 or 110 of FIG. 2B. Similarly, the mobile switching center 157 and the regional SMSC 162 are similar to the respective elements of FIG. 2B. A position calculation is performed by the GPS location server after receiving pseudoranges from the mobile GPS receiver 151 through the mobile switching center 157 and the regional SMSC 162. These pseudoranges, along with the satellite ephemeris data received from the GPS reference receiver network 165 are used to calculate the position of the mobile GPS receiver in the GPS location server 164. This position is typically calculated but not displayed or otherwise presented at the GPS location server 164. The position is then transmitted over a data network 167 to a location database server 166 which receives the calling number via the connection 170 from the PSAP 173. The location database server 166 then correlates the location determined by the location server with the user's name (the user/owner of the mobile GPS receiver 151 which initiated the location 35 request) and provides the user name and location over the connection 169 to the PSAP 173. The operation of the system 150 shown in FIG. 6 will be further described below in conjunction with FIG. 8.

FIG. 7 shows an alternative example of a distributed location-based processing system. In this case, the location server performs services which may not be considered emergency services, such as E911 emergency services. For example, the location server 214 may perform dispatching services or concierge services for a user of the mobile GPS receiver 203. For example, the user of the mobile GPS receiver 203 may desire to know the location of three of the closest Italian restaurants and may place a call to the operators at the location server 214. The voice call is forwarded through the basestation 205 and the mobile switching center 207 through the PSTN 211 to the location-based application server 214. At the same time, the GPS location server 225 determines the location of the mobile GPS receiver 203 through the SS7 network 219 by transmitting short messages between the mobile GPS receiver 203 and the GPS location receiver 225. In this case, the messages are transmitted through the mobile switching center 207 and the SS7 network 219 and the regional SMSC 217 and the packet switched data network 227. In the example shown in FIG. 7, the GPS reference receiver network 165 is coupled to the network 227 to provide the satellite ephemeris data for the GPS location server. The database server 221 which may be a database server, which is coupled to the SS7 network 219, performs call routing services. In this example, the user of the receiver 203 may dial a "1-800" phone number (in the United States) to access the location-based application server.

16

It will be appreciated that for both systems shown in FIGS. 6 and 7, additional location servers may be coupled to the data network and additional application servers may be coupled to communication networks in the same manner as shown in FIG. 2B or FIG. 2A.

FIG. 8 illustrates a method for operating a regional E911 distributed processing system, such as that shown in FIG. 6. In step 301, the mobile GPS unit transmits a short message which may include the address of the current basestation with which the mobile GPS unit is communicating and the E911 signal. This message will typically be addressed to the regional GPS location server. In step 303, a cell basestation receives the message and forwards it to the MSC which is coupled to the cell basestation which in turn forwards it to the regional short message service center which is coupled to the MSC. The SMSC sends this message to a location server by routing it to an available location server through a packet switched data network in one embodiment. The SMSC will typically include a routing table which specifies the available GPS location servers and this table may further include data received from those servers indicating the status of the servers; this status may indicate whether the server has failed or is congested and will thus allow the SMSC to route the message from the mobile unit to an available location server. The message from the mobile unit will typically include data, such as a cell sector ID or a basestation location or identification, which is typically used by a location server in one embodiment of the present invention. In step 307, the location server determines satellite information and sends this information in a short message addressed to the mobile unit through the SMSC. In one embodiment, this satellite information includes Doppler corrections for satellites in view and an identification of the satellites in view and may also include satellite ephemeris data for at least these satellites. This information is typically derived from a cell based information source (plus data from the location servers) as described in co-pending U.S. patent application Ser. Nos. 08/842,559 which was filed Apr. 15, 1997, and which is hereby incorporated herein by reference. In step 309, the SMSC receives the short message containing the satellite information and determines the MSC which is currently communicating with the mobile unit and sends the short message to this MSC which forwards the message to the basestation which is currently communicating with the mobile unit. In step 311, the mobile unit receives the satellite information and determines pseudoranges to the satellites in view. The pseudoranges are typically time-stamped to indicate the time when the pseudoranges were collected. The pseudoranges and the corresponding time stamp(s) are then sent to the basestation. In another embodiment, the time stamping may take place at the basestation communicating with the mobile unit. In step 313, the basestation forwards the pseudoranges and time stamp(s) to the location server through the MSC and the SMSC. Then in step 315, the location server computes a latitude and longitude but does not present this position information on a map or otherwise and then sends this information to a location database server and then to a PSAP which displays the position of the mobile unit on a map.

World-Wide Web Distribution of Location-Based Information

FIG. 9 is a block diagram of a system for exchanging location-based information via a computer network, such as the Internet, according to one embodiment of the invention. A system 400 is shown, in which a location-based information Web server 404 is part of the Internet 402. The Internet generally represents a network of networks, and may include

US 6,677,894 B2

17

various types of data communication media (wires, wireless, cellular, etc.), switching devices, routing devices, network computers/servers, client computer systems, local area networks (LANs), wide area networks (WANs), etc. Such networks may use a variety of protocols to regulate the exchange of information, such as TCP/IP, ATM, etc. Internet access is typically granted to client computer systems by Internet service providers (ISPs). Access to the Internet may facilitate transfer of various types of information (e.g., email, data files, programs, media, etc.) between two or more digital processing systems.

The World-Wide Web (WWW), as the name implies, is a global network or "web" of systems and applications that provide relatively flexible utilization of the Internet for exchanging information. In a sense, the World-Wide Web represents an application of the Internet to combine ease-of-use with widespread connectivity and substantially universal access to the Internet and its resources. As such, a data processing system may connect to the Internet (e.g., through an ISP, a LAN gateway, etc.) at virtually any location and access global information and services provided through the World-Wide Web. Data exchange on the Internet typically uses TCP/IP protocols, and the WWW typically supports hypertext markup language (HTML) documents.

The SPS information server 404 represents one or a combination of data processing systems for receiving and/or transmitting information associated with SPS (e.g., GPS) signals, such as ephemeris, and/or location-based service information, such as weather, traffic, etc., via the Internet, and in one embodiment of the invention, the World-Wide Web. As such, the server 404 may represent one or a combination of a dedicated location-based information Web server, location server, application server, wide area reference network management server, etc.

The operation of the system 400 is now described according to one embodiment of the invention. A client, such as the client 408 shown in FIG. 9, may establish data communication with the Internet, and in particular, with the server 404, via a data communication interface 406, which enables Internet access, to obtain location-based information (i.e., information pertinent to a specific position or geographical area, typically corresponding to the location of the client 408). In one embodiment, the client 408 represents a mobile SPS unit, which may include an SPS receiver and a communication transceiver, and thus, may provide GPS measurements (e.g., pseudoranges) to the server 404. However, it will be appreciated that other client systems, which may not necessarily include SPS circuitry, may also access the server 404 to obtain location-based information therefrom. As such, a user may know and enter a geographical position/area of interest to access the location-based service and/or GPS signal-related information. The data communication interface represents one or combination of systems, media, and applications for providing Internet access to the client 408. As an example, the data communication interface 406 may represent a cellular, PSTN, digital circuit-switched, and/or packet-switched network that serves as a communication gateway through which the client 408 may establish connection to the Internet, and in particular, the server 404. Typically, the client 408 includes or is coupled to a modem and/or other communication interface. For example, the client 408 may include a wireless (e.g., cellular) or hard-wired (e.g., PBX) communication interface to enable the client unit to establish connection to the Internet. On the other hand, the client 408 may include a network interface (e.g., an Ethernet card) to establish connection with the Internet, for example, through a LAN gateway or other interface.

18

In one embodiment, the client 408 may provide pseudo-range measurement data, raw GPS navigation messages, or other SPS signal-related information which may indicate its location to the server 404 and/or be used by the server 404 to determine its location. In response, the server 404 provides location-based service information and/or SPS-related information to the client. The client may select from a list of services and/or types of information, in one embodiment of the invention.

Table 1 shows some examples of the information that may be provided to the client 408 by the server 404 via the Internet, according to one embodiment of the invention. The first column shows some examples of location-based service information that may be made available to the client 408 via the Internet and the World-Wide Web. On the other hand, the second column shows some of the SPS-related information that may be made available to the client 408. One or both types of information may be provided to the client via the server. The information shown in Table 1 may be obtained by the server 404 via one or more GPS reference stations, a wide area reference network (WARN) of reference stations, weather/news databases, registration by certain Web sites, databases, businesses, etc. Typically, most of the SPS-related information is also tailored for the geographic area or position associated with the client, i.e., the SPS-related information is also location-based. At least a portion of the information shown in Table 1 may also be tagged with time, which, in the case of GPS, may be GPS time or derived from GPS time, and provided to the client as such. It will be appreciated that a subset of the information may be available in certain areas, times, implementations, etc. Furthermore, it will be appreciated that other types of location-based service information and/or SPS-related information may be provided in alternative embodiments of the invention.

TABLE 1

| LOCATION-BASED (SERVICE) INFORMATION | SPS-RELATED INFORMATION |
|---|---|
| Terrain information (e.g., elevation) | Satellite Ephemeris data |
| Weather | Satellite Almanac data |
| Routing Information | Velocity for client or other device |
| Road maps | Raw satellite navigation message data |
| Business directories | Differential corrections computed for location of interest |
| White pages | Doppler data computed for location of interest |
| Traffic information | SPS measurements (e.g., pseudoranges) at a particular reference station, mobile/client receiver location, etc.) |
| Emergency service information/dispatch | Time (e.g., GPS time) |
| Links or information for local lodging, restaurants, other services | Position fix for the client or other device |
| Advertising and/or electronic commerce | Satellite Constellation at location of interest |
| Billing Information | Satellite position and/or velocity related information |
| Concierge Services | |
| GIS information | |

FIG. 10 is a block diagram of one example of a system architecture for providing location-based information via the Internet, according to one embodiment of the invention. The system 501 is similar to the system 101 shown in FIG. 2B, except that the system 501 includes a web server 118 to provide location-based information to mobile GPS units and/or other client devices through the Internet, and in particular, the World-Wide Web.

US 6,677,894 B2

**19**

As described above with reference to FIG. 2B, either of the two GPS location servers may be used, in one embodiment, to determine the position of a mobile GPS receiver (e.g. receiver 102b) using GPS signals received by the mobile GPS receiver. For example, each GPS location server typically receives pseudoranges, raw GPS navigation message signals, or other GPS-related information from a mobile GPS receiver, as well as satellite ephemeris data and differential corrections from the GPS reference network, to calculate a position for the mobile GPS receiver. This position may be transmitted through the PSTN to one (or both) of the application servers where the position may be presented (e.g. displayed on a map) to a user of the application server. Normally, the GPS location server calculates but does not present (e.g. by display) the position at the GPS location server. An application server may send a request, for the position of a particular GPS receiver in one of the cells, to a GPS location server which then initiates a conversation with a particular mobile GPS receiver through the mobile switching center in order to determine or refine the position of the GPS receiver and report that position back to the particular application. In another embodiment, a position determination for a GPS receiver may be initiated by a user of a mobile GPS receiver; for example, the user of the mobile GPS receiver may press 911 on the cell phone to indicate an emergency situation at the location of the mobile GPS receiver and this may initiate a location process in the manner described herein; or the user may simply request a position fix from the network.

In addition, in accordance with one embodiment of the invention, location-based information, such as the information shown above in Table 1, may be provided to mobile GPS receivers and/or other clients by the Web server 118, which is shown coupled to the communication network 112. The communication network 112 represents one or a combination of various types of communication networks (e.g., PSTN, packet switched, etc.) through which a mobile GPS receiver or other client device can access the Web server 118, and the location-based information provided by the Web server 118 through the World-Wide Web. Thus, the communication network 112 may represent or be coupled to the Internet, and in particular, the World-Wide Web. The Web server 118 may obtain GPS-related information (e.g., ephemeris data, raw satellite navigational data message(s), almanac data, differential correction data, etc.) from the GPS reference network 111 and/or the location servers 109 and 110. The Web server 118 may also provide information about a client's location to the location servers, application servers, or other devices that may be coupled to or may access the Web server 118.

While the mobile GPS receivers 102B, 103B, and 104B may gain access to the Web server 118 through a cellular interface and related network(s), the client unit 119, which may be mobile and may also include a GPS receiver and/or a cellular or other wireless communication interface, is shown to represent a client unit which may form other types of connections to the Internet and the Web server 118. For example, the client unit 119 may be a personal digital assistant (PDA), laptop computer, smart phone, etc., which may enable a user to input known/estimated location and/or time information, or a mobile GPS receiver or GPS receiver integrated with a client device which also includes a modem to enable the client unit to login to the Web server 118, for example, through the World-Wide Web. Such access may be obtained through a wired (e.g., PSTN) and/or wireless (e.g., cellular) network or Quicknet interface and an Internet Service Provider (ISP) or a direct-dial-in to the Web server

**20**

118. As such, the client unit 119 may provide information associated with its location (e.g., pseudorange measurements, raw satellite navigational message(s), user provided location information, etc.) to the Web server 118. In response, the server web server 118 provides the client via the World-Wide Web location-based information/service, such as those shown in Table 1 above. For example, the Web server 118 may provide the client unit 119 with satellite ephemeris information, differential time/position correction information, etc., associated with its location or location of interest. In addition to such GPS-related navigational information, the Web server 118 may also provide location-specific services, such as weather, traffic, geographically-targeted commerce/advertising opportunity, etc.

In one embodiment, the Web server 118 (which may operate in conjunction with another server/device coupled thereto) may use the location of the mobile GPS receiver to derive representations (e.g., charts, graphs, etc.) of cellular use demographics, such as time and place of calls, location-based and/or time-based distributions, etc., which representations and data may be provided to cellular carriers (e.g., for network capacity analysis and design), government agencies, Web users, etc. Furthermore, the Web server 118 may display (e.g., on a map) the location of various mobile GPS clients with or without integrated receivers with or without time tags. Such information may be useful for advertising, customer/user profiles, location-targeted marketing, location-based billing, etc. Furthermore, mobile GPS receivers, desktop/portable computers, or other client units may be able to access through the World-Wide Web the location-based information provided by the Web server 118.

In one embodiment, the Web server 118 (which may operate in conjunction with another server/device coupled thereto, such as a reference station(s)) may determine the position of the mobile GPS receiver, based on receiving information related to its location (e.g., pseudoranges, digitized satellite navigation messages, information about a particular cellular site serving the mobile GPS receiver, etc.), and provide data indicating the position to the mobile GPS receiver. On the other hand, the mobile GPS receiver may receive data from the Web server 118 to aid the mobile GPS receiver itself to determine its position and/or other navigational information. In another embodiment, the Web server 118 may be an additional process running on the GPS location server or application server.

FIG. 11 is a flow diagram of a method for World-Wide Web distribution of location-based information, according to one embodiment of the invention.

At 602, a client (e.g., a digital processing system, a mobile GPS receiver, etc.) establishes connection to the Internet, and in particular, the World-Wide Web, to access a location-based information Web server, such as the Web server 118. For example, the client may access the Web server through a browser program which enables processing Web documents/sites by entering a domain name for the Web server, such as "www.snaptrack.com."

At 604, the client provides information indicative of its location and/or other location of interest to the Web server. For example, the Web server may provide a Web page which includes "fill-in" forms to enter values to indicate the position of the client and/or request an upload of GPS-related measurements, data, etc., such as pseudoranges, raw (digitized) satellite navigation messages, etc., to the Web server. In addition, it will be appreciated that the client may indirectly provide information about its location to the Web server. For example, the Web server or other device may determine information about the location of the client based

US 6,677,894 B2

21                                                          22

on location or other characteristic of the interface through which the client has established communication with the Web server (e.g., a particular cell site location, a particular phone number, etc.).

At 606, in response to receiving information relating to the location of the client (and/or other location of interest), the Web server provides location-based information to the client, such as one or more of the location-based types of information mentioned above and shown in Table 1. For example, the Web server may provide GPS-related information, such as position/time corrections, differential corrections, ephemeris, raw navigation data, satellite constellation, satellite position and velocity, Doppler data, etc., to the client. The client may, in turn, use such information to determine navigational information (e.g., its position, velocity, time, etc.). Additionally, the Web server may provide location-specific services to the client, such as location-based traffic information, weather/terrain information, emergency dispatch, advertising for (local) businesses, opportunity for electronic commerce, reservation services (for local hotels, restaurants, etc.), routing/map information, etc.

At 608, the Web server may optionally use the information about the client, such as its location, time of log-on/call, etc., in various applications or provide the information to other systems applications. For example, as described above, the Web server and/or other device in communication therewith may use the location of the client to derive representations (e.g., charts, graphs, etc.) of cellular use demographics, such as time and place of calls, location-based and/or time-based distributions, etc., which representations and data may be provided to cellular carriers, government agencies, Web users, etc. Furthermore, the Web server may display (e.g., on a map) the location of various mobile GPS receivers/users with or without time tags. Such information may be useful for advertising, customer/user profiles, location-targeted marketing, etc. Furthermore, mobile GPS receivers, desktop/portable computers, or other clients may be able to access through the World-Wide Web the information about the client and/or other clients. Furthermore, a system receiving location-based information may use this information to decide if a particular service is allowed at the client's present location and/or time (and/or a location or time of interest).

FIG. 12 is a diagram of a system configuration for providing a location-based emergency call routing application, according to one embodiment of the invention. It will be appreciated that the devices and/or applications shown in FIG. 12 may be linked by communication media that is hard-wired, wireless, or combination thereof. As shown, a mobile unit 702, which is typically a "location-enabled" mobile unit, may provide a mobile identification number (MIN) and pseudoranges (PR) to a basestation 704, and in turn receive satellite vehicle (SV) information via the basestation 704. A mobile switching center 706 is linked to the basestation 704.

When an emergency 911 call takes place, the call is routed to a public safety answering point (PSAP), such as the PSAP 722 or 724, to reduce response time. A SPS location server, such as the location server 718, may be used to provide information associated with the location of the mobile unit 702 to a 911 selective router 712. The SPS location server may be linked to a GPS reference network 720 and the mobile switching center 706 through a communication network 708. The selective router 712, in turn, uses the location information to route the voice calls. A service control point (SCP) 714, linked to an SS7 network 710, provides the

information associated with the mobile unit (e.g., the MIN, location information such as longitude/latitude, etc.) to an automatic number and location identifier (ANI/ALI) database 716. The ANI/ALI database may be accessed by the PSAPs 722 and 724 in a "dip" (or request) process using a pseudo-automatic number identifier (pANI), which acts as a call identifier. The SCP 714 adds additional information to the ANI resulting in the pANI, which is particularly useful for a wireless application. For example, the additional information may include a cell basestation's ID, longitude, latitude, etc. Finally, a PSAP, such as the PSAP 724 or 722, receives the cellular number, caller name, and caller location (e.g., as longitude/latitude). In an alternative embodiment, the 911 selective router 712 may perform the dip.

Although some of the methods and apparatus of the present invention have been described with reference to GPS satellites, it will be appreciated that the teachings are equally applicable to positioning systems which utilize pseudolites or a combination of satellites and pseudolites. Pseudolites are ground based transmitters which broadcast a PN code (similar to a GPS signal) modulated on an L-band carrier signal, generally synchronized with GPS time. Each transmitter may be assigned a unique PN code so as to permit identification by a remote receiver. Pseudolites are useful in situations where GPS signals from an orbiting satellite might be unavailable, such as tunnels, mines, buildings or other enclosed areas. The term "satellite", as used herein, is intended to include pseudolite or equivalents of pseudolites, and the term GPS signals, as used herein, is intended to include GPS-like signals from pseudolites or equivalents of pseudolites.

In the preceding discussion the invention has been described with reference to application upon the United States Global Positioning Satellite (GPS) system. It should be evident, however, that these methods are equally applicable to similar satellite positioning systems, and in, particular, the Russian Glonass system. The Glonass system primarily differs from GPS system in that the emissions from different satellites are differentiated from one another by utilizing slightly different carrier frequencies, rather than utilizing different pseudorandom codes. The term "GPS" used herein includes such alternative satellite positioning systems, including the Russian Glonass system.

In the foregoing specification, the invention has been described with reference to specific exemplary embodiments thereof. However, it will be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention as set forth in the appended claims. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A method for providing information from a web server, said me ad comprising:

receiving at said web server a request for information, said request being received over the Internet from a mobile communication device, said request not including position information of said mobile communication device;

transmitting, from said web server to a location server, a request or a position of said mobile communication device;

receiving from said location server server said position of said mobile communication device and in response to receiving said position, providing, from said web server, information associated with said position to said mobile communication device.

US 6,677,894 B2

23

2. The method of claim 1 wherein said mobile communication device comprises a Satellite Positioning System (SPS) receiver and a wireless communication system.

3. The method of claim 2 wherein said SPS receiver determines a plurality of pseudoranges to a corresponding plurality of SPS satellites and said wireless communication system transmits said plurality of pseudoranges or receipt by said location server.

4. The method of claim 3 wherein said location server transmits satellite information to said mobile communication device and wherein said SPS receiver receives said satellite information and determines said plurality f pseudoranges based on said satellite information.

5. The method of claim 3 wherein said location server receives said plurality of pseudoranges and determines said position of said mobile communication device based on said plurality of pseudoranges.

6. The method of claim 1 wherein said web server receives, from said location server, said position of said mobile communication device.

7. The method of claim 6 wherein said web server initiates said request for said position information in response to said request for information over said internet from said mobile communication device.

8. The method of claim 7 wherein said web server and said location server are logically distinct but physically co-located.

9. The method of claim 7 wherein said web server also functions an application server.

10. The method of claim 7 wherein said information associated with said position comprises location-based service information related to said position of said mobile communication device.

11. The method of claim 1 wherein said information associated with said position comprises SPS-related information related to said position of said mobile communication device.

12. The method of claim 1 wherein said information associated with said position of said mobile communication device includes GPS navigational information.

13. The method of claim 1 wherein said information associated with said position of said mobile communication device includes location-specific services.

14. The method of claim 1 wherein said information associated with said position of said mobile communication device includes representations of cellular use demographics.

15. The method of claim 1 wherein said information provided by said web server includes said position of said mobile communication device.

16. The method of claim 1 wherein said information associated with said position of said mobile communication device includes data to aid said mobile communication device itself to determine its position.

17. A method for providing information from a location server, said method comprising:

receiving, at said location server, a request, from a web server, for a position of a mobile communication device, said request being initiate by said web server after receiving a request for information over the Internet from said mobile communication device, said request for information from said mobile communication device not including position information of said mobile communication device;

transmitting from said location server to said web server said position of mobile communication device, wherein said web server uses said position to provide informa-

24

tion associated with said position to said mobile communication device.

18. The method of claim 17 wherein said mobile communication device comprises a Satellite Positioning System (SPS) receiver and a wireless communication system.

19. The method of claim 18 wherein said SPS receiver determines a plurality of pseudoranges to a corresponding plurality of SPS satellites and said wireless communication system transmits said plurality of pseudoranges for receipt by said location server.

20. The method of claim 19 wherein said location server transmits satellite information to said mobile communication device and wherein said SPS receiver receives said satellite information and determines said plurality of pseudoranges based on said satellite information.

21. The method of claim 19 wherein said location server receives said plurality of pseudoranges and determines said position of said mobile communication device based on said plurality of pseudoranges.

22. The method of claim 21 wherein said web server and said location server are logically distinct but physically co-located.

23. A method in a mobile communication device for providing information, said method comprising:

transmitting over the Internet a request to a web server for information, said web server, in response to said request, causing a location server to determine a position of said mobile communication device, said request not including position information of said mobile communication device;

receiving information associated with said position of said mobile communication device, said receiving being in response to said web serve receiving said position which was requested from said location server.

24. The method of claim 23 wherein said mobile communication device comprises a Satellite Positioning System (SPS) receiver and a wireless communication system.

25. The method of claim 24 wherein said SPS receiver determines a plurality of pseudoranges to a corresponding plurality of SPS satellites and said wireless communication system transmits said plurality of pseudoranges for receipt by said location server.

26. The method of claim 25 wherein said location server transmits satellite information to said mobile communication device and wherein said SPS receiver receives said satellite information and determines said plurality of pseudoranges based on said satellite information.

27. The method of claim 25 wherein said location server receives said plurality of pseudoranges and determines said position of said mobile communication device based on said plurality of pseudoranges.

28. The method of claim 1 further comprising:

determining at said web server whether a position of said mobile communication device is required to service said request for information;

wherein said transmitting said request for a position of said mobile communication device is in response to a determination that a position of said mobile communication is required to service said request for information.

29. The method of claim 28 wherein said web server transmits said request for position of said mobile communication device through an application server; and, said application server performs service management.

30. The method of claim 29 wherein said service management comprises subscriber management.

* * * * *

Ex. 12-27

AO 120 (Rev.3/04)

| TO:            Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290  and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>05cv2063 WQH(BLM) | DATE FILED<br><br>11/04/05 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Qualcomm Inc and Snaptrack Inc | | DEFENDANT<br><br>Nokia Corp and Nokia Inc |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 5,257,283 | 10/26/1993 | Qualcomm Inc |
| 2 5,568,483 | 10/22/1996 | Qualcomm Inc |
| 3 5,778,338 | 07/07/1998 | Qualcomm Inc |
| 4 5,590,408 | 12/31/1996 | Qualcomm Inc |
| 5 5,655,220 | 08/05/1997 | Qualcomm Inc |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT<br>OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 6 5,638,412 | 06/10/1997 | Qualcomm Inc |
| 7 6,496,543 B1 | 12/17/2002 | Qualcomm Inc |
| 8 6,574,211 B2 | 06/03/2003 | Qualcomm Inc |
| 9 5,742,734 | 04/21/1998 | Qualcomm Inc |
| 10 6,868,267 B1<br>11 6,453,182 B1<br>12 6,677,894,B2 | 03/15/2005<br>09/17/2002<br>01/13/2004 | Qualcomm Inc |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
05 NOV -4 AM 8:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## I. (a) PLAINTIFFS

QUALCOMM Incorporated

## DEFENDANTS

Nokia Corporation and Nokia Inc.

**(b)** County of Residence of First Listed Plaintiff  **San Diego County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Espo, Finland**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

James R. Batchelder, Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek, Suite 400 Cupertino, CA 95014 (408) 873-0110

Attorneys (If Known)

'05 CV 2063   WQH (BLM)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ■ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ■ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ■ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Complaint for (1) Patent Infringement purs. to 35 U.S.C. Section 271

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ■ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE  **Rudi M. Brewster**      DOCKET NUMBER  **05-CV-1392**

DATE  **10/28/05**      SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

118532   $250.00

ORIGINAL
VIA FACSIMILE