UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOKIA CORPORATION AND NOKIA, INC.,<br><br>　　　　Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS | Case No.  05-CV2063-JLS (LSP) (Lead);<br>07-CV1366-JLS (LSP) (Consolidated)<br><br>**ORDER RE MOTION TO STAY**<br><br>Judge:　　　Janis L. Sammartino<br>Courtroom:  6 |

After considering the papers submitted, the parties' Stipulated Motion to Stay the Action is hereby GRANTED.

All claims and counterclaims in the consolidated actions are stayed through entry of final judgment in ITC Investigation No. 337-TA-578.  For purposes of this Order, "final judgment" has the same meaning as it does in the context of 28 U.S.C. § 1659 — that is the determination is "final" when it can no longer be appealed.  No party shall be required to answer or otherwise respond to the claims or counterclaims in this action while the stay is in effect.  The stay shall be without prejudice to any party's ability to seek additional stays.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

ORDER RE MOTION TO STAY
05 CV2063-JLS (LSP) (LEAD)
07 CV1366-JLS (LSP) (CONSOLIDATED)

1    The parties shall file a status report notifying this Court once the judgment in ITC
2 Investigation No. 337-TA-578 has become final.
3    The parties expect a final judgment to be rendered by April 14, 2008.  <u>Good cause</u>
4 <u>appearing, the Court hereby **SETS** the matter for a status conference on April 18, 2008 at 10:30</u>
5 <u>a.m. in Courtroom 6.</u>

IT IS SO ORDERED.

Dated: <u>December 19</u>, <u>2007</u>.

_____
JANIS L. SAMMARTINO
JUDGE OF THE U.S. DISTRICT COURT

569529 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**ORDER RE MOTION TO STAY**
**05 CV2063-JLS (LSP) (LEAD)**
**07 CV1366-JLS (LSP) (CONSOLIDATED)**