STEVEN M. STRAUSS (Cal. Bar No. 99153)
JOHN S. KYLE (Cal Bar No. 199196)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: 858.550.5000
Fax: 858.550.6420

JOHN ALLCOCK (Cal. Bar No. 098895)
SEAN C. CUNNINGHAM (Cal. Bar No. 174931)
EDWARD H. SIKORSKI (Cal. Bar No. 208576)
KATHRYN B. RILEY (Cal. Bar No. 211187)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

M. ELIZABETH DAY (Cal. Bar No. 177125)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED<br><br>Plaintiffs,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA INC.<br><br>Defendants. | CASE NO. 05CV2063-JLS (LSP) (Lead)<br>07CV1366 JLS (LSP) (Consolidated)<br><br>**JOINT MOTION TO DISMISS** |

Plaintiff and Counterclaim Defendant Qualcomm Incorporated and Defendants and Counterclaim Plaintiffs Nokia Corporation and Nokia Inc. ("Parties") submit this Joint Motion to dismiss the action without prejudice.

This Joint Motion is made on the ground that the Parties have settled all claims and counterclaims before the Court. Accordingly, the Parties therefore respectfully request that the

Court grant this Joint Motion and enter an order dismissing the entire action without prejudice, each party to bear its own fees and costs.

Dated:  October 9, 2008

                                        COOLEY GODWARD KRONISH LLP

                                        By_____s/ John S. Kyle_____
                                              STEVEN M. STRAUSS (Cal. Bar No. 99153)
                                              JOHN S. KYLE (Cal Bar No. 199196)
                                              Attorneys for Plaintiff

Dated:  October 9, 2008                     QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

                                        By_____s/ Patrick M. Shields_____
                                              PATRICK M. SHIELDS
                                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV 5.4.  As such, this Motion was served on all counsel who have consented to electronic service.  Local Rule CV 5.4.  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV 5.4, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by United States mail, postage thereon fully prepaid, on this  day of October 9, 2008.

                                                                                                         s/John S. Kyle  
                                                                                                         John S. Kyle

605228 v1/SD