UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| QUALCOMM INCORPORATED, | Case No.  05-CV2063-JLS (LSP) (Lead); 07-CV1366-JLS (LSP) (Consolidated) |
|---|---|
| Plaintiff, | **ORDER RE JOINT MOTION TO DISMISS** |
| v. | Judge:   Janis L. Sammartino |
| NOKIA CORPORATION AND NOKIA, INC., | Courtroom:  6 |
| Defendants. | |
| AND ALL RELATED COUNTERCLAIMS | |

After considering the papers submitted, the parties' Joint Motion to Dismiss is hereby GRANTED.

It is, therefore ORDERED that all claims and counterclaims in this action are dismissed without prejudice, each party to bear its own fees and costs.  The Court hereby VACATES the status conference previously set for October 16, 2008.

IT IS SO ORDERED.

Dated: October 10, 2008.

_____
JANIS L. SAMMARTINO
JUDGE OF THE U.S. DISTRICT COURT

605229 v1/SD

1.

**ORDER**
**05 CV2063-JLS (LSP) (LEAD)**
**07 CV1366-JLS (LSP) (CONSOLIDATED)**